AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |
|---|---|
| WELCH ALLYN, INC. | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No.  24-224-UNA ) |
| iRHYTHM TECHNOLOGIES, INC. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   iRhythm Technologies Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000; provner@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  _____02/20/2024_____     _____/s/ Randall Lohan_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00224

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IRHYTHM TECHNOLOGIES, INC
was received by me on *(date)*             02/20/2024             .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                       , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Chimere Brooks - Authorized to Accept             , who is
designated by law to accept service of process on behalf of *(name of organization)*  The Corporation Trust Company
1209 Orange St, Wilmington, DE 19801     @2:50 p.m.     on *(date)*        02/20/2024      ; or

☐ I returned the summons unexecuted because                                                    ; or

☐ Other *(specify)*:


My fees are $                   for travel and $                   for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        02/20/2024

_____
Server's signature

John Garber - Process Server
_____
Printed name and title

230 North Market Street
Wilmington, DE 19801
_____
Server's address

Additional information regarding attempted service, etc: