# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRHYTHM TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 24-224-UNA <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey R. Gargano, Devon C. Beane, Melissa M. Haulcomb and A. Rebekah Hill of K&L Gates, 70 W Madison St #3300, Chicago, Il 60602 and Erik J. Halverson of K&L Gates, 4 Embarcadero Center, Suite 1200, San Francisco, California 94111, to represent Welch Allyn, Inc. in this matter.

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: February 21, 2024
11338116

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff Welch Allyn, Inc.*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                                _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Dated: February 21, 2024          Signed: */s/ Jeffrey R. Gargano*
                                                           Jeffrey R. Gargano
                                                           K&L GATES LLP
                                                           70 W Madison St 3300,
                                                           Chicago, IL 60602
                                                           (312) 372-1121
                                                           jeffrey.gargano@klgates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Dated: February 21, 2024          Signed: */s/ Devon C. Beane*
                                                           Devon C. Beane
                                                           K&L GATES
                                                           70 W Madison St 3300,
                                                           Chicago, IL 60602
                                                           (312) 372-1121
                                                           devon.beane@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon the filing of this motion

Dated: February 21, 2024                Signed: */s/ Melissa M. Haulcomb*
                                                Melissa M. Haulcomb
                                                K&L GATES
                                                70 W Madison St 3300,
                                                Chicago, IL 60602
                                                (312) 372-1121
                                                melissa.haulcomb@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Dated:  February 21, 2024           Signed: */s/ A. Rebekah Hill*
                                                              A. Rebekah Hill
                                                              K&L GATES
                                                              70 W Madison St 3300,
                                                              Chicago, IL 60602
                                                              (312) 372-1121
                                                              rebekah.hill@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Dated:  February 21, 2024                 Signed:   */s/ Erik J. Halverson*
                                                    Erik J. Halverson
                                                    K&L GATES
                                                    4 Embarcadero Center, Suite 1200
                                                    San Francisco, CA 94111
                                                    (312) 807-4226
                                                    erik.halverson@klgates.com