IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WELCH ALLYN, INC.,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   C.A. No. 24-224 (MN)
                                      )
IRHYTHM TECHNOLOGIES, INC.,           )
                                      )
            Defendant.                )

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

time for the Defendant to answer, move or otherwise respond to the Complaint is extended to

April 11, 2024.

POTTER ANDERSON & CORROON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Philip A. Rovner*                  */s/ Jack B. Blumenfeld*
_____        _____
Philip A. Rovner (#3215)               Jack B. Blumenfeld (#1014)
P.O. Box 951                           Brian P. Egan (#6227)
Wilmington, DE  19899                  1201 North Market Street
(302) 984-6000                         P.O. Box 1347
provner@potteranderson.com             Wilmington, DE  19899
                                       (302) 658-9200
*Attorneys for Plaintiff*              jblumenfeld@morrisnichols.com
                                       began@morrisnichols.com

                                       *Attorneys for Defendant*


March 11, 2024



                              SO ORDERED, this _____ day of March, 2024.


                              _____
                              United States District Court Judge