# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-224-MN ) |
| IRHYTHM TECHNOLOGIES, INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on January 15, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT
IRHYTHM TECHNOLOGIES, INC. (NOS. 1–24)

## BY EMAIL

| | |
|---|---|
| Jack B. Blumenfeld<br>Brian P. Egan<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-351-9454<br>jbbefiling@mnat.com<br>began@mnat.com | Melanie L. Mayer<br>FENWICK & W EST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>(206) 389- 4510<br>mmayer@fenwick.com |
| J. David Hadden<br>Allen Wang<br>FENWICK & W EST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>dhadden@fenwick.com<br>allen.wang@fenwick.com | Robert Counihan<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>(212) 430- 2600<br>rcounihan@fenwick.com |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jeffrey R. Gargano<br>Devon C. Beane<br>Melissa M. Haulcomb<br>Rebekah Hill<br>K&L GATES LLP<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorney for Plaintiff Welch Allyn, Inc.* |

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: January 15, 2025
11986150

2