# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRHYTHM TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 24-224-MN <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on January 21, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S FIRST SET OF INTERROGATORIES TO
DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 1–7)

PLAINTIFF WELCH ALLYN, INC.'S SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS AND THINGS TO
DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 25–45)

## BY EMAIL

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
jbbefiling@mnat.com
began@mnat.com

Melanie L. Mayer
FENWICK & W EST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & W EST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com

OF COUNSEL:

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: January 21, 2025
11992093

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorney for Plaintiff Welch Allyn, Inc.*