**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WELCH ALLYN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-224-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that prior to 5:00 p.m. on January 27, 2025, the following

documents were served on the following counsel of record at the addresses and in the manner

indicated:

PLAINTIFF WELCH ALLYN, INC.'S INITIAL DISCLOSURES

<u>**BY EMAIL**</u>

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
jbbefiling@mnat.com
began@mnat.com

Melanie L. Mayer
FENWICK & W EST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & W EST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated:  January 27, 2025
12001121

By:  */s/ Philip A. Rovner*
　　 Philip A. Rovner (#3215)
　　 P.O. Box 951
　　 Wilmington, DE 19899
　　 (302) 984-6000
　　 provner@potteranderson.com

*Attorneys for Plaintiff Welch Allyn, Inc.*