# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 24-224-MN<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on February 4, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S INITIAL DISCLOSURES PURSUANT
TO THIS COURT'S DEFAULT STANDARD FOR DISCOVERY

## BY EMAIL

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
jbbefiling@mnat.com
began@mnat.com

Melanie L. Mayer
FENWICK & W EST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & W EST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jeffrey R. Gargano<br>Devon C. Beane<br>Melissa M. Haulcomb<br>Rebekah Hill<br>K&L GATES LLP<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiff Welch Allyn, Inc.* |

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: February 4, 2025
12032286

2