IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WELCH ALLYN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-224 (MN) |
| | ) | |
| IRHYTHM TECHNOLOGIES, INC., | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant to file an answer to the First Amended Complaint is extended from February 11, 2025 to February 14, 2025.

POTTER ANDERSON & CORROON LLP

/s/ *Philip A. Rovner*

Philip A. Rovner (#3215)
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Welch Allyn, Inc.*

February 10, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brian P. Egan*

Brian P. Egan (#6227)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant*
*iRhythm Technologies, Inc.*

**SO ORDERED**, this _____ day of February, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE