# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) )  ) |
| Plaintiff, | ) ) C.A. No. 24-224-MN |
| v. | ) ) ) |
| IRHYTHM TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**STIPULATION TO AMEND SCHEDULING ORDER (D.I. 25)
AND TO FILE SECOND AMENDED COMPLAINT**

On February 7, 2025, Plaintiff Welch Allyn, Inc. notified Defendant iRhythm Technologies, Inc. of its intent to seek leave to amend the First Amended Complaint (D.I. 12) to assert two additional patents (U.S. Patent Nos. 8,630,699 and 8,750,974 (the "Newly Asserted Patents")), which are related to the four patents asserted in the First Amended Complaint.

Having met-and-conferred, Plaintiff and Defendant stipulate that, subject to the approval of the Court:

1. Pursuant to Fed. R. Civ. P. 15(a) and D. Del. LR 15.1, and in the interests of judicial efficiency, Plaintiff may file the Second Amended Complaint attached hereto as Exhibit A;[1] and

2. The Second Amended Complaint shall be filed as a separate docket entry item upon entry of this stipulation by the Court and shall be deemed served upon that filing; and

3. By stipulating to the filing of the Second Amended Complaint, Defendants make no admission that inclusion of the Newly Asserted Patents in this action has any bearing on

---

[1] A redline reflecting the changes made between the Second Amended Complaint and First Amended Complaint is attached hereto as Exhibit B.

whether this Court should stay the action in view of the *inter partes* reviews Defendants have already filed against the four originally asserted patents if they are instituted; and

4. Defendants' response to the Second Amended Complaint shall be due on the later of March 21, 2025, or 14 days after the Second Amended Complaint is deemed served; and

5. The parties agree to modify the following deadlines in the Scheduling Order entered on January 15, 2025 (D.I. 25), as provided below, and further agree that all discovery served prior to the Defendants' response to the Second Amended Complaint shall address all asserted patents, including the Newly Asserted Patents and the patents asserted in the First Amended Complaint (D.I. 12), without waiver of Defendant's rights to seek dismissal of the Newly Asserted Patents or any claim related thereto in response to the Second Amended Complaint, and without the need to re-serve outstanding discovery requests. No other dates in the Scheduling Order (D.I. 25) are altered by way of this Stipulation.

| Event | Current Date | New Date |
|---|---|---|
| Plaintiff to serve its identification of accused products, asserted patents, and damages model; Plaintiff to produce file histories | January 17, 2025 | Update by February 19, 2025 |
| Responses and objections to presently-pending discovery requests | February 14 or 20, 2025, as applicable | March 14 or 20, 2025, as applicable |
| Defendant to serve core technical documents and sales figures of accused products | February 28, 2025 | March 28, 2025 |
| Plaintiff to provide initial infringement contentions | May 8, 2025 | No change |
| Last day to move to join other parties and amend pleadings | June 2, 2025 | No change |

| Defendant to provide initial invalidity contentions | July 16, 2025 | August 15, 2025 |
| Parties to exchange list of claim terms for construction | August 7, 2025 | September 5, 2025 |
| Parties to exchange proposed constructions | August 14, 2025 | September 12, 2025 |

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff Welch Allyn, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Lucinda C. Cucuzzella
    Brian P. Egan (#6227)
    Lucinda C. Cucuzzella (#3491)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    began@morrisnichols.com
    ccucuzzella@morrisnichols.com

*Attorneys for Defendant
iRhythm Technologies, Inc*.

Dated:  February 13, 2025

SO ORDERED this  14th  day of February 2025.

                                                                                                                                 UNITED STATES DISTRICT COURT JUDGE