# Exhibit 1

US008214007B2

(12) **United States Patent**     (10) **Patent No.:**     **US 8,214,007 B2**

Baker et al.     (45) **Date of Patent:**     **Jul. 3, 2012**

---

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(75) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Laguna Niguel, CA (US); **Norbert Ohlenbusch**, Andover, MA (US); **Thomas P. Blackadar**, Natick, MA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 491 days.

(21) Appl. No.: **11/591,619**

(22) Filed: **Nov. 1, 2006**

(65) **Prior Publication Data**

US 2008/0139953 A1     Jun. 12, 2008

(51) **Int. Cl.**
*A61N 1/00*     (2006.01)
*A61B 5/04*     (2006.01)

(52) **U.S. Cl.** ........... 600/372; 607/60; 600/382; 600/509

(58) **Field of Classification Search** ..................... 607/60; 600/372, 382, 509

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,141,367 A | 2/1979 | Ferreira | |
| 4,791,933 A | 12/1988 | Asai et al. | |
| 4,800,894 A | 1/1989 | Milani | |
| 4,957,109 A | 9/1990 | Groeger et al. | |
| 4,958,645 A | 9/1990 | Cadell et al. | |
| 4,974,607 A | 12/1990 | Miwa | |
| 5,257,631 A | 11/1993 | Wik | |
| 5,294,928 A | * 3/1994 | Cooper et al. | ................. 341/142 |
| 5,309,918 A | * 5/1994 | Schraag | ........................ 600/508 |
| 5,319,363 A | 6/1994 | Welch et al. | |
| 5,458,122 A | 10/1995 | Hethuin | |
| 5,515,735 A | 5/1996 | Sarihan | |
| 5,538,007 A | 7/1996 | Gorman | |
| 5,544,661 A | 8/1996 | Davis et al. | |
| 5,579,001 A | 11/1996 | Dempsey et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0209804 A2     1/1987

(Continued)

OTHER PUBLICATIONS

Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).

*Primary Examiner* — Nicole F Lavert

(74) *Attorney, Agent, or Firm* — Sonny Z. Zhan

(57)     **ABSTRACT**

A body worn patient monitoring device includes at least one disposable module including a plurality of electrical connections to the body. The body worn patient monitoring device also includes at least one communication-computation module, the communication-computation module having at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals. A radio circuit communicates a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

**45 Claims, 14 Drawing Sheets**



100

**US 8,214,007 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,579,775 | A | 12/1996 | Dempsey et al. |
| 5,600,071 | A | 2/1997 | Sooriakumar et al. |
| 5,682,803 | A | 11/1997 | Boianjiu |
| 5,687,734 | A | 11/1997 | Dempsey et al. |
| 5,694,940 | A | 12/1997 | Unger et al. |
| 5,743,269 | A | 4/1998 | Okigami et al. |
| 5,748,103 | A | 5/1998 | Flach et al. |
| 5,767,791 | A | 6/1998 | Stoop et al. |
| 5,805,331 | A | 9/1998 | Zhang et al. |
| 5,832,490 | A | 11/1998 | Riley |
| 5,871,451 | A | 2/1999 | Unger et al. |
| 5,882,300 | A | 3/1999 | Malinouskas et al. |
| 5,889,211 | A | 3/1999 | Maudie et al. |
| 5,899,866 | A | 5/1999 | Cyrus et al. |
| 5,916,159 | A | 6/1999 | Kelly et al. |
| 5,917,414 | A | 6/1999 | Oppelt et al. |
| 5,919,141 | A | 7/1999 | Money et al. |
| 5,938,597 | A | 8/1999 | Stratbucker |
| 5,966,692 | A | 10/1999 | Langer et al. |
| 5,987,519 | A | 11/1999 | Peifer et al. |
| 5,995,861 | A | 11/1999 | Price |
| 6,006,125 | A | 12/1999 | Kelly et al. |
| 6,013,933 | A | 1/2000 | Foerstner et al. |
| 6,018,705 | A | 1/2000 | Gaudet et al. |
| 6,026,321 | A | 2/2000 | Miyata et al. |
| 6,052,654 | A | 4/2000 | Gaudet et al. |
| 6,057,758 | A | 5/2000 | Dempsey et al. |
| 6,066,093 | A | 5/2000 | Kelly et al. |
| 6,073,046 | A | 6/2000 | Patel et al. |
| 6,076,003 | A | 6/2000 | Rogel |
| 6,089,692 | A | 7/2000 | Anagnostopoulos |
| 6,122,340 | A | 9/2000 | Darley et al. |
| 6,150,951 | A | 11/2000 | Olejniczak |
| 6,161,036 | A | 12/2000 | Matsumura et al. |
| 6,171,237 | B1 | 1/2001 | Avitall et al. |
| 6,198,394 | B1 | 3/2001 | Jacobsen et al. |
| 6,212,944 | B1 | 4/2001 | Kwun et al. |
| 6,298,314 | B1 | 10/2001 | Blackadar et al. |
| 6,331,444 | B1 | 12/2001 | Ferrari et al. |
| 6,336,365 | B1 | 1/2002 | Blackadar et al. |
| 6,357,147 | B1 | 3/2002 | Darley et al. |
| 6,440,067 | B1 | 8/2002 | DeLuca et al. |
| 6,448,621 | B1 | 9/2002 | Thakur |
| 6,493,652 | B1 | 12/2002 | Ohlenbusch et al. |
| 6,539,613 | B1* | 4/2003 | Ulmer ............................ 29/620 |
| 6,544,171 | B2 | 4/2003 | Beetz et al. |
| 6,544,173 | B2 | 4/2003 | West et al. |
| 6,544,174 | B2 | 4/2003 | West et al. |
| 6,579,231 | B1 | 6/2003 | Phipps |
| 6,586,810 | B2 | 7/2003 | Thakur |
| 6,623,312 | B2* | 9/2003 | Merry et al. ................. 439/729 |
| 6,794,990 | B2 | 9/2004 | Tseng |
| 6,847,892 | B2 | 1/2005 | Zhou et al. |
| 6,870,484 | B1 | 3/2005 | Brinsfield et al. |

| | | | |
|---|---|---|---|
| 6,911,727 | B1 | 6/2005 | Martin et al. |
| 7,318,417 | B2 | 1/2008 | Lang et al. |
| 7,382,247 | B2 | 6/2008 | Welch et al. |
| 7,439,856 | B2 | 10/2008 | Weiner et al. |
| 7,508,064 | B2 | 3/2009 | Martin et al. |
| 7,515,043 | B2 | 4/2009 | Welch et al. |
| 7,515,044 | B2 | 4/2009 | Welch et al. |
| 7,563,632 | B2 | 7/2009 | Martin et al. |
| 2001/0023315 | A1 | 9/2001 | Flach et al. |
| 2002/0106709 | A1* | 8/2002 | Potts et al. ...................... 435/14 |
| 2002/0122519 | A1* | 9/2002 | Douglas et al. .............. 375/376 |
| 2003/0001742 | A1* | 1/2003 | Eshelman et al. ......... 340/573.1 |
| 2003/0055546 | A1* | 3/2003 | Owen et al. ........................ 607/5 |
| 2003/0149349 | A1 | 8/2003 | Jensen |
| 2004/0113806 | A1 | 6/2004 | Neykov |
| 2004/0242976 | A1* | 12/2004 | Abreu ............................ 600/315 |
| 2004/0252031 | A1 | 12/2004 | Taylor |
| 2005/0116820 | A1 | 6/2005 | Goldreich |
| 2005/0137489 | A1* | 6/2005 | Jackson et al. ................ 600/515 |
| 2005/0206518 | A1* | 9/2005 | Welch et al. ......... 340/539.12 |
| 2005/0216334 | A1 | 9/2005 | Mehrabani-Farsi |
| 2005/0245839 | A1* | 11/2005 | Stivoric et al. .............. 600/549 |
| 2006/0044856 | A1* | 3/2006 | Bird et al. .................... 363/131 |
| 2006/0074280 | A1* | 4/2006 | Juola et al. ................... 600/372 |
| 2006/0136001 | A1* | 6/2006 | Ortega et al. .................... 607/9 |
| 2006/0183434 | A1* | 8/2006 | Westra et al. .................. 455/78 |
| 2006/0189976 | A1* | 8/2006 | Karni et al. ..................... 606/41 |
| 2006/0205171 | A1* | 9/2006 | Tsukada ...................... 438/382 |
| 2006/0238333 | A1 | 10/2006 | Welch et al. |
| 2007/0013511 | A1 | 1/2007 | Weiner et al. |
| 2007/0069887 | A1 | 3/2007 | Welch et al. |
| 2007/0270678 | A1* | 11/2007 | Fadem et al. ................ 600/372 |
| 2007/0293781 | A1 | 12/2007 | Sims et al. |
| 2009/0043185 | A1 | 2/2009 | McAdams et al. |
| 2009/0131759 | A1 | 5/2009 | Sims et al. |
| 2010/0145202 | A1 | 6/2010 | McLaughlin et al. |
| 2010/0160762 | A1 | 6/2010 | McLaughlin et al. |
| 2010/0324390 | A1 | 12/2010 | McLaughlin et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0770349 A1 | 5/1997 |
| EP | 0910985 A1 | 4/1999 |
| JP | 11042214 | 2/1999 |
| JP | 11-088546 | 3/1999 |
| WO | WO 9620641 A1 | 7/1996 |
| WO | WO 9629005 A1 | 9/1996 |
| WO | WO 9746156 A1 | 12/1997 |
| WO | WO 9959460 A2 | 11/1999 |
| WO | WO 01/89362 A2 | 11/2001 |
| WO | WO 01/89362 A3 | 11/2001 |
| WO | WO 01/97686 A1 | 12/2001 |
| WO | WO 2008/142365 | 11/2008 |
| WO | WO 2009/056859 | 5/2009 |

* cited by examiner



FIG.1A



FIG.1B



FIG.1C



FIG.1D



FIG.2



**FIG.3**



FIG. 4A



**FIG.4B**



**FIG.4C**



**FIG.4D**



FIG.5

U.S. Patent

Jul. 3, 2012

Sheet 7 of 14

US 8,214,007 B2



**FIG.6**



**FIG.7A**



**FIG.7B**

U.S. Patent

Jul. 3, 2012

Sheet 9 of 14

US 8,214,007 B2



**FIG.8**

U.S. Patent

Jul. 3, 2012

Sheet 10 of 14

US 8,214,007 B2



ELECTRODE 1

810

ELECTRODE 2

811

10k Ohm

10k Ohm

E1-E2 VECTOR

508

DRIVEN ELECTRODE

100K Ohm

470pF  10k Ohm

812

**FIG.8A**



FIG.9

FIG.10



FIG.11

FIG.12

FIG.13



FIG.15



FIG.14



FIG.17



FIG.16A

FIG.16B

US 8,214,007 B2

1

# BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

## FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

## BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such

2

transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

## SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

US 8,214,007 B2

3

FIG. **1A** shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. **1B** shows a partially unassembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1C** shows an assembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1D** shows a bottom view of the body worn physiological monitor of FIG. **1A**;

FIG. **2** shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. **3** shows an exploded perspective view of an exemplary computation and communication module;

FIG. **4A** shows an exemplary disposable unit flexible circuit board;

FIG. **4B** shows a partial enlarged view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary resistive trace having a fillet;

FIG. **4C** shows a partial side elevated view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary conductive surface overlaying a resistive material;

FIG. **4D** shows a partial side elevational view of the circuit board of FIG. **4A**, further showing an exemplary conductive surface having a snap receptacle;

FIG. **5** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

FIG. **6** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. **7A** shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. **7B** shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. **8** shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. **8A** shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. **9** shows an exemplary ESIS filter circuit topology with circuit protection;

FIG. **10** shows an alternative circuit protection to that depicted in FIG. **9**;

FIG. **11** shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. **12** shows a circuit topology of a high pass filter useful for baseline restoration;

FIG. **13** shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. **12**;

FIG. **14** shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

FIG. **15** shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. **16A** symbolically shows resistive dots silk screened on a tray;

FIG. **16B** shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. **17** shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module **102**, illustrate minor variations in

4

mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. **1A-1D** depict various views of an exemplary body worn physiological monitor **100** having a communication and computation module **102** and a disposable electrode module **110**. In this exemplary embodiment, physiological monitor **100** is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor **100**.

FIG. **1A** shows an exemplary top view of body worn physiological monitor **100**. A crescent shape allows the body worn physiological monitor **100** to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

FIG. **1B** shows a side elevated view of physiological monitor **100** having an exemplary attachment mechanism, such as a retention clip **104**, to mechanically attach communications and computation module **102** to the top surface of the disposable electrode module **110**. Flexible printed circuit layer **101** can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of MYLAR®. Typically electrical traces (not shown in FIGS. **1A-1D**) on flexible printed circuit layer **101** can be further protected by an insulating covering, analogous to a conformal coating. A

US 8,214,007 B2

5

formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer **101**, as well as to provide an aesthetic outer layer to make the body worn monitor **100** visually appealing.

FIG. **1**C shows a side view of physiological monitor **100** in which the communications and computation module **102** has been affixed to disposable electrode module **110**. FIG. **1**D depicts a view of the underside of exemplary physiological monitor **100** showing one embodiment of disposable electrode module **110** having electrodes **109**. In this embodiment, each electrode **109** comprises electrode gel **103** and conductive surface **404** (FIG. **4**). Together, electrode **103** and conductive surface **404** create a half-cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface **404** can directly accept the electrode gel **103**.

FIG. **2** shows an exploded assembly view of the exemplary body worn physiological monitor **100**. As noted with regard to FIGS. **1**A-**1**D, the body worn physiological monitor **100** includes a removable and reusable communications and computation module **102** and a disposable electrode module **110**, the later including electrode gels **103** for ECG monitoring and batteries **204** to power communications and computation module **102**. A flat planar insulating/adhesive member **105** includes a plurality of openings that are each sized to receive electrode gels **103**. The insulating member **105** provides a bottom side cover for the flexible printed circuit layer **101** and augments adhesion to the human body. Electrode gel **103**, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface **404** (FIG. **4**) and the patient's skin.

Electrode gels **103** can adhere to a patient's skin. While electrode gel **103** is typically an adhesive electrode gel, the adhesion offered by electrode gels **103** alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor **100** to a patient. To achieve a better adhesion of body worn monitor **100** to a patient's skin, insulating/adhesive member **105** can be used to non-permanently affix body worn physiological monitor **100** to a patient. Thus, body worn monitor **100** can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. **1**B and **1**C (although not to scale), each of the electrode gels **103** extend sufficiently below adhesive layer **105** in order to ensure good electrical connection with a patient's skin surface (not shown). Tab **106**, FIG. **1**A, allows for easy removal of a protective backing **111** from adhesive layer **105**.

Flexible printed circuit layer **101** can include contacts, such as battery clips (not shown), to receive and connect to batteries **204**. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. **2**, batteries **204** can be mounted under respective battery flaps **205** arranged on opposite sides of the flexible printed circuit layer **101**. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries **204**. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover **107** provides protection for batteries **204** as well as a surface to press upon when applying electrodes **103** to conductive surface **404**. Retention clips **104** can comprise, for example, a

6

plurality of spring fingers with latching clips. Retention clip **104**, affixed to disposable electrode module **110**, can be used to secure reusable communications and computation module **102** to disposable package **110**. Reusable communications and computation module **102** is herein illustrated in a simplified representation, including cover **201**, communications and computation printed circuit board assembly **202**, and base **203**.

FIG. **3** shows a mechanical view of an exemplary reusable communications and computation module **102**, as well as a preferred method for making an electrical connection between flexible printed circuit layer **101** in disposable electrical module **110** and communications and computation printed circuit board assembly **202** situated in reusable communications and computation module **102**. In this exemplary embodiment, communications and computation printed circuit board assembly **202** can include a plurality of press fit and/or soldered conductive sockets **301** for receiving electrical plug **302**, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug **302** can correspond to an electrical connection pad on flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable electrode module **110**.

FIG. **4**A shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from MYLAR® sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to an conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "109") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially

US 8,214,007 B2

7

rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single curved line.

One exemplary electrode gel **103** suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface **404** creates the electrode portion of the half-cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries **304** can be connected in series, with one polarity being made available at connection pad **407** from battery connection **402**, battery connection **401** creating the series connection between the two batteries, and connection pad **410**, from battery connection **403**, providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module **102**.

Connection pads **408** and **409** electrically couple the signals from electrode gels **103** (not shown in FIGS. **4**A-**4**D) via conductive surface **404** and resistive traces **412** to electrical plug **302** (not shown in FIGS. **4**A-**4**D). Electrode contact pad **405** can be connected via resistive trace **413** to connection pad **411** to provide a direct-connected reference electrode (not shown in FIGS. **4**A-**4**D). Traces **412** extending between conductive surface **404** and connection pads **408** and **409** and trace **413** extending between conductive surface **405** and connection pad **411** can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer **101** replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor **100** remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor **100** from electrodes **109**, FIG. **1**D (electrodes **109** including conductive surface **404** and electrode gel **103**).

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces **412** and **413** will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of 4*k*T*R*BW, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than 30 μV peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer **101**, typically formed on a MYLAR® substrate **406**, such as shown in FIG. **4**A, various materials were tested.

8

Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on MYLAR® to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a MYLAR® substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 kΩ"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces **412**, the length needed for a trace run, as between conductive surface **404** and connection point **409**, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface **404**. Arcing was also observed to occur between the end section of the carbon trace and conductive surface **404**. (Electrode gels **103** create the conductive path to the patient through conductive surface **404** and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. **4**B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. **4**C, wherein carbon can be laid down beyond the trace (**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the carbon layer residing between conductive surface **404** and the MYLAR® substrate used as flexible circuit board **101**). Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of

US 8,214,007 B2

9

flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. 4D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 35 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90T screen mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a MYLAR® substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used.

10

The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as MYLAR®, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance,

US 8,214,007 B2

11

with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater ΔR/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. 1D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. **4**). Connector **502** serves to electrically couple communications and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. **1**) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "μP" or "μC". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are

12

referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"), such as including the function block radio **513** which is electrically coupled to antenna **518**. Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heart beat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. **17** shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source **515** can include one or more "button" cells typically disposed on disposable electrode module **110**; however, the block diagram of FIG. **6** shows an embodiment of a body worn physiological monitor **100** where power is supplied by a power source located on, or connected to communications and computation module **102** instead of residing within disposable electrode module **110**.

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor **100** to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate

US 8,214,007 B2

13

strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

FIG. **7**A shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR. In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7**A) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**. Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

In another embodiment as shown in FIG. **7**B, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode **701**, as shown in FIG. **8**A, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier **35** (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7**A. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8**A. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode **1** and **2** (exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The inverting low pass filter built around OpAmp **812** inverts the averaged common mode pickup signal (at electrodes **1** and **2**) and applies that signal out of phase (180 degree phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common mode signals at electrodes **1** and **2** within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor **100** can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR

14

configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor (μP) **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C**1**). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99** or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

US 8,214,007 B2

15

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

FIG. **11** shows an algorithm useful to determine if a pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver.

16

The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. **12** shows a high pass filter (HPF) suitable for use in ECG circuits block **510**. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocautery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. **12** is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R**2'**. Alternatively, S**1** can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of S**1** should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. **13** further illustrate the performance of the exemplary filter of FIG. **12**. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. **13**, graph A represents a raw input signal. FIG. **13**, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R**2'** is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor **512** to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor **512** to trigger the test circuit **906** to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. **13**, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H'(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. **13**, graph E), resulting in the frequency response displayed in FIG. **13**, graph G. A high pass filter suitable for use in ECG circuits block **510** can be implemented in full or in part by software that can run on microprocessor **512**.

FIG. **14** shows how a body worn monitor **100** configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position **1401**. An alternative position **1402** can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position **1401** to be less desirable. Also, body worn monitor **100** can be affixed to the side of patient **703** (similar to a measurement made by a conventional ECG "V" lead) or back of a patient **703** (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor **100** can be placed to pick a particular vector that can be traversed by

US 8,214,007 B2

17
18

the electrodes **109**. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor **100** can be powered by either an internal power source only, an external power source only, or by an internal or an external power source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module **102**. The open circuit voltage of a Seebeck device is given by V=S $\Delta$T, in which S is the Seebeck coefficient in volts/° K and $\Delta$T is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module **102** from a Seebeck device that is of the same size as the computation and communication module **102**. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a 0 as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computa-

tional cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illus-

US 8,214,007 B2

19

trated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

We claim:

1. A body worn patient monitoring device comprising:
a disposable module including a plurality of electrical connections, said electrical connections adapted to be couplable to a skin surface to measure physiological signals, at least one of said electrical connections comprising a half cell, the disposable module including a disposable module connector;
a power source to power the body worn patient monitoring device;
a communication-computation module being removable and reusable, having a communication-computation module connector to receive physiological signals from the disposable module via said disposable module connector, the communication-computation module including:
a microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals, said analysis determining an occurrence of a predetermined physiological event, and
a radio circuit to communicate, upon determination of the predetermined physiological event, a result of the physiological analysis on the occurrence of the predetermined physiological event, via a radio transmission to a remote radio receiver, wherein the disposable module is mechanically and electrically coupled directly to the communication-computation module and the body worn patient monitoring device including the disposable module and the communication-computation module is adapted to be directly nonpermanently affixed to the skin surface of the patient; and
at least one series current-limiting resistor configured to protect the communication-computation module, the at least one series current-limiting resistor being screened on a flexible substrate, the at least one series current-limiting resistor being in the form of resistive traces.

2. The body worn device of claim 1, wherein the plurality of electrical connections to the body comprise at least one of direct electrical connections to the body and indirect electrical connections to the body.

3. The body worn device of claim 2, wherein the indirect electrical connections to the body comprise capacitive connections to the body.

4. The body worn device of claim 1, wherein the body worn patient monitoring device comprises an ECG monitor and at least two of the electrical connections are ECG electrodes.

5. The body worn device of claim 4, wherein the ECG electrodes comprise a material screened onto the flexible substrate.

6. The body worn device of claim 5, wherein the at least one series current-limiting resistor protects the communication-computation module during a patient defibrillation event.

7. The body worn device of claim 4, wherein the mechanical interface from the at least one series current-limiting resistor to the EGG electrode includes a filleted edge.

20

8. The body worn device of claim 4, wherein the mechanical interface from the at least one series current-limiting resistor to the EGG electrode comprises overlapped layers.

9. The body worn device of claim 8, wherein the overlapped layers comprise a carbon resistive layer screened over a conductive surface, the carbon resistive layer having substantially the same shape as the conductive surface.

10. The body worn device of claim 1, further comprising an insulating material overlaying the at least one series current-limiting resistor to prevent arcing.

11. The body worn device of claim 5, wherein the EGG electrodes are formed substantially in the shape of an annulus.

12. The body worn device of claim 11, wherein the annulus comprises a conductive link.

13. The body worn device of claim 5, wherein the substrate is shaped to allow placement on the patient to monitor at least one of a set of standard ECG vectors while simultaneously reducing motion and muscle artifact in the corresponding ECG vector signal.

14. The body worn device of claim 1, wherein the power source is a renewable power source internal to the body worn device.

15. The body worn device of claim 1, wherein the power source comprises a rechargeable battery or a one time use battery.

16. The body worn device of claim 1, wherein the power source is a battery contained within said disposable module.

17. The body worn device of claim 1, wherein the power source is a Seebeck device.

18. The body worn device of claim 1, wherein one of the electrical connections is a reference electrode that can be used to improve common mode rejection (CMR).

19. The body worn device of claim 1, further comprising a virtual electrode as a reference electrode to improve CMR.

20. The body worn device of claim 19, wherein the virtual electrode is an electrode adapted to be situated near the skin of the patient, but not directly connected to the skin.

21. The body worn device of claim 19, wherein the virtual electrode is adapted to include a capacitive coupling of a body of the communication-computation module to the skin surface of the patient to reduce power line frequency interference.

22. The body worn device of claim 19, including a reference electrode switch for selectively choosing between using the virtual electrode as the reference electrode and a directly connected electrode as the reference electrode and wherein when the reference electrode switch selects the virtual electrode, the directly connected electrode can be used as an additional ECG electrode.

23. The body worn device of claim 19, wherein the reference electrode is a passive electrical connection or the reference electrode is actively driven.

24. The body worn device of claim 1, wherein the communication-computation module includes a pacer detection circuit.

25. The body worn device of claim 24, wherein the pacer detection circuit generates a microprocessor interrupt to inform the microprocessor that a pacer event occurred.

26. The body worn device of claim 25, wherein the microprocessor interrupt is used to mark a corresponding physiological signal in time as related to a pacer event.

27. The body worn device of claim 25, wherein the device automatically determines if a patient has a pacemaker and only enables the pacer detect circuit when a pacemaker is present.

US 8,214,007 B2

21

**28**. The body worn device of claim **25**, wherein the device is configured by an external input to enable or disable the pacer detect circuit.

**29**. The body worn device of claim **1**, wherein the body worn device includes circuit protection to allow the device to survive multiple defibrillation cycles of at least 360 joules.

**30**. The body worn device of claim **29**, wherein the circuit protection comprises a gas discharge tube or a plurality of diodes to clamp or limit the signals from the electrical connections.

**31**. The body worn device of claim **29**, wherein a plurality of components of the circuit protection are distributed between the disposable module and the communication-computation module.

**32**. The body worn device of claim **1**, further comprising a high pass filter with a selectable corner frequency to filter the physiological signals.

**33**. The body worn device of claim **32**, wherein the corner frequency is selected by a switch selectable resistance.

**34**. The body worn device of claim **32**, wherein the corner frequency is selected by one or more switching capacitors switched a rate higher than the corner frequency of a low pass anti-aliasing filter.

**35**. The body worn device of claim **32**, wherein the high pass filter is implemented in software running on the microprocessor.

**36**. The body worn device of claim **1**, wherein the body worn device self checks a pacer detection circuit by injecting a simulated pacer pulse into a front end amplifier to simulate the pacer detection circuit by simulating the presence of a patient's pacemaker.

**37**. The body worn device of claim **1**, wherein the communication-computation module includes circuit components configured to detect failure of contact of one or more of the electrical connections with the skin surface of the patient.

**38**. The body worn device of claim **1**, wherein the communication-computation module is protected from external high energy signals by electro-surgical isolation suppression circuits.

**39**. The body worn device of claim **1**, wherein an algorithm running on a microprocessor in the body worn device causes the body worn device to enter a low power mode that disables at least one circuit of the body worn device, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heart beat, to save power.

**40**. The body worn device of claim **4**, including an ESIS filter having a low enough corner frequency such that the energy from a pacer pulse is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the sample rate and the pacer pulse occurs between samples.

22

**41**. The body worn device of claim **1**, wherein neon bulbs connected from the physiological sensors to an electronics common (ground) protect one or more internal circuits of the communication-computation module from a defibrillation pulse.

**42**. The body worn device of claim **1**, wherein a plurality of diodes disposed between the physiological sensors and an electronics common (ground) protect one or more internal circuits of the communication-computation module from a defibrillation pulse.

**43**. The body worn device of claim **1**, wherein the radio circuit communicates an unprocessed physiological signal.

**44**. The body worn device of claim **1**, wherein the radio circuit communicates a result of the physiological analysis at a predetermined time.

**45**. A body worn patient monitoring device comprising:

a disposable module including a plurality of electrical connections, the electrical connections adapted for electrical coupling to a skin surface to receive physiological signals, the disposable module including a disposable module connector;

a power source to power the body worn patient monitoring device;

a communication-computation module, having a communication-computation module connector to receive the physiological signals from the disposable module via the disposable module connector, the communication-computation module including:

a microprocessor to actively monitor a patient and to perform a real-time physiological analysis of the physiological signals, the analysis determining an occurrence of a predetermined ECG event,

a radio circuit to communicate an unprocessed physiological signal or a result of the physiological analysis, at a predetermined time or on an occurrence of a predetermined event, via a radio transmission to a remote radio receiver, and

wherein the disposable module has a mechanical and electrical coupling to the communication-computation module, forming the body worn patient monitoring device as a single unit that is adapted to be directly and non-permanently affixed to the skin surface of the patient; and

at least one series current-limiting resistor configured to protect the communication-computation module, the at least one series current-limiting resistor being screened on a flexible substrate, the at least one series current-limiting resistor being in the form of resistive traces.

* * * * *

# Exhibit 2

US008965492B2

(12) **United States Patent**     (10) **Patent No.:**     **US 8,965,492 B2**

Baker et al.                      (45) **Date of Patent:**     **Feb. 24, 2015**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(71) Applicant: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

(72) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Mission Viejo, CA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/268,666**

(22) Filed: **May 2, 2014**

(65) **Prior Publication Data**

US 2014/0243694 A1    Aug. 28, 2014

**Related U.S. Application Data**

(60) Continuation of application No. 14/103,219, filed on Dec. 11, 2013, now Pat. No. 8,750,974, which is a division of application No. 13/488,520, filed on Jun. 5, 2012, now Pat. No. 8,630,699, which is a continuation of application No. 11/591,619, filed on Nov. 1, 2006, now Pat. No. 8,214,007.

(51) **Int. Cl.**
    *A61B 5/02*        (2006.01)
    *A61B 5/04*        (2006.01)
        (Continued)

(52) **U.S. Cl.**
    CPC ........... *A61B 5/04087* (2013.01); *A61B 5/0006* (2013.01); *A61B 5/04085* (2013.01); *A61B 5/04282* (2013.01); *A61B 5/0416* (2013.01);

*A61B 5/0816* (2013.01); *A61B 5/14552* (2013.01); *A61B 5/742* (2013.01); (Continued)

(58) **Field of Classification Search**
    USPC .......................................... 600/372, 508–509
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,141,367 A     2/1979  Ferreira
4,791,933 A    12/1988  Asai et al.
                (Continued)

FOREIGN PATENT DOCUMENTS

EP      0209804 A2     1/1987
EP      0770349 A1     5/1997
                (Continued)

OTHER PUBLICATIONS

Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).
                (Continued)

*Primary Examiner* — Nicole F Lavert
(74) *Attorney, Agent, or Firm* — Hiscock & Barclay, LLP

(57)     **ABSTRACT**

A body-worn patient monitoring device includes providing a substrate that supports one or more electrical connections to a patient's body. The method further includes determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate, determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate, printing the first material onto the substrate, and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

**14 Claims, 14 Drawing Sheets**



**US 8,965,492 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *A61B 5/0408* | (2006.01) |
| *A61B 5/00* | (2006.01) |
| *A61B 5/0428* | (2006.01) |
| *A61B 5/0416* | (2006.01) |
| *A61B 5/08* | (2006.01) |
| *A61B 5/1455* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61B 5/746* (2013.01); *A61B 5/04286* (2013.01); *A61B 2560/0209* (2013.01); *A61B 2560/0412* (2013.01); *A61B 5/7232* (2013.01)
USPC ............................ **600/509**; 600/372; 600/508

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,800,894 A | 1/1989 | Milani | |
| 4,957,109 A | 9/1990 | Groeger et al. | |
| 4,958,645 A | 9/1990 | Cadell et al. | |
| 4,974,607 A | 12/1990 | Miwa | |
| 5,257,631 A | 11/1993 | Wilk | |
| 5,294,928 A | 3/1994 | Cooper et al. | 341/142 |
| 5,309,918 A | 5/1994 | Schraag | 600/508 |
| 5,319,363 A | 6/1994 | Welch et al. | |
| 5,458,122 A | 10/1995 | Hethuin | |
| 5,515,735 A | 5/1996 | Sarihan | |
| 5,538,007 A | 7/1996 | Gorman | |
| 5,544,661 A | 8/1996 | Davis et al. | |
| 5,579,001 A | 11/1996 | Dempsey et al. | |
| 5,579,775 A | 12/1996 | Dempsey et al. | |
| 5,600,071 A | 2/1997 | Sooriakumar et al. | |
| 5,682,803 A | 11/1997 | Boianjiu | |
| 5,687,734 A | 11/1997 | Dempsey et al. | |
| 5,694,940 A | 12/1997 | Unger et al. | |
| 5,743,269 A | 4/1998 | Okigami et al. | |
| 5,748,103 A | 5/1998 | Flach et al. | |
| 5,767,791 A | 6/1998 | Stoop et al. | |
| 5,808,331 A | 9/1998 | Zhang et al. | |
| 5,832,490 A | 11/1998 | Riley | |
| 5,871,451 A | 2/1999 | Unger et al. | |
| 5,882,300 A | 3/1999 | Malinouskas et al. | |
| 5,889,211 A | 3/1999 | Maudie et al. | |
| 5,899,866 A | 5/1999 | Cyrus et al. | |
| 5,916,159 A | 6/1999 | Kelly et al. | |
| 5,917,414 A | 6/1999 | Oppelt et al. | |
| 5,919,141 A | 7/1999 | Money et al. | |
| 5,938,597 A | 8/1999 | Stratbucker | |
| 5,966,692 A | 10/1999 | Langer et al. | |
| 5,987,519 A | 11/1999 | Peifer et al. | |
| 5,995,861 A | 11/1999 | Price | |
| 6,006,125 A | 12/1999 | Kelly et al. | |
| 6,013,933 A | 1/2000 | Foerstner et al. | |
| 6,018,705 A | 1/2000 | Gaudet et al. | |
| 6,026,321 A | 2/2000 | Miyata et al. | |
| 6,052,654 A | 4/2000 | Gaudet et al. | |
| 6,057,758 A | 5/2000 | Dempsey et al. | |
| 6,066,093 A | 5/2000 | Kelly et al. | |
| 6,073,046 A | 6/2000 | Patel et al. | |
| 6,076,003 A | 6/2000 | Rogel | |
| 6,089,692 A | 7/2000 | Anagnostopoulos | |
| 6,122,340 A | 9/2000 | Darley et al. | |
| 6,150,951 A | 11/2000 | Olejniczak | |
| 6,161,036 A | 12/2000 | Matsumura et al. | |
| 6,171,237 B1 | 1/2001 | Avitall et al. | |
| 6,198,394 B1 | 3/2001 | Jacobsen et al. | |
| 6,212,944 B1 | 4/2001 | Kwun et al. | |
| 6,298,314 B1 | 10/2001 | Blackadar et al. | |
| 6,331,444 B1 | 12/2001 | Ferrari et al. | |
| 6,336,365 B1 | 1/2002 | Blackadar et al. | |
| 6,357,147 B1 | 3/2002 | Darley et al. | |

| | | | |
|---|---|---|---|
| 6,440,067 B1 | 8/2002 | DeLuca et al. | |
| 6,448,621 B1 | 9/2002 | Thakur | |
| 6,493,652 B1 | 12/2002 | Ohlenbusch et al. | |
| 6,539,613 B1 | 4/2003 | Ulmer | |
| 6,544,171 B2 | 4/2003 | Beetz et al. | |
| 6,544,173 B2 | 4/2003 | West et al. | |
| 6,544,174 B2 | 4/2003 | West et al. | |
| 6,579,231 B1 | 6/2003 | Phipps | |
| 6,586,810 B2 | 7/2003 | Thakur | |
| 6,623,312 B2 | 9/2003 | Merry et al. | 439/729 |
| 6,794,990 B2 | 9/2004 | Tseng | |
| 6,847,892 B2 | 1/2005 | Zhou et al. | |
| 6,870,484 B1 | 3/2005 | Brinsfield et al. | |
| 6,911,727 B1 | 6/2005 | Martin et al. | |
| 7,318,417 B2 | 1/2008 | Lang et al. | |
| 7,382,247 B2 | 6/2008 | Welch et al. | |
| 7,439,856 B2 | 10/2008 | Weiner et al. | |
| 7,508,064 B2 | 3/2009 | Martin et al. | |
| 7,515,043 B2 | 4/2009 | Welch et al. | |
| 7,515,044 B2 | 4/2009 | Welch et al. | |
| 7,563,632 B2 | 7/2009 | Martin et al. | |
| 2001/0023315 A1 | 9/2001 | Flach et al. | |
| 2002/0106709 A1 | 8/2002 | Potts et al. | 435/14 |
| 2002/0122519 A1 | 9/2002 | Douglas et al. | |
| 2003/0001742 A1 | 1/2003 | Eshelman et al. | 340/573.1 |
| 2003/0055460 A1 | 3/2003 | Owen et al. | 607/5 |
| 2003/0149349 A1 | 8/2003 | Jensen | |
| 2004/0113806 A1 | 6/2004 | Neykov | |
| 2004/0242976 A1 | 12/2004 | Abreu | |
| 2004/0252031 A1 | 12/2004 | Taylor | |
| 2005/0116820 A1 | 6/2005 | Goldreich | |
| 2005/0137489 A1 | 6/2005 | Jackson et al. | 600/515 |
| 2005/0206518 A1 | 9/2005 | Welch et al. | |
| 2005/0216334 A1 | 9/2005 | Mehrabani-Farsi | |
| 2005/0245839 A1 | 11/2005 | Stivoric et al. | 600/549 |
| 2006/0044856 A1 | 3/2006 | Bird et al. | |
| 2006/0074284 A1 | 4/2006 | Juola et al. | 600/372 |
| 2006/0136001 A1 | 6/2006 | Ortega et al. | 607/9 |
| 2006/0183434 A1 | 8/2006 | Westra et al. | 455/78 |
| 2006/0189976 A1 | 8/2006 | Karni et al. | |
| 2006/0205171 A1 | 9/2006 | Tsukada | |
| 2006/0238333 A1 | 10/2006 | Welch et al. | |
| 2007/0013511 A1 | 1/2007 | Weiner et al. | |
| 2007/0069887 A1 | 3/2007 | Welch et al. | |
| 2007/0270678 A1 | 11/2007 | Fadem et al. | 600/372 |
| 2007/0293781 A1 | 12/2007 | Sims et al. | |
| 2008/0139953 A1 | 6/2008 | Baker et al. | 600/509 |
| 2009/0043185 A1 | 2/2009 | McAdams et al. | |
| 2009/0131759 A1 | 5/2009 | Sims et al. | |
| 2010/0145202 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0160762 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0324390 A1 | 12/2010 | McLaughlin et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0910985 A1 | 4/1999 |
| JP | 11042214 | 2/1999 |
| JP | 11088546 | 3/1999 |
| WO | 9620641 A1 | 7/1996 |
| WO | 9629005 A1 | 9/1996 |
| WO | 9746156 A1 | 12/1997 |
| WO | 9959460 A2 | 11/1999 |
| WO | 0189362 A2 | 11/2001 |
| WO | 0189362 A3 | 11/2001 |
| WO | 0197686 A1 | 12/2001 |
| WO | 2008142365 | 11/2008 |
| WO | WO 2008/142365 | 11/2008 |
| WO | 2009056859 | 5/2009 |
| WO | WO 2009/056859 | 5/2009 |

OTHER PUBLICATIONS

International Search Report/Mitten Opinion for PCT/U507/83156 dated May 15, 2008 (16 pages).

**U.S. Patent**          Feb. 24, 2015          **Sheet 1 of 14**          US 8,965,492 B2



**FIG.1A**



**FIG.1B**



**FIG.1C**



**FIG.1D**

U.S. Patent          Feb. 24, 2015          Sheet 2 of 14          US 8,965,492 B2



FIG.2



FIG.3



FIG.4A



404

412    430

**FIG.4B**



412    404
412
406

**FIG.4C**



432
412    404
412
432    406

**FIG.4D**

FIG.5



FIG.6



**FIG.7A**



**FIG.7B**

U.S. Patent

Feb. 24, 2015

Sheet 9 of 14

US 8,965,492 B2



FIG.8

U.S. Patent          Feb. 24, 2015          Sheet 10 of 14          US 8,965,492 B2



**FIG.8A**





FIG.11

FIG.12

FIG.13



FIG.15



FIG.14



FIG.17



FIG.16A

FIG.16B

US 8,965,492 B2

**1**

## BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

### CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation application of, and claims priority and benefit to co-pending U.S. patent application Ser. No. 14/103,219, filed Dec. 11, 2013 and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", which is a divisional application of, and claims priority and benefit to, co-pending U.S. patent application Ser. No. 13/488,520, filed Jun. 5, 2012 and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", and now issued U.S. Pat. No. 8,630,699, which is a continuation application of U.S. patent application Ser. No. 11/591,619, filed Nov. 1, 2006 and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module" and now issued U.S. Pat. No. 8,214,007. All of the aforementioned patent(s) and patent application(s) are herein incorporated by reference in their entirety.

### FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

### BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG

**2**

noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

### SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module

US 8,965,492 B2

3

and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

FIG. 1A shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. 1B shows a partially unassembled side view of the body worn physiological monitor of FIG. 1A;

FIG. 1C shows an assembled side view of the body worn physiological monitor of FIG. 1A;

FIG. 1D shows a bottom view of the body worn physiological monitor of FIG. 1A;

FIG. 2 shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. 3 shows an exploded perspective view of an exemplary computation and communication module;

FIG. 4A shows an exemplary disposable unit flexible circuit board;

FIG. 4B shows a partial enlarged view of a portion of the flexible circuit board of FIG. 4A, further showing an exemplary resistive trace having a fillet;

FIG. 4C shows a partial side elevated view of a portion of the flexible circuit hoard of FIG. 4A, further showing an exemplary conductive surface overlaying a resistive material;

FIG. 4D shows a partial side elevational view of the circuit board of FIG. 4A, further showing an exemplary conductive surface having a snap receptacle;

FIG. 5 shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

FIG. 6 shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. 7A shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. 7B shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. 8 shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. 8A shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. 9 shows an exemplary ESIS filter circuit topology with circuit protection;

FIG. 10 shows an alternative circuit protection to that depicted in FIG. 9;

4

FIG. 11 shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. 12 shows a circuit topology of a high pass filter useful for baseline restoration;

FIG. 13 shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. 12;

FIG. 14 shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

FIG. 15 shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. 16A symbolically shows resistive dots silk screened on a tray;

FIG. 16B shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. 17 shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module 102, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. 1A-1D depict various views of an exemplary body worn physiological monitor 100 having a communication and computation module 102 and a disposable electrode module 110. In this exemplary embodiment, physiological monitor 100 is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor 100.

FIG. 1A shows an exemplary top view of body worn physiological monitor 100. A crescent shape allows the body worn physiological monitor 100 to be placed on the chest of a

US 8,965,492 B2

5

patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

FIG. **1B** shows a side elevated view of physiological monitor **100** having an exemplary attachment mechanism, such as a retention clip **104**, to mechanically attach communications and computation module **102** to the top surface of the disposable electrode module **110**. Flexible printed circuit layer **101** can be Made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. **1A-1D**) on flexible printed circuit layer **101** can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer **101**, as well as to provide an aesthetic outer layer to make the body worn monitor **100** visually appealing.

FIG. **1C** shows a side view of physiological monitor **100** in which the communications and computation module **102** has been affixed to disposable electrode module **110**. FIG. **1D** depicts a view of the underside of exemplary physiological monitor **100** showing one embodiment of disposable electrode module **110** having electrodes **109**. In this embodiment, each electrode **109** comprises electrode gel **103** and conductive surface **404** (FIG. **4**). Together, electrode gel **103** and conductive surface **404** create a half cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface **404** can directly accept the electrode gel **103**.

FIG. **2** shows an exploded assembly view of the exemplary body worn physiological monitor **100**. As noted with regard to FIGS. **1A-1D**, the body worn physiological monitor **100** includes a removable and reusable communications and computation module **102** and a disposable electrode module **110**, the later including electrode gels **103** for ECG monitoring and batteries **204** to power communications and computation module **102**. A flat planar insulating/adhesive member **105** includes a plurality of openings that are each sized to receive electrode gels **103**. The insulating member **105** provides a bottom side cover for the flexible printed circuit layer **101** and augments adhesion to the human body. Electrode gel **103**, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface **404** (FIG. **4**) and the patient's skin.

Electrode gels **103** can adhere to a patient's skin. While electrode gel **103** is typically an adhesive electrode gel, the adhesion offered by electrode gels **103** alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor **100** to a patient. To achieve a better adhesion of body worn monitor **100** to a patient's skin, insulating/adhesive member **105** can be used to non-permanently affix body worn physiological monitor **100** to a patient. Thus, body worn monitor **100** can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in

6

FIGS. **1B** and **1C** (although not to scale), each of the electrode gels **103** extend sufficiently below adhesive layer **105** in order to ensure good electrical connection with a patient's skin surface (not shown). Tab **106**, FIG. **1A**, allows for easy removal of a protective backing **111** from adhesive layer **105**.

Flexible printed circuit layer **101** can include contacts, such as battery clips (not shown), to receive and connect to batteries **204**. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. **2**, batteries **204** can be mounted under respective battery flaps **205** arranged on opposite sides of the flexible printed circuit layer **101**. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries **204**. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover **107** provides protection for batteries **204** as well as a surface to press upon when applying electrodes **103** to conductive surface **404**. Retention clips **104** can comprise, for example, a plurality of spring fingers with latching clips. Retention clip **104**, affixed to disposable electrode module **110**, can be used to secure reusable communications and computation module **102** to disposable package **110**. Reusable communications and computation module **102** is herein illustrated in a simplified representation, including cover **201**, communications and computation printed circuit board assembly **202**, and base **203**.

FIG. **3** shows a mechanical view of an exemplary reusable communications and computation module **102**, as well as a preferred method for making an electrical connection between flexible printed circuit layer **101** in disposable electrical module **110** and communications and computation printed circuit board assembly **202** situated in reusable communications and computation module **102**. In this exemplary embodiment, communications and computation printed circuit board assembly **202** can include a plurality of press fit and/or soldered conductive sockets **301** for receiving electrical plug **302**, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug **302** can correspond to an electrical connection pad on flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable electrode module **110**.

FIG. **4A** shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to a conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

US 8,965,492 B2

7

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "**109**") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

One exemplary electrode gel **103** suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface **404** creates the electrode portion of the half cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries **304** can be connected in series, with one battery being made available at connection pad **407** from battery connection **402**, battery connection **401** creating the series connection between the two batteries, and connection pad **410** providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module **102**.

Connection pads **408** and **409** electrically couple the signals from electrode gels **103** (not shown in FIGS. **4**A-**4**D) via conductive surface **404** and resistive traces **412** to electrical plug **302** (not shown in FIGS. **4**A-**4**D). Electrode contact pad **405** can be connected via resistive trace **413** to connection pad **411** to provide a direct-connected reference electrode (not shown in FIGS. **4**A-**4**D). Traces **412** extending between conductive surface **404** and connection pads **408** and **409** and trace **413** extending between conductive surface **405** and connection pad **411** can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer **101** replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor **100** remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor **100** from electrodes **109**, FIG. **1**D (electrodes **109** including conductive surface **404** and electrode gel **103**).

8

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces **412** and **413** will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of $4*k*T*R*BW$, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than $30\,\mu V$ peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer **101**, typically formed on a Mylar substrate **406**, such as shown in FIG. **4**A, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 kΩ"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces **412**, the length needed for a trace run, as between conductive surface **404** and connection point **409**, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface **404**. Arcing was also observed to occur between the end section of the carbon trace and conductive surface **404**. (Electrode gels **103** create the conductive path to the patient through conductive surface **404** and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. 4B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. **4**C, wherein carbon can be laid down beyond the trace

US 8,965,492 B2

9

(**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed conductive carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the carbon layer residing between conductive surface **404** and the Mylar substrate used as flexible circuit board **101**. Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI. DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. 4D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp, of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using **7102** carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C.

10

for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing solution was used to deposit the dielectric layer through a 90T screen mesh. The substrate was placed into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a **7102** carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots

US 8,965,492 B2

11

1601 to the tray 1602 through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots 1601 and the person applying the resistive paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray 1602 was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots 1601 is shown in the histogram of FIG. 16B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot 1601 was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater Δ R/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. 5 shows a block diagram representative of one embodiment of the body worn physiological monitor 100. Physiological sensors 501 (such as electrodes 109 in FIG. 1D) can be electrically coupled to electromechanical connector 502 (as by the resistive traces 412 shown in FIG. 4). Connector 502 serves to electrically couple communications and computation module 102 to a disposable electrode module 110 (FIG. 2). Secondary connector 503 can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module 110, to electromechanical connector 502 for electrical coupling along with physiological sensor signals 501 to communications and computation module 102 (shown in FIG. 1) via electromechanical connector 505. Signals received by the communications and computation module 102 can be electrically coupled into communications and computation module 102 via electronic protection circuits 506 and/or filters, such as ESIS filters 507.

Signals can be limited or clipped in amplitude, as needed, by protection circuit 506, and filtered by filter 507. One or more analog amplifiers 508 can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers 508 can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers 508 can be electrically coupled to both PACER circuits 509 and ECG circuits 510. PACER circuits 509 are described further below. ECG circuits 510 perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) 516. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes 109) to more closely match the available dynamic range of the digitizing ADC 516, Note that ADC 516 can be a dedicated ADC chip or

12

can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor 512.

A microprocessor, such as microprocessor 512, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "μP" or "μC". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors 501 or 504, but it should be noted that one or more amplifiers 508 can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs 516 can serve two or more signals from physiological sensors 501 or 504 using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits 510 and PACER circuits 509 are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source 515 can be regulated by regulator 514 and distributed as regulated voltage 517 to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input 511 from microprocessor 512, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heartbeat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. 17 shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source 515 can include one or more "button" cells typically disposed on disposable electrode module 110; however, the block diagram of FIG. 6 shows an embodiment of a body worn physiological monitor 100 where power is supplied by a power source located on, or connected to communications and computation module 102 instead of residing within disposable electrode module 110.

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor 100 to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self

US 8,965,492 B2

13

generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

FIG. **7A** shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR, In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7A**) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**, Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

In another embodiment as shown in FIG. **7B**, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling eliminates with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode **701**, as shown in FIG. **8A**, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7A**. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8A**. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode 1 and 2 (exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described, The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The

14

inverting low pass filter built around OpAmp **812** inverts the averaged common mode pickup signal (at electrodes 1 and 2) and applies that signal out of phase (180° phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common mode signals at electrodes 1 and 2 within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor μP) **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C**1**), Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which elec-

US 8,965,492 B2

15

trode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99** or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the

16

pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. **12** shows a high pass filter (HPF) suitable for use in ECG circuits block **510**. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocautery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. **12** is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R**2'**. Alternatively, S**1** can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of S**1** should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. **13** further illustrate the performance of the exemplary filter of FIG. **12**. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. **13**, graph A represents a raw input signal. FIG. **13**, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R**2'** is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor **512** to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor **512** to trigger the test circuit **906** to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. **13**, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H'(s) is the frequency response of the new HPF with lower cutoff frequency, nomi-

US 8,965,492 B2

17 18

nally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. **13**, graph E), resulting in the frequency response displayed in FIG. **13**, graph G. A high pass filter suitable for use in ECG circuits block **510** can be implemented in full or in part by software that can run on microprocessor **512**.

FIG. **14** shows how a body worn monitor **100** configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position **1401**. An alternative position **1402** can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position **1401** to be less desirable. Also, body worn monitor **100** can be affixed to the side of patient **703** (similar to a measurement made by a conventional ECG "V" lead) or back of a patient **703** (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor **100** can be placed to pick a particular vector that can be traversed by the electrodes **109**. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor **100** can be powered by either an internal power source only, an external power source only, or by an internal or an external power source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module **102**. The open circuit voltage of a Seebeck device is given by V=S Δ T, in which S is the Seebeck coefficient in volts/° K and Δ T is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module **102** from a Seebeck device that is of the same size as the computation and communication module **102**. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a **0** as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA output, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long

US 8,965,492 B2

**19**

as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

What is claimed is:

**1**. A body-worn patient monitoring device comprising:
a flexible printed circuit layer made from an insulating material and defining a substrate;
at least one electrode disposed onto a surface of the substrate;
at least one connection pad;
at least one electrical trace extending between the at least one connection pad and a conductive surface of the at least one electrode, the at least one electrical trace being made at least in part from a resistive material; and
an insulating layer covering the flexible printed circuit layer.

**2**. The body-worn patient monitoring device of claim **1**, wherein the at least one electrical trace includes a filleted portion formed at the electrode.

**3**. The body-worn patient monitoring device of claim **2**, including at least one battery mounted on the flexible circuit layer.

**20**

**4**. The body-worn patient monitoring device of claim **3**, including a retention member to provide mechanical support for the at least one battery and to enable an electrical connection with the conductive surface of the at least one electrode.

**5**. The body worn patient monitoring device of claim **1**, further comprising an ECG monitor having a programmed microprocessor and a plurality of electrical connections to measure patient heartbeat signals.

**6**. The body-worn patient monitoring device of claim **1**, wherein the at least one electrode includes an electrode gel and a conductive surface, thereby creating a half cell.

**7**. A body-worn patient monitoring device comprising:
a disposable electrode portion; and
a reusable communication module, the disposable electrode portion comprising a flexible printed circuit layer made from an insulating material and defining a substrate, at least two electrodes being disposed onto a surface of the substrate and electrical traces defined between the at least two electrodes and a connection pad,
wherein the reusable communication and computation module comprises a housing containing a processor and a wireless communication unit, and in which the reusable communication module is releasably attached to the disposable electrode portion by at least one latching clip.

**8**. The body-worn patient monitoring device of claim **7**, wherein the electrodes are integrated into the flexible printed circuit layer of the disposable portion of the device.

**9**. The body-worn patient monitoring device of claim **7**, wherein the electrodes are snap fitted to the flexible printed circuit layer.

**10**. The body-worn patient monitoring device of claim **9**, wherein the snap is disposed at the end of an extension.

**11**. The body-worn patient monitoring device of claim **7**, wherein the electrical traces are screened onto the flexible printed circuit layer.

**12**. The body-worn patient monitoring device of claim **11**, including an insulating layer applied onto the electrical traces.

**13**. The body-worn patient monitoring device of claim **12**, wherein the insulating layer is screen printed onto the electrical traces of the flexible printed circuit layer.

**14**. The body-worn patient monitoring device of claim **7**, wherein each electrode includes an electrode gel and a conductive surface defining a half cell.

* * * * *

# Exhibit 3

US009155484B2

(12) **United States Patent**
Baker et al.

(10) **Patent No.:**     **US 9,155,484 B2**
(45) **Date of Patent:**     *****Oct. 13, 2015**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(71) Applicant: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

(72) Inventors: **Steven D. Baker**, Beaverton, NY (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Mission Viejo, CA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/595,815**

(22) Filed: **Jan. 13, 2015**

(65) **Prior Publication Data**

US 2015/0126848 A1     May 7, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 14/268,666, filed on May 2, 2014, now Pat. No. 8,965,492, which is a continuation of application No. 14/103,219, filed on Dec. 11, 2013, now Pat. No. 8,750,974, which is a division of application No. 13/488,520, filed on Jun. 5, 2012, now Pat. No. 8,630,699, which is a continuation of application No. 11/591,619, filed on Nov. 1, 2006, now Pat. No. 8,214,007.

(51) **Int. Cl.**
*A61B 5/00*     (2006.01)
*A61B 5/02*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... *A61B 5/04085* (2013.01); *A61B 5/0006* (2013.01); *A61B 5/0416* (2013.01); *A61B 5/04087* (2013.01); *A61B 5/04282* (2013.01);

*A61B 5/0816* (2013.01); *A61B 5/14542* (2013.01); *A61B 5/14552* (2013.01); *A61B 5/6832* (2013.01); *A61B 5/742* (2013.01); *A61B 5/746* (2013.01); *A61B 5/04286* (2013.01);

(Continued)

(58) **Field of Classification Search**
USPC ........................................ 600/372, 508–509
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,141,367 A     2/1979   Ferreira
4,791,933 A     12/1988   Asai et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0209804 A2     1/1987
EP          0770349 A1     5/1997

(Continued)

OTHER PUBLICATIONS

Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).

(Continued)

*Primary Examiner* — Nicole F Lavert
(74) *Attorney, Agent, or Firm* — Barclay Damon, LLP

(57)     **ABSTRACT**

A body-worn physiological sensor includes a computation-communication module, and a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals. An adhesive covers at least a portion of the flexible circuit layer and a protective covering protects the adhesive. The computation-communication module can be releasably attached to the sensor using electrical traces provided on the flexible circuit layer.

**20 Claims, 14 Drawing Sheets**



**US 9,155,484 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *A61B 5/04* | (2006.01) |
| *A61B 5/0408* | (2006.01) |
| *A61B 5/0416* | (2006.01) |
| *A61B 5/08* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/145* | (2006.01) |
| *A61B 5/0428* | (2006.01) |

(52) **U.S. Cl.**

CPC ....... *A61B5/7232* (2013.01); *A61B 2560/0209* (2013.01); *A61B 2560/0412* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,800,894 A | 1/1989 | Milani | |
| 4,957,109 A | 9/1990 | Groeger et al. | |
| 4,958,645 A | 9/1990 | Cadell et al. | |
| 4,974,607 A | 12/1990 | Miwa | |
| 5,257,631 A | 11/1993 | Wik | |
| 5,294,928 A | 3/1994 | Cooper et al. | 341/142 |
| 5,309,918 A | 5/1994 | Schraag | 600/508 |
| 5,319,363 A | 6/1994 | Welch et al. | |
| 5,458,122 A | 10/1995 | Hethuin | |
| 5,515,735 A | 5/1996 | Sarihan | |
| 5,538,007 A | 7/1996 | Gorman | |
| 5,544,661 A | 8/1996 | Davis et al. | |
| 5,579,001 A | 11/1996 | Dempsey et al. | |
| 5,579,775 A | 12/1996 | Dempsey et al. | |
| 5,600,071 A | 2/1997 | Sooriakumar et al. | |
| 5,682,803 A | 11/1997 | Boianjiu | |
| 5,687,734 A | 11/1997 | Dempsey et al. | |
| 5,694,940 A | 12/1997 | Unger et al. | |
| 5,743,269 A | 4/1998 | Okigami et al. | |
| 5,748,103 A | 5/1998 | Flach et al. | |
| 5,767,791 A | 6/1998 | Stoop et al. | |
| 5,808,331 A | 9/1998 | Zhang et al. | |
| 5,832,490 A | 11/1998 | Riley | |
| 5,871,451 A | 2/1999 | Unger et al. | |
| 5,882,300 A | 3/1999 | Malinouskas et al. | |
| 5,889,211 A | 3/1999 | Maudie et al. | |
| 5,899,866 A | 5/1999 | Cyrus et al. | |
| 5,916,159 A | 6/1999 | Kelly et al. | |
| 5,917,414 A | 6/1999 | Oppelt et al. | |
| 5,919,141 A | 7/1999 | Money et al. | |
| 5,938,597 A | 8/1999 | Stratbucker | |
| 5,966,692 A | 10/1999 | Langer et al. | |
| 5,987,519 A | 11/1999 | Peifer et al. | |
| 5,995,861 A | 11/1999 | Price | |
| 6,006,125 A | 12/1999 | Kelly et al. | |
| 6,013,933 A | 1/2000 | Foerstner et al. | |
| 6,018,705 A | 1/2000 | Gaudet et al. | |
| 6,026,321 A | 2/2000 | Miyata et al. | |
| 6,052,654 A | 4/2000 | Gaudet et al. | |
| 6,057,758 A | 5/2000 | Dempsey et al. | |
| 6,066,093 A | 5/2000 | Kelly et al. | |
| 6,073,046 A | 6/2000 | Patel et al. | |
| 6,076,003 A | 6/2000 | Rogel | |
| 6,089,692 A | 7/2000 | Anagnostopoulos | |
| 6,122,340 A | 9/2000 | Darley et al. | |
| 6,150,951 A | 11/2000 | Olejniczak | |
| 6,161,036 A | 12/2000 | Matsumura et al. | |
| 6,171,237 B1 | 1/2001 | Avitall et al. | |
| 6,198,394 B1 | 3/2001 | Jacobsen et al. | |
| 6,212,944 B1 | 4/2001 | Kwun et al. | |
| 6,298,314 B1 | 10/2001 | Blackadar et al. | |
| 6,331,444 B1 | 12/2001 | Ferrari et al. | |
| 6,336,365 B1 | 1/2002 | Blackadar et al. | |
| 6,357,147 B1 | 3/2002 | Darley et al. | |
| 6,440,067 B1 | 8/2002 | DeLuca et al. | |
| 6,448,621 B1 | 9/2002 | Thakur | |
| 6,493,652 B1 | 12/2002 | Ohlenbusch et al. | |

| | | | |
|---|---|---|---|
| 6,539,613 B1 | 4/2003 | Ulmer | |
| 6,544,171 B2 | 4/2003 | Beetz et al. | |
| 6,544,173 B2 | 4/2003 | West et al. | |
| 6,544,174 B2 | 4/2003 | West et al. | |
| 6,579,231 B1 | 6/2003 | Phipps | |
| 6,586,810 B2 | 7/2003 | Thakur | |
| 6,623,312 B2 | 9/2003 | Merry et al. | 439/729 |
| 6,794,900 B2 | 9/2004 | Tseng et al. | |
| 6,847,892 B2 | 1/2005 | Zhou et al. | |
| 6,870,484 B1 | 3/2005 | Brinsfield et al. | |
| 6,911,526 B1 | 6/2005 | Martin et al. | |
| 7,318,417 B2 | 1/2008 | Lang et al. | |
| 7,382,247 B2 | 6/2008 | Welch et al. | |
| 7,439,856 B2 | 10/2008 | Weiner et al. | |
| 7,508,064 B2 | 3/2009 | Martin et al. | |
| 7,515,043 B2 | 4/2009 | Welch et al. | |
| 7,515,044 B2 | 4/2009 | Welch et al. | |
| 7,563,632 B2 | 7/2009 | Martin et al. | |
| 2001/0023315 A1 | 9/2001 | Flach et al. | |
| 2002/0106709 A1 | 8/2002 | Potts et al. | 435/14 |
| 2002/0122519 A1 | 9/2002 | Douglas et al. | |
| 2003/0001742 A1 | 1/2003 | Eshelman et al. | 340/573.1 |
| 2003/0055460 A1 | 3/2003 | Owen et al. | 607/5 |
| 2003/0149349 A1 | 8/2003 | Jensen | |
| 2004/0030258 A1* | 2/2004 | Williams et al. | 600/544 |
| 2004/0113806 A1 | 6/2004 | Neykov | |
| 2004/0242976 A1 | 12/2004 | Abreu | |
| 2004/0252031 A1 | 12/2004 | Taylor | |
| 2005/0116820 A1 | 6/2005 | Goldreich | |
| 2005/0137489 A1 | 6/2005 | Jackson et al. | 600/515 |
| 2005/0206518 A1 | 9/2005 | Welch et al. | |
| 2005/0216334 A1 | 9/2005 | Mehrabani-Farsi | |
| 2005/0245839 A1 | 11/2005 | Stivoric et al. | 600/549 |
| 2006/0044856 A1 | 3/2006 | Bird et al. | |
| 2006/0074284 A1 | 4/2006 | Juola et al. | 600/372 |
| 2006/0136001 A1 | 6/2006 | Ortega et al. | 607/9 |
| 2006/0183434 A1 | 8/2006 | Westra et al. | 455/78 |
| 2006/0189976 A1 | 8/2006 | Karni et al. | |
| 2006/0205171 A1 | 9/2006 | Tsukada | |
| 2006/0238333 A1 | 10/2006 | Welch et al. | |
| 2007/0013511 A1 | 1/2007 | Weiner et al. | |
| 2007/0069887 A1 | 3/2007 | Welch et al. | |
| 2007/0270678 A1 | 11/2007 | Fadem et al. | 600/372 |
| 2007/0293781 A1 | 12/2007 | Sims et al. | |
| 2008/0139953 A1 | 6/2008 | Baker et al. | 600/509 |
| 2009/0043185 A1 | 2/2009 | McAdams et al. | |
| 2009/0131759 A1 | 5/2009 | Sims et al. | |
| 2010/0145202 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0160762 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0324390 A1 | 12/2010 | McLaughlin et al. | |
| 2012/0108920 A1 | 5/2012 | Bly et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0910985 A1 | 4/1999 |
| JP | 11042214 | 2/1999 |
| JP | 11088546 | 3/1999 |
| WO | 9620641 A1 | 7/1996 |
| WO | 9629005 A1 | 9/1996 |
| WO | 9746156 A1 | 12/1997 |
| WO | 9959460 A2 | 11/1999 |
| WO | 0189362 A2 | 11/2001 |
| WO | 0189362 A3 | 11/2001 |
| WO | 0197686 A1 | 12/2001 |
| WO | 2008142365 | 11/2008 |
| WO | WO 2008/142365 | 11/2008 |
| WO | 2009056859 | 5/2009 |
| WO | WO 2009/056859 | 5/2009 |

OTHER PUBLICATIONS

International Search Report/Mitten Opinion for PCT/U507/83156 dated May 15, 2008 (16 pages).

* cited by examiner



**FIG. 1A**



**FIG. 1B**



**FIG. 1C**



**FIG. 1D**



FIG.2



**FIG.3**



FIG.4A



**FIG.4B**



**FIG.4C**



**FIG.4D**



**FIG.5**



**FIG.6**



**FIG.7A**



**FIG.7B**

U.S. Patent

Oct. 13, 2015

Sheet 9 of 14

US 9,155,484 B2



FIG.8



FIG.8A





FIG.11

FIG.12

FIG.13



FIG.15



FIG.14



FIG.17



FIG.16A

FIG.16B

US 9,155,484 B2

**1**

# BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation application of, and claims priority and benefit to co-pending U.S. patent application Ser. No. 14/268,666, filed May 2, 2014, and entitled: "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", which is a continuation application of U.S. patent application Ser. No. 14/103,219, filed Dec. 11, 2013, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", now issued U.S. Pat. No. 8,750,974 B2, which is a divisional application of, and claims priority and benefit to, co-pending U.S. patent application Ser. No. 13/488,520, filed Jun. 5, 2012, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", and now issued U.S. Pat. No. 8,630,699, which is a continuation application of U.S. patent application Ser. No. 11/591,619, filed Nov. 1, 2006, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module" and now issued U.S. Pat. No. 8,214,007. All of the aforementioned patent(s) and patent application(s) are herein incorporated by reference in their entirety.

## FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

## BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit.

**2**

These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

## SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one commu-

US 9,155,484 B2

**3**

nication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

FIG. **1A** shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. **1B** shows a partially unassembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1C** shows an assembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1D** shows a bottom view of the body worn physiological monitor of FIG. **1A**;

FIG. **2** shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. **3** shows an exploded perspective view of an exemplary computation and communication module;

FIG. **4A** shows an exemplary disposable unit flexible circuit board;

FIG. **4B** shows a partial enlarged view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary resistive trace having a fillet;

FIG. **4C** shows a partial side elevated view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary conductive surface overlaying a resistive material;

FIG. **4D** shows a partial side elevational view of the circuit board of FIG. **4A**, further showing an exemplary conductive surface having a snap receptacle;

FIG. **5** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

FIG. **6** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. **7A** shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. **7B** shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. **8** shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. **8A** shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. **9** shows an exemplary ESIS filter circuit topology with circuit protection;

**4**

FIG. **10** shows an alternative circuit protection to that depicted in FIG. **9**;

FIG. **11** shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. **12** shows a circuit topology of a high pass filter useful for baseline restoration;

FIG. **13** shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. **12**;

FIG. **14** shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

FIG. **15** shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. **16A** symbolically shows resistive dots silk screened on a tray;

FIG. **16B** shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. **17** shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module **102**, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. **1A**-**1D** depict various views of an exemplary body worn physiological monitor **100** having a communication and computation module **102** and a disposable electrode module **110**. In this exemplary embodiment, physiological monitor **100** is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor **100**.

US 9,155,484 B2

5

FIG. 1A shows an exemplary top view of body worn physiological monitor **100**. A crescent shape allows the body worn physiological monitor **100** to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

FIG. 1B shows a side elevated view of physiological monitor **100** having an exemplary attachment mechanism, such as a retention clip **104**, to mechanically attach communications and computation module **102** to the top surface of the disposable electrode module **110**. Flexible printed circuit layer **101** can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. 1A-1D) on flexible printed circuit layer **101** can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer **101**, as well as to provide an aesthetic outer layer to make the body worn monitor **100** visually appealing.

FIG. 1C shows a side view of physiological monitor **100** in which the communications and computation module **102** has been affixed to disposable electrode module **110**. FIG. 1D depicts a view of the underside of exemplary physiological monitor **100** showing one embodiment of disposable electrode module **110** having electrodes **109**. In this embodiment, each electrode **109** comprises electrode gel **103** and conductive surface **404** (FIG. **4**). Together, electrode gel **103** and conductive surface **404** create a half cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface **404** can directly accept the electrode gel **103**.

FIG. 2 shows an exploded assembly view of the exemplary body worn physiological monitor **100**. As noted with regard to FIGS. 1A-1D, the body worn physiological monitor **100** includes a removable and reusable communications and computation module **102** and a disposable electrode module **110**, the later including electrode gels **103** for ECG monitoring and batteries **204** to power communications and computation module **102**. A flat planar insulating/adhesive member **105** includes a plurality of openings that are each sized to receive electrode gels **103**. The insulating member **105** provides a bottom side cover for the flexible printed circuit layer **101** and augments adhesion to the human body. Electrode gel **103**, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface **404** (FIG. **4**) and the patient's skin.

Electrode gels **103** can adhere to a patient's skin. While electrode gel **103** is typically an adhesive electrode gel, the adhesion offered by electrode gels **103** alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor **100** to a patient. To achieve a better adhesion of body worn monitor **100** to a patient's skin, insulating/adhesive member **105** can be used to non-permanently affix body worn physiological monitor **100** to a patient. Thus, body worn monitor **100** can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-

6

AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. 1B and 1C (although not to scale), each of the electrode gels **103** extend sufficiently below adhesive layer **105** in order to ensure good electrical connection with a patient's skin surface (not shown). Tab **106**, FIG. 1A, allows for easy removal of a protective backing **111** from adhesive layer **105**.

Flexible printed circuit layer **101** can include contacts, such as battery clips (not shown), to receive and connect to batteries **204**. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. **2**, batteries **204** can be mounted under respective battery flaps **205** arranged on opposite sides of the flexible printed circuit layer **101**. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries **204**. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover **107** provides protection for batteries **204** as well as a surface to press upon when applying electrodes **103** to conductive surface **404**. Retention clips **104** can comprise, for example, a plurality of spring fingers with latching clips. Retention clip **104**, affixed to disposable electrode module **110**, can be used to secure reusable communications and computation module **102** to disposable package **110**. Reusable communications and computation module **102** is herein illustrated in a simplified representation, including cover **201**, communications and computation printed circuit board assembly **202**, and base **203**.

FIG. 3 shows a mechanical view of an exemplary reusable communications and computation module **102**, as well as a preferred method for making an electrical connection between flexible printed circuit layer **101** in disposable electrical module **110** and communications and computation printed circuit board assembly **202** situated in reusable communications and computation module **102**. In this exemplary embodiment, communications and computation printed circuit board assembly **202** can include a plurality of press fit and/or soldered conductive sockets **301** for receiving electrical plug **302**, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug **302** can correspond to an electrical connection pad on flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable electrode module **110**.

FIG. 4A shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to

US 9,155,484 B2

7

a conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "109") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

One exemplary electrode gel **103** suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface **404** creates the electrode portion of the half cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries **304** can be connected in series, with one polarity being made available at connection pad **407** from battery connection **402**, battery connection **401** creating the series connection between the two batteries, and connection pad **410** providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module **102**.

Connection pads **408** and **409** electrically couple the signals from electrode gels **103** (not shown in FIGS. **4**A-**4**D) via conductive surface **404** and resistive traces **412** to electrical plug **302** (not shown in FIGS. **4**A-**4**D). Electrode contact pad **405** can be connected via resistive trace **413** to connection pad **411** to provide a direct-connected reference electrode (not shown in FIGS. **4**A-**4**D). Traces **412** extending between conductive surface **404** and connection pads **408** and **409** and trace **413** extending between conductive surface **405** and connection pad **411** can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer **101** replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor **100** remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the

8

defibrillation energy typically enters body worn monitor **100** from electrodes **109**, FIG. **1**D (electrodes **109** including conductive surface **404** and electrode gel **103**).

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces **412** and **413** will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of $4*k*T*R*BW$, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than $30 \mu V$ peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer **101**, typically formed on a Mylar substrate **406**, such as shown in FIG. **4**A, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohm (interchangeably represented herein as "10 k" or "10 k$\Omega$"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces **412**, the length needed for a trace run, as between conductive surface **404** and connection point **409**, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface **404**. Arcing was also observed to occur between the end section of the carbon trace and conductive surface **404**. (Electrode gels **103** create the conductive path to the patient through conductive surface **404** and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. **4**B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace

US 9,155,484 B2

9
10

to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. **4**C, wherein carbon can be laid down beyond the trace (**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the carbon layer residing between conductive surface **404** and the Mylar substrate used as flexible circuit board **101**). Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/ AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. **4**D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43 T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over

the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90 T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90 T screen mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90 T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R{caused by defibrillation}/R{net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small

US 9,155,484 B2

**11**

carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater A R/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. 1D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. **4**). Connector **502** serves to electrically couple communications and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. 1) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain

**12**

is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "μ P" or "μ C". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heartbeat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. **17** shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source **515** can include one or more "button" cells typically disposed on disposable electrode module **110**; however, the block diagram of FIG. **6** shows an embodiment of a body worn physiological monitor **100** where power is supplied by a power source located on, or connected to communications and computation module **102** instead of residing within disposable electrode module **110**.

US 9,155,484 B2

13

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor **100** to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

FIG. **7A** shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR. In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7A**) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**. Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

In another embodiment as shown in FIG. **7B**, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode **701**, as shown in FIG. **8A**, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7A**. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8A**. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode 1 and 2

14

(exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The inverting low pass filter built around OpAmp **812** inverts the averaged common mode pickup signal (at electrodes 1 and 2) and applies that signal out of phase (180° phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common mode signals at electrodes 1 and 2 within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor μ P **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L1 and L2, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C1). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

US 9,155,484 B2

15

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99** or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L1 and L2 (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

16

FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient, A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. **12** shows a high pass filter (HPF) suitable for use in ECG circuits block **510**. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocautery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. **12** is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R**2'**. Alternatively, S1 can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of SI should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. **13** further illustrate the performance of the exemplary filter of FIG. **12**. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. **13**, graph A represents a raw input signal, FIG. **13**, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R**2'** is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor **512** to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor

US 9,155,484 B2

17

**512** to trigger the test circuit **906** to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. **13**, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H'(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. **13**, graph E), resulting in the frequency response displayed in FIG. **13**, graph G. A high pass filter suitable for use in ECG circuits block **510** can be implemented in full or in part by software that can run on microprocessor **512**.

FIG. **14** shows how a body worn monitor **100** configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position **1401**. An alternative position **1402** can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position **1401** to be less desirable. Also, body worn monitor **100** can be affixed to the side of patient **703** (similar to a measurement made by a conventional ECG "V" lead) or back of a patient **703** (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor **100** can be placed to pick a particular vector that can be traversed by the electrodes **109**. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor **100** can be powered by either an internal power source only, an external power source only, or by an internal or an external power source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module **102**. The open circuit voltage of a Seebeck device is given by V=SΔT, in which S is the Seebeck coefficient in volts/° K and ΔT is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module **102** from a Seebeck device that is of the same size as the computation and communication module **102**. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

18

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a **0** as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

US 9,155,484 B2

19

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

What is claimed is:

**1**. A body-worn physiological sensor comprising:
a computation-communication module including a housing retaining a processor;
a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer;
an adhesive covering at least a portion of the flexible circuit layer; and
a protective covering that protects the adhesive.

**2**. The sensor of claim **1**, in which the flexible circuit layer has traces of determinable electrical resistance.

**3**. The sensor of claim **2**, in which the traces on the flexible circuit layer are configured to electrically couple the computation-communication module to the flexible circuit layer, thereby forming a disposable module connector.

**4**. The sensor of claim **1**, in which the traces on the flexible circuit layer are at least partially covered by a non-removable insulating covering.

**5**. The sensor of claim **1**, wherein the flexible circuit layer further comprises a plurality of openings sized to receive electrode gels.

**6**. The sensor of claim **1**, further comprising a hard-wired communication cable.

20

**7**. A body-worn patient monitoring device comprising:
a disposable electrode portion comprising:
  a flexible printed circuit layer made from an insulating material and defining a substrate,
  at least two electrodes being disposed onto a surface of the substrate,
  electrical traces defined between the at least two electrodes, and
  a connection pad;
a reusable communication module comprising:
  a housing containing a processor, and
  a wireless communication unit, and in which the reusable communication module is releasably attached to the disposable electrode portion by at least one latching clip; and
a hard-wired communication cable.

**8**. The body-worn patient monitoring device of claim **7**, wherein the electrodes are integrated into the flexible circuit layer of the disposable electrode portion.

**9**. The body-worn patient monitoring device of claim **7**, wherein the electrodes are snap fitted to the flexible printed circuit layer.

**10**. The body-worn patient monitoring device of claim **9**, wherein the snap is disposed at the end of an extension.

**11**. The body-worn patient monitoring device of claim **7**, wherein the electrical traces are screened onto the flexible printed circuit layer.

**12**. The body-worn patient monitoring device of claim **11**, including an insulating layer applied onto the electrical traces.

**13**. The body-worn patient monitoring device of claim **12**, wherein the insulating layer is a fabric applied over the electrical traces of the flexible printed circuit layer.

**14**. The body-worn patient monitoring device of claim **13**, wherein each electrode includes an electrode gel and a conductive surface defining a half cell.

**15**. A body-worn physiological sensor comprising:
a computation-communication module including a housing retaining a processor;
a flexible printed circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, the computation-communication module being attached to the flexible printed circuit layer;
an adhesive covering at least a portion of the flexible printed circuit layer;
and a protective covering for the flexible printed circuit layer.

**16**. The body-worn physiological sensor of claim **15**, in which the protective covering includes at least one opening for electrode gels.

**17**. The body-worn physiological sensor of claim **15**, wherein the flexible printed circuit layer includes openings sized to receive electrode gels.

**18**. The body-worn physiological sensor of claim **15**, wherein the protective covering is non removable and made from an insulating material.

**19**. The body-worn physiological sensor of claim **15**, wherein the computation communication module is releasably attached to the flexible printed circuit layer.

**20**. The body-worn physiological sensor of claim **15**, wherein the protective covering covers the adhesive.

\* \* \* \* \*

# Exhibit 4

US010159422B2

(12) **United States Patent**
Baker et al.

(10) Patent No.: **US 10,159,422 B2**
(45) Date of Patent: **\*Dec. 25, 2018**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(71) Applicant: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

(72) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Mission Viejo, CA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/880,712**

(22) Filed: **Jan. 26, 2018**

(65) **Prior Publication Data**

US 2018/0146877 A1     May 31, 2018

**Related U.S. Application Data**

(60) Continuation of application No. 15/237,719, filed on Aug. 16, 2016, now Pat. No. 9,877,663, which is a (Continued)

(51) **Int. Cl.**
*A61B 5/04*     (2006.01)
*A61B 5/02*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *A61B 5/04017* (2013.01); *A61B 5/0006* (2013.01); *A61B 5/024* (2013.01); (Continued)

(58) **Field of Classification Search**
USPC ......................................... 600/372, 508–509
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,141,367 A     2/1979   Ferreira
4,791,933 A     12/1988  Asai et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP        0209804 A2     1/1987
EP        0770349 A1     5/1997
(Continued)

OTHER PUBLICATIONS

Supplementary European Search Report for EP 07 844 766.1; dated May 31, 2017; 10 pages.
(Continued)

*Primary Examiner* — Nicole F Johnson
(74) *Attorney, Agent, or Firm* — Barclay Damon, LLP

(57)     **ABSTRACT**

A body worn patient monitoring device includes a flexible substrate having a plurality of electrical connections adapted to be coupled to a skin surface to measure physiological signals. The flexible substrate is adapted to be directly and non-permanently affixed to a skin surface of a patient and configured for single patient use. A communication-computation module, removably attached to an upper surface of the flexible substrate, is configured to receive physiological signals from the flexible substrate and includes a microprocessor that is configured to process and analyze the physiological signals. A series of resistive traces screened onto the flexible substrate are configured as at least one series current-limiting resistor to protect the communication-computation module.

**20 Claims, 14 Drawing Sheets**



**US 10,159,422 B2**

Page 2

## Related U.S. Application Data

continuation of application No. 14/880,413, filed on Oct. 12, 2015, now Pat. No. 9,433,366, which is a continuation of application No. 14/595,815, filed on Jan. 13, 2015, now Pat. No. 9,155,484, which is a continuation of application No. 14/268,666, filed on May 2, 2014, now Pat. No. 8,965,492, which is a continuation of application No. 14/103,219, filed on Dec. 11, 2013, now Pat. No. 8,750,974, which is a division of application No. 13/488,520, filed on Jun. 5, 2012, now Pat. No. 8,630,699, which is a continuation of application No. 11/591,619, filed on Nov. 1, 2006, now Pat. No. 8,214,007.

(51) **Int. Cl.**

| | |
|---|---|
| *A61B 5/00* | (2006.01) |
| *A61B 5/0408* | (2006.01) |
| *A61B 5/0416* | (2006.01) |
| *A61B 5/08* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/145* | (2006.01) |
| *A61B 5/024* | (2006.01) |
| A61B 5/0428 | (2006.01) |

(52) **U.S. Cl.**

CPC ........ *A61B 5/02438* (2013.01); *A61B 5/0416* (2013.01); *A61B 5/04085* (2013.01); *A61B 5/04087* (2013.01); *A61B 5/04282* (2013.01); *A61B 5/0816* (2013.01); *A61B 5/14542* (2013.01); *A61B 5/14552* (2013.01); *A61B 5/6832* (2013.01); *A61B 5/742* (2013.01); *A61B 5/746* (2013.01); *A61B 5/04286* (2013.01); *A61B 5/7232* (2013.01); *A61B 2560/0209* (2013.01); *A61B 2560/0214* (2013.01); *A61B 2560/0412* (2013.01); *A61B 2562/0214* (2013.01); *A61B 2562/182* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,800,894 A | 1/1989 | Milani | |
| 4,957,109 A | 9/1990 | Groeger et al. | |
| 4,958,645 A | 9/1990 | Cadell et al. | |
| 4,974,607 A | 12/1990 | Miwa | |
| 5,257,631 A | 11/1993 | Wik | |
| 5,294,928 A | 3/1994 | Cooper et al. | 341/142 |
| 5,309,918 A | 5/1994 | Schnag | 600/508 |
| 5,319,363 A | 6/1994 | Welch et al. | |
| 5,458,122 A | 10/1995 | Hethuin | |
| 5,515,735 A | 5/1996 | Sarihan | |
| 5,515,736 A | 5/1996 | Sarlhan | |
| 5,538,007 A | 7/1996 | Gorman | |
| 5,544,661 A | 8/1996 | Davis et al. | |
| 5,579,001 A | 11/1996 | Dempsey et al. | |
| 5,579,775 A | 12/1996 | Dempsey et al. | |
| 5,600,071 A | 2/1997 | Soorlakumar et al. | |
| 5,682,803 A | 11/1997 | Gideon et al. | |
| 5,687,734 A | 11/1997 | Dempsey et al. | |
| 5,694,940 A | 12/1997 | Unger et al. | |
| 5,743,269 A | 4/1998 | Okigami et al. | |
| 5,748,103 A | 5/1998 | Flach et al. | |
| 5,767,791 A | 6/1998 | Stoop et al. | |
| 5,808,331 A | 9/1998 | Zhang et al. | |
| 5,832,490 A | 11/1998 | Riley | |
| 5,871,451 A | 2/1999 | Unger et al. | |
| 5,882,300 A | 3/1999 | Malinouskas et al. | |
| 5,889,211 A | 3/1999 | Maudie et al. | |
| 5,899,866 A | 5/1999 | Cyrus et al. | |
| 5,916,159 A | 6/1999 | Kelly et al. | |
| 5,917,414 A | 6/1999 | Oppelt et al. | |
| 5,919,141 A | 7/1999 | Money et al. | |
| 5,938,597 A | 8/1999 | Stratbucker | |
| 5,966,692 A | 10/1999 | Langer et al. | |
| 5,987,519 A | 11/1999 | Peifer et al. | |
| 5,995,861 A | 11/1999 | Price | |
| 6,006,125 A | 12/1999 | Kelly et al. | |
| 6,016,933 A | 1/2000 | Foerstner et al. | |
| 6,018,705 A | 1/2000 | Gaudet et al. | |
| 6,026,321 A | 2/2000 | Miyata et al. | |
| 6,052,654 A | 4/2000 | Gaudet et al. | |
| 6,057,758 A | 5/2000 | Dempsey et al. | |
| 6,066,093 A | 5/2000 | Kelly et al. | |
| 6,073,046 A | 6/2000 | Patel et al. | |
| 6,076,003 A | 6/2000 | Rogel | |
| 6,089,692 A | 7/2000 | Anagnostopoulos | |
| 6,122,340 A | 9/2000 | Darley et al. | |
| 6,150,951 A | 11/2000 | Olejniczak | |
| 6,161,036 A | 12/2000 | Matsumura et al. | |
| 6,171,236 B1 | 1/2001 | Avitall et al. | |
| 6,198,394 B1 | 3/2001 | Jacobsen et al. | |
| 6,212,944 B1 | 4/2001 | Kwun et al. | |
| 6,298,314 B1 | 10/2001 | Blackadar et al. | |
| 6,331,444 B1 | 12/2001 | Ferrari et al. | |
| 6,336,365 B1 | 1/2002 | Blackadar et al. | |
| 6,357,147 B1 | 3/2002 | Darley et al. | |
| 6,440,067 B1 | 8/2002 | DeLuca et al. | |
| 6,448,621 B1 | 9/2002 | Thakur | |
| 6,493,652 B1 | 12/2002 | Ohlenbusch et al. | |
| 6,539,613 B1 | 4/2003 | Ulmer | |
| 6,544,171 B2 | 4/2003 | Beetz et al. | |
| 6,544,173 B2 | 4/2003 | West et al. | |
| 6,544,174 B2 | 4/2003 | West et al. | |
| 6,579,231 B1 | 6/2003 | Phipps | |
| 6,586,810 B2 | 7/2003 | Thakur | |
| 6,623,312 B2 | 9/2003 | Merry et al. | 439/729 |
| 6,794,900 B2 | 9/2004 | Tsang | |
| 6,847,892 B2 | 1/2005 | Zhou et al. | |
| 6,870,484 B1 | 3/2005 | Brinsfield et al. | |
| 6,911,727 B1 | 6/2005 | Martin et al. | |
| 7,318,417 B2 | 1/2008 | Lang et al. | |
| 7,382,247 B2 | 6/2008 | Welch et al. | |
| 7,439,856 B2 | 10/2008 | Weiner et al. | |
| 7,508,064 B2 | 3/2009 | Martin et al. | |
| 7,515,043 B2 | 4/2009 | Welch et al. | |
| 7,515,044 B2 | 4/2009 | Welch et al. | |
| 7,563,632 B2 | 7/2009 | Martin et al. | |
| 2001/0023315 A1 | 9/2001 | Flach et al. | |
| 2002/0072682 A1 | 6/2002 | Hopman et al. | |
| 2002/0099277 A1* | 7/2002 | Harry | A61B 5/0002 600/301 |
| 2002/0106709 A1 | 8/2002 | Potts et al. | 435/14 |
| 2002/0122519 A1 | 9/2002 | Douglas et al. | |
| 2003/0001742 A1 | 1/2003 | Eshelman et al. | 340/573.1 |
| 2003/0055460 A1 | 3/2003 | Owen et al. | 607/5 |
| 2003/0135125 A1 | 7/2003 | Lu | A61B 5/0008 600/510 |
| 2003/0149349 A1 | 8/2003 | Jensen | |
| 2004/0019288 A1 | 1/2004 | Kinast | |
| 2004/0030258 A1* | 2/2004 | Williams | A61B 5/0478 600/544 |
| 2004/0113806 A1 | 6/2004 | Neykov | |
| 2004/0242976 A1 | 12/2004 | Abreu | |
| 2004/0252031 A1 | 12/2004 | Taylor | |
| 2004/0254435 A1 | 12/2004 | Mathews et al. | |
| 2005/0054941 A1 | 3/2005 | Ting et al. | |
| 2005/0116820 A1 | 6/2005 | Goldreich | |
| 2005/0137489 A1 | 6/2005 | Jackson et al. | 600/515 |
| 2005/0206518 A1 | 9/2005 | Welch et al. | |
| 2005/0216334 A1 | 9/2005 | Mehrabani-Farsi | |
| 2005/0245839 A1 | 11/2005 | Stivoric et al. | 600/549 |
| 2006/0044856 A1 | 3/2006 | Bird et al. | |
| 2006/0074284 A1 | 4/2006 | Juola et al. | 600/372 |
| 2006/0136001 A1 | 6/2006 | Ortega et al. | 607/9 |
| 2006/0183434 A1 | 8/2006 | Westra et al. | 455/78 |
| 2006/0189976 A1 | 8/2006 | Karni et al. | |
| 2006/0205171 A1 | 9/2006 | Tsukada | |
| 2006/0238333 A1 | 10/2006 | Welch et al. | |
| 2007/0013511 A1 | 1/2007 | Weiner et al. | |
| 2007/0069887 A1 | 3/2007 | Welch et al. | |

**US 10,159,422 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0219588 A1 | 9/2007 | Freeman | A61H 31/005 |
| | | | 607/5 |
| 2007/0270678 A1 | 11/2007 | Fadem et al. | 600/372 |
| 2007/0293781 A1 | 12/2007 | Sims et al. | |
| 2008/0139953 A1* | 6/2008 | Baker | A61B 5/0006 |
| | | | 600/509 |
| 2009/0018409 A1 | 1/2009 | Banet | A61B 5/0408 |
| | | | 600/301 |
| 2009/0043185 A1 | 2/2009 | McAdams et al. | |
| 2009/0131759 A1 | 5/2009 | Sims et al. | |
| 2010/0145202 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0160762 A1 | 6/2010 | McLaughlin et al. | |
| 2010/0324390 A1 | 12/2010 | McLaughlin et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0910985 A1 | 4/1999 | |
| JP | 11042214 | 2/1999 | |
| JP | 11088546 | 3/1999 | |
| WO | 9620641 A1 | 7/1996 | |
| WO | 9629005 A1 | 9/1996 | |
| WO | 9746156 A1 | 12/1997 | |
| WO | 9959460 A2 | 11/1999 | |
| WO | 0189362 A2 | 11/2001 | |
| WO | 0189362 A3 | 11/2001 | |
| WO | 0197686 A1 | 12/2001 | |
| WO | WO 2006/094513 A2 | 9/2006 | |
| WO | 2008142365 | 11/2008 | |
| WO | WO 2008/142365 | 11/2008 | |
| WO | 2009056859 | 5/2009 | |
| WO | WO 2009/056859 | 5/2009 | |

OTHER PUBLICATIONS

European Supplementary Partial Search Report for EP 07 84 4766.1; dated Feb. 24, 2017; 7 pages.
European Examination Report for EP 07 844 766.1; dated Jun. 6, 2018; 4 pages.
Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).
International Search Report/Written Opinion for PCT/US07/83156 dated May 15, 2008 (16 pages).

* cited by examiner



**FIG.1A**



**FIG.1B**



**FIG.1C**



**FIG.1D**



FIG.2



**FIG.3**



FIG.4A



**FIG.4B**



**FIG.4C**



**FIG.4D**



FIG.5



**FIG.6**



**FIG.7A**



**FIG.7B**



**FIG.8**



FIG.8A



FIG.9

FIG.10



**FIG.11**

**FIG.12**

**FIG.13**



**FIG.15**



**FIG.14**

U.S. Patent          Dec. 25, 2018          Sheet 14 of 14          US 10,159,422 B2



FIG.17



FIG.16A

FIG.16B

US 10,159,422 B2

1

# BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

### CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation application of, and claims priority and benefit to co-pending U.S. patent application Ser. No. 15/237,719, filed Aug. 16, 2016 and entitled: "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", which is a continuation of U.S. patent application Ser. No. 14/880,413, filed Oct. 12, 2015 and entitled: "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", now issued U.S. Pat. No. 9,433,366 B2, which is a continuation of U.S. patent application Ser. No. 14/595,815, filed Jan. 13, 2015 and entitled: "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", now issued U.S. Pat. No. 9,155,484 B2, which is a continuation of U.S. patent application Ser. No. 14/268,666, filed May 2, 2014, and entitled: "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", now issued U.S. Pat. No. 8,965,492 B2, which is a continuation application of U.S. patent application Ser. No. 14/103,219, filed Dec. 11, 2013, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", now issued U.S. Pat. No. 8,750,974 B2, which is a divisional application of, and claims priority and benefit to, U.S. patent application Ser. No. 13/488,520, filed Jun. 5, 2012, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", and now issued U.S. Pat. No. 8,630,699, which is a continuation application of U.S. patent application Ser. No. 11/591,619, filed Nov. 1, 2006, and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module" and now issued U.S. Pat. No. 8,214,007. All of the aforementioned patent(s) and patent application(s) are herein incorporated by reference in their entirety.

### FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

### BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and

2

patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

### SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector.

US 10,159,422 B2

3

The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

FIG. 1A shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. 1B shows a partially unassembled side view of the body worn physiological monitor of FIG. 1A;

FIG. 1C shows an assembled side view of the body worn physiological monitor of FIG. 1A;

FIG. 1D shows a bottom view of the body worn physiological monitor of FIG. 1A;

FIG. 2 shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. 3 shows an exploded perspective view of an exemplary computation and communication module;

FIG. 4A shows an exemplary disposable unit flexible circuit board;

FIG. 4B shows a partial enlarged view of a portion of the flexible circuit board of FIG. 4A, further showing an exemplary resistive trace having a fillet;

FIG. 4C shows a partial side elevated view of a portion of the flexible circuit board of FIG. 4A, further showing an exemplary conductive surface overlaying a resistive material;

FIG. 4D shows a partial side elevational view of the circuit board of FIG. 4A, further showing an exemplary conductive surface having a snap receptacle;

FIG. 5 shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

4

FIG. 6 shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. 7A shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. 7B shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. 8 shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. 8A shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. 9 shows an exemplary ESIS filter circuit topology with circuit protection;

FIG. 10 shows an alternative circuit protection to that depicted in FIG. 9;

FIG. 11 shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. 12 shows a circuit topology of a high pass filter useful for baseline restoration;

FIG. 13 shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. 12;

FIG. 14 shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

FIG. 15 shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. 16A symbolically shows resistive dots silk screened on a tray;

FIG. 16B shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. 17 shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module, 102, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse

US 10,159,422 B2

5

oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. 1A-1D depict various views of an exemplary body worn physiological monitor 100 having a communication and computation module 102 and a disposable electrode module 110. In this exemplary embodiment, physiological monitor 100 is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor 100.

FIG. 1A shows an exemplary top view of body worn physiological monitor 100. A crescent shape allows the body worn physiological monitor 100 to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor 100 units can be used to effectively provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

FIG. 1B shows a side elevated view of physiological monitor 100 having an exemplary attachment mechanism, such as a retention clip 104, to mechanically attach communications and computation module 102 to the top surface of the disposable electrode module 110. Flexible printed circuit layer 101 can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. 1A-1D) on flexible printed circuit layer 101 can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer 101, as well as to provide an aesthetic outer layer to make the body worn monitor 100 visually appealing.

FIG. 1C shows a side view of physiological monitor 100 in which the communications and computation module 102 has been affixed to disposable electrode module 110. FIG. 1D depicts a view of the underside of exemplary physiological monitor 100 showing one embodiment of disposable electrode module 110 having electrodes 109. In this embodiment, each electrode 109 comprises electrode gel 103 and conductive surface 404 (FIG. 4). Together, electrode gel 103 and conductive surface 404 create a half cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface 404 can directly accept the electrode gel 103.

FIG. 2 shows an exploded assembly view of the exemplary body worn physiological monitor 100. As noted with regard to FIGS. 1A-1D, the body worn physiological monitor 100 includes a removable and reusable communications and computation module 102 and a disposable electrode module 110, the later including electrode gels 103 for ECG monitoring and batteries 204 to power communications and computation module 102. A flat planar insulating/adhesive

6

member 105 includes a plurality of openings that are each sized to receive electrode gels 103. The insulating member 105 provides a bottom side cover for the flexible printed circuit layer 101 and augments adhesion to the human body. Electrode gel 103, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface 404 (FIG. 4) and the patient's skin.

Electrode gels 103 can adhere to a patient's skin. While electrode gel 103 is typically an adhesive electrode gel, the adhesion offered by electrode gels 103 alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor 100 to a patient. To achieve a better adhesion of body worn monitor 100 to a patient's skin, insulating/adhesive member 105 can be used to non-permanently affix body worn physiological monitor 100 to a patient. Thus, body worn monitor 100 can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. 1B and 1C (although not to scale), each of the electrode gels 103 extend sufficiently below adhesive layer 105 in order to ensure good electrical connection with a patient's skin surface (not shown). Tab 106, FIG. 1A, allows for easy removal of a protective backing 111 from adhesive layer 105.

Flexible printed circuit layer 101 can include contacts, such as battery clips (not shown), to receive and connect to batteries 204. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. 2, batteries 204 can be mounted under respective battery flaps 205 arranged on opposite sides of the flexible printed circuit layer 101. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries 204. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover 107 provides protection for batteries 204 as well as a surface to press upon when applying electrodes 103 to conductive surface 404. Retention clips 104 can comprise, for example, a plurality of spring fingers with latching clips. Retention clip 104, affixed to disposable electrode module 110, can be used to secure reusable communications and computation module 102 to disposable package 110. Reusable communications and computation module 102 is herein illustrated in a simplified representation, including cover 201, communications and computation printed circuit board assembly 202, and base 203.

FIG. 3 shows a mechanical view of an exemplary reusable communications and computation module 102, as well as a preferred method for making an electrical connection between flexible printed circuit layer 101 in disposable electrical module 110 and communications and computation printed circuit board assembly 202 situated in reusable communications and computation module 102. In this exemplary embodiment, communications and computation printed circuit board assembly 202 can include a plurality of press fit and/or soldered conductive sockets 301 for receiving electrical plug 302, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug 302 can correspond to an electrical connection pad on

US 10,159,422 B2

7

flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable package **110**.

FIG. **4A** shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to a conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "**109**") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

One exemplary electrode gel **103** suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface **404** creates the electrode portion of the half cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries **304** can be connected in series, with one polarity being made available at connection pad **407** from battery connection **402**, battery connection **401** creating the series connection between the two batteries, and connection pad **410** providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrange-

8

ment or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module **102**.

Connection pads **408** and **409** electrically couple the signals from electrode gels **103** (not shown in FIGS. **4A**-**4D**) via conductive surface **404** and resistive traces **412** to electrical plug **302** (not shown in FIGS. **4A**-**4D**). Electrode contact pad **405** can be connected via resistive trace **413** to connection pad **411** to provide a direct-connected reference electrode (not shown in FIGS. **4A**-**4D**). Traces **412** extending between conductive surface **404** and connection pads **408** and **409** and trace **413** extending between conductive surface **405** and connection pad **411** can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer **101** replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor **100** remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor **100** from electrodes **109**, FIG. **1D** (electrodes **109** including conductive surface **404** and electrode gel **103**).

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces **412** and **413** will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of $4*k*T*R*BW$, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than 30 µV peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer **101**, typically formed on a Mylar substrate **406**, such as shown in FIG. **4A**, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 kΩ"), for a given resistivity of the

US 10,159,422 B2

9

carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces **412**, the length needed for a trace run, as between conductive surface **404** and connection point **409**, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface **404**. Arcing was also observed to occur between the end section of the carbon trace and conductive surface **404**. (Electrode gels **103** create the conductive path to the patient through conductive surface **404** and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. **4**B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. 4C, wherein carbon can be laid down beyond the trace (**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the carbon layer residing between conductive surface **404** and the Mylar substrate used as flexible circuit board **101**). Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. 4D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method,

10

such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90T silk screen mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be

US 10,159,422 B2

11

formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater Δ R/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. 1D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. 4). Connector **502** serves to electrically couple communications

12

and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. **1**) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "µ P" or "µ C". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the

US 10,159,422 B2

13

ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heartbeat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. 17 shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intra-ventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source 515 can include one or more "button" cells typically disposed on disposable electrode module 110; however, the block diagram of FIG. 6 shows an embodiment of a body worn physiological monitor 100 where power is supplied by a power source located on, or connected to communications and computation module 102 instead of residing within disposable electrode module 110.

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor 100 to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

Turning back to the input circuits, typically amplifiers 508 are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor 100. CMR is of particular concern with regard to body worn physiological monitor 100 because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors 501, such as ECG electrodes 109.

FIG. 7A shows one embodiment in which body worn physiological sensor 501 comprises a plurality of ECG electrodes 109 and 701. Two electrodes 109 generate an ECG difference potential for patient 703. A third electrode, reference electrode 701 can be electrically coupled to electronics common 704 (or other potential level) and can be used to improve CMR. In this embodiment, the electronics

14

common 704 (shown as the negative terminal of the battery in FIG. 7A) can be directly tied to the patient in the vicinity of electrodes 109. Thus, the electronics common of the electronic circuits in communications and computation module 102 can be made to more closely follow any change in potential in the vicinity of electrodes 109. Reference electrode 701 can be particularly helpful to ensure that inputs 109 remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common 704 at 60 Hz with respect to electrodes 109.

In another embodiment as shown in FIG. 7B, virtual electrode 702 performs a similar function as previously described with regard to reference electrode 701. In this embodiment, instead of creating a DC-coupled reference electrode, electrode 701 is replaced by the capacitive coupling between flexible printed circuit layer 101 and the patient 703, resulting in a virtual electrode 702 with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer 101 and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode 701, as shown in FIG. 8A, electrode 701 can be actively driven by an electrical output from communications and computation module 102. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes 701 as shown in FIG. 7A. An exemplary circuit suitable for use to drive an electrode 701 is shown in FIG. 8A. Amplifiers (OpAmps) 810 and 811 buffer the high impedance signals from electrode 1 and 2 (exemplary electrodes 109). Difference amplifier 508 conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers 810 and 811. The inverting low pass filter built around OpAmp 812 inverts the averaged common mode pickup signal (at electrodes 1 and 2) and applies that signal out of phase (180° phase shifted) to a directly connected driven electrode (such as electrode 701). By applying the average common mode signal to the driven electrode, amplifier 812 effectively suppresses common mode signals at electrodes 1 and 2 within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode 702 could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. 8 shows one such exemplary switching block represented as reference electrode switch 801. Microprocessor μ P) 512 can control reference electrode switch 801 to select direct connected electrode 701, virtual electrode 702, or directly connected electrode 701 additionally driven by a driven lead circuit 802. It should also be noted that in the embodiment of FIG. 8, when virtual electrode 702

15

provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors **R91** and **R92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors **R91** and **R92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors **R93** to **R98** and capacitors **C91** to **C96** form cascaded low pass filter sections (e.g. **R93**-C1). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors **R99** and **R100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors **R99** or **R100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above

16

Vcc or below ground and resistors **R91** and **R92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances **R91** and **R92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application

US 10,159,422 B2

17

Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. 12 shows a high pass filter (HPF) suitable for use in ECG circuits block 510. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocautery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. 12 is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R2'. Alternatively, S1 can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of S1 should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. 12 further illustrate the performance of the exemplary filter of FIG. 12. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. 13, graph A represents a raw input signal. FIG. 13, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R2' is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor 512 to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor 512 to trigger the test circuit 906 to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. 13, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H'(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. 13, graph E), resulting in the frequency response displayed in FIG. 13, graph G. A high pass filter suitable for use in ECG circuits block 510 can be implemented in full or in part by software that can run on microprocessor 512.

FIG. 14 shows how a body worn monitor 100 configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position 1401. An alternative position 1402 can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position 1401 to be less desirable. Also, body worn monitor 100 can be affixed to the side of patient 703 (similar to a measurement made by a conventional ECG "V" lead) or back of a patient 703 (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor 100 can be placed to pick a particular vector that can be traversed by the electrodes 109. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor 100 can be powered by either an internal power source only, an external power source only, or by an internal or an external power

18

source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module 102. The open circuit voltage of a Seebeck device is given by V=SΔT, in which S is the Seebeck coefficient in volts/° K and ΔT is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module 102 from a Seebeck device that is of the same size as the computation and communication module 102. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a 0 as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be

US 10,159,422 B2

19

compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention,

20

including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

What is claimed is:

**1**. A method for manufacturing a body-worn physiological sensor, the method comprising:

providing a disposable substrate made from an insulating material, said substrate comprising:
  a flexible printed circuit board layer made from the insulating material;
  at least two electrodes disposed on the disposable substrate; and
  conductive traces defined between the at least two electrodes;

providing a computation-communication module, said module comprising:
  a housing;
  a processor disposed in the housing; and

attaching the computation-communication module to the disposable substrate.

**2**. The method of claim **1**, further comprising:

providing conductive traces in the flexible circuit layer.

**3**. The method of claim **2**, in which the conductive traces are configured on the flexible circuit layer to electrically couple with the attached computation-communication module.

**4**. The method of claim **1**, further comprising:

providing a plurality of openings in the flexible printed circuit board layer, the openings being sized for receiving electrode gels.

**5**. The method of claim **1**, in which the computation-communication module is releasably attached to the disposable substrate.

**6**. The method of claim **1**, further comprising:

providing a radio circuit in the computation-communication module.

**7**. The method of claim **3**, further comprising:

at least partially covering the conductive traces with an insulating covering.

**8**. The method of claim **7**, in which the insulating covering is a fabric.

**9**. The method of claim **1**, further comprising:

integrating at least two electrodes into the flexible printed circuit board layer of the disposable substrate.

**10**. The method of claim **3**, further comprising:

screening the conductive traces onto the flexible printed circuit board layer.

**11**. The method of claim **9**, in which each electrode includes an electrode gel and a conductive surface defining a half cell.

**12**. The method of claim **11**, in which the disposable substrate is crescent shaped and in which the body-worn physiological sensor is worn on the chest of a patient.

**13**. The method of claim **3**, further comprising:

providing a pacer circuit in the flexible printed circuit board layer of the disposable substrate.

**14**. A body-worn physiological sensor made by the process of:

providing a disposable substrate made from an insulating material, said substrate comprising:
  a flexible printed circuit board layer made from an insulating material;
  at least two electrodes disposed on the disposable substrate; and

US 10,159,422 B2

21

22

conductive traces defined between the at least two electrodes;

providing a computation-communication module, said module comprising:

a housing;

a processor disposed in the housing; and

attaching the computation-communication module to the disposable substrate.

**15**. The body-worn physiological sensor of claim **14**, wherein the process further comprises:

providing the conductive traces in the flexible printed circuit board layer.

**16**. The body-worn physiological sensor of claim **15**, in which the process further comprises:

configuring the conductive traces in the flexible printed circuit board layer to electrically couple with the attached computation-communication module.

**17**. The body-worn physiological sensor of claim **14**, in which the computation-communication module is releasably attached to the disposable substrate.

**18**. The body-worn physiological sensor of claim **14**, wherein the process further comprises:

providing the computation-communication module with a radio circuit.

**19**. The body-worn physiological sensor of claim **16**, in which the process further comprises:

at least partially covering the conductive traces with an insulating covering.

**20**. The body-worn physiological sensor of claim **14**, in which the process further comprises:

integrating at least two electrodes into the flexible printed circuit board layer of the disposable substrate.

\*    \*    \*    \*    \*

# Exhibit 5



(/)

Search...    🔍

Home (/) » Medical Devices (/industry/medical-devices) » Ambulatory Cardiac Monitoring Devices Market Report, 2030

**PDF**

Market Analysis Report

**Ambulatory Cardiac Monitoring Devices Market Size, Share & Trends Analysis Report By Device Type (ECG Devices, Holter Monitors, Event Monitors), By End-use, By Region, And Segment Forecasts, 2023 - 2030**

Report ID: GVR-4-68040-033-2  |  Number of Pages: 90  |  Format: Electronic (PDF)

Historical Range: 2017 - 2020  |  Industry: Healthcare (/industry/healthcare)

| Report Summary | Table of Contents | Segmentation | Methodology | Request a FREE Sample Copy |

## Report Overview

The global ambulatory cardiac monitoring devices market size was valued at USD 5.77 billion in 2022 and is expected to expand at a compound annual growth rate (CAGR) of 10.4% over the forecast period from 2023 to 2030. This is attributed to the increasing geriatric population and rising investments in R&D by key market players. Moreover, rising incidences of cardiac disorders such as arrhythmia, coupled with the presence of robust reimbursement and regulatory policies in developed and emerging nations, are expected to contribute towards the growth of the market over the forecast period. The COVID-19 pandemic had a detrimental effect on the ambulatory cardiac monitoring devices market due to the lockdowns imposed by governments, limits on elective cardiac procedures, and the general strain on hospitals.



To learn more about this report, request a free sample copy (/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report/request/rs2)

In the post-pandemic scenario, the rising awareness regarding the benefits associated with the adoption of ambulatory cardiac monitoring devices for continuous remote patient monitoring is driving market growth. For instance, according to a study published on NCBI in March 2022, the frequency of in-office consulting was lower during the pandemic period. Around two-thirds of the participants in the survey adopted remote cardiac monitoring solutions.

The increasing adoption of a sedentary lifestyle is contributing to the rising incidences of heart disease, which in turn is driving the market growth. For instance, according to the CDC, around 25% of adults are not active at all and around 60% do not engage in the recommended 150 minutes of activities every week. A sedentary lifestyle is one of the major reasons that cause heart disease.

This website uses cookies to improve user experience. More Info (/info/privacy-policy) ⊗

## Device Insights

Based on devices, the market is segmented into Holter monitors, ECG devices, event monitors, mobile cardiac telemetry, and implantable loop recorders. The ECG devices segment accounted for the largest market share of 38.9% in 2022.  The demand for ECG devices is expected to grow due to the increasing incidences of cardiovascular disease & hypertension worldwide, coupled with the ease of access, continuous monitoring, and high accuracy capabilities of the device. According to a study conducted by the WHO, 17.9 million people die every year due to cardiovascular diseases, which accounts for 32% of the total deaths globally.

The mobile cardiac telemetry (MCT) segment is expected to show the fastest CAGR of 13.2% over the forecast period. The demand for MCT monitors is expected to grow due to a rising preference for on-the-go monitoring devices. Ambulatory monitoring is beneficial in the case of Atrial Fibrillation (AF) monitoring, which may further lead to a heart attack. According to a study conducted by NCBI in 2022, AF is expected to affect 19.6% of patients over 65 years of age by 2030, and this estimation is expected to double by 2050.

## Report Coverage & Deliverables

PDF report & online dashboard will help you understand:

- ✔ Competitive benchmarking
- ✔ Historical data & forecasts
- ✔ Company revenue shares
- ✔ Regional opportunities
- ✔ Latest trends & dynamics

Request a Free Sample Copy


The Grand Library - BI Enabled Market Research Database

Click on image to enlarge

## End-use Insights

Based on end-use, the market is segmented into ambulatory care centers, hospitals & clinics, and others. The hospitals & clinics segment dominated the market with a share of 50.5% in 2022. This is attributed to the rising incidence of cardiovascular disorders and the growing need for continuous supervision in critical cardiac situations. According to the CDC, in 2020, around 697,000 people died due to heart disease, of which around 382,820 people died due to Coronary Artery Disease (CAD). In addition, in the same year, around 20 million adults aged 20 and above were diagnosed with CAD.


Global ambulatory cardiac monitoring devices market share, by end-use, 2022 (%)

This site uses cookies to improve user experience. More Info
(/info/privacy-policy) ⊗

To learn more about this report, request a free sample copy (/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report/request/rs3)

The ambulatory care centers segment is expected to expand at a CAGR of 10.3% during the forecast period. The increasing geriatric population is propelling the market demand for the segment, as people above 65 years of age are more vulnerable to heart-related conditions. According to a study conducted by WHO, the geriatric population is expected to increase from 1.4 billion in 2020 to 2.1 billion by 2050. Ambulatory care centers cater to the interests of geriatric people as they provide a more efficient, convenient, and cost-effective alternative to hospital-based outpatient procedures

## Regional Insights

North America dominated the global ambulatory cardiac monitoring devices market with a share of 42.8% in 2022. This is attributed to the key market players engaging in collaborations and partnerships to strengthen their market position in the region, coupled with the presence of a well-structured regulatory framework and reimbursement scenario in the region. For instance, in October 2022, GE Healthcare announced a collaboration with AMC Health for the integration of AMC Health's RPM platform into GE's existing product portfolio.



Ambulatory Cardiac Monitoring Devices Market Trends by Region

To learn more about this report, request a free sample copy (/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report/request/rs4)

Asia Pacific is expected to witness the fastest CAGR of 11.3% over the forecast period. The key players are engaging in partnerships, collaborations, product launches, and acquisitions to strengthen their position in the market. Moreover, manufacturers are also investing in safeguarding personal patient data by making ambulatory cardiac monitoring platforms threat-proof from cyber-attacks.

## Key Companies & Market Share Insights

Major market players are engaging in partnerships, acquisitions, and collaborations, to increase their market share. For instance, in February 2021, Koninklijke Philips N.V. announced the acquisition of BioTelemetry, Inc., a cardiac monitoring and diagnostics provider in the U.S. This acquisition is expected to strengthen Philips' cardiac care product portfolio by adding BioTelemetry's Holter monitoring for short-term & long-term administration, Mobile Cardiac Outpatient Telemetry, and Event Recorder solutions. Some of the prominent players in the global ambulatory cardiac monitoring devices market include:

- Koninklijke Philips N.V
- Hill-rom Services, Inc.
- Shenzhen Mindray Bio-Medical Electronics Co., Ltd.
- ZOLL Medical Corporation
- NIHON KOHDEN CORPORATION
- FUKUDA DENSHI

This site uses cookies to improve user experience. More Info (/info/privacy-policy) (×)

- iRhythm Technologies Inc,
- Biotronik SE & Co. KG
- General Electric Company
- Abbott

## Ambulatory Cardiac Monitoring Devices Market Report Scope

| Report Attribute | Details |
|---|---|
| Market size value in 2023 | USD 6.42 billion |
| Revenue forecast in 2030 | USD 12.72 billion |
| Growth rate | CAGR of 10.4% from 2023 to 2030 |
| Base year for estimation | 2022 |
| Historical data | 2017 - 2021 |
| Forecast period | 2023 - 2030 |
| Quantitative units | Revenue in USD million and CAGR from 2023 to 2030 |
| Report coverage | Revenue forecast, company share, competitive landscape, growth factors & trends |
| Segments covered | Device, end-use, region |
| Regional scope | North America; Europe; Asia Pacific; Latin America; MEA |
| Country scope | U.S.; Canada; UK; Germany; France; Italy; Spain; Denmark; Sweden; Norway; China; Japan; India; Australia; South Korea; Thailand; Brazil; Mexico; Argentina; South Africa; Saudi Arabia; UAE; Kuwait |
| Key Companies Profiled | Koninklijke Philips N.V; Hill-rom Services, Inc.; Shenzhen Mindray Bio-Medical Electronics Co., Ltd.; ZOLL Medical Corporation; NIHON KOHDEN CORPORATION; FUKUDA DENSHI; iRhythm Technologies Inc,; Biotronik SE & Co. KG; General Electric Company; Abbott |
| Customization scope | Free report customization (equivalent up to 8 analysts working days) with purchase. Addition or alteration to country, regional, and segment scope. |
| Pricing and purchase options | Avail customized purchase options to meet your exact research needs. Explore purchase options (https://www.grandviewresearch.com/checkout/select-license/ambulatory-cardiac-monitoring-devices-market-report) |

This site uses cookies to improve user experience. More Info

(/info/privacy-policy) ⊗

**Global Ambulatory Cardiac Monitoring Devices Market Segmentation**

This report forecasts revenue growth at the global, regional, and country levels and provides an analysis of the latest industry trends in each of the sub-segments from 2017 to 2030. For this study, Grand View Research has segmented the global ambulatory cardiac monitoring devices market report based on device type, end-use, and region:



Global Ambulatory Cardiac Monitoring Devices Market Segmentation

To learn more about this report, request a free sample copy (/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report/request/rs5)

- **Device Type Outlook (Revenue, USD Million, 2017 - 2030)**
  - ECG Devices
  - Holter Monitors
  - Event Monitors
  - Implantable Loop recorders
  - Mobile Cardiac Telemetry
- **End-use Outlook (Revenue, USD Million, 2017 - 2030)**
  - Ambulatory Care Centers
  - Hospitals & Clinics
  - Others
- **Regional Outlook (Revenue, USD Million, 2017 - 2030)**
  - North America
    - U.S.
    - Canada
  - Europe
    - U.K.
    - Germany
    - France
    - Italy
    - Spain
    - Denmark

This site uses cookies to improve user experience. More Info (/info/privacy-policy) ⊗

- Sweden
- Norway
- Asia Pacific
  - China
  - Japan
  - India
  - Australia
  - South Korea
  - Thailand
- Latin America
  - Brazil
  - Mexico
  - Argentina
- Middle East & Africa
  - South Africa
  - Saudi Arabia
  - UAE
  - Kuwait

## Frequently Asked Questions About This Report

| Who are the key players in the ambulatory cardiac monitoring devices market? | ⌄ |
| --- | --- |

| What are the factors driving the ambulatory cardiac monitoring devices market? | ⌄ |
| --- | --- |

| How big is the ambulatory cardiac monitoring devices market? | ⌄ |
| --- | --- |

| What is the ambulatory cardiac monitoring devices market growth? | ⌄ |
| --- | --- |

| Which region accounted for the largest ambulatory cardiac monitoring devices market share? | ⌄ |
| --- | --- |

Key questions answered by the report

Request a Free Sample (/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report/request/rs7)

in

Share (//www.linkedin.com/shareArticle?mini=true&url=https://www.grandviewresearch.com/industry-analysis/ambulatory-cardiac-monitoring-devices-market-report&title=Ambulatory+Cardiac+Monitoring+Devices+Market+Size%2C+Share+%26+Trends+Analysis+Report+By+Device+Type+%28ECG+Devices%2C+Holter+Monitors%2C+Event+Monitors%29%2C+By+End-use%2C+By+Region%2C+And+Segment+Forecasts%2C+2023-+2030&submitted-image-url=//www.grandviewresearch.com/static/img/logo.svg&source=https://www.grandviewresearch.com/)

E-mail    Save    Print

This site uses cookies to improve user experience. More Info (/info/privacy-policy) ⓧ



**NEED A CUSTOM REPORT?**

We can customize every report - **free of charge** - including purchasing stand-alone sections or country-level reports, as well as offer affordable discounts for start-ups & universities. Contact us now (/info/contact-us)




ESOMAR & Great Work to Place Certified

ISO 9001:2015 & 27001:2022 Certified

We are GDPR and CCPA compliant! Your transaction & personal information is safe and secure. For more details, please read our privacy policy (/info/privacy-policy).

# We are committed towards customer satisfaction, and quality service.

**Client Testimonials**

"The quality of research they have done for us has been excellent."

Brian Moore, VP, NICCA USA, Inc.

**More** ● (/info/testimonials)

**ISO Certified**

![ISO]

**Privacy & Security Compliance**

(//sealserver.trustwave.com/cert.php?customerId=7097ca8498a84418bc912ee5717dbd8b&size=105x54&style=)
(//sealserver.trustwave.com/cert.php?customerId=7097ca8498a84418bc912ee5717dbd8b&size=105x54&style=)

**Payment & Banking Partners**

This site uses cookies to improve user experience. More Info (/info/privacy-policy) ⊗



(//verify.authorize.net/anetseal/?pid=ff9257e0-1958-4e73-81b1-b053479348d6&rurl=https%3A//www.grandviewresearch.com/industry-analysis/us-sexual-wellness-market)



Follow us

(//www.facebook.com/GrandViewResearch) (//twitter.com/grandviewinc) (//www.linkedin.com/company/grand-view-research)

## Company

› Customer FAQ (/info/faqs)

› How To Order (/info/how-to-order)

› Privacy Policy (/info/privacy-policy)

› Terms Of Use (/info/terms-of-use)

› Sitemap (/html-sitemap)

## Office Address

⚲ Grand View Research is registered in the State of California at Grand View Research, Inc. 201 Spear Street 1100, San Francisco, CA 94105, United States

☎ +1-415-349-0058 (tel:1-415-349-0058) or 1-888-202-9519 (tel:1-888-202-9519)

✉ sales@grandviewresearch.com (mailto:sales@grandviewresearch.com)

## Business Hours

Our support available to help you 24 hours a day, five days a week.

| Monday-Thursday : | 9am to 5pm |
|---|---|
| Fridays: | 9am to 4:30pm |
| Saturday & Sunday: | Closed |

Copyright © 2024 Grand View Research, Inc. All rights reserved.



This site uses cookies to improve user experience. More Info (/info/privacy-policy) ⊗

# Exhibit 6

The Wayback Machine - https://web.archive.org/web/20240112134452/https://www.ir...



The Zio Service    |    Zio ECG Monitors    Reporting

Patient Management    Case Studies

# The Zio® service monitoring solutions. One mission: **precision**.

Comfort. Ease. Accuracy. Zio ECG monitors are designed to provide high-quality, accurate data with astounding patient compliance. [1-4]



Sign up to learn how Zio ECG monitors can bring precision to your practice.

Subscribe



NEW

# Next-generation
# Zio® monitor

**Long-Term Continuous Monitoring Service**

Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]



# Zio® XT

**Long-Term Continuous Monitoring Service**

The monitor that changed the game. Zio XT monitoring service provides continuous, uninterrupted recording and a comprehensive end-of-wear report.[9]



# Zio AT®

## Mobile Cardiac Telemetry (MCT) Monitoring Service

The Zio AT MCT monitoring service provides continuous, uninterrupted recording, actionable wear-time reports, and a comprehensive end-of-wear report.[10-13]

In a large real-world evidence study, Zio long-term continuous monitoring (LTCM) service is associated with[6-8,14]







lowest likelihood of retesting

fastest time to clinical diagnosis

lowest acute healthcare resource utilization

# Zio LTCM service is more likely to detect specified arrhythmias.[6-8,14]

## 96%

more likely vs Holter monitoring services

## 72%

more likely vs event monitoring services

## 25%

more likely v
other LTCM
services

Zio Monitor    Zio XT    Zio AT

## Long-term continuous monitoring service

The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]



Compared to Zio XT Device

# Perfecting the experience is at the heart of the Zio service.

Comfortable and easy-to-use with no charging or electrode manipulations needed.[9,10,16,18,19]

Patients can:




Exercise[20]



Shower[20]



Sleep



The Zio Service | Zio ECG Monitors    Reporting

Patient Management    Case Studies

# Let's talk.

We'd love to know how we can help you and your patients.

What best describes your role?* ⌄

What can we help you with?* ⌄

Provide additional information

Email*

Company name*

First name* | Last name*

Postal code* | Phone number

○ I acknowledge and agree that iRhythm Technologies, Inc., iRhythm Technologies, Ltd. or an authorized representative (collectively, "iRhythm") may store and process my personal information in accordance with the terms of iRhythm's Privacy Policy. By submitting this form, you consent to iRhythm contacting you for purposes of marketing its products, services, and events. You may unsubscribe at any time. For more information about iRhythm's processing of your personal information, you may review our Privacy Policy.*

**Let's talk**

1  99% of physicians agree with the comprehensive final patient report. Based on a review of all online Zio XT and AT final patient reports.

2  Data on file. iRhythm Technologies; 2021.

3  Data on file. iRhythm Technologies; 2022.

4  Data on file. iRhythm Technologies; 2021-2022.

5  Data on file. iRhythm Technologies; 2023.

6  Reynolds MR, Passman RS, Swindle JP, et al. Comparative effectiveness of ambulatory monitors for arrhythmia diagnosis: a retrospective analysis of Medicare beneficiaries. Presented at: ACC 2023; March 3-4, 2023; New Orleans, LA.

7  In testing for specified arrhythmias defined by Hierarchical Condition Categories (HCC) 96.

8  Based on previous generation Zio XT device data. Zio monitor utilizes the same

14  Zio LTCM service refers to Zio XT and Zio monitor service.

15  Data on file. iRhythm Technologies; 2017, 2023.

16  Data on file. iRhythm Technologies; 2021, 2022.

17  Volume reflected in the device housing.

18  Zio monitor Clinical Reference Manual. iRhythm Technologies; 2021.

19  Zio AT does not require battery changes or charging. Zio AT has wear time transmission limits and is contraindicated for critical care patients. Refer to the Zio AT Clinical Reference Manual for additional information.

20  The Zio monitor patch should not be submerged in water. During a bath, keep the device above water. Please refer to the Zio monitor labeling instructions or Patient Guide for the full set of details.

operating principles and ECG algorithm. Additional data on file.

9   Zio XT Clinical Reference Manual. iRhythm Technologies; 2019.

10  Zio AT Clinical Reference Manual. iRhythm Technologies; 2020.

11  Continuous, uninterrupted refers to the recording of ECG data. Zio AT Gateway transmissions may be impacted by a variety of factors. See product labeling for more information.

12  Zio AT is contraindicated for critical care patients.

13  Do not use Zio AT for patients with symptomatic episodes where variations in cardiac performance could result in immediate danger to the patient or when real-time or in-patient monitoring should be prescribed. Refer to the Zio AT labeling and Clinical Reference Manual for full contraindications.

21  Tsang JP, Mohan S. Benefits of monitoring patients with mobile cardiac telemetry (MCT) compared with the Event or Holter monitors. Med Devices (Auckl). 2014;7-5

22  Data on file. iRhythm Technologies; 2022-2023.

23  Diagnostic yield refers to data collected from monitoring devices with arrhythmias (rule-in).

24  Eysenck W, Freemantle N, Sulke N. A randomized trial evaluating the accuracy of AF detection by four external ambulatory ECG monitors compared to permanent pacemaker AF detection. J Interv Card Electrophysiol. 2020;57(3):361-369.

ZIO® BY iRHYTHM

Subscribe to our newsletter to get Zio updates in your inbox.



## Support

Pay My Bill

Patient FAQs

Contact Us

## Company

About Us

Executive Management ↗

Board of Directors ↗

Scientific Advisory

News & Events

Locations

Investor Relations ↗

Careers

Inside Beat Blog

Trust Center

© 2024 Zio by iRhythm Technologies, Inc. All rights reserved.    Terms of Use    Patents & Trademarks    Privacy    Sitemap

# Exhibit 7



# CLINICAL REFERENCE MANUAL



## TABLE OF CONTENTS

Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Indications for Use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Package Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Device Diagrams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Account Setup. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

During Patient Visit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

   *Registration* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *8*

Application Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

During Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

   *Zio AT Reports* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *9*

Asymptomatic Arrhythmia Detection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Troubleshooting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

   *Frequently Asked Questions* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *11*

      Healthcare Provider Questions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

      Patient Questions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

   *Troubleshooting the Patch* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *17*

   *Troubleshooting the Gateway* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *18*

Zio AT Service Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

iRhythm Clinical Facility Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Notice of Privacy Practices (NOPP). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Cybersecurity Measures and Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Device Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Electrical Safety and Compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Symbols Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35



**iRhythm Technologies, Inc.**
650 Townsend Street, Suite 500
San Francisco, CA  94103   USA
Tel.  +1.888.693.2401 (USA Only)
Fax. +1.888.693.2402
**irhythmtech.com**

## DESCRIPTION

The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.

The Zio AT system is a single-patient-use ECG monitor that provides a continuous, single-channel recording in addition to symptomatic and asymptomatic data transmission for up to 14 days. The Zio AT patch is applied and activated by the patient. Once activated, the patch records ECG without patient interaction, with the goal of improving patient compliance via simplicity of operation. The Zio AT patch, in conjunction with the wireless gateway and the Zio arrhythmia detection algorithm, has arrhythmia auto-detection capabilities. Additionally, patients have the option of pressing a convenient trigger button which marks the continuous record and initiates a wireless transfer of a 90 second ECG strip. The wireless transfer of data is enabled by the Zio AT gateway, which requires proximity and reception but no patient interaction to transmit to the monitoring center. The patient is encouraged to document symptomatic events, which will support symptom-rhythm correlation in the Zio AT reports.

At the conclusion of the wear period (up to 14 days), the patient removes the Zio AT patch and returns it, along with the gateway, by mail to an iRhythm data processing center.

Upon receipt of symptomatic/asymptomatic transmissions or downloaded continuous ECG data at iRhythm's Clinical Center (iCC), the data is processed by iRhythm's proprietary algorithm before an iRhythm Certified Cardiographic Technician (CCT) reviews the results and generates a report.

Upon explicit request from a clinician responsible for the patient's healthcare, segments of ECG data from the continuous recording on the patch can also be wirelessly retrieved during the wear period.

## INDICATIONS FOR USE

The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.

## CONTRAINDICATIONS

- Do not use Zio AT for patients with symptomatic episodes where variations in cardiac performance could result in immediate danger to the patient or when real-time or in-patient monitoring should be prescribed.

- Do not use Zio AT for patients with known history of life threatening arrhythmias.

- Do not use Zio AT in combination with external cardiac defibrillators or high frequency surgical equipment near strong magnetic fields or devices such as MRI.

- Do not use Zio AT on patients with a neuro-stimulator, as it may disrupt the quality of ECG data.

- Do not use Zio AT on patients who do not have the competency to wear the device for the prescribed monitoring period.

## WARNINGS

- Do not use the Zio AT patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.

- Do not reuse the Zio AT patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and patient may experience cross contamination.

- Do not use Zio AT system on patients residing in areas with limited to no cellular reception.

- Do not modify the Zio AT system.

- The Zio AT system is MR Unsafe!

  o Do not expose the Zio AT patch or gateway to a magnetic resonance (MR) environment.

  o The Zio AT patch or gateway may present a risk of projectile injury due to the presence of ferromagnetic materials that can be attracted by the MR magnet core.

  o Thermal injury and burns may occur due to the metal components of the Zio AT patch that can heat during MR scanning.

  o The Zio AT patch may generate artifacts in the MR image.

  o The Zio AT patch or gateway may not function properly due to the strong magnetic and radio-frequency fields generated by the MR scanner.

 If skin irritation such as severe redness, itching or allergic symptoms develop, remove the Zio AT patch from the patient's chest. Call iRhythm Customer Service at 1.888.693.2401

 CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.

### ELECTRICAL SAFETY COMPATABILITY

- CAUTION: The Zio AT system needs special precautions regarding EMC and needs to be utilized according to the EMC information provided in the following tables.

- CAUTION: Portable and mobile RF communications equipment can affect medical electrical equipment.

- WARNING: The Zio AT system should not be used adjacent to or stacked with other equipment.

- WARNING: The Zio AT system may be interfered with by other equipment, even if that other equipment complies with CISPR EMISSIONS requirements.

- WARNING: Portable RF communications equipment (including peripherals such as antenna cables and external antennas) should be used no closer than 30 cm (12 inches) to any part of the Zio AT patch or gateway. Otherwise, degradation of the performance of this equipment could result.

## PRECAUTIONS

- Safety and effectiveness of the Zio AT Patch on patients receiving any form of pacing therapy has not been established. Paced cardiac rhythms may not be accurately detected and may be incorrectly classified.

- Safety and effectiveness of the Zio AT system on pediatric patients (younger than 18 years old) has not been established.

- The Zio AT system includes temperature and humidity limitations when stored/transported. If exposed during storage/transport, patients may experience degradation of adhesive performance causing the Zio AT patch to slip or fall off during the patient wear duration.

- The Zio AT system has a shelf-life date. Use of expired device may cause a degradation of ECG signal quality and/or low battery condition.

- Do not use the Zio AT system if package is damaged. Device may not perform as intended.

- Keep device and packaging away from young children. Contents may be harmful if swallowed. Patch contains button cell batteries that are not accessible during normal use but, if exposed, are known choking hazards and may cause severe tissue injury if ingested.

- Registration errors may result in limited functionality or erroneous ECG reporting. Utmost caution should be applied to ensure that patient registration is accurate and complete.

## PACKAGE CONTENTS

1 Zio AT patch



1 Zio AT gateway, containing:
- 1 postage-paid return envelope



1 Skin preparation kit containing:
- 1 patch card template
- 1 disposable razor
- 1 abrader disc
- 4 alcohol wipes



1 Application instructions



1 Important information pamphlet

1 Wearing Your Zio manual & button press log containing:
- 1 adhesive remover wipe
- 1 patient consent form
- 1 patient survey





## DEVICE DIAGRAMS

### Zio Patch



Outer Border
Adhesive Wings
Light
Electrode
Electrode
'Zio' Button

### Zio Gateway Exterior



Airplane Mode Light
Outside Status Light

### Zio Gateway Interior

Airplane Button    Star Button    Cell Connection Light
Patch Connection Light



Return Instructions
Return Envelope

## ACCOUNT SETUP

To allow effective use of the Zio system, an account on iRhythm's patient management system (www.zioreports.com) is assigned to the clinic.

Ensure you can access iRhythm patient management system via provided username and password. If you are unable to access zioreports.com please contact iRhythm Customer Service at **1.888.693.2401**

## DURING PATIENT VISIT

### REGISTRATION

Register patient online at **www.zioreports.com**.

iRhythm may contact the patient if any additional information is required.

## APPLICATION INSTRUCTIONS

The Zio AT package contains instructions on how to apply the patch and activate the patch and gateway.

## DURING MONITORING

During monitoring the Zio AT device will record continuous beat to beat ECG information and transmit patient triggered and asymptomatic ECG to provide accurate arrhythmia detection.

In special circumstances, when patient data needs to be accessed by the physician during the wear period, a Device Data Request can be made. In order to make a Device Data Request, the clinician should call iRhythm at 1.888.693.2401. (Note: Device Data Requests are limited by availability of remaining battery power and may not be successful late in a monitoring period.)

## REPORTS

### ZIO AT REPORTS

All Zio AT Reports will be available in ZioReports.com.

**Note: Transmission time may vary significantly depending on how effectively the patient maintains patch-gateway proximity and gateway cellular reception. Transmission reports will be provided after iRhythm receipt and analysis of ECG strips.**

 **This device is not intended for use in critical care patients because the reporting timeliness is not consistent with life-threatening arrhythmias such as ventricular fibrillation.**

## ASYMPTOMATIC ARRHYTHMIA DETECTION

Asymptomatic arrhythmia events, as detected and transmitted during the monitoring period, are defined by the following parameters:

| Rhythm | Heart Rate | Duration |
|---|---|---|
| Atrial Fibrillation | ≤40 bpm | ≥60 seconds |
| | ≥180 bpm | ≥60 seconds |
| Pause | - | ≥4 seconds |
| | - | ≥3 seconds back-to-back |
| Ventricular Tachycardia | ≥ 120 bpm | ≥ 30 seconds |
| | ≥150 bpm | ≥15 seconds |
| Complete Heart Block (day 05:00~23:00) | < 50 bpm | ≥6 beats |
| Complete Heart Block (night 23:00~05:00) | < 47 bpm | ≥6 beats |
| Bradycardia | ≤30 bpm | ≥60 seconds |
| Tachycardia | ≥ 200 bpm | ≥ 60 seconds |

| Sensitivity (%) [1] | | Positive Predictivity (%) [1] | |
|---|---|---|---|
| AHA | MIT-BIH | AHA | MIT-BIH |
| 98.80 | 99.33 | 99.45 | 99.43 |

For each of the arrhythmias listed above, the Zio AT patch will transmit up to two ECG strips per hour.

[1] REP543.B (On file at iRhythm Technologies, Inc.)

## TROUBLESHOOTING

FOR CUSTOMER SUPPORT, CALL **1.888.693.2401**

**FREQUENTLY ASKED QUESTIONS**

**HEALTHCARE PROVIDER QUESTIONS**

1. **How long is the patient supposed to wear the Zio AT patch?**

   A patient can wear the Zio AT patch for up to 14 days or as prescribed. Note: The Zio AT patch will not record ECG data after 14 days.

   Based on individual wear experiences the patient's actual wear time may be shorter than prescribed.

2. **Who should the patient call if they have questions about the Zio AT patch or gateway?**

   The patient can read the Wearing your Zio Manual & Button Press Log or call Customer Service at 1.888.693.2401.

3. **What if the patient does not have symptoms?**

   The Zio AT patch records every heartbeat. It also automatically detects and transmits asymptomatic arrhythmias, even if the patient does not feel them.

4. **Does the patient need to do anything with the Zio gateway to send heart rhythm data wirelessly?**

   The patient only needs to keep the gateway within 10 feet of the patch and within range of good cellular reception. No action is required for the gateway to send symptomatic heart rhythm data other than pressing the Zio button on the patch.

5. **Are there tests or treatments that are not compatible with the Zio AT patch?**

   Yes. The following are not recommended during wear of the Zio AT patch:

   a. Magnetic Field(s): Magnetic Resonance Imaging (MRI); MRI Technician; Any job where the patient may be exposed to a large magnetic field

   b. Neuromuscular Stimulators: Brain Stimulator; Neurostimulator; Spinal Stimulator; TENS Unit

   c. External Cardioversion/Defibrillation

   NOTE: Data may not be interpretable during the time the stimulators are being used. Usage is at physician's discretion.

**6. Can the Zio AT patch be left on a patient during Cardioversion/ Defibrillation?**

No, the Zio AT patch should be removed if the patient requires Cardioversion or Defibrillation.

## PATIENT QUESTIONS

**The Zio AT Monitoring System**

**7. What is the patch doing?**

The patch is recording every heartbeat. Your doctor will use the heart rhythm data from the patch to determine the right course of action.

**8. What is the gateway doing?**

The gateway wirelessly sends heart rhythm data recorded by your patch to iRhythm. iRhythm analyzes the data and provides a report to your doctor.

**9. How do I know the patch and the gateway are working?**

If you saw green flashes after turning on the patch and gateway, both devices are working. When they are working normally, the patch and gateway do not flash or make noise.

**10. I think I placed the Zio AT patch in the wrong position. Can I remove it and reposition it?**



No. If the Zio AT patch is over the heart in a slight diagonal as shown, the positioning should be acceptable.

DO NOT attempt to reapply the Zio AT patch.

**11. The top label was peeled off, but there still seems to be a white label stuck to the wings of the Zio AT patch.**

The top label may have separated. Peel the remaining white labels from the center of the Zio AT patch outward.

**12. Do I need to do anything after pressing the patch button to send heart rhythm data wirelessly?**

Do your best to keep the gateway in front of you and within 10 feet as much as possible. The gateway should also be kept in a place with good cellular connection.

**13. Can I carry the gateway in a purse, bag or pocket?**

Yes. However, the gateway will need to be in front of your body and within 10 feet of the patch. You may also use the provided belt clip to carry the gateway.

**14. What can affect wireless connection between the patch and the gateway?**

Wireless devices that use 2.4 GHz signals such as baby monitors, TV senders, and wireless routers can interrupt communication between the patch and gateway if used within 6 feet. Objects placed inside the gateway can also cause communication problems.

**Activities**

**15. Can I exercise while wearing the patch?**

Yes, you may exercise moderately, but excessive sweating may shorten wear time.

**16. Can I shower with the patch on?**

After 24 hours following application, you may take brief showers. Try to keep your back faced toward the shower. Hold the patch down while towel drying to prevent accidental removal. Avoid getting the gateway wet.

**17. Can I take a bath?**

Yes, but keep the patch above water. Keep the gateway away from all water.

**18. Can I go into a pool or a hot tub?**

No. The patch should not be submerged under water. Keep the gateway away from all water.

**19. Can I travel with the patch on?**

Yes. If questioned during airport security screening, show the statement in the Traveling section. Note that the gateway will not have cellular connection outside the United States.

**20. Can I fly with the gateway?**

Yes, the gateway should be placed in "airplane mode." See Traveling section.

**21. What activities should I avoid?**

Avoid activities that cause heavy sweating. Sweat can cause the patch to slide, become loose or fall off. Activities that may submerge the patch in water should also be avoided.

## Recording Symptoms

**22. What should I do if I feel a symptom?**

First, press the button on your patch. Then enter your symptoms in the myZio app or in myzio.com. You may also fill out a page of the Button Press Log in this manual. Please choose only one option for recording your symptoms.

**23. What if I forget to press the button when I feel a symptom?**

The patch will still record your heartbeat and the gateway will send any information that is important for your doctor to know.

**24. What if I press the button but forget to write down the symptom?**

Recording your symptoms and activity gives your physician additional information about what may have caused the symptom. While this is useful, it is most important to press the button.

**25. What if I press the patch button while the gateway is not within 10 feet and in line of sight of the patch?**

The patch will store the data until the gateway is in range, then the data will be sent.

**26. What happens if I press the patch button while the gateway doesn't have cell signal?**

The gateway will store the data until it has cell signal, then the data will be sent.

## The Patch

**27. What should I do if the patch peels or lifts at the edges?**

Press evenly on the wings of the patch for 3 to 5 minutes to re-stick.

**28. What should I do if the patch falls off?**

Call Customer Service at 1.888.693.2401.

**29. I think I see blood under my patch. What should I do?**

Call Customer Service at 1.888.693.2401. It is probably due to a small shaving cut when the patch was applied to your chest.

**30. Is it normal for the Zio® AT patch wings to become cloudy?**

Yes. The patch may move slightly from its original position. A blue gel may be seen under the wings of the patch.

**31. Is it normal for the patch to move slightly from its original position?**

Yes. The patch may move slightly from its original position. A blue gel may be seen under the wings of the patch.

**32. Is it normal to experience skin irritation or itchiness in the area of the patch?**

Many patients do not experience skin irritation or itchiness. However, some patients report minor skin irritation and/or itching while wearing the patch. If the irritation or itching is severe or hives or blisters develop, remove the patch and then call Customer Service at 1.888.693.2401.

## Flashing Lights

**33. Will the gateway show any lights or make any sounds?**

No. As long as it is able to send data, the gateway will not flash or make noise.

**34. What if the patch flashes orange while I am wearing it?**

If you see the patch flashing orange, this does not mean there is a problem with your heart; it just means that the patch is not well attached. Press evenly on the wings of the patch for 3 to 5 minutes. If the flashing continues or comes back, call Customer Service at 1.888.693.2401

**35. What should I do if my gateway is flashing orange?**

If you see the gateway flashing orange, this does not mean there is a problem with your heart; it just means that the patch cannot send information wirelessly. Turn to Troubleshooting or call Customer Service at 1.888.693.2401.

**End of the Wear Period**

**36. How long am I supposed to wear the patch?**

Wear the patch for as long as your doctor prescribed but no longer than 14 days. NOTE: Each person's wear experience is different and actual wear time may be shorter than prescribed.

**37. I have removed the Patch and it is flashing orange. Is this okay?**

The patch may flash orange after removal. It is okay to mail the device while it is flashing. Turn to Patch Removal for return instructions.

## TROUBLESHOOTING THE PATCH



SLOW FLASHING (once every 3 seconds):

**Indicates** that the patch is not making good contact.

**To remedy it**, press evenly on the wings of the patch for 3 to 5 minutes.

**If orange flashing continues**, call Customer Service at 1.888.693.2401.

FAST FLASHING (3 times per second):

**Indicates** that the patch is not recording. Call Customer Service at 1.888.693.2401.

## TROUBLESHOOTING THE GATEWAY



SLOW □ (SQUARE) FLASHING (once every 3 seconds):

**Indicates** that the gateway has lost connection to the patch.

**To remedy it,** hold the star button for 3 seconds until the orange light stays on. Then, if you see green flashing, the gateway has found connection to the Patch.

**If orange flashing continues,** call Customer Service at 1.888.693.2401.

SLOW △ (TRIANGLE) FLASHING (once every 3 seconds):

**Indicates** that the gateway does not have cell signal.

**To remedy it,** move the gateway to a place with a good cell signal (near a window or outside) and hold the star button for 3 seconds until the orange light stays on.

Then, if you see green flashing, the gateway has found a cell signal. Do not move the gateway until the green flashing stops.

If it does not flash green, move the gateway to a new place and try again.

**If orange flashing continues,** call Customer Support at 1.888.693.2401.

FAST □ (SQUARE) OR △ (TRIANGLE) FLASHING (3 times per second):

Indicates that the gateway is not working. Call Customer Support at 1.888.693.2401.

## ZIO AT SERVICE NOTES

| Situation | Note |
|---|---|
| myZio Registration – Patient Enrollment | In order for a patient to register with myZio they must first be enrolled by the clinic in www.zioreports.com. In the event that the patient attempts to register prior to completion of enrollment by the clinic they will receive a notification indicating "This Zio patch is currently not available for use. Please call Customer Service at 1.888.693.2401.", until enrollment has been completed. (SYS-2281) |
| Patient Timeline – Paper Booklet Diary Entries | For patients with the Zio AT Patch, ZioReports provides a timeline screen that displays along with Transmission, DDR, Daily, and Final reports, patient provided diary entries. For each diary entry the date and time of the symptom reported is displayed. In the event that a patient does not provide the date/time for a symptom on the paper booklet, the timeline will display a date with a year starting in 3000. Dates that have a year of 3000 or greater indicate that the patient did not provide the timestamp of the symptom experienced. (SYS-2315) |

## IRHYTHM CLINICAL FACILITY CERTIFICATION

The Zio AT monitoring system is analyzed at the iRhythm Clinical Center. iRhythm is an Independent Diagnostic Testing Facility (IDTF) dedicated to providing world-class diagnostic service. As an IDTF, we adhere to Medicare Independent Diagnostic Testing Facility Performance Standards. A link to these standards (42 C.F.R. section 410.33) can be found at the iRhythm website www.irhythmtech.com.

## NOTICE OF PRIVACY PRACTICES (NOPP)

iRhythm is committed to protecting the privacy of your personal information. We are required by the U.S. - EU Safe Harbor Framework to maintain the privacy of your personal information, and to notify you of our privacy practices, our legal duties, and your rights concerning your personal information.

| | |
|---|---|
| Why? | As participants in your health care, we are required by applicable federal and state law to maintain the privacy of your Protected Health Information ("PHI"). This notice describes our privacy practices, our legal duties, and your rights concerning your PHI. We will follow the privacy practices described in this notice while it is in effect. We reserve the right to revise this notice and to make the new notice provisions effective for all PHI we maintain. If we revise this notice, we will post the revised notice on this page. |
| Why? | In providing diagnostic services, the types of information we collect may include:<br>- Name<br>- Gender<br>- Date of Birth<br>- Medicare and Secondary Insurance Information<br>- Address and Phone Number<br>- Prescribing Physician and Office<br>- Primary Indication<br>- ECG Recording<br>- Symptoms and Activities You Report, by Time and Date<br>- Activity Level During Monitoring<br>- Patient Identification Number<br>- Clinical Information and Diagnostic Results |
| How? | By providing diagnostic services to our patients, we regularly collect information through:<br>- Phone conversations<br>- Patient submitted documents<br>- Prescribing physician submitted documents<br>- Zio Event card transmissions<br>- Return of Zio XT or Zio AT Patches |
| **How We May Use Your Information** | |
| We have the right to use and disclose health information for your treatment, to secure payment for your health care, and to operate our business. | |

| **Without Specific Authorization** | | **Does iRhythm Share?** | **Can You Limit This Sharing?** |
|---|---|---|---|
| To You | We must disclose your PHI to you, as described in the "Your Rights" section of this notice. | Yes | Yes |
| For Payment | We may use and disclose PHI to obtain payment for services provided to you. We may also disclose your PHI to a health care provider or health plan so that the provider or plan may obtain payment of a claim or engage in other payment activities. | Yes | Yes |
| For Treatment | We may use and disclose PHI to provide and manage your diagnostic services. That may include consulting with other health care providers about your diagnostic services. For example, we will release the results of your diagnostic services to your prescribing physician, to the physician treating you, or in a medical emergency, if applicable. | Yes | No |
| For Health Care Operations | We may use or disclose PHI to conduct quality assessment and improvement activities, to conduct fraud and abuse investigations, to engage in care coordination or case management, or to communicate with you about health related benefits and services or treatment alternatives that may be of interest to you. We may also disclose PHI to a health care provider or health plan subject to federal privacy laws, as long as the provider or plan has or had a relationship with you and the PHI is disclosed only for certain health care operations of that provider or plan. We may also disclose PHI to other entities with which we have contracted to perform or provide certain services on our behalf (e.g., business associates). | Yes | No |

| **Without Specific Authorization** | | **Does iRhythm Share?** | **Can You Limit This Sharing?** |
|---|---|---|---|
| For Business Operations | We may use both De-Identified and Limited Data Sets (a data set that, per the Health Insurance Portability and Accountability Act of 1996 regulations, has had patient-identifiable data removed except for dates of service) for development of future products, devices or services. Once information is De-Identified through an approved method, the data is stripped of individual identifiers, at which point iRhythm may share this information without restriction externally to support research, market development, trend analysis, etc. Information containing Limited Data Sets may be provided externally to support market and product development. However, iRhythm will obtain the required data use agreements when transferring Limited Data Sets to external parties. | Yes | Yes |
| For Public Health And Safety | We may use or disclose PHI to the extent necessary to avert a serious and imminent threat to the health or safety of you or others. We may also disclose PHI for public health and government health care oversight activities and to report suspected abuse, neglect or domestic violence to government authorities. | Yes | No |
| As Required By Law | We may use or disclose PHI when we are required to do so by law. | Yes | No |
| For Process And Proceedings | We may disclose PHI in response to a court or administrative order, subpoena, discovery request, or other lawful process. | Yes | No |
| For Law Enforcement | We may disclose PHI to a law enforcement official with regard to crime victims and criminal activities. | Yes | No |
| Special Government Functions | We may disclose the PHI of military personnel or inmates or other persons in lawful custody under certain circumstances. We may disclose PHI to authorized federal officials for lawful national security activities. | Yes | No |
| For Research, Death, And Organ Donation | We may use or disclose PHI in certain circumstances related to research, death or organ donation. | Yes | No |

| Without Specific Authorization | | Does iRhythm Share? | Can You Limit This Sharing? |
|---|---|---|---|
| For Workers' Compensation | We may disclose PHI as permitted by workers' compensation and similar laws. | Yes | No |

| Without Specific Authorization | | Does iRhythm Share? | Can You Limit This Sharing? |
|---|---|---|---|
| You may give us written authorization to use your PHI or disclose it to anyone for any purpose not otherwise permitted or required by law. If you give us such authorization, you may revoke it in writing at any time. Your revocation will not affect any use or disclosure permitted by your authorization while it was in effect. | | Yes | Yes |
| While the law permits us in certain circumstances to disclose your PHI to family, friends and others, we will do so only with your authorization. In the event you are unable to authorize such disclosure, but emergency or similar circumstances indicate that disclosure would be in your best interest, we may disclose your PHI to family, friends or others to the extent necessary to help with your health care coverage arrangements. | | Yes | Yes |

| Your Rights | |
|---|---|
| Access | With limited exceptions, you have the right to review in person, or obtain copies of, your PHI. We may charge you a reasonable fee as allowed by law to obtain this information. |
| Amendment | With limited exceptions, you have the right to request that we amend your PHI. |
| Disclosure Accounting | You have the right to request and receive a list of certain disclosures made of your PHI. If you request this list more than once in a 12-month period, we may charge you a reasonable fee as allowed by law to respond to any additional request. |
| Use/Disclosure Restriction | You have the right to request that we restrict our use or disclosure of your PHI for certain purposes. We are not required to agree to a requested restriction. We will agree to restrict use or disclosure of your PHI provided that the law allows and we determine the restriction does not impact our ability to operate our business, provide diagnostic services, and comply with the law. Even when we agree to a restriction request, we may still disclose your PHI in a medical emergency and use or disclose your PHI for public health and safety and other similar public benefit purposes permitted or required by law. |

| Confidential Communication | You have the right to request that we communicate with you in confidence about your PHI at an alternative address. |
|---|---|
| Privacy Notice | You have the right to request and receive a copy of this notice at any time. For more information or if you have questions about this notice, please contact us using the information listed at the end of this notice. |

| Complaints / Violations | |
|---|---|
| If you are concerned that we may have violated your privacy rights, you may inquire with us using the contact information listed at the end of this notice. You may also submit a written complaint to the U.S. Department of Health and Human Services. We will provide you with the address for the U.S. Department of Health and Human Services upon request. | |
| To Limit Our Sharing Or Submit Complaints | Call 1.888.693.2401 - our Customer Service staff will assist you |
| Questions? | Call 1.888.693.2401 |

| Who We Are | |
|---|---|
| Who Is Providing This Notice? | This privacy notice is being provided by iRhythm Technologies, Inc., and applies to the diagnostic services offered in connection with prescribed health care. |

| What We Do | |
|---|---|
| How Does iRhythm Protect My PHI? | To protect your PHI from unauthorized access and use, iRhythm has implemented security safeguards that comply with federal law to secure physical and electronic information. |

| Company Contact Details | |
|---|---|
| Address: | iRhythm Technologies, Inc. 650 Townsend Street Suite 500 San Francisco, CA 94103 Attn: Privacy Official www.irhythmtech.com |
| Phone: | 415.632.5700 |
| Fax: | 415.632.5701 |

## CYBERSECURITY MEASURES AND CONTROLS

As a connected medical device, the Zio AT patch was developed with careful consideration of cybersecurity risks and their compensating controls. Key measures include manufacturing steps to exclusively pair one AT patch with one Gateway, thus preventing Bluetooth communication with any other devices, and to configure encryption of all transmissions between these devices. Similarly, encryption of all cellular communication between the Gateway and the cloud is configured during manufacturing.

iRhythm regularly evaluates the integrity of our cloud-based infrastructure through both vulnerability and penetration testing of all internet-accessible servers. Industry-standard encryption is employed for all data transfers to, from and within the Cloud, and for protecting data at rest.

Patient data is protected during wear through use of proprietary data storage formats and access methods, and physically protected data ports. Once returned to iRhythm for processing, data integrity checks are used to ensure the integrity of all recorded data.

## DEVICE SPECIFICATIONS

### PATCH PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| ECG Channels | 1 channel |
| Memory capacity | 14 days |
| Recording Format | Continuous |
| Service Life | Up to 14 days |
| Shelf Life | 2 months |

### ELECTRICAL CHARACTERISTICS

| | |
|---|---|
| Medical Equipment Type | BF Applied Part |
| ECG Frequency Response | 0.5Hz to 30Hz |
| ECG Input Impedance | ≥ 10 MΩ |
| ECG Differential Range | ±1.65 mV |
| ECG A/D Sampling Rate | 200 Hz |
| ECG Resolution | 10 bits |
| Patch Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW |
| Frequency Band of Transmission | 2.4 GHz |
| Bandwidth of the Receiver | 2400–2480 MHz |
| Type and Frequency of Modulation | 1-Mbps GFSK |
| Gateway Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW |
| Gateway Cellular RF Transmit/ Receive | 750 MHz LTE Cat M1 Effective Radiated Power < 200 mW |

## POWER CHARACTERISTICS

| | |
|---|---|
| Patch Battery Type | 2 Lithium Manganese Dioxide Coin Cells |
| Gateway Battery Type | 1 Lithium Polymer Cell |
| Battery Life | Continuous |
| Service Life | 14 days |

## PHYSICAL CHARACTERISTICS

| | |
|---|---|
| Patch Dimensions | 5.2 x 2.0 x 0.5 inches |
| Patch Weight | 24.7 g |
| Gateway Dimensions | 6.2 x 3.4 x 0.8 inches |
| Gateway Weight | 158 g |

## ENVIRONMENTAL CHARACTERISTICS

| | |
|---|---|
| Operational Temperature | 41 to 104 degrees |
| Operational Altitude | -1,000 to 10,000 ft |
| Operational & Storage Humidity | 10% to 95% (non-condensing) |
| Shipping (Short-term Storage) Temperature | -4 to 104 degrees F |
| Long-term Storage Temperature | 55 to 85 degrees F |
| Storage Altitude | -1,000 to 14,000 ft |
| Patch IP Classification | IP24 |
| Gateway IP Classification | IP22 |

## ESSENTIAL PERFORMANCE

The Zio AT device records and transmits ECG for analysis after receipt of data. In the event it cannot record or transmit in a timely fashion, the Zio AT alerts the patient that functionality is impaired.

## HEART RATE CALCULATIONS

| | | |
|---|---|---|
| Episode Heart Rates | Max | The maximum episode heart rate (i.e., maximum of all instantaneous heart rates within the episode) |
| | Min | The minimum episode heart rate (i.e., minimum of all instantaneous heart rates within the episode) |
| | Avg | The average episode heart rate (i.e., average of all instantaneous heart rates within the episode) |
| Overall Rhythm Heart Rates | Max | The maximum overall heart rate (i.e., maximum of all rhythm episode maximum heart rates within the record) |
| | Min | The minimum overall heart rate (i.e., minimum of all rhythm episode minimum heart rates exclusive of Pause heart rates within the record) |
| | Avg | The average overall heart rate (i.e., duration-weighted average of all rhythm episode heart rates within the record) |

## PAUSE DETERMINATION

Pause is defined as an RR interval greater than 3 seconds.

## ELECTRICAL SAFETY AND COMPATIBILITY

- CAUTION: The Zio AT system needs special precautions regarding EMC and needs to be utilized according to the EMC information provided in the following tables.

- CAUTION: Portable and mobile RF communications equipment can affect medical electrical equipment.

- WARNING: The Zio AT system should not be used adjacent to or stacked with other equipment.

- WARNING: The Zio AT system may be interfered with by other equipment, even if that other equipment complies with CISPR EMISSIONS requirements.

- WARNING: Portable RF communications equipment (including peripherals such as antenna cables and external antennas) should be used no closer than 30 cm (12 inches) to any part of the Zio AT patch or gateway. Otherwise, degradation of the performance of this equipment could result.

### Table 1: Guidance and manufacturer's declaration— electromagnetic emissions

The Zio AT system is intended for use in the electromagnetic environment specified below. The customer or the user of the Zio AT system should assure that it is used in such an environment.

| Emissions test | Compliance | Electromagnetic environment - guidance |
|---|---|---|
| RF emissions CISPR 11 | Group 1 | The Zio AT system uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF emissions CISPR 11 | Class B | The Zio AT system is suitable for use in all establishments, including domestic establishments. |
| Harmonic emissions IEC 61000-3-2 | Not applicable | Not applicable |
| Voltage fluctuations/ flicker emissions  IEC 61000-3-3 | Not applicable | Not applicable |

### Table 2: Guidance and manufacturer's declaration—electromagnetic immunity

The Zio AT system is intended for use in the electromagnetic environment specified below. The customer or the user of the Zio AT system should assure that it is used in such an environment.

| Immunity test | IEC 60601 test level | Compliance level | Electromagnetic environment - guidance |
|---|---|---|---|
| Electrostatic Discharge (ESD) IEC 61000-4-2 | ±8 kV contact ±15 kV air | ±8 kV contact ±15 kV air | Floors should be wood, concrete, or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30 %.w |
| Power frequency (50/60 Hz) magnetic field IEC 61000-4-8 | 30 A/m | 30 A/m | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical commercial or hospital environment. |

## Table 3: Guidance and manufacturer's declaration—electromagnetic immunity

The Zio AT system is intended for use in the electromagnetic environment specified below. The customer or the user of the Zio AT system should assure that it is used in such an environment.

| Immunity test | IEC 60601 test level | Compliance level | Electromagnetic environment - guidance |
|---|---|---|---|
| Radiated RF IEC 61000-4-3 | 10 V/m 80 MHz to 2.7 GHz<br><br>28 V/m 385, 450, 810, 870, 930 MHz 18 Hz pulse<br><br>9 V/m 710, 745, 780 MHz 217 Hz pulse<br><br>28 V/m 1720, 1845, 1970, 2450 MHz 217 Hz pulse<br><br>9 V/m 5240, 5500, 5783 MHz 217 Hz pulse | 10 V/m<br><br>28 V/m<br><br>9 V/m<br><br>28 V/m<br><br>9 V/m | Portable and mobile RF communications equipment should be used no closer to any part of the Zio AT system , including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter. Recommended separation distance $d = 1.2\sqrt{P}$ $d = 1.2\sqrt{P}$ 80 MHz to 800 MHz $d = 2.3\sqrt{P}$ 800 MHz to 2.5 GHz where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and $d$ is the recommended separation distance in meters (m). Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[a] should be less than the compliance level in each frequency range.[b] Interference may occur in the vicinity of equipment marked with the following symbol:  |

## Table 3, Continued

NOTE 1—At 80 MHz and 800 MHz, the higher frequency range applies.

NOTE 2—These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

[a] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast, and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the Zio AT system is used exceeds the applicable RF compliance level above, the Zio AT system should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as re-orienting or relocating the Zio AT patch or gateway.

[b] Over the frequency range 150 kHz to 80 MHz, field strengths should be less than 3 V/m.

**Table 4: Recommended separation distances between portable and mobile RF communications equipment and the Zio AT system**

The Zio AT system is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the Zio AT  system can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the Zio AT  system as recommended below, according to the maximum output power of the communications equipment.

| Rated maximum output power of transmitter W | Separation distance according to frequency of transmitter m | | |
|---|---|---|---|
| | 150 kHz to 80 MHz | 80 MHz to 800 MHz | 80 MHz to 2.5 GHz |
| | $d = 1.2\sqrt{P}$ | $d = 1.2\sqrt{P}$ | $d = 2.3\sqrt{P}$ |
| 0.01 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.38 | 0.38 | 0.73 |
| 1 | 1.2 | 1.2 | 2.3 |
| 10 | 3.8 | 3.8 | 7.3 |
| 100 | 12 | 12 | 23 |

For transmitters rated at a maximum output power not listed above, the recommended separation distance d in meters (m) can be determined using the equation applicable to the frequency of the transmitter, where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer.

NOTE 1—At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.

NOTE 2—These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

- This system complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This system may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.
- For body worn operation, this system has been tested and meets FCC RF exposure guidelines when used with an accessory that contains no metal, such as the belt clip provided, and that positions the Gateway a minimum 1 cm from the body. Use of other accessories may not ensurecompliance with FCC RF exposure guidelines.
- Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
- The gateway has been tested and meets FCC RF exposure guidelines when used and operated for its intended purpose and as instructed in the manual.

## SYMBOLS GLOSSARY

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.1.1 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Manufacturer | Indicates the medical device manufacturer. |
| | ISO 7000-3082 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.1.3 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Date of manufacture | Indicates the date when the medical device was manufactured |
| | ISO 7000-2497 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.1.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Use-by date | Indicates the date after which the medical device is not to be used. |
| | ISO 7000-2607 | Graphical symbols for use on equipment | | |
| LOT | ISO 15223-1 Clause 5.1.5 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Batch code | Indicates the manufacturer's batch code so that the batch or lot can be identified. |
| | ISO 7000-2492 | Graphical symbols for use on equipment | | |
| REF | ISO 15223-1 Clause 5.1.6 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Catalogue number | Indicates the manufacturer's catalogue number so that the medical device can be identified. |
| | ISO 7000-2493 | Graphical symbols for use on equipment | | |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| **SN** | ISO 15223-1 Clause 5.1.7 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Serial number | Indicates the manufacturer's serial number so that a specific medical device can be identified. |
| | ISO 7000-2498 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Keep dry | Indicates a medical device that needs to be protected from moisture. |
| | ISO 7000-0626 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.7 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Temperature limit | Indicates the temperature limits to which the medical device can be safely exposed. |
| | ISO 7000-0632 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.8 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Humidity limitation | Indicates the range of humidity to which the medical device can be safely exposed. |
| | ISO 7000-2620 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.4.2 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Do not re-use | Indicates a medical device that is intended for one use, or for use on a single patient during a single procedure. |
| | ISO 7000-1051 | Graphical symbols for use on equipment | | |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.4.3 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Consult instructions for use | Indicates the need for the user to consult the instructions for use. |
| | ISO 7000-1641 | Graphical symbols for use on equipment | | |
| | IEC 60601-1 Table D.1, Symbol 11 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |
| | ISO 15223-1 Clause 5.4.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Caution | Indicates the need for the user to consult the instructions for use for important cautionary information such as warnings and precautions that cannot, for a variety of reasons, be presented on the medical device itself. of reasons, be presented on the medical device itself. |
| | ISO 7000-0434 | Graphical symbols for use on equipment | | |
| | IEC 60601-1 Table D.1, Symbol 10 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | BS EN 50419:2006 | Marking of electrical and electronic equipment in accordance with article 11(2) of Directive 2002/96/EC (WEEE) | Separate Collection | To indicate that the product shall be separated when disposed. |
| | IEC 60417-5140 | Graphical symbols for use on equipment | Non-ionizing electromagnetic radiation | To indicate generally elevated, potentially hazardous, levels of nonionizing radiation, or to indicate equipment or systems e.g. in the medical electrical area that include RF transmitters or that intentionally apply RF |
| | IEC 60601-1-2:2007, Clause 5.1.1 | Medical electrical equipment — Part 1-2: General requirements for basic safety and essential performance — Collateral standard: Electromagnetic compatibility — Requirements and tests | | |
| | IEC 60417-5333 | Graphical symbols for use on equipment | Type BF Applied Part | To identify a type BF applied part complying with IEC 60601-1. |
| | IEC 60601-1, Table D.1, Symbol 20 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |
| | ASTM F2503-13 | Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment | Magnetic Resonance (MR) unsafe | Keep away from magnetic resonance imaging (MRI) equipment. |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| $IPN_1N_2$ | IEC 60601-1, Table D.3 Symbol 2 IEC 60529 | | | Manufacturer-determined degree of particle and water ingress protection, where: N1 = Degrees of protection against access to hazardous parts N2 = Degrees of protection against water |
| IP24 | | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance<br><br>Degrees of Protection Provided by Enclosures (IP Code) | Degrees of protection provided by enclosure | Protected against solid foreign objects of 12,5 mm diameter and greater, and protected against splashing water |
| IP22 | | | | Protected against solid foreign objects of 12,5 mm diameter and greater, and protected against vertically falling water drops when enclosure tilted up to 15° |
| Rx ONLY | 21 CFR 801.15(c)(1)(i)F | Labeling-Medical devices; prominence of required label statements | Prescription only | Requires prescription in the United States |

This page intentionally left blank

This page intentionally left blank

**iRhythm**

**iRhythm Technologies, Inc.**
650 Townsend St., Suite 500
San Francisco, CA  94103   USA
1.888.693.2401

**irhythmtech.com**

ALB0031.01 • 2018-04-11

# Exhibit 8



August 29, 2018

iRhythm Technologies, Inc.
Rich Laguna
Director of Quality and Regulatory Affairs
650 Townsend Street, Suite 500
San Francisco, California 94103

Re:  K181502
    Trade/Device Name:  Zio AT ECG Monitoring System
    Regulation Number:  21 CFR 870.2800
    Regulation Name:  Medical Magnetic Tape Recorder
    Regulatory Class:  Class II
    Product Code:  DSH, DQK, DSI, DXH
    Dated:  June 5, 2018
    Received:  June 7, 2018

Dear Rich Laguna:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part

801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/CombinationProducts/GuidanceRegulatoryInformation/ucm597488.htm); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/) and CDRH Learn (http://www.fda.gov/Training/CDRHLearn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (http://www.fda.gov/DICE) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Arielle Drummond -S

for
Bram D. Zuckerman, M.D.
Director
Division of Cardiovascular Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration<br><br>**Indications for Use** | Form Approved: OMB No. 0910-0120<br>Expiration Date: 06/30/2020<br>*See PRA Statement below.* |
|---|---|

510(k) Number *(if known)*

K181502

Device Name

Zio AT ECG Monitoring System

Indications for Use *(Describe)*

The device is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically-detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on the beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety and patients who are asymptomatic. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

Page 17

*iRhythm*

**iRhythm Traditional 510(k) Notification**

# SECTION 5.  510(k) Summary

## 1.  GENERAL INFORMATION

**510(k) Sponsor**

iRhythm Technologies, Inc.

650 Townsend Street, Suite 500

San Francisco, CA. 94103

**Correspondence Person**

Rich Laguna

Director of Quality and Regulatory Affairs

**Contact Information**

Email: rlaguna@irhythmtech.com

Phone: (415) 632-5749

**Date Prepared**

08/29/2018


## 2.  PROPOSED DEVICE

**Proprietary Name**

Zio® AT ECG Monitoring System

**Common Name**

Zio® AT ECG Monitoring System

**Classification Name**

Medical magnetic tape recorder [21 CFR§870.2800]

Programmable diagnostic computer [21CFR§870.1425]

Telephone electrocardiograph transmitter and receiver [21CFR§870.2920]

Arrhythmia detector and alarm (including ST-segment measurement and alarm) [21 CFR§870.1025]

**Regulatory Class**

Class II

**Product Codes**

DSH, Recorder, Magnetic Tape, Medical

DQK, Computer, Diagnostic, Programmable

DXH, Transmitters And Receivers, Electrocardiograph, Telephone

DSI, Detector And Alarm, Arrhythmia



iRhythm Traditional 510(k) Notification

3. **PREDICATE DEVICE (ORIGINALLY CLEARED DEVICE)**

iRhythm Technologies, Inc. Zio AT ECG Monitoring System (K163512)

4. **DEVICE DESCRIPTION**

The ZEUS System was most recently 510(k) cleared under K163512 as part of the Zio AT ECG Monitoring System ("Zio® AT"). The original cleared ECG monitoring system components consisted of the 1) Zio AT Patch Recorder Device 2) Zio AT Wireless Gateway Device with Bluetooth and Cellular Technology, and 3) ZEUS System for analysis and reporting. This submission discusses the changes made to the ZEUS System only. The ZEUS System is an electrocardiogram (ECG) analysis and reporting software system, designed to process continuously recorded, signal-lead ECG data. The ZEUS System downloads, stores, analyzes and sorts the ECG data to allow iRhythm's Certified Cardiographic Technicians (CCTs) to generate and distribute a report of the findings contained within the data, thereby enabling the provision of a complete ECG processing and analysis service.

The ZEUS System is considered modified as a result of updating its rhythm classification algorithm from a rule and machine-learning implementation to a deep-learning basis. The comparison to the originally cleared device and performance test results demonstrate that the modified ZEUS System is substantially equivalent to the original ZEUS System cleared under K163512, and that the intended use of the device can be consistently fulfilled as originally cleared.

5. **INDICATIONS FOR USE**

The device is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically-detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on the beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety and patients who are asymptomatic. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.

**iRhythm Traditional 510(k) Notification**

## 6.  SUBSTANTIAL EQUIVALENCE SUMMARY

The indications for use statement for the modified ZEUS System is an identical reflection of the indications for use as represented in the originally cleared device. The performance testing results demonstrate that the differences in the technological characteristics between the devices do not raise new issues of safety or effectiveness. Therefore, the modified ZEUS System is determined to be substantially equivalent to the original ZEUS System device. A comparison table outlining the differences and similarities between the modified and original ZEUS System is provided in *Table 5.1*.

**Table 5.1:  Substantial Equivalence Summary Table**

| Feature/ Function | Original Device: Zio AT ECG Monitoring System (K163512) | Modified Device: ZEUS System |
|---|---|---|
| **General Characteristics** | | |
| Classification | Class II | Class II |
| Classification Regulation(s) | 21 CFR 870.2800 21 CFR 870.1425 21 CFR 870.2920 21 CFR 870.1025 | 21 CFR 870.2800 21 CFR 870.1425 21 CFR 870.2920 21 CFR 870.1025 |
| Product Code | DSH, DQK, DXH, DSI | DSH, DQK, DXH, DSI |
| Patient Environment | Ambulatory | Ambulatory |
| Patient Population | Non-pediatric, non-critical care patients | Non-pediatric, non-critical care patients |
| **Technological Characteristics** | | |
| Data Input | Digital long-term continuous and transmission ECG | Digital long-term continuous and transmission ECG |
| Data Download | Yes | Yes |
| Data Storage | Yes | Yes |
| ECG Analysis | Beat Runs Rhythm Types Heart Rates | Beat Runs Rhythm Types Heart Rates |
| Rhythm Detection Algorithm | ECGML | ECGML and ECGDL |

**iRhythm Technologies, Inc.**

**iRhythm**

**iRhythm Traditional 510(k) Notification**

| Feature/ Function | Original Device: Zio AT ECG Monitoring System (K163512) | Modified Device: ZEUS System |
|---|---|---|
| Rhythm Types | - Atrial fibrillation<br>- Complete heart block<br>- Second degree AV block-type II<br>- Pause >3 seconds<br>- Sinus rhythm<br>- Supraventricular tachycardia<br>- Ventricular bigeminy<br>- Ventricular fibrillation<br>- Ventricular tachycardia<br>- Ventricular trigeminy | - Atrial fibrillation<br>- Complete heart block<br>- Second degree AV block-type II<br>- Pause >3 seconds<br>- Sinus rhythm<br>- Supraventricular tachycardia<br>- Ventricular bigeminy<br>- Ventricular fibrillation<br>- Ventricular tachycardia<br>- Ventricular trigeminy<br>- Second degree AV block-type I<br>- Ectopic atrial rhythm<br>- Junctional rhythm<br>- Idioventricular rhythm |
| Result Integrator | Algorithm Controller | Algorithm Controller, updated to initiate ECG Analysis through ECGDL, and integrate the ECGML and ECGDL labels |
| Architecture | Integrated Analysis Tool | Integrated Analysis Tool |
| Platform | PC / Server Mix to Clinician & Patient Websites | PC / Server Mix to Clinician & Patient Websites |
| QA Tool | Yes | Yes, updated to support the expanded rhythms |
| Report Output | Yes | Yes |
| ZEUS Web Services | Store and retrieve the integrated ECGML Labels to ZEUS Database | Store and retrieve the integrated ECGML and ECGDL Labels to ZEUS Database |

## 7. PERFORMANCE DATA

Safety and performance of the modified ZEUS System has been evaluated and verified in accordance with design specifications and applicable performance standards. The modified device's arrhythmia algorithm detection was tested in accordance to *AAMI ANSI EC57: 2012, Testing and Reporting Performance Results of Cardiac Rhythm and ST-Segment Measurement Algorithms*; it was also evaluated according to *60601-2-47:2012, Medical Electrical Equipment- Part 2-47: Particular requirements for the basic safety and essential performance of ambulatory electrocardiographic systems*. Additionally, the information presented in this submission has been developed in consideration of the recommendations contained in FDA Guidance documents, *"Guidance for the Content of Premarket Submissions for Software Contained in Medical Devices"* and *"Content of Premarket Submission for Management of Cybersecurity in Medical Devices"*.

The nonclinical verification and performance test results established that the device meets its design requirements and intended use, that the modifications to the originally cleared device do not raise new questions of safety and efficacy. During the development, potential hazards were evaluated and controlled by the risk management activities, including risk analysis, risk mitigation, verification and risk-benefit analysis. The verification and full system-level regression testing demonstrate that the device meets all its specifications.

## 8. CONCLUSION

Based on the information submitted in this premarket notification, and based on the indications for use, technological characteristics and performance testing comparison to the originally cleared device, the modified ZEUS System raises no new questions of safety and effectiveness and is substantially equivalent to the predicate device.

# Exhibit 9



# FCC / ISED & Test Report

For:

## iRhythm Technologies

Model Name:

## A102A5001

Product Description:

## Zio AT Gateway

Applied Rules and Standards:

47 CFR Parts 27

FCC ID: **2AFBP-AT18G**

IC ID: **-----------------**

REPORT #: EMC_IRHYT_011_FCC_27
DATE: 2018-05-03



**A2LA Accredited**

**IC recognized #**
**3462B-1**

*CETECOM* **Inc.**

411 Dixon Landing Road ◆ Milpitas, CA 95035 ◆ U.S.A.

Phone: + 1 (408) 586 6200 ◆ Fax: + 1 (408) 586 6299 ◆ E-mail: info@cetecom.com ◆ http://www.cetecom.com
*CETECOM* Inc. is a Delaware Corporation with Corporation number: 2905571

© *Copyright by CETECOM*



| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
|---|---|---|
| Date of Report | 2018-05-03    Page 2 of 18 | IC ID: -------------- |

## TABLE OF CONTENTS

1    ASSESSMENT ........................................................................................................................... 3

2    ADMINISTRATIVE DATA ....................................................................................................... 4

2.1    IDENTIFICATION OF THE TESTING LABORATORY ISSUING THE EMC TEST REPORT ............................ 4
2.2    IDENTIFICATION OF THE CLIENT .......................................................................................................... 4
2.3    IDENTIFICATION OF THE MANUFACTURER ........................................................................................... 4

3    EQUIPMENT UNDER TEST (EUT) ......................................................................................... 5

3.1    EUT SPECIFICATIONS ......................................................................................................................... 5
3.2    EUT SAMPLE DETAILS ....................................................................................................................... 6
3.3    ACCESSORY EQUIPMENT (AE) DETAILS ............................................................................................. 6
3.4    TEST SAMPLE CONFIGURATION .......................................................................................................... 6

4    SUBJECT OF INVESTIGATION ............................................................................................. 7

4.1    DATES OF TESTING: ............................................................................................................................ 7
4.2    MEASUREMENT UNCERTAINTY ........................................................................................................... 7
4.3    ENVIRONMENTAL CONDITIONS DURING TESTING: ............................................................................. 7

5    MEASUREMENT PROCEDURES ........................................................................................... 8

5.1    RADIATED MEASUREMENT .................................................................................................................. 8
5.2    SAMPLE CALCULATIONS FOR FIELD STRENGTH MEASUREMENTS ....................................................... 10

6    MEASUREMENT RESULTS SUMMARY ............................................................................ 11

6.1    FCC 27 / RSS-139 ........................................................................................................................... 11

7    TEST RESULT DATA ............................................................................................................. 12

7.1    RADIATED SPURIOUS EMISSIONS ....................................................................................................... 12

8    TEST SETUP PHOTOS ........................................................................................................... 17

9    TEST EQUIPMENT AND ANCILLARIES USED FOR TESTING ................................... 17

10    REVISION HISTORY ............................................................................................................. 18



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 3 of 18 | IC ID: -------------- |

## 1   <u>Assessment</u>

The following device as further described in section 3 of this report was evaluated against the applicable criteria specified in the Code of Federal Regulations Title 47 parts 27.

No deficiencies were ascertained.

| Company Name | Product Description | Model # |
|---|---|---|
| iRhythm Technologies | Zio AT Gateway | A102A5001 |

**Responsible for Testing Laboratory:**

|  |  | James Donnellan |  |
|---|---|---|---|
| 2018-05-03 | Compliance | (Lab Manager - EMC) | |
| **Date** | **Section** | **Name** | **Signature** |

**Responsible for the Report:**

|  |  | Kevin Wang |  |
|---|---|---|---|
| 2018-05-03 | Compliance | (Senior EMC Engineer) | |
| **Date** | **Section** | **Name** | **Signature** |

The test results of this test report relate exclusively to the test item specified in Section3.
CETECOM Inc. USA does not assume responsibility for any conclusions and generalizations drawn from the test results with regard to other specimens or samples of the type of the equipment represented by the test item. The test report may only be reproduced or published in full. Reproduction or publication of extracts from the report requires the prior written approval of CETECOM Inc. USA.



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 4 of 18 | IC ID: -------------- |

## 2   Administrative Data

### 2.1   Identification of the Testing Laboratory Issuing the EMC Test Report

| Company Name: | CETECOM Inc. |
|---|---|
| Department: | Compliance |
| Street Address: | 411 Dixon Landing Road |
| City/Zip Code | Milpitas, CA 95035 |
| Country | USA |
| Telephone: | +1 (408) 586 6200 |
| Fax: | +1 (408) 586 6299 |
| Lab Manager-EMC: | James Donnellan |
| Responsible Project Leader: | Kevin Wang |

### 2.2   Identification of the Client

| Applicant's Name: | iRhythm Technologies |
|---|---|
| Street Address: | 650 Townsend St. #500 |
| City/Zip Code | San Francisco, CA 94103 |
| Country | United States |

### 2.3   Identification of the Manufacturer

| Manufacturer's Name: | iRhythm Technologies |
|---|---|
| Manufacturers Address: | 11085 Knott Ave B |
| City/Zip Code | Cypress, CA 90630 |
| Country | United States |



| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
|---|---|---|
| Date of Report | 2018-05-03          Page 5 of 18 | IC ID: -------------- |

## 3    Equipment Under Test (EUT)

### 3.1    EUT Specifications

| Model No | A102A5001 |
|---|---|
| HW Version | Hardware PCBA PN: A102A6002<br>Gateway Assembly PN: A102A5001 |
| SW Version | Application Processor Firmware Version: 180321 Gateway CC2640R2F Production 2.1.2.3<br>Bluetooth Processor Firmware Version: 180321 Gateway EFM32GG290 Manufacturing 2.1.1.3 Release |
| FCC-ID | 2AFBP-AT18G |
| IC-ID: | ----------------- |
| HVIN: | ----------------- |
| PMN: | ----------------- |
| Product Description | Zio AT Gateway, The Gateway device transfers cardiac monitoring data to/from a Bluetooth radio to/from a LTE Cat M1 radio, powered by a single LiPo battery for up to 14 days. |
| Transceiver Technology / Type(s) of Modulation | u-Blox Model: SARA-R410M-02B<br>FCC ID: XPY2AGQN4NNN<br>FDD LTE 13: QPSK<br><br>Bluetooth version 4.0 and 5.0, Low Energy: GFSK |
| Frequency Range | FDD LTE 13: 777-787 MHz<br>Bluetooth Low Energy: 2400-2483.5MHz |
| Max. declared antenna gain | Taoglas PA.26A - LTE chip antenna; peak gain: 1.13dBi. |
| Power Supply/ Rated Operating Voltage Range | Dedicated Battery Pack Vmin: 2.75 VDC/  Vnom: 3.6 VDC / Vmax: 4.2 VDC |
| Operating Temperature Range | 0 ºC ~ 40 ºC |
| Sample Revision | ☐Prototype          ☐Production          ■ Pre-Production |



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 6 of 18 | IC ID: -------------- |

### 3.2 EUT Sample details

| EUT # | Serial Number | HW Version | SW Version | Comments |
|---|---|---|---|---|
| 1 | KETA RPS 180058 | Hardware PCBA PN: A102A6002 Gateway Assembly PN: A102A5001 | Application Processor Firmware Version: 180321 Gateway CC2640R2F Production 2.1.2.3 Bluetooth Processor Firmware Version: 180321 Gateway EFM32GG290 Manufacturing 2.1.1.3 Release | Radiated Testing |

### 3.3 Accessory Equipment (AE) details

| AE # | Type | Model | Manufacturer | Serial Number |
|---|---|---|---|---|
| 1 | 3.6V Battery | NCA103450-PC-1 Rev. C | House of Batteries | B622190812 |

### 3.4 Test Sample Configuration

| Set-up # | EUT / AE used for set-up | Comments |
|---|---|---|
| 1 | EUT#1 | LTE Band 13 CAT M1 was configured as 1 RB for Uplink with NB Position at Low or High. Bluetooth LE was configured as BLE 5.0 with 2 Mbps on the low channel which has the highest output power. |



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 7 of 18 | IC ID: -------------- |

## 4    Subject of Investigation

The objective of the measurements done by CETECOM Inc. was to evaluate the compliance of the EUT against the relevant requirements specified in the Code of Federal Regulations Title 47 part 27.

### 4.1    Dates of Testing:

03/26/2018 - 03/30/2018

### 4.2    Measurement Uncertainty

Where relevant, the following measurement uncertainty levels have been estimated for tests performed on the apparatus, with 95% confidence interval (in dB delta to result), based on a coverage factor k=1.

Radiated measurement

| 9 kHz to 30MHz | ±2.5 dB (Magnetic Loop Antenna) |
|---|---|
| 30 MHz to 1000 MHz | ±2.0 dB (Biconilog Antenna) |
| 1 GHz to 40 GHz | ±2.3 dB (Horn Antenna) |

Conducted measurement

| 150 kHz to 30 MHz | ±0.7 dB (LISN) |
|---|---|

RF conducted measurement          ±0.5 dB

### 4.3    Environmental Conditions during Testing:

The following environmental conditions were maintained during the course of testing:
- Ambient Temperature: 20-25°C
- Relative humidity: 40-60%

Deviating test conditions are indicated at individual test description where applicable.



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 8 of 18 | IC ID: -------------- |

# 5    Measurement Procedures

Testing is performed according to the guidelines provided in FCC publication (KDB) 971168 D01 v02r02 – "Measurement Guidance for Certification of Licensed Digital Transmitters" and according to relevant parts of ANSI/TIA-603-D-2010 as detailed below.



## 5.1    Radiated Measurement

- The exploratory measurement is accomplished by running a matrix of 16 sweeps over the required frequency range with R&S Test-SW EMC32 for 4 positions of the turntable, two orthogonal positions of the EUT and both antenna polarizations. This procedure exceeds the requirement of the above standards to cover the 3 orthogonal axis of the EUT. A max peak detector is utilized during the exploratory measurement. The Test-SW creates an overall maximum trace for all 12 sweeps and saves the settings for each point of this trace. The maximum trace is part of the test report.
- The 10 highest emissions are selected with an automatic algorithm of EMC32 searching for peaks in the noise floor and ensuring that broadband signals are not selected multiple times.
- The maxima are then put through the final measurement and again maximized in a 90deg range of the turntable, fine search in frequency domain and height scan between 1m and 4m.
- The above procedure is repeated for all possible ways of power supply to EUT and for all supported modulations.
- In case there are no emissions above noise floor level only the maximum trace is reported as described above.
- The results are split up into up to 4 frequency ranges due to antenna bandwidth restrictions. A magnetic loop is used from 9 kHz to 30 MHz, a Biconilog antenna is used from 30 MHz to 1 GHz, and two different horn antennas are used to cover frequencies up to 40 GHz.



| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
| Date of Report | 2018-05-03    Page 9 of 18 | IC ID: -------------- |

## Radiated Emissions Test Setup below 30MHz Measurements



## Radiated Emissions Test Setup 30MHz-1GHz Measurements





| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
| --- | --- | --- | --- |
| Date of Report | 2018-05-03 | Page 10 of 18 | IC ID: -------------- |

Radiated Emissions Test Setup above 1GHz Measurements



## 5.2    Sample Calculations for Field Strength Measurements

Field Strength is calculated from the Spectrum Analyzer/ Receiver readings, taking into account the following parameters:

- Measured reading in dBµV
- Cable Loss between the receiving antenna and SA in dB and
- Antenna Factor in dB/m

All radiated measurement plots in this report are taken from a test SW that calculates the Field Strength based on the following equation:

$$FS\ (dB\mu V/m) = Measured\ Value\ on\ SA\ (dB\mu V) - Cable\ Loss\ (dB) + Antenna\ Factor\ (dB/m)$$

Example:

| Frequency (MHz) | Measured SA (dBµV) | Cable Loss (dB) | Antenna Factor Correction (dB) | Field Strength Result (dBµV/m) |
| --- | --- | --- | --- | --- |
| 1000 | 80.5 | 3.5 | 14 | 98.0 |

**CETECOM**™

| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 11 of 18 | IC ID: -------------- |

## 6   Measurement Results Summary

### 6.1   FCC 27 / RSS-139

| Test Specification | Test Case | Temperature and Voltage Conditions | Mode | Pass | Fail | NA | NP | Result |
|---|---|---|---|---|---|---|---|---|
| §2.1046; §27.50 | RF Output Power | Nominal | LTE Band 13 | ☐ | ☐ | ☐ | ■ | Note 2 |
| §2.1055; §27.54 | Frequency Stability | Extreme Temperature and Voltage | LTE Band 13 | ☐ | ☐ | ☐ | ■ | Note 2 |
| §2.1049; §27.53 | Occupied Bandwidth | Nominal | LTE Band 13 | ☐ | ☐ | ☐ | ■ | Note 2 |
| §2.1051; §27.53 | Band Edge Compliance | Nominal | LTE Band 13 | ☐ | ☐ | ☐ | ■ | Note 2 |
| §2.1051; §27.53 | Conducted Spurious Emissions | Nominal | LTE Band 13 | ☐ | ☐ | ☐ | ■ | Note 2 |
| §2.1053; §27.53 | Radiated Spurious Emissions | Nominal | LTE Band 13 | ■ | ☐ | ☐ | ☐ | Complies |

Note 1: NA= Not Applicable; NP= Not Performed.
Note 2: Data leveraged from modular approval, FCC ID: XPY2AGQN4NNN.



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
| Date of Report | 2018-05-03 | Page 12 of 18 | IC ID: -------------- |

## 7    Test Result Data

### 7.1    Radiated Spurious Emissions

### 7.1.1    Measurement utilizing KDB 971168 D01 Power Meas License Digital Systems v02r02, and according to ANSI C63.26-2015:

**Spectrum Analyzer Settings for FCC 22**

| Frequency Range | 30MHz – 1 GHz | 1 – 1.58 GHz | 1.58 – 9 GHz |
|---|---|---|---|
| Resolution Bandwidth | 100 kHz | 1 MHz | 1 MHz |
| Video Bandwidth | 100 kHz | 1 MHz | 1 MHz |
| Detector | Peak | Peak | Peak |
| Trace Mode | Max Hold | Max Hold | Max Hold |
| Sweep Time | Auto | Auto | Auto |

**Spectrum Analyzer Settings for FCC 24**

| Frequency Range | 30MHz – 1 GHz | 1 – 2.7 GHz | 2.7 – 18 GHz | 18 – 19.1 GHz |
|---|---|---|---|---|
| Resolution Bandwidth | 100 kHz | 1 MHz | 1 MHz | 1 MHz |
| Video Bandwidth | 100 kHz | 1 MHz | 1 MHz | 1 MHz |
| Detector | Peak | Peak | Peak | Peak |
| Trace Mode | Max Hold | Max Hold | Max Hold | Max Hold |
| Sweep Time | Auto | Auto | Auto | Auto |

### 7.1.2    Limits:

7.1.2.1    FCC Part 22.917 (a); FCC Part 24.238 (a); FCC Part 27.53 (h)
Out of band emissions. The power of any emission outside of the authorized operating frequency ranges must be attenuated below the transmitting power (P) by a factor of at least 43 + 10 log(P) dB.

7.1.2.2    RSS-132 Part 5.5; RSS-133 Part 6.5; RSS-139 Part 6.6 Transmitter Unwanted Emissions
Mobile and base station equipment shall comply with the limits in (i) and (ii) below.
i.In the first 1.0 MHz band immediately outside and adjacent to each of the sub-bands specified in Section 5.1, the power of emissions per any 1% of the occupied bandwidth shall be attenuated (in dB) below the transmitter output power P ( dBW) by at least 43 + 10 log10p (watts).
ii.After the first 1.0 MHz immediately outside and adjacent to each of the sub-bands, the power of emissions in any 100 kHz bandwidth shall be attenuated (in dB) below the transmitter output power P (dBW) by at least 43 + 10 log10 p (watts). If the measurement is performed using 1% of the occupied bandwidth, power integration over 100 kHz is required.

Note: The limit calculation result is a constant of -13 dBm.



| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
|---|---|---|
| Date of Report | 2018-05-03        Page 13 of 18 | IC ID: -------------- |

### 7.1.3  Test conditions and setup:

| Ambient Temperature (C) | EUT Set-Up # | EUT operating mode | Power Input |
|---|---|---|---|
| 22 | 1 | LTE Band 13 + BTLE 5.0 | 3.6VDC Battery |

### 7.1.4  Measurement result:

| Plot # | Channel | EUT operating mode | Scan Frequency | Limit (dBm) | Result |
|---|---|---|---|---|---|
| 1-5 | Low | LTE Band 13 | 9 kHz – 26 GHz | -13 | Pass |
| 6-8 | High | LTE Band 13 | 30 MHz – 18 GHz | -13 | Pass |

### 7.1.5  Measurement Plots:







| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
|---|---|---|
| Date of Report | 2018-05-03    Page 14 of 18 | IC ID: -------------- |

### Plot # 3 Radiated Emissions: 1-3 GHz

**Channel: Low**

**Final Result**

| Frequency (MHz) | MaxPeak (dBm) | RMS (dBm) | Limit (dBm) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1555.5 | --- | -36.60 | -13 | -23.6 | 500.0 | 1000.000 | 155.0 | V | 26.0 | -64.1 |
| 1555.5 | -26.71 | --- | --- | --- | 500.0 | 1000.000 | 190.0 | V | 45.0 | -64.1 |



### Plot # 4 Radiated Emissions: 3-18 GHz

**Channel: Low**

**Final Result**

| Frequency (MHz) | MaxPeak (dBm) | RMS (dBm) | Limit (dBm) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3889.500000 | -42.10 | --- | --- | --- | 10.0 | 1000.000 | 180.0 | H | 126.0 | -101.4 |
| 4666.000000 | -50.81 | --- | --- | --- | 10.0 | 1000.000 | 226.0 | V | 178.0 | -99.9 |
| 4804.500000 | -54.34 | --- | --- | --- | 10.0 | 1000.000 | 174.0 | V | 315.0 | -100.3 |
| 7205.000000 | -48.24 | --- | --- | --- | 10.0 | 1000.000 | 225.0 | H | 17.0 | -95.7 |





**Plot # 5 Radiated Emissions: 18-26 GHz**

**Channel: Low**

**Plot # 6 Radiated Emissions: 30 MHz – 1GHz**

**Channel: High**







| Test Report #: | EMC_IRHYT_011_FCC_27 | FCC ID: 2AFBP-AT18G |
|---|---|---|
| Date of Report | 2018-05-03 | Page 16 of 18 | IC ID: --------------- |

### Plot # 7 Radiated Emissions: 1-3 GHz

**Channel: High**

**Final Result**

| Frequency (MHz) | MaxPeak (dBm) | RMS (dBm) | Limit (dBm) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1555.000000 | --- | -39.70 | -13 | -26.7 | 500.0 | 1000.000 | 155.0 | V | 33.0 | -64.1 |
| 1555.000000 | -29.12 | --- | --- | --- | 500.0 | 1000.000 | 184.0 | V | 32.0 | -64.1 |
| 1570.500000 | --- | -43.30 | -13 | -30.3 | 500.0 | 1000.000 | 172.0 | V | 45.0 | -63.9 |
| 1570.500000 | -25.04 | --- | --- | --- | 500.0 | 1000.000 | 184.0 | V | 26.0 | -63.9 |



### Plot # 8 Radiated Emissions: 3-18 GHz

**Channel: High**

**Final Result**

| Frequency (MHz) | MaxPeak (dBm) | RMS (dBm) | Limit (dBm) | Margin (dB) | Meas. Time (ms) | Bandwidth (kHz) | Height (cm) | Pol | Azimuth (deg) | Corr. (dB) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3887.000000 | -48.40 | --- | --- | --- | 10.0 | 1000.000 | 227.0 | H | 191.0 | -101.4 |
| 3927.000000 | -37.28 | --- | --- | --- | 10.0 | 1000.000 | 245.0 | H | 187.0 | -101.3 |
| 4665.500000 | -51.41 | --- | --- | --- | 10.0 | 1000.000 | 173.0 | V | 155.0 | -99.9 |
| 4804.000000 | -54.22 | --- | --- | --- | 10.0 | 1000.000 | 185.0 | H | -5.0 | -100.3 |
| 7205.000000 | -49.16 | --- | --- | --- | 10.0 | 1000.000 | 223.0 | H | 14.0 | -95.7 |





| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 17 of 18 | IC ID: -------------- |

## 8    Test setup photos

Setup photos are included in supporting file name: "EMC_IRHYT_011_FCC_27_Setup_photos.pdf"

## 9    Test Equipment And Ancillaries Used For Testing

| Item Name | Equipment Type | Manufacturer | Model | Serial # | Calibration Cycle | Last Calibration Date |
|---|---|---|---|---|---|---|
| Antenna Loop Passive | Loop Antenna | ETS Lindgren | 6507 | 161344 | 3 Year | 10/26/2017 |
| Antenna Biconilog 3142E | Biconlog Antenna | EMCO | 3142E | 166067 | 3 Year | 06/27/2017 |
| Antenna Horn 3115 SN 35111 | Horn Antenna | EMCO | 3115 | 35111 | 3 Year | 07/24/2015 |
| Antenna Horn 3116 | Horn Antenna | ETS Lindgren | 3116 | 70497 | 3 Year | 10/31/2017 |
| Horn Antenna 3117-PA | Horn Antenna | ETS Lindgren | 3117-PA | 215984 | 3 Year | 01/26/2018 |
| ESU40 | EMI Test Receiver | Rohde & Schwarz | ESU40 | 100251 | 3 Year | 01/31/2018 |
| Thermometer Humidity TM320 | Thermometer Humidity | Dickson | TM320 | 5280063 | 1 Year | 11/02/2017 |
| CMW500 | Base Station Simulator | R&S | CMW500 | 127068 | 2 Year | 07/01/2017 |
| FSU | Spectrum Analyzer | R&S | FSU | 200256 | 2 Year | 07/04/2017 |
| Antenna Loop Passive | Loop Antenna | ETS Lindgren | 6507 | 161344 | 3 Year | 10/26/2017 |
| Antenna Biconilog 3142E | Biconlog Antenna | EMCO | 3142E | 166067 | 3 Year | 06/27/2017 |

Equipment used meets the measurement uncertainty requirements as required per applicable standards for 95% confidence levels.
Calibration due dates, unless defined specifically, falls on the last day of the month. Items indicated "N/A" for cal status either do not specifically require calibration or is internally characterized before use.



| Test Report #: | EMC_IRHYT_011_FCC_27 | | FCC ID: 2AFBP-AT18G |
|---|---|---|---|
| Date of Report | 2018-05-03 | Page 18 of 18 | IC ID: -------------- |

## 10   Revision History

| Date | Report Name | Changes to report | Report prepared by |
|---|---|---|---|
| 2018-05-03 | EMC_IRHYT_011_FCC_27 | Initial Version | Kevin Wang |
|  |  |  |  |

# Exhibit 10

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                          Public Health Service

<div style="text-align: right">

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD  20993-0002

</div>

June 2, 2017

iRhythm Technologies, Inc.
Rich Laguna
Director of Quality & Regulatory Affairs
650 Townsend Street
Suite 380
San Francisco, CA 94103

Re: K163512
  Trade/Device Name:  Zio QX ECG Monitoring System
  Regulation Number:  21 CFR 870.2800
  Regulation Name:  Medical Magnetic Tape Recorder
  Regulatory Class:  Class II
  Product Code:  DSH, DQK, DXH, DSI
  Dated:  May 2, 2017
  Received:  May 3, 2017

Dear Rich Laguna:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the <u>Federal Register</u>.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in

Page 2 - Rich Laguna

the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely,

for Bram D. Zuckerman, M.D.
Director
Division of Cardiovascular Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Indications for Use

Form Approved: OMB No. 0910-0120
Expiration Date: January 31, 2017
*See PRA Statement below.*

---

510(k) Number *(if known)*
K163512

---

Device Name
Zio® QX ECG Monitoring System

---

Indications for Use *(Describe)*

The Zio QX ECG Monitoring System is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.

---

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

iRhythm Technologies, Inc.                                    Zio® QX ECG Monitoring System
                                                                      Traditional 510(k)

**510(k) SUMMARY**

---

**510(k) Notification    K163512**

## I.    GENERAL INFORMATION [21CFR807.92(a)(1)]

**Applicant:**

iRhythm Technologies, Inc.
650 Townsend Street, Suite 500
San Francisco, CA  94103
U.S.A.
Phone:     415-632-5700
Fax:        415-632-5701

**Contact Person:**

Rich Laguna
Director Quality & Regulatory Affairs
Phone:     415-632-5749
Email:      rlaguna@irhythmtech.com

**Date Prepared:**  May 2, 2017

## II.    DEVICE INFORMATION [21CFR708.92(a)(2)]

**Trade Name:**
Zio® QX ECG Monitoring System

**Generic/Common Name:**
Medical magnetic tape recorder

**Classification Names:**
Medical magnetic tape recorder [21 CFR§870.2800]
Programmable diagnostic computer [21CFR§870.1425]
Telephone electrocardiograph transmitter and receiver [21CFR§870.2920]
Arrhythmia detector and alarm (including ST-segment measurement and alarm) [21 CFR§870.1025]

**Regulatory Class:**
Class II (special controls)

**Product Codes:**
DSH, Recorder, Magnetic Tape, Medical
DQK, Computer, Diagnostic, Programmable
DXH, Transmitters And Receivers, Electrocardiograph, Telephone
DSI, Detector And Alarm, Arrhythmia

---

iRhythm Technologies, Inc.                                      Zio® QX ECG Monitoring System
                                                                              Traditional 510(k)

**510(k) SUMMARY**

---

### III.  PREDICATE DEVICES [21CFR708.92(a)(3)]

The following predicate devices have been selected:
- iRhythm Technologies, Inc. Zio® SR ECG Monitoring System [K143513] **(primary)**
- Medtronic, Inc. SEEQ™ Mobile Cardiac Telemetry (MCT) System [K133701]

No reference devices were used in this submission.

### IV.  DEVICE DESCRIPTION [21CFR708.92(a)(4)]

The Zio® QX ECG Monitoring System consists of three key device components: (1) Zio QX Patch Recorder with Bluetooth technology, (2) Zio QX Wireless Gateway with both Bluetooth and cellular technology, and (3) the Zio ECG Utilization Service (ZEUS) System for data analysis and reporting.

The Zio® QX Patch is a non-sterile, single-patient-use ECG monitor that provides a continuous, single-channel recording in addition to asymptomatic and symptomatic data transmission for up to 14 days. The Zio® QX Patch is applied and activated by the patient. Once activated, the Patch records ECG without patient interaction, with the goal of improving patient compliance via simplicity of operation. The Zio® QX Patch, in conjunction with the Wireless Gateway and the ZEUS System, has arrhythmia auto-detection capabilities. Additionally, patients have the option of pressing a convenient trigger button which marks the continuous record and initiates the wireless transfer of a 90-second ECG strip. The wireless transfer of data is enabled by the Zio® QX Gateway, which requires Bluetooth proximity to the Patch and cellular network reception but no patient interaction to transmit to the monitoring center. The patient is encouraged to document symptomatic events in either the provided booklet, mobile medical app (iOS 9+, Android 4.4+) or via a patient website, which will support symptom-rhythm correlation in the Zio QX Report.

At the conclusion of the wear period (up to 14 days), the patient removes the Zio® QX Patch and returns it by mail to an iRhythm data processing center.

Upon receipt of both symptomatic/asymptomatic transmissions (during wear) and downloaded continuous ECG data (post wear) at iRhythm's Clinical Center (iCC), the data is processed through the ZEUS detection algorithm and delivered to the QA Tool module where the results are reviewed and/or adjusted by iRhythm's Certified Cardiographic Technicians (CCTs) for accuracy. iRhythm employed and trained Patch in-take and CCT personnel follow internal procedures for processing and are made aware of performance limitations and anomalies with both the detection algorithms and software workflow tools. All anomalies are visible to and, where appropriate, are manually corrected by iRhythm Technologies CCTs during the QA review and/or Patch Report edits. The CCT generates a final report (Zio QX Report) of the ECG findings contained within the data, thereby providing a complete ECG processing and analysis service.

Upon explicit request from a clinician responsible for the patient's healthcare, longer segments of ECG data from the continuous recording on the Patch can also be wirelessly

---

iRhythm Technologies, Inc.                                      Zio® QX ECG Monitoring System
                                                                              Traditional 510(k)

**510(k) SUMMARY**

retrieved during the wear period. Alternatively, such periods are also available for inclusion in the final report, where the entire ECG recording is available for review and selective inclusion based on clinical relevance.

**V.    INDICATIONS FOR USE [21CFR708.92(a)(5)]**

The Indications for Use statement for the Zio® QX ECG Monitoring System is as follows:

The Zio QX ECG Monitoring System is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.

The Indications for Use statement for the Zio® QX ECG Monitoring System differs slightly from that of the primary predicate device to address automatically detected events during wear; however, these differences do not alter the intended use of the device. Collectively, the subject device has the same intended use in cardiac arrhythmia diagnostics as the two predicate devices. Differences in the proposed Indications for Use statement are not critical to the intended use of the device, nor do they affect the safety and effectiveness of the subject device relative to the predicate devices. Therefore, the subject device can be considered substantially equivalent to the predicate devices.

iRhythm Technologies, Inc.

Zio® QX ECG Monitoring System
Traditional 510(k)

**510(k) SUMMARY**

## VI.    COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH PREDICATE DEVICES [21CFR708.92(a)(6)]

The proposed indications for use statement for the Zio® QX ECG Monitoring System reflect the same intended use as represented in the cleared Indications for Use statements for the predicate devices. The performance testing results demonstrate that the differences in the technological characteristics between the devices do not raise any new issues of safety or effectiveness, demonstrating that the subject device is as safe and as effective as the predicate devices. Therefore, the Zio® QX ECG Monitoring System is determined to be substantially equivalent to the predicate devices. A comparison table outlining the differences and similarities between the subject device, the Zio® QX ECG Monitoring System, and the predicate devices is provided in Table 1.

**Table 1: Substantial Equivalence Summary Table**

| Feature | Subject device: iRhythm Technologies Zio® QX ECG Monitoring System [K163512] | Primary predicate: iRhythm Technologies Zio® SR ECG Monitoring System [K143513] | Predicate: Medtronic, Inc. SEEQ™ MCT System [K133701] |
|---|---|---|---|
| **General Characteristics** | | | |
| Classification | Class II | Class II | Class II |
| Classification Regulation(s) | 21CFR§870.2800 21CFR§870.1425 21CFR§870.2920 21CFR§870.1025 | 21CFR§870.2800 21CFR§870.1425 21CFR§870.2920 | 21CFR§870.1025 |
| Product Code(s) | DSH, DQK, DXH, DSI | DSH, DQK, DXH | DSI |
| Patient Environment | Ambulatory | Same | Same |
| Patient Population | Non-pediatric, non-critical care patients | Same | Non-critical care patients |
| **Technological Characteristics** | | | |
| Key System Components | 1) Zio® QX Patch (wearable sensor) 2) Zio® QX Gateway (transmitter) 3) ZEUS System (software) | 1) Zio® SR Patch (wearable sensor) 2) Zio® SR Gateway (transmitter) 3) ZEUS System (software) | 1) SEEQ™ MCT Wearable Sensor 2) SEEQ™ MCT Transmitter 3) Software |
| Event Trigger | Manually by patient or automatically by arrhythmia detection algorithm | Manually by patient | Manually by patient or automatically by arrhythmia detection algorithm |

## VII.    PERFORMANCE DATA [21CFR708.92(b)]

There are no required FDA performance standards for the Zio® QX ECG Monitoring System. All necessary performance testing was conducted on the Zio® QX ECG Monitoring System to ensure performance as intended per specifications and to support a determination of substantial equivalence to the predicate devices.

**[21CFR708.92(b)(1)]:**
Nonclinical testing included:

- System performance testing
- Mechanical verification testing
- Software verification testing
- Firmware verification testing
- Electrical safety and EMC testing

Automated ECG analysis performance was quantified for any claimed analysis metrics. The resulting statistics demonstrate sensitivity and positive predictivity levels which satisfy requirements.

The scope of the nonclinical testing summarized in Table 2 demonstrates that the Zio® QX ECG Monitoring System is in conformance with FDA-recognized consensus standards and FDA guidance documents.

**Table 2: FDA-Recognized Consensus Standards & Guidance Document Summary**

| FDA # | Body | Number / Version | Title |
|-------|------|------------------|-------|
| 5-70 | AAMI ANSI ISO | 14971:2007/(R)2010 (Corrected 4 October 2007) | Medical Devices - Applications Of Risk Management To Medical Devices |
| 19-4 | AAMI ANSI | ES60601-1:2005/(R)2012 and A1:2012, C1:2009/(R)2012 and A2:2010/(R)2012 | Medical Electrical Equipment - Part 1: General Requirements For Basic Safety And Essential Performance (IEC 60601-1:2005, MOD) |
| 19-12 | AAMI ANSI IEC | 60601-1-2:2014 | Medical Electrical Equipment -- Part 1-2: General Requirements For Basic Safety And Essential Performance -- Collateral Standard: Electromagnetic Disturbances -- Requirements And Tests |
| 19-1 | IEC | 60601-1-2 Edition 3: 2007-03 | Medical Electrical Equipment - Part 1-2: General Requirements For Basic Safety And Essential Performance - Collateral Standard: Electromagnetic Compatibility - Requirements And Tests |
| 19-6 | IEC | 60601-1-11 Edition 1.0 2010-04 [Including: Technical Corrigendum 1 (2011)] | Medical Electrical Equipment - Part 1-11: General Requirements For Basic Safety And Essential Performance - Collateral Standard: Requirements For Medical Electrical Equipment And Medical Electrical Systems Used In The Home Healthcare Environment |
| 3-127 | AAMI ANSI IEC | 60601-2-47:2012 | Medical Electrical Equipment -- Part 2-47: Particular Requirements For The Basic Safety And Essential Performance Of Ambulatory Electrocardiographic |

iRhythm Technologies, Inc.                                       Zio® QX ECG Monitoring System
                                                                         Traditional 510(k)

**510(k) SUMMARY**

**Table 2: FDA-Recognized Consensus Standards & Guidance Document Summary**

| FDA # | Body | Number / Version | Title |
|-------|------|------------------|-------|
|       |      |                  | Systems |
| 3-52  | AAMI ANSI | EC12:2000/(R)2010 | Disposable ECG Electrodes |
| 3-118 | AAMI ANSI | EC57:2012 | Testing And Reporting Performance Results Of Cardiac Rhythm And ST-Segment Measurement Algorithms |
| N/A   | U.S. FDA | October 28, 2003 | Guidance for Industry and FDA Staff – Class II Special Controls Guidance Document: Arrhythmia Detector and Alarm |
| N/A   | U.S. FDA | October 2, 2014 | Guidance for Industry and FDA Staff – Content of Premarket Submissions for Management of Cybersecurity in Medical Devices |

**[21CFR708.92(b)(2)]:**

No clinical testing was performed in support of this premarket notification.

**[21CFR708.92(b)(3)]:**

The results confirm by examination and provision of objective evidence that the design output met the design input requirements. The results of the nonclinical testing performed demonstrate that the Zio® QX ECG Monitoring System meets the requirements of established conformance standards and performance specifications necessary for its intended use and does not raise new questions of safety or effectiveness as compared to the predicate devices.

**VIII.    CONCLUSION**

The Zio® QX ECG Monitoring System is substantially equivalent to the predicate devices.

# Exhibit 11

# ACE BRIEF FOR NEW AND EMERGING HEALTH TECHNOLOGIES

## Zio XT for Ambulatory ECG Monitoring for Patients Suspected to have Cardiac Arrhythmia

**Document Number: HSB-M 04/2023**

**Date: March 2023**



This briefing presents independent research by the ACE. It reflects the evidence available at the time of writing based on a limited literature search. It does not involve critical appraisal and is not intended to be a definitive statement on the safety, efficacy or effectiveness of the health technology covered. The views expressed are those of the author and not necessarily those of the ACE, or the Ministry of Health.

## Summary of Key Points

- Cardiac arrythmia (CA) is when the heart beats at an irregular rhythm. Atrial fibrillation (AF) is the most common form of CA and is an independent risk factor of stroke and heart failure.
- Patients suspected to have CA would generally undergo ambulatory electrocardiogram (ECG) monitoring. A Holter monitoring device is the standard ambulatory ECG monitor used to detect any CA events over a 24 or 48 hour period.
- The Zio XT is a single-lead ambulatory ECG patch that can monitor a patient's ECG for up to 14 days. After the monitoring period, the patch is returned to the manufacturer. An algorithm is then used to detect for CA events and produce a report based on the ECG recording.
- Zio XT was found to be safe and accurate in the detection of CA events for patients who require ambulatory ECG monitoring.
    - NICE concluded there was no significant difference in diagnostic accuracy between Zio XT and Holter monitoring.
    - Zio XT was found to improve the diagnostic yield and detection rates of CA compared to the Holter device. Diagnostic yield for Zio XT ranged from 2.3% to 32.5 % compared to 0% to 2.1% for the Holter Device.
    - Zio XT had similar diagnostic yields to other ECG devices ranging from 3% to 44.7%. This includes pacemakers and other ambulatory ECG devices like the Carnation Ambulatory Monitor, e-Patch and 30-day event monitors.
    - There is some evidence that use of Zio XT led to change in the clinical management of patients, mainly the initiation of anticoagulants. However currently there is no evidence on the direct impact of Zio XT on patient outcomes.
    - Zio XT was found to be generally well accepted by patients and is associated with high device wear time. Overall, patients wore the Zio XT from 6.1 days to 14 days.
    - Shorter waiting time and fewer follow up clinical visits were reported in patients who used Zio XT.
- Cost analysis presented in the NICE guidance showed that compared to blended strategies and based on a cost for the technology of £265 per person, Zio XT was likely to be cost saving (£3.47 to £59.80) for cardiology patients and cost incurring (£14.93 to £79.47) for stroke patients. A downstream stroke model including the costs of added risk of a recurrent stroke due to delayed or misdiagnosed patients with AF found Zio XT to be cost saving of £72.55 for no repeat testing and cost incurring of £33.79 for with or without repeat testing.
- The main limitation of the evidence is the lack of studies evaluating patient outcomes from using the Zio XT device.
- The main implementation considerations are the need for protocols to ensure both conformity of the AI algorithm to MOH guidelines and confidentiality of patient data due to the need for a third-party to process ECG data.

1

## I. Background

Cardiac arrhythmia (CA) is the condition of irregular heartbeat when the electrical signal controlling the heartbeat malfunctions. There are two broad categories of arrhythmia: tachycardia and bradycardia. The most common form of CA is atrial fibrillation (AF). Signs and symptoms of AF include a fluttering feeling in the chest or a racing heartbeat. However, some people with AF may be asymptomatic. It is important for AF to be detected and treated as soon as possible as it is a known independent risk factor of stroke[1] and heart failure.[2]

Worldwide prevalence of AF is about 0.51%, and the condition impacts around 37 million people.[3] This prevalence has increased by 33% over the last 20 years, and is projected to increase by more than 60% by 2050.[3] In the local context, a 2008 study among Chinese residents estimated AF prevalence to be 2.6% in men and 0.6% in women, increasing to 5.8% for those aged 80 years and above.[4] AF prevalence is also predicted to increase locally due to an ageing population. Patients with AF are older, with a higher prevalence of age-related comorbidities like diabetes, hypertension and ischemic heart diseases.[5]

AF is traditionally detected using ECG, obtained either during a clinic visit or from the patient wearing a Holter monitor over 24 to 48 hours. Both are limited by the brief duration of monitoring, which may not adequately capture infrequent AF episodes.[6] In addition, the Holter device might not be comfortable to wear for long periods due to skin irritation at the locations where the electrodes are attached.

## II. Technology

The Zio XT (iRhythm Technologies, Inc; San Francisco, CA) is a novel, single-use, single-lead ECG monitor that can record up to 14 days of ECG data. The device is a patch that adheres to the patient's left chest and monitors the electrical impulses of the heart, with ECG recordings stored internally within the device. It is wireless and waterproof, allowing ECG to be continuously monitored during exercise, showering and while sleeping (Figure 1).



**Figure 1**: The Zio XT wearable ECG patch (left) and how it is worn by the patient (right). Image adapted from: *https://www.irhythmtech.com/providers/zio-service/zio-monitors*

After the recording period, the device can be returned via mail to the company who process and analyse the ECG data. A report is generated based on the recorded ECG data using a deep learning algorithm called ZEUS (Zio ECG Utilization Service) that can detect more than 13 types of cardiac arrhythmias (Table A1 in Appendix A), sinus rhythm and artifacts. The report

summarises clinically relevant information like the wear time and total analysable time after artifact removal. It also provides graphs of clinically significant arrhythmias with additional related information (e.g., number and duration of episodes, heart rate range and average heart rate). Findings from the report are further checked and validated by certified cardiographic technicians.

The Zio XT presents a few novel benefits to address the limitations of current clinical ECG measurement (including ambulatory ECG monitoring Holter devices). One main benefit is the long-term recording duration of ECG data by Zio XT (14 days) compared to a Holter monitor (24-48 hours). Also, the single-patch, waterproof and wireless Zio XT may increase the total wear duration compared to contemporary devices, such as the Holter which requires multiple electrodes connected to a wearable pouch by wires.

## III. Regulatory and Subsidy Status

The Zio XT patch was approved by the United States Food and Drug Administration (FDA) in February 2012.[7] The AI system used to generate the report, the ZEUS System, was approved by the FDA in November 2014.[8] In Europe, the Zio XT was Conformité Européenne (CE) marked in December 2014.[9]

At the time of writing, a newer version of the Zio XT wearable patch has gained FDA approval. This newer product focuses on enhancing patient comfort, while providing similar functions to the current Zio XT patch.

## IV. Stage of Development in Singapore

| | | | |
|---|---|---|---|
| ☒ | Yet to emerge | ☐ | Established |
| ☐ | Investigational / Experimental (subject of clinical trials or deviate from standard practice and not routinely used) | ☐ | Established *but* modification in indication or technique |
| ☐ | Nearly established | ☐ | Established *but* should consider for reassessment (due to perceived no/low value) |

## V. Treatment Pathway

For symptomatic patients suspected to have CA, the first method of assessment would be a manual pulse palpitation to check for irregularities. This is performed on patients presenting with breathlessness, palpitations, syncope, dizziness, chest discomfort and/or stroke or transient ischemic attack.

For patients with no symptoms for CA but suspected to have CA, or when an irregular pulse is detected, a 12 lead ECG is performed to record their heart rhythm and electrical activity. Additionally, blood tests and an echocardiogram can be performed to confirm the presence

3

of AF. The European Society of Cardiology (ESC) recommends that all patients suspected to have AF undergo a 12-lead ECG to establish the diagnosis for AF.[10]

However, CA might not be present during the ECG session when the patient is in the clinics, hence, a need for longer term monitoring of the ECG signals. An ambulatory ECG device, the Holter, is a wearable recording device that can continuously monitor the ECG signal over 24–48 hours while the patient is not at the clinic. Patch-based wearable devices like the Zio XT present a useful option for patients who require a longer period of ambulatory ECG monitoring but do not want or need a loop recorder, which is invasively implanted.

Consultation with a local clinician found that the two main uses for patch-based wearable devices would be: (1) to diagnose CA in patients with infrequent, paroxysmal symptoms that suggest the presence of heart rhythm abnormalities; and (2) to diagnose asymptomatic but clinically significant CA in high risk patients (Personal communication: Senior Consultant from Tan Tock Seng Hospital, 16 February 2023). Another local clinician has stated that the Zio XT can be a viable alternative to the Holter (Personal communication: Senior Consultant from Tan Tock Seng Hospital, 13 February 2023).

The Zio XT could be a viable alternative or follow up to the Holter monitor in diagnosing CA, especially in asymptomatic patients. The Zio XT may result in higher diagnostic yields for CA, leading to earlier detection and management of CA, leading to downstream reduction in incidence of CA-related diseases like stroke or heart failure.

## VI. Summary of Evidence

This assessment was conducted using the Population, Intervention, Comparator and Outcome (PICO) criteria (Table 1). Literature searches were performed in Pubmed, Embase, Cochrane and the International Network of Agencies for Health Technology Assessment (INAHTA) databases. The main body of evidence to inform this brief includes a health technology assessment (HTA) report by the National Institute of Health and Care Excellence (NICE), which consists of 17 published studies (with a total of 169,063 people who had ambulatory ECG recordings) and 13 abstracts. An additional 6 published studies not included in the NICE HTA guidance report were also included (one randomised controlled trial[12], three comparative studies[13,14,16] and two non-comparative studies[11,15]). Table B3 in the Appendix summarises the key evidence for Zio XT from the NICE HTA guidance. Appendix B provides an overview of the evidence base of this brief.

**Table 1: PICO criteria**

| Population | Patients suspected to have CA |
| --- | --- |
| Intervention | Zio XT wearable ECG monitor patch |
| Comparator | Other ambulatory ECG monitoring devices including Holter |
| Outcome | Safety, clinical- and cost-effectiveness |
| Abbreviations: CA, Cardiac arrhythmia; ECG, Electrocardiogram | |

**Safety**

The use of the Zio XT is deemed to be relatively safe, with no serious adverse events reported. A total of 138 adverse events reported to FDA MAUDE (Manufacturer and User Facility Device Experience), consisting mostly of contact dermatitis. It should be noted there were 12 cases

4

of false negatives or incorrect diagnoses reported which the manufacturer, iRhythm, suggests were due to faulty hardware or misinterpreting the report.[17] In terms of clinical outcomes, Gupta et al. (2022) reported that the use of Zio XT showed no increased risk of adverse outcomes (all cause death, ischemic stroke or transient ischemic attack, other arterial thromboembolic event and hospitalised heart failure) compared to 24-hour Holter and 30-day cardiac event monitor.[13]

**Effectiveness**

Accuracy

Based on three studies included in the NICE guidance that looked at diagnostic accuracy of Zio XT, NICE concluded there was no significant difference in diagnostic accuracy between Zio XT and Holter monitoring.[17] The company calculated accuracy data based on one included study and found that Zio XT had a 99% sensitivity, 100% specificity, 98% positive predictive value and 98% negative predictive value when using the clinical investigator's decision as the gold standard.[17] Another study in the NICE report compared Zio XT with an event recorder (Novacor R Test) and found that Zio XT was more accurate in detecting AF ($R^2$ value: Zio XT 0.99, Novacor R Test 0.029), when referencing cardiac pacemaker as the gold standard.[18] There is also evidence for high agreement concordance with Holter monitoring for AF event detection found in another study within the report, where 25 CA events recorded by the Holter device was also identified on Zio XT in the same 24-hour period.[18]

Based on a technical study included in the report, NICE considered the diagnostic performance of the fixed deep neural network used as part of Zio XT's algorithm (ZEUS) was adequate when compared with a committee of cardiologists.

Patient Experience and Wear Time

Evidence from the NICE HTA guidance report showed that patients generally preferred using the Zio XT patch compared to the Holter monitor, as it is easier to wear and also more comfortable.[18] The report attributed these findings to the fact that the Zio XT had no external wirings and hence can be worn under the patient's clothes, be more discreet and be worn during sleep. Also, the Zio XT is waterproof which allows the patient to wear it even during showers and exercise.

Across the evidence base included in this brief, the total device wear time of the Zio XT ranged from 6.1 days to 14 days out of an intended 14 days.[11,14,18] One study had a median wear time of 27.4 days, out of an intended 28 days.[12] Table C2 in the Appendix C shows the individual device wear times (if measured).

Diagnostic Yield and occurrence of CA

Compared to Holter monitoring, the Zio XT had a higher diagnostic yield (2.3% to 32.5% versus 0% to 2.1%)[12,13,15-17] and a higher number of CA events detected (87 to 96 events versus 61 events)[12,13,15-17] (Table 2). This is consistent with the evidence described in the NICE HTA guidance showing higher diagnostic yields with the Zio XT over total wear time, compared to 24-hour Holter monitoring.[18] The longer monitoring time for Zio XT of 14-days, compared to

Holter which only monitors between 24-48 hours could have contributed to the increased diagnostic yield of the Zio XT.

**Table 2: Overall key effectiveness parameters between Zio XT, Holter and other comparators**

|  | Zio XT | Holter | Other ECG Monitoring Modalities* |
|---|---|---|---|
| Diagnostic yield | 2.3% to 32.5% | 0% to 2.1% | 3% to 44.7% |
| Number of CA events | 87 to 96 | 61 | 122 |

*Composite of routine clinical follow-up plus a pulse check and heart auscultation, Carnation Ambulatory Monitor, ePatch, 30-day event monitor and cardiac pacemaker.
A more detailed comparison based on individual studies can be found in Table C1 in the Appendix.

When comparing the diagnostic yield of Zio XT with other ambulatory ECG monitoring device, the results were mixed. It was higher for Zio XT (6%) compared to the 30-day event monitor (3%), though the difference was not statistically significant (p=0.07). The number of detected events for Zio XT (86.7 events) were lower compared to the Carnation Ambulatory Monitor ECG patch (121.7 events). Similarly, Zio XT detected CA events compared to pacemakers (32.5% versus 44.7%). Table C1 in the Appendix summarises the diagnostic yields from the studies in the evidence base.

The summary of evidence from the NICE report found about 46-70% of CA events detected occur within 48 hours[18], meaning at least a third to half of CA events could remain undetected by the Holter monitor due to its shorter monitoring period compared to Zio XT. This trend is consistent with previous reviews.[19,20]

<u>Clinical Utility</u>

*Clinical Management*

NICE has stated from their evidence review that the use of Zio XT does have an impact on the clinical management of the patients.[18] This was also observed in the RCT by Gladstone et al. (2021) which reported a higher indication of oral anticoagulant therapy due to AF for the group using the Zio XT compared to standard care, at 6 months (4.1% vs. 0.5%).[12] However, the study by Gupta et al. (2022) did not observe any significant difference in clinical management between Zio XT, 24-hour Holter and the 30-day event monitor.[13] There are no studies that have looked at how Zio XT impacts patient outcomes directly.

<u>Impact on Public Healthcare System</u>

Lang et al. (2022) have noted that patients who received Zio XT ambulatory ECG monitoring had a significantly shorter wait time to receiving their device and the results of the recording compared to patients who used Holter monitoring.[14] The number of visits required by the patient was also lower by a median of two visits for the Zio XT group.

**Cost Effectiveness**

A de novo cost analysis included in the NICE report compared the 14-day Zio XT with a blended strategy based on a 24-hour Holter monitor or cardiac event recorder. Costs associated with diagnosis of patients were analysed within two care pathway models: a cardiology model and a stroke model. A scenario analysis was included as the downstream stroke model. NICE considered the downstream stroke cost model to the most informative. The models were

6

tested in two scenarios: (1) no appointment after a negative result with no repeated test and (2) no appointment after any negative result, with or without repeat test. Table 3 describes each model analysed and what scenarios were used to test the models.

**Table 3: Cost analysis models and scenarios**

| Care Pathway Models | |
| --- | --- |
| **Model** | **Description** |
| **Base case** | |
| Cardiology Model | Cost associated with the diagnosis of patients with symptomatic palpitations or syncope |
| Stroke Model | Cost associated with the diagnosis of patients who have had a stroke or transient ischemic attack |
| Downstream Stroke Model | Economic consequences of increased risk of a recurrent stroke due to delayed or missed diagnosis of atrial fibrillation |
| **Scenario Analyses** | |
| | **Description** |
| 1 | No additional appointment needed after a negative result, and no repeated test |
| 2 | No additional appointment needed after any negative result, whether or not the test is repeated |
| Adapted from NICE Guidance Report[18] | |

Using a cost for the technology of £265 per person, cost modelling by NICE showed that Zio XT was cost saving or broadly cost neutral.[18] Across all models and scenarios, Zio XT ranged from cost savings of £72.55 to cost incurring of £79.47. The degree of cost saving or cost incurring for each scenario for each model is detailed in Table 4. Zio XT was found to be cost saving in both scenarios in the cardiology model and cost incurring in both scenarios in the stroke model. For the downstream stroke model, Zio XT was cost saving only if the test was not repeated. Overall, NICE concluded that Zio XT was likely to be cost saving or cost neutral, but it highlighted the uncertainty about resource use of adopting Zio XT which would impact on the results significantly.

**Table 4: Degree of cost saving or cost incurring for each model and scenario**

| Model | Scenario | Cost Saving/Incurring | Amount (£) per patient per year |
| --- | --- | --- | --- |
| Cardiology Model | No repeat test done | Cost Saving | £59.80 |
| | With or without repeat test done | Cost Saving | £3.47 |
| Stroke Model | No repeat test done | Cost Incurring | £14.93 |
| | With or without repeat test done | Cost Incurring | £79.47 |
| Downstream Stroke Model | No repeat test done | Cost Saving | £72.55 |
| | With or without repeat test done | Cost Incurring | £33.79 |
| Adapted from NICE Guidance Report[18] | | | |

Five other studies within the NICE evidence base analysed the cost effectiveness of Zio XT compared to other devices including Holter monitoring. Two studies reported that Zio XT was cost saving while another two reported the opposite .[18] A feasibility study by Khan et al. (2020) investigating the use of Zio XT for long-term continuous heart monitoring in a stroke clinic

7

reported that for 84% of patient's out-of-pocket costs were less than USD$100 for the device.[11] They suggest their approach may be more cost effective than using a Holter monitor, which has low sensitivity in detecting PAF in stroke patients.[11]

**Ongoing Trials**

A search on the ScanMedicine (NIHR Innovation Observatory) database was done and a total of three trials were found. One trial is comparing health outcomes and changes to treatment between patients wearing a Zio XT patch and those wearing a Holter monitor. Another is assessing if the use of Zio XT leads to increased detection of non-sustained ventricular tachycardia compared to 48 hour monitoring. The third trial is assessing the capability of Zio XT to predict who might develop AF. Table 5 summarises the details of these ongoing trials.

**Table 5: Ongoing trials for Zio XT**

| Trial Name | Estimated Enrolment | Aim of Trial | Estimated Completion Date |
|---|---|---|---|
| A Multi-centre Cohort Study Comparing Health Outcome Data From Holter Monitoring to 14 Day Zio Monitoring in People Where Ambulatory ECG Monitoring is Required (NCT05560828) | 1440 | To analyse quantitative data (anticoagulant uptake and other changes to treatment related to the results from monitoring) collected from participating sites and complementary qualitative data on Zio XT utilisation from questionnaires. | December 2022 |
| Extended Ambulatory Monitoring With iRhythm Zio XT Improves Care of Patients With Hypertrophic Cardiomyopathy (EXAMNE-HCM) (NCT04056715) | 300 | To evaluate if the use of Zio XT results in identifying a greater burden of tachyarrhythmia-NSVT compared to current ACCF/AHA guideline recommended 48-hour monitoring. | February 2022 |
| Electrocardiogram-based Artificial Intelligence-assisted Detection of Heart Disease (ECG-AID) (NCT05442203) | 1000 | To evaluate two devices (Zio patch and ECG) that can predict who has or may develop atrial fibrillation or structural heart disease based on the results of an ECG. | September 2024 |
| Abbreviations: ACCF, American College of Cardiology Foundation; AHA, American Heart Association; ECG, Electrocardiogram; NSVT, Non sustained ventricular tachycardia. | | | |

**Summary**

From the clinical evidence, the Zio XT patch is generally safe with no major adverse effects and has high patient wear times as it is easy to wear. Zio XT was found to provide similar diagnostic accuracy when compared to the Holter device. Zio XT improves diagnostic yield of CAs compared to the current standard of ambulatory ECG monitoring – the Holter device (6% to 32.5% versus 0% to 2.1%), though there were no significant differences when compared to other ECG monitoring devices. This improved diagnostic yield has led to changes in the clinical management of patients who used the Zio XT patch, mainly the introduction of anticoagulants to patients who were detected for CA during the monitoring period. However, there is no clear evidence if patients benefited from the change in the clinical management. There is some evidence that Zio XT was associated with shorter wait times to obtain results from the monitoring and also fewer hospital visits.

Based on the results of the NICE report, cost effectiveness of Zio XT hinges on the indication it was used for and whether repeat testing was done. Zio XT was found to be cost saving for patients in the cardiology model and cost incurring for patients in the stroke model. For the downstream stroke scenario, Zio XT was cost saving if no repeated testing was done. Across all scenarios and models, cost analysis findings point to an overall range of Zio XT being cost saving of £72.55 to cost incurring of £79.47.

A limitation of the evidence base is the lack of studies looking at the impact of Zio XT on patient outcomes. Finally, evidence on the cost effectiveness of using the Zio XT patch remains mixed. More studies might help bring clarity on Zio XT's clinical and cost efficacy.

## VII. Estimated Costs

According to two studies in the NICE guidance, the price for the Zio XT in the UK ranges from £284 to £440 (S$459 to S$711)[a] per patient. Following consultation with NICE, the company lowered the cost from £310 to £265 (S$501 to S$428)[a] per patient, inclusive Zio XT, analysis and data reporting.

## VIII. Implementation Considerations

The use of this patch should not have a large impact on current healthcare practices with regards to ambulatory ECG monitoring, as the Zio XT functions very similarly to the Holter device. One slight difference would be the Zio XT patch has to be sent to the manufacturer for analysis of the ECG recording and to generate the report from the recording.[18] This might ease the workload of a healthcare institution, as the processing of the ECG recording from Holter devices is usually done inhouse.[14]

As Zio XT requires ECG recordings to be sent to either the manufacturer or a central server for processing, personal patient data may be exposed to an external party. Therefore, current clinical workflows need to be reassessed for any potential vulnerabilities for patient data to be compromised and safeguards have to be setup to minimise the risk of such events. In addition, before using the device, patients should be informed that personal data may be obtained during a recording, and proper consent obtained and documented to ensure transparency.

Zio XT uses AI to recognise CA events from the ECG recordings. As such, there is a need to ensure the AI conforms as much as possible to the Ministry of Health (MOH)'s Artificial Intelligence in Healthcare Guidelines (AIHGIe).[21] Relevant organisational approvals and proper documentation are required when introducing the device into the local healthcare ecosystem. This could include updating current clinical workflows, conducting risk assessment to predict potential failures of the device or AI software, ensuring the accuracy and performance of the AI, identifying and minimising any potential cybersecurity vulnerabilities, staff training for product familiarisation and also proper consent from patients to ensure transparency during usage of these devices. If introduced, long term monitoring and review of the devices is also required.

---

[a] Based on the Monetary Authority of Singapore exchange rate as of 17 January 2023: £1=S$1.6150. Figures were rounded to the nearest dollar.

## IX. Concurrent Developments

Examples of novel ambulatory ECG monitoring devices are provided. The Cardiostat[22] and the Spyder are worn as patches on the chest of the patient. The QardioCore[23] is worn as a belt around the lower chest, just above the abdomen. Spyder[24] is a locally created ambulatory ECG monitor that allows for real time monitoring.

**Table 6: Concurrent developments similar to Zio XT**

| Device | Brief Description | Approval Status |
|---|---|---|
| Cardiostat™ | Cardiostat™ is a single-lead ECG patch that is worn on the chest. It is light, showerproof and can record ECG for up to 14 days. | Not FDA approved yet. |
| QardioCore | QardioCore is a patchless, wireless Holter monitor that is splash and rain resistant. In addition to ECG, it can monitor other parameters like skin temperature, heart rate, heart rate variability, respiratory rate and activity tracking. | FDA approved. |
| Spyder | An ambulatory ECG monitoring patch worn on the chest that can record up to 30 days. ECG data can be uploaded to cloud storage for healthcare staff to monitor patient ECG in real time. | HSA and CE approved. Not FDA approved yet. |
| Abbreviations: CE, Conformitè Européenne; ECG, Electrocardiogram; FDA, United States Food and Drugs Administration; HSA, Health Sciences Authority. | | |

## X. Additional Information

The NICE HTA guidance recommends the Zio XT as an option for people with suspected CA who would benefit from ambulatory ECG monitoring for periods longer than 24 hours – only if NHS organisations collect information on resource use associated with use of Zio XT, and on long-term clinical outcomes for people using Zio XT.

In other guidelines that recommend the use of ambulatory ECG monitoring for the detection of CA, there is no direct mention of Zio XT. The European Society of Cardiology (ESC) guidelines on management of patients with ventricular arrhythmias recommend ambulatory ECG to detect and diagnose arrhythmias.[25] The American Heart Association (AHA), American College of Cardiology (ACC) and Heart Rhythm Society (HRS) guidelines for management of patients with ventricular arrhythmias recommend the use of ambulatory ECG monitoring to evaluate symptoms (palpitations, presyncope or syncope).[26]

## References

1.    Wolf PA, Abbott RD, Kannel WB. Atrial fibrillation as an independent risk factor for stroke: the Framingham Study. *Stroke*. 1991;22(8):983-8. doi: 10.1161/01.str.22.8.983.

2.    Stewart S, Hart CL, Hole DJ, McMurray JJ. A population-based study of the long-term risks associated with atrial fibrillation: 20-year follow-up of the Renfrew/Paisley study. *Am J Med.* 2002;113(5):359-64. doi: 10.1016/s0002-9343(02)01236-6.

3.    Lippi G, Sanchis-Gomar F, Cervellin G. Global epidemiology of atrial fibrillation: An increasing epidemic and public health challenge. *Int J Stroke.* 2021;16(2):217-21. doi: 10.1177/1747493019897870.

4.    Yap KB, Ng TP, Ong HY. Low prevalence of atrial fibrillation in community-dwelling Chinese aged 55 years or older in Singapore: a population-based study. *J Electrocardiol.* 2008;41(2):94-8. doi: 10.1016/j.jelectrocard.2007.03.012.

5.    Omar R, Teo WS, Foo D et al. Atrial Fibrillation in Singapore and Malaysia: Current Trends and Future Prospects. *J Arrhythm.* 2011;27(3):171-85. doi: 10.1016/S1880-4276(11)80042-6.

6.    Patel UK, Malik P, Patel N et al. Newer Diagnostic and Cost-Effective Ways to Identify Asymptomatic Atrial Fibrillation for the Prevention of Stroke. *Cureus*. 2021;13(1):e12437. doi: 10.7759/cureus.12437.

7.    United States Food & Drug Authority.Zio Patch K113862 [Internet]. United States: Food & Drug Authority; 2012 [cited 2023 January 12]. Available from: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K113862.

8.    United States Food & Drug Authority. ZEUS (Zio ECG Utilization Service) System K142681 [Internet]. United States: Food & Drug Authority; 2014 [cited 2023 January 12]. Available from: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K142681.

9.    iRhythm Technologies Inc. iRhythm Technologies Receives CE Mark for ZIO® Service, Enters First International Market with CardioLogic Ltd Partnership in United Kingdom [Internet]. United States: iRhythm Technologies Inc.; 2014 [cited 2023 January 12]. Available from: https://www.irhythmtech.com/company/press-releases/irhythm-technologies-receives-ce-mark-for-zio-service-enters-first-international-market-with-cardiologic-ltd-partnership-in-united-kingdom.

10.    Hindricks G, Potpara T, Dagres N et al. 2020 ESC Guidelines for the diagnosis and management of atrial fibrillation developed in collaboration with the European Association for Cardio-Thoracic Surgery (EACTS): The Task Force for the diagnosis and management of atrial fibrillation of the European Society of Cardiology (ESC) Developed with the special contribution of the European Heart Rhythm Association (EHRA) of the ESC. *Eur Heart J.* 2021;42(5):373-498. doi: 10.1093/eurheartj/ehaa612.

11.    Khan A, Abedi V, Ishaq F et al. Fast-Track Long Term Continuous Heart Monitoring in a Stroke Clinic: A Feasibility Study. Front Neurol. 2020;10:1400. doi: 10.3389/fneur.2019.01400.

12.    Gladstone DJ, Wachter R, Schmalstieg-Bahr K et al. Screening for Atrial Fibrillation in the Older Population: A Randomized Clinical Trial. *JAMA Cardiol*. 2021;6(5):558-67. doi: 10.1001/jamacardio.2021.0038.

13.    Gupta N, Yang J, Reynolds K et al. Diagnostic Yield, Outcomes, and Resource Utilization With Different Ambulatory Electrocardiographic Monitoring Strategies. *Am J Cardiol.* 2022;166:38-44. doi: 10.1016/j.amjcard.2021.11.027.

14.    Lang A, Basyal C, Benger M et al. Improving stroke pathways using an adhesive ambulatory ECG patch: reducing time for patients to ECGs and subsequent results. *Future Healthc J.* 2022;9(1):64-6. doi: 10.7861/fhj.2021-0151.

15.    Rooney MR, Soliman EZ, Lutsey PL et al. Prevalence and Characteristics of Subclinical Atrial Fibrillation in a Community-Dwelling Elderly Population: The ARIC Study. *Circ Arrhythm Electrophysiol.* 2019;12(10):e007390. doi: 10.1161/circep.119.007390.

16.    Gutierrez A, Ash J, Akdemir B et al. Nonsustained ventricular tachycardia in heart failure with preserved ejection fraction. *Pacing Clin Electrophysiol.* 2020;43(10):1126-31. doi: 10.1111/pace.14043.

17.    National Insititute for Health and Care Excellence. Medical technology consultation: Zio XT for detecting cardiac arrhythmias: Supporting documentation – Committee papers. [Internet]. United Kingdom: National Institute for Health and Care Excellence; 2020 [cited 2023 January 12]. Available from: https://www.nice.org.uk/guidance/mtg52/history.

18.    National Insititute for Health and Care Excellence. Zio XT for detecting cardiac arrhythmias Medical technologies guidance [MTG52] [Internet]. United Kingdom: National Insititute for Health and Care Excellence; 2020 [cited 2023 January 12]. Available from: https://www.nice.org.uk/guidance/mtg52.

19.    Dussault C, Toeg H, Nathan M et al. Electrocardiographic monitoring for detecting atrial fibrillation after ischemic stroke or transient ischemic attack: systematic review and meta-analysis. *Circ Arrhythm Electrophysiol.* 2015;8(2):263-9. doi: 10.1161/circep.114.002521.

20.    Health Quality Ontario. Long-Term Continuous Ambulatory ECG Monitors and External Cardiac Loop Recorders for Cardiac Arrhythmia: A Health Technology Assessment. *Ont Health Technol Assess Ser*. 2017;17(1):1-56. https://pubmed.ncbi.nlm.nih.gov/28194254.

21.    Ministry of Health, Singapore. Artificial Intelligence in Healthcare Guidelines (AIHGle) [Internet]. Singapore: Ministry of Health; 2021 [cited 2023 January 12]. Available from: https://www.moh.gov.sg/licensing-and-regulation/artificial-intelligence-in-healthcare.

22.    CardioSTAT. Simple, Reliable, Wire-Free Ambulatory Cardiac Monitoring - Introducing CardioSTAT [Internet]. Canada: CardioSTAT; 2023 [cited 2023 January 12]. Available from: https://www.cardiostat.com.

23.    QardioCore.QardioCore - The Future of ECG [Internet]. United States: QardioCore; 2022 [cited 2023 January 12]. Available from: https://www.qardio.com/qardiocore-wearable-ecg-ekg-monitor-iphone.

24.    Spyder.Spyder ECG Solution [Internet]. Singapore: Spyder; 2020 [cited 2023 January 12]. Available from: https://www.spyderecg.com.

25.    Priori SG, Blomström-Lundqvist C, Mazzanti A et al. 2015 ESC Guidelines for the management of patients with ventricular arrhythmias and the prevention of sudden cardiac death: The Task Force for the Management of Patients with Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death of the European Society of Cardiology (ESC). Endorsed

by: Association for European Paediatric and Congenital Cardiology (AEPC). *Eur Heart J*. 2015;36(41):2793-867. doi: 10.1093/eurheartj/ehv316.

26.    Al-Khatib SM, Stevenson WG, Ackerman MJ et al. 2017 AHA/ACC/HRS Guideline for Management of Patients With Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society. *J Am Coll Cardiol*. 2018;72(14):e91-e220. doi: 10.1016/j.jacc.2017.10.054.

27.    Hannun AY, Rajpurkar P, Haghpanahi M et al. Cardiologist-level arrhythmia detection and classification in ambulatory electrocardiograms using a deep neural network. *Nat Med*. 2019;25(1):65-9. doi: 10.1038/s41591-018-0268-3.

## Appendix

### Appendix A: Irregular ECGs identified by Zio XT

**Table A1: List of Identifiable Arrhythmias by Zio XT**

| S/N | Type of CA |
|-----|------------|
| 1 | Atrial fibrillation |
| 2 | Atrial flutter |
| 3 | Atrioventricular block (AVB) |
| 4 | Bigeminy |
| 5 | Ectopic atrial rhythm (EAR) |
| 6 | Idioventricular rhythm (IVR) |
| 7 | Junctional rhythm |
| 8 | Noise |
| 9 | Sinus rhythm |
| 10 | Supraventricular tachycardia (SVT) |
| 11 | Trigeminy |
| 12 | Ventricular tachycardia |
| 13 | Wenckebach |
| Adapted from Hannun et al. (2019)[27] Abbreviations: AF, Atrial fibrillation; AFL, Atrial flutter; AVB, Atrioventricular block; CA, Cardiac Arrhythmia; EAR, Ectopic atrial rhythm; IVR, Idioventricular rhythm; S/N, Serial number; SVT, Supraventricular tachycardia; VT, Ventricular tachycardia | |

14

## Appendix B: Evidence Base

**Table B1: Summary of Evidence Base**

| Type of Study | Number of Studies |
|---|---|
| **NICE HTA Guidance** | |
| Randomised controlled trial | 1 |
| Prospective, within-subject comparative | 3 |
| Prospective, non-comparative | 6 |
| Retrospective, non-comparative | 7 |
| Abstract | 17 |
| **Other Evidence Base** | |
| Randomised controlled trial | 1 |
| Prospective, comparative | 3 |
| Prospective, non-comparative | 1 |
| Retrospective,non-comparative | 1 |
| Note: <br> 1. Inclusion criteria <br>  a.  Studies that fulfil the PICO criteria listed in Table 1. <br> 2. Exclusion criteria <br>  a.  Studies only available in abstract form. <br>  b.  Duplicate studies. | |

**Table B2: Information on the included studies.**

| Author (Year) | Type of Study | Interventions | Number of Participants | Summary of Results |
|---|---|---|---|---|
| NICE (2020)[18] | HTA guidance report | Zio XT; Holter; CAM; e-patch, Novacor R-Test, cardiac pacemakers, | 169,063 (30 studies) | • Evidence base shows that Zio XT increases diagnostic yield <br> • Zio XT was generally accepted by patients and had high device wear time <br> • The limitation of the evidence base would be insufficient evidence on diagnostic accuracy of Zio XT and its effect on clinical outcomes |
| Khan et al.(2020)[11] | Non-comparative feasibility study | Zio XT | 467 | • It is feasible to implement Zio XT for ambulatory ECG monitoring in a stroke clinic |
| Gladstone et al. (2021)[12] | Randomised Clinical trial | Zio XT, Standard clinical care | 856 | • The use of Zio XT was well tolerated, increased the detection rate for AF and was associated with initiation of anticoagulant therapy |
| Gupta et al. (2022)[13] | Comparative matched study | Zio XT, Holter, Event monitor | 330 | • Zio XT and 30-day monitor were superior to Holter for detection of new AF but not different from each other |

15

| | | | | |
|---|---|---|---|---|
| | | | | • Zio XT had higher frequency of NSVT compared to both Holter and event monitor |
| Lang et al. (2022)[14] | Retrospective Holter data with prospective comparative study | Zio XT, Holter | 218 | • Time taken to start ECG monitoring and number of hospital visits were lower for Zio XT |
| Rooney et al. (2019)[15] | Prospective cohort study (non-comparative) | Zio XT (2 weeks and 4 weeks) | 2616 | • Zio XT monitoring for 4 weeks had 78% more subclinical AF compared to 2 weeks of Zio XT monitoring |
| Gutierrez et al. (2020)[16] | Retrospective cohort comparative study | Zio XT, cardiac pacemakers | 125 | • Cardiac pacemaker cohort (44.7%) had larger proportion of NSVT compared to Zio XT cohort (32.5%) |

Abbreviations: AF, Atrial fibrillation; ECG, Electrocardiogram; HTA, Health technology assessment; NICE, National Institute for Health and Care Excellence; NSVT, Non-sustained ventricular tachycardia.

**Table B3: Summary of NICE HTA Guidance Evidence**

| Key Evidence | Summary of Evidence |
|---|---|
| Diagnostic Accuracy | • Zio XT found to be more accurate than Novacor R Test (external event/loop monitor) but less accurate than pacemaker in detecting the presence or absence of atrial fibrillation.<br>• Zio XT had a 99% sensitivity, 100% specificity, 98% positive predictive value, 98% negative predictive value compared to decision of clinical investigator as gold standard.<br>• Simultaneous 24-hour monitoring period had mixed results. One found the Holter detected more CA events than Zio XT. Another found Holter and Zio XT detected the same events and had significant agreement.<br>• No significant difference in accuracy between Zio XT and Holter monitoring. |
| Diagnostic Yield and Time to Event | • The diagnostic yield for arrhythmia is generally higher for Zio XT compared to Holter monitoring, due to the extended monitoring period.<br>• Overall, about 46-70% of arrhythmias detected occur within 48-hours, with the variation being attributed to the heterogeneity of the monitored population. |
| Clinical Pathway Outcomes | • Multiple studies observed higher proportion of patients who used Zio XT were given medication and had medication switched.<br>• However, there is no clear evidence if patients benefitted from the change in the clinical pathways. |
| Patient Experience and Wear Time | • Mean wear time was 10.8 to 12.8 days (out of 14 days) for the comparative studies.<br>• The Zio XT was also worn longer compared to 3 other continuous cardiac monitors.<br>• Multiple studies found the Zio XT easy and comfortable to use compared to the Holter. |
| Cost-effectiveness | • A de novo cost analysis was done comparing Zio XT to the Holter device and event monitor.<br>• Three models (Cardiology, Stroke, Downstream Stroke) were tested with two scenarios (no repeat testing, with or without repeat testing).<br>• Across all models and scenarios, Zio XT ranged from cost saving of £72.55 to cost incurring of £79.47, depending on the model and scenario. |

## Appendix C: Relevant Zio XT Study Data

**Table C1: Diagnostic Yield Comparison**

| Study | Comparator | Number of Participants | Main Observation | Diagnostic Yield, n (%) | | P value |
|---|---|---|---|---|---|---|
| | | | | **Zio XT** | **Comparator** | |
| **NICE HTA Guidance Report[18]** | | | | | | |
| Barrett et al. (2014) | 24-hour Holter | 146 | CA events detected over total wear time | 96 (NR) | 61 (NR) | <0.001 |
| | | | CA events detected over 24 hours | 52 (NR) | 61 (NR) | 0.013 |
| Kaura et al. (2019) | 24-hour Holter | 116 | Patients with detected PAF ≥ 30s at 90 days | 7 (16.3) | 1 (2.1) | NR |
| | | 90 | Patients with detected PAF ≥ 30s at 28 days | 6 (14.0) | 1 (2.1) | NR |
| Rosenberg et al. (2013) | 24-hour Holter | 74 | Patients with AF events | 43 (NR) | 25 (NR) | <0.0001 |
| Reed et al. (2018) | No comparator | 86 | 90-day diagnostic yield for symptomatic significant arrhythmia | NR (10.5) | NA | NA |
| Rho et al. (2019) | CAM | 30 | Number of CA events recorded | 86.7±0.6 (NR) | 121.7±2.1 (NR) | <0.001 |
| **Other Evidence Base** | | | | | | |
| Gladstone et al. (2021)[12] | Routine clinical follow-up plus a pulse check and heart auscultation at baseline and 6 months | 856 | 6-months diagnostic yield for AF | NR (5.3) | NR (0.5) | NR |
| Gupta et al. (2021)[13] | 24-hour Holter and 30-day event monitor | 330 | Diagnostic yield of AF≥30s | NR (6) | 24-hour Holter: NR (0) 30-day event monitor: NR (3) | Zio XT vs 24-hour Holter: 0.04 Zio XT vs 30-day event monitor: 0.07 |
| Gutierrez et al. (2020)[16] | Cardiac Pacemakers | 125 | Patients with NSVT events | 13 (32.5) | 38 (44.7) | NR |

| Rooney et al. (2019)[15] | None | 386 | Patients with subclinical AF | 2 Weeks: 9 (2.3) 4 Weeks: 16 (4.1) | NA | NA |

Abbreviations: AF, Atrial fibrillation; CA, Cardiac arrhythmia; CAM, Carnation ambulatory monitoring; HTA, health technology assessment; NA, Not applicable; NICE, National Institute for Health and Care Excellence; NR, Not reported; NSVT, Non sustained ventricular tachycardia; PAF, Paroxysmal atrial fibrillation.

**Table C2: Device Wear Time**

| Study | | Patient Wear Time (Days) | | |
|---|---|---|---|---|
| | Comparator | Zio XT | Comparator | |
| **NICE HTA Guidance Report[18]** | | | | |
| Barrett et al. (2014) *Median, (Range)* | 24-hour Holter | 11.1 (0.9 to 14.0) | 1.0 (0.9 to 1.0) | |
| Eyesneck et al. (2019) *Mean, (Range)* | Novacor R-Test | 12.8 (11.9 to 14.2) | 9.3 (7.4 to 11.2) | |
| Kaura et al. (2019) *Mean ± SD* | 24-hour Holter | 11.7 ± 3.7 | NR | |
| Rosenberg et al. (2013) *Mean ± SD* | Holter | 10.8 ± 2.8 | NR | |
| Go et al. (2018) *Median (Analysable), (IQR)* | None | 14 (11 to 14) | NA | |
| Heckbert et al. (2018) *Median, (IQR)* | None | 13.8 (13.2 to 14.0) | NA | |
| Reed et al. (2018) *Median, (IQR)* | None | 13.6 (11.8 to 14.0) | NA | |
| Schreiber et al. (2014) *Median* | None | 6.9 | NA | |
| Schultz et al. (2019) *Mean ± SD* | None | 9.5 ± 4.1 | NA | |
| Solomon et al. (2016) *Mean ± SD* | None | 9.6 ± 4.0 | NA | |
| Tung et al. (2015) *Mean (Analysable Percent), Median (IQR), Percentage* | None | 10.9 (98.7), 13.0 (7.2 to 14.0), >10days: 66.9% | NA | |
| Turakhia et al. (2013) *Mean ± SD* | None | 7.6 ± 3.6 | NA | |
| Agarwal et al. (2015) *Mean ± SD* | None | 13.0 ± 2.3 | NA | |
| Norby et al. (2015) *Mean (Analysable)* | None | 12.5 | NA | |
| Sattar et al. (2012) *Mean (95% CI)* | None | 6.1 (5.8 to 6.4) | NA. | |
| Turakhia et al. (2012) *Mean ± SD* | None | 7.1 ± 3.3 | NA | |
| **Other Evidence Base** | | | | |
| Gladstone et al. (2021)[12] *Median, (IQR)* | Routine clinical follow-up plus a pulse check and heart auscultation at baseline and 6 months | 27.4 (18.4 to 28.0)* | NR | |
| Lang et al. (2022)[14] *Median* | 24-hour Holter | 13.9 | NR | |
| Khan et al,(2020)[11] *Mean, Median* | None | 12.1, 13.8 | NA | |

18

| Rooney et al. (2019)[15] *Percentage* | None | ≥7 days: 91.6% ≥10 days: 86.7% ≥12 days: 81.7% | NA |
|---|---|---|---|

*Monitoring period is 28 days
Abbreviations: CAM, Carnation ambulatory monitoring; CI, Confidence interval; HTA, health technology assessment; IQR, Inter quartile range; NA, Not applicable; NICE, National Institute for Health and Care Excellence; NR, Not reported; SD, Standard deviation. NA;

# Exhibit 12

# Zio XT

# START GUIDE

## 1  PLAN & POSITION



Enroll the patient.
- Online: **www.zioreports.com**

Write in Patient ID Number and Initials, Physician, Start Date & Time on cover of *Patient Instructions & Button Press Log*.

Determine position:
- Patient should stand with arms relaxed by their sides.
- Skin should be free of perspiration.
- Determine placement area without removing backing.
- Place on flattest part of upper left chest:
  — 1 finger width below collarbone, centered over left pectoral muscle
  — Edge of the Zio XT Patch next to sternum
  — Angle so arrow on top label points upward
  — Avoid armpit and breast tissue



## 2  PREP SKIN



Prepare a large area:
- **SHAVE** area.
- **ABRADE** skin, applying pressure for 40 broad strokes— 10 times in the direction of each arrow in 2a & 2b (important for adhesion and ECG signal quality).
- **CLEAN** skin thoroughly with all alcohol pads. Let dry for 1 minute.

## 3  APPLY PATCH

- Hold device in the center and remove clear backings. Keep top label on. Do not touch adhesive.
- Place Zio XT Patch in the recommended position.
- Press firmly across the entire device for 2 minutes (see image 3).



## 4  FINISH & ACTIVATE

- Peel off the 2 parts of the top label (see image 4a).
- Press firmly across the entire device for 2 minutes, working adhesive into the skin. Emphasize pressing on the dotted areas shown in figure 4b.
- Firmly press the 'Zio' button and release (see image 4c). The **green** light will flash 5 times indicating that the monitoring has started.
- Help patient get familiar with the location of the button.

## USING THE **PATIENT INSTRUCTIONS & BUTTON PRESS LOG**

### Wear up to the Prescribed Duration

Based on individual wear experiences the actual wear time may be shorter than prescribed.
Open for Patient Instructions and FAQs.

### Each Time a Symptom is Felt...

Press the 'Zio' button.
Write the symptom in the Button Press Log.

### Return the Zio XT Patch

On cover, write in "Date Removed."
See last page for how to remove the Zio XT Patch.



## FREQUENTLY ASKED QUESTIONS

**How long am I supposed to wear the Zio XT Patch?**
Wear the Zio XT Patch according to your physician prescribed wear time but no longer than 14 days.
**NOTE:** Based on individual wear experiences your actual wear time may be shorter than prescribed.

**Can I shower with the Zio XT Patch on?**
Yes, but please avoid showering during the first 24 hours of wearing the Zio XT Patch. After that, take brief showers with your back facing the shower head, and keep soaps and lotions away from the Zio XT Patch.

**Can I take a bath?**
Yes, but keep the Zio XT Patch above water. The Zio XT Patch should not be submerged in water.

**Can I go swimming or sit in a hot tub when the Zio XT Patch is on?**
No.

**What if I don't have symptoms?**
That's okay. The Zio XT Patch is designed to capture every beat.

**Can I go about my daily activities?**
Yes, but activities that cause excessive sweating may cause the patch to slide, become loose, fall off, or shorten wear time. Especially in the first 24 hours, avoid such activities so that the patch can fully adhere to your skin.

**Will the Zio XT Patch blink or make noise?**
If it is working properly, the Zio XT Patch will not flash or make noise.

**What if the Zio XT Patch falls off?**
Please call 0808 189 3411.

**How do I return the Zio XT Patch?**
Place it (along with the *Patient Instructions & Button Press Log*) in the original postage-paid box and put it in the Post.

INDICATIONS FOR USE
The Zio XT Patch is a prescription-only, single patient use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, presyncope, syncope, fatigue, or anxiety.

CONTRAINDICATIONS
• Do not use the Zio XT Patch for patients with symptomatic episodes where instance variations in cardiac performance could result in immediate danger to the patient.
• Do not use the Zio XT Patch in combination with external cardiac defibrillators or high frequency surgical equipment near strong magnetic fields or devices such as MRI.
• Do not use the Zio XT Patch on patients with neuro-stimulator, as it may disrupt the quality of ECG data.
• Do not use the Zio XT Patch on patients who do not have the competency to wear the device for the prescribed monitoring period.

WARNINGS
• Do not use the Zio XT Patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.
• Do not reuse the Zio XT Patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and patient may experience skin irritation.
• Prior to patch application, examine the skin area of the patient for certain skin conditions (such as dermatitis, eczema, rashes/hives), acute/chronic cutaneous infections or irritation.

 If skin irritation such as severe redness, itching or allergic symptoms develop, remove the Zio XT Patch from the patient's chest. Please call 0808 189 3411.

PRECAUTIIONS
• The Zio XT Patch includes temperature and humidity limitations. If exposed, patients may experience degradation of adhesive performance causing the device to slip or fall off during the patient wear duration.
• The Zio XT Patch has a shelf-life date. Use of expired device may cause a degradation of ECG signal quality and/or low battery condition.
• Do not use the Zio XT Patch if package is damaged. Device may not perform as intended.
• Safety and effectiveness of the Zio XT Patch on pediatric patients (younger than 18 years old) has not been established.
• Safety and effectiveness of the Zio XT Patch on patients receiving any form of pacing therapy has not been established. Paced cardiac rhythms may not be accurately detected and may be incorrectly classified.

 **iRhythm Technologies, Inc.**
699 8th St., Suite 500
San Francisco, CA 94103 USA
Tel: +1.888.693.2401 (USA Only)
Fax:+1.888.693.2402 (USA Only)

**iRhythm Technologies Ltd.**
Seal House
56 London Road
Bagshot, Surrey, GU19 5HL
Tel: 0808 189 3411
Fax: 0808 189 3303
Email: supportuk@irhythmtech.com
irhythmtech.co.uk

**Emergo Europe**
Prinsessegracht 20
2514 AP The Hague
The Netherlands
Tel: +31.70.345.8570
Fax:+31.70.346.7299

 

©2020 iRhythm Technologies, Inc. All rights reserved.
MKT0271.08

# Exhibit 13



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

_____

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Room –WO66-G609
Silver Spring, MD 20993-0002


iRhythm Technologies, Inc.
c/o Mr. Michael S. Righter
Manager of Quality Assurance and Regulatory Affairs                    JUL 1 8 2012
650 Townsend Street
Suite 380
San Francisco, CA 94103


Re:  K121319
     Trade/Device Name:  Zio® Patch
     Regulation Number: 21 CFR 870.2800
     Regulation Name: Medical Magnetic Tape Recorder
     Regulatory Class: Class II (two)
     Product Codes: DSH
     Dated:  May 1, 2012
     Received:  May 2, 2012

Dear Mr. Righter:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act.  The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA),
it may be subject to additional controls.  Existing major regulations affecting your device can be
found in the Code of Federal Regulations, Title 21, Parts 800 to 898.  In addition, FDA may
publish further announcements concerning your device in the <u>Federal Register.</u>

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies.  You must

Page 2 – Mr. Michael S. Righter

comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please go to http://www.fda.gov/AboutFDA/CentersOffices/CDRH/CDRHOffices/ucm115809.htm for the Center for Devices and Radiological Health's (CDRH's) Office of Compliance. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

Bram D. Zuckerman, M.D.
Director
Division of Cardiovascular Devices
Office of Device Evaluation
Center for Devices and
    Radiological Health

Enclosure



# iRhythm

## INDICATIONS FOR USE STATEMENT

510(k) Number:   K121319

Device Names:   Zio® Patch

Indications for Use:

The Zio® Patch is a prescription-only, single-patient-use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety.

Prescription Use _____X_____          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)      AND/OR     (21 CFR 801 Subpart C)


(PLEASE DO NOT WRITE BELOW THIS LINE—CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)


(Division Sign-Off)
**Division of Cardiovascular Devices**

510(k) Number____R121319_____

# Exhibit 14



May 21, 2021

iRhythm Technologies, Inc.
Rey Jacinto
Sr. Manager, Regulatory Affairs
699 8th Street
San Francisco, California 94103

Re:  K202359
    Trade/Device Name:  Zio Monitor
    Regulation Number:  21 CFR 870.2800
    Regulation Name:  Medical Magnetic Tape Recorder
    Regulatory Class:  Class II
    Product Code:  DSH, MWJ
    Dated:  May 20, 2021
    Received:  May 21, 2021

Dear Rey Jacinto:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal

statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Jennifer Shih Kozen
Assistant Director
Division of Cardiac Electrophysiology,
   Diagnostics and Monitoring Devices
Office of Cardiovascular Devices
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Indications for Use

Form Approved: OMB No. 0910-0120
Expiration Date: 06/30/2023
*See PRA Statement below.*

510(k) Number *(if known)*
K202359

Device Name
Zio® Monitor

Indications for Use *(Describe)*
The Zio Monitor is a prescription-only, single-patient-use, ECG monitor that continuously records data for up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, lightheadedness, pre-syncope, syncope, fatigue or anxiety.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)       ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

## CONTINUE ON A SEPARATE PAGE IF NEEDED.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

**iRhythm Technologies, Inc.**                                        **Zio® monitor**
                                                                     **TRADITIONAL 510(k)**

Section 5
510(k) Summary

---

**510(k) Notification K202359**

**I.      General Information**

**Applicant:**

iRhythm Technologies, Inc.

699 8th Street, Suite 600

San Francisco, CA 94103 USA

Phone: 415-632-5700

Fax: 415-632-5701

**Contact Person:**

Rey Jacinto

Sr. Manager, Regulatory Affairs

Phone: 415-214-7440

Email: rey.jacinto@irhythmtech.com

**Date Prepared:** August 17, 2021

**II.     Device Information**

**Trade Name:**

Zio® monitor

**Generic/Common Name:**

Medical magnetic tape recorder

**Classification Names:**

Medical magnetic tape recorder [21CFR§870.2800]

**Regulatory Class:**

Class II

**Product Codes:**

DSH, Recorder, Magnetic Tape, Medical

MWJ, Electrocardiograph, Ambulatory (Without Analysis)

**III.    Predicate Devices**

The following predicate device has been selected:

**iRhythm Technologies, Inc.**                                    **Zio® monitor**
                                                                  **TRADITIONAL 510(k)**
Section 5
510(k) Summary

---

- iRhythm Technologies, Inc. Zio® XT Patch [K121319]

The following reference device has been selected:
- iRhythm Technologies, Inc. Zio® AT Patch [K181502]

## IV.    Indications for Use
The Indications for Use statement for the Zio monitor is as follows:

> The Zio monitor is a prescription-only, single-patient-use ECG monitor that continuously records data for up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, lightheadedness, pre-syncope, syncope, fatigue or anxiety.

## V.    Device Description
The Zio monitor is a non-sterile, single-patient-use, long-term ambulatory ECG monitor that is adhered to a patient's left pectoral region in a modified Lead II orientation. The goal of the Zio monitor is to help physicians initiate long-term, patient-compliant ECG monitoring utilizing proprietary technology.

The Zio monitor is applied and activated by the patient at home or at a clinic. Once activated, the device provides continuous, uninterrupted ECG recording into memory with minimal patient interaction. There is a button on the surface of the Zio monitor, which serves to activate the device and may be pressed by the patient during wear to indicate when he or she is experiencing a symptom. Additionally, there is a surface LED light that blinks green to confirm proper activation or that the device is working, and orange to indicate loss of connection with the skin or the presence of error conditions.

## VI.    Comparison of Technological Characteristics with Predicate Devices (Substantial Equivalence)
The Indications for Use statement for the Zio monitor are substantially equivalent to the cleared Indications for Use statement of the predicate device. Differences in the phrasing of the proposed Indications for Use statement from the predicate device are not critical to the intended use of the device, nor do they affect the substantial equivalence of the subject device relative to the predicate device (Section 12.3.2). Therefore, the subject device can be considered substantially equivalent to the predicate device.

The performance testing results demonstrate that the differences in the technological characteristics (i.e. reduced weight and power) between the devices do not raise any

new issues of safety or efficacy as compared to the predicate. Therefore, the Zio monitor is determined to be substantially equivalent to the predicate device.

A comparison table outlining the differences and similarities between the subject device and the predicate device is provided in Table 1.

**Table 1. Substantial Equivalence Summary Table**

| Feature | Subject Device: Zio® monitor | Predicate Device: Zio® XT Patch |
|---|---|---|
| **General Characteristics** | | |
| Classification | Class II: 21CFR870.2800 | Same |
| Product Code | DSH MWJ | DSH |
| Patient Environment | Ambulatory | Same |
| Patient Population | Non-pediatric, non-critical care patients | Same |
| **Technological Characteristics** | | |
| Event Trigger | Manually by patient | Same |
| Size | The Zio Monitor has a reduced form factor | |

**VII.    Performance Data**

There are no required FDA performance standards for the Zio monitor. All necessary performance testing was conducted on the Zio monitor to ensure performance as intended per specifications and to support a determination of substantial equivalence to the predicate device.

Nonclinical testing included:

- Mechanical verification testing
- Biocompatibility testing
- Firmware verification testing
- Electrical safety and EMC testing

The scope of the nonclinical testing summarized in Table 2 demonstrates that the Zio monitor is in conformance with FDA recognized consensus standards and FDA guidance documents.

**iRhythm Technologies, Inc.**

**Zio® monitor**
**TRADITIONAL 510(k)**

Section 5
510(k) Summary

**Table 2. FDA-Recognized Consensus Standards & Guidance Document Summary**

| FDA# | Body | Number / Version | Title |
|---|---|---|---|
| 5-40 | AAMI ANSI ISO | 14971:2012(R)2010 (Corrected 4 October 2017) | Medical Devices – Applications Of Risk Management To Medical Devices |
| 19-4 | AAMI ANSI | ES 60601-1:2005/(R)2012 and A1:2012, C1:2009/(R)2012 and A2:2010/(R)2012 | Medical Electrical Equipment – Part 1: General Requirements For Basic Safety And Essential Performance (IEC 60601-1:2005, MOD) |
| 19-8 | AAMI ANSI IEC | 60601-1-2:2014 | Medical Electrical Equipment -- Part 1-2: General Requirements for Basic Safety And Essential Performance -- Collateral Standard: Electromagnetic Disturbances -- Requirements And Tests |
| 19-6 | IEC | 60601-1-11 Edition 1.0 2010-04 [Including: Technical Corrigendum 1 (2011)] | Medical Electrical Equipment – Part 1-11: General Requirements For Basic Safety And Essential Performance – Collateral Standard: Requirements For Medical Electrical Equipment And Medical Electrical Systems Used In The Home Healthcare Environment |
| 3-127 | AAMI ANSI IEC | 60601-2-47:2012 | Medical Electrical Equipment -- Part 2-47: Particular Requirements For The Basic Safety And Essential Performance Of Ambulatory Electrocardiographic Systems |
| 2-220 | ISO | 10993-1:2009 | Biological evaluation of medical devices – Part 1: Evaluation and testing within a risk management process |
| 2-245 | ISO | 10993-5:2009 | Biological evaluation of medical devices – Part 5: Tests for in vitro cytotoxicity |
| 2-174 | ISO | 10993-10:2010 | Biological evaluation of medical devices – Part 10: Tests for irritation and skin sensitization |
| 13-79 | IEC | 62304 Edition 1.1 2015-06 CONSOLIDATED VERSION | Medical device software - Software life cycle processes |

| 5-113 | ASTM | D7386-16 | Standard Practice for Performance Testing of Packages for Single Delivery Systems |
| 5-99 | ASTM | D4332-14 | Standard Practice for Conditioning Containers, Packages, or Packaging Components for Testing |

**VIII.   Clinical Testing in Support of Substantial Equivalence Determination**
No clinical testing was performed in support of this premarket notification.

**IX.   Conclusion**
The results confirm by examination and provision of objective evidence that the design outputs met the design input requirements. The results of the nonclinical testing performed demonstrate that the Zio monitor meets the requirements of established conformance standards and performance specifications necessary for its intended use, and does not raise new questions of safety or effectiveness as compared to the predicate devices. The Zio monitor is substantially equivalent to the predicate device.

# Exhibit 15

11/29/23, 7:03 PM    Case 1:24-cv-00224-MN    Document 38-1    Filed 02/14/25    Page 234 of 872 PageID #:
2841
Behind the Design: How iRhythm Built Its New Zio Monitor





SIGN UP TODAY







CARDIOVASCULAR

# Behind the Design: How iRhythm Built Its New Zio Monitor

Miniaturization, usability considerations, and future proofing all informed the design of the company's latest wearable heart monitor.

**Amanda Pedersen**
October 4, 2023

8 Min Read



IMAGE COURTESY OF IRHYTHM



11/29/23, 7:05 PM    Case 1:24-cv-00224-MN    Document 38-1    Filed 02/14/25    Page 235 of 872 PageID #:
2842
Behind the Design: How iRhythm Built Its New Zio Monitor

 

iRhythm Technologies recently launched its next-generation Zio monitor and enhanced Zio long-term continuous monitoring service in the United States. The San Francisco, CA-based company touts an improved form factor with the new wearable heart monitoring device, which is 23% thinner, 62% lighter, and 72% smaller compared to previous generations of the technology.

But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.



*MD+DI*: What was motivation behind the design considerations for the new Zio monitor?

Day: It's not just about making it smaller, it's about the impact. The journey was really that we took a lot of the information that we've had and feedback from both patients and providers that we've received from the over 6 million Zio XT devices that we've manufactured, distributed, and serviced. And we took a really hard look at how we can improve that experience. So, that was the impetus. It is still, despite its fairly long tenure on the market now approaching the better part of 10 years, it's still an industry-leading diagnostic device with respect to its wear time and patient compliance, but we saw an opportunity to really improve it.



SPONSORED CONTENT

### Video: Medical Grade Adhesive for TPU Bonding

Master Bond has formulated UV17Med, a UV curable, medical grade adhesive challenging TPU to TPU bonding applications.

Brought to you by **Master Bond**

*MD+DI*: What design and engineering challenges had to be overcome to make the device so much smaller and yet still manufacturable?

From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves




ourselves to figure out how to miniaturize the device down to the level of one of these coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves.

*MD+DI*: That's really cool. Were there any other design changes or unique features added to this device compared to previous generations?

Day: I'd say we also learned a lot from our experience of how to attach circuit boards to a flexible housing. That was certainly another area that we'd already explored with the Zio XT device but could yet improve based on the feedback and what we saw both in our manufacturing as well as our intake experience from the device.

But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach.

So, we put perforations in the dermal adhesive assembly itself to allow that moisture to transpire in one direction to be able to handle that moisture creation more efficiently and frankly, from a performance perspective, more effectively, and more comfortably from a patient's perspective, which is that you don't have this kind of moist mass against you for a long period of time, it figures out how to kind of passively get the moisture away from the skin. And we think all of that is going to result in a more comfortable experience for the patient.







*MD+DI*: I noticed the [press release about the Zio monitor launch](#) mentioned the device has a waterproof housing, but then in the footnotes it basically said that doesn't mean the device should be submerged in water, so patients still have to be careful if they're in a bathtub or whatnot.

Day: In general, water and adhesives don't mix very well together. But the main reason [the device shouldn't be submerged in water] is because water conducts electricity, so it will actually short the electrodes when you are swimming or you otherwise submerge it, you will also impact the performance over time. You can do those things, but we don't recommend them, you won't get any ECG that's readable of that. And it can't do good things to the adhesive, it will probably shorten your wear time.

*MD+DI*: What other unique takeaways or design and engineering lessons can you take from this project that you might be able to apply to a future project?

Day: The other lesson that we put into this as well was to prepare for the future, in a lot of ways. In the time frame of the Zio XT device being commercialized we also introduced the Zio AT device, which looks similar to the Zio XT device (same form factor and size) but underneath the hood, the circuit board underneath that device between those two devices is different, one having Bluetooth the other not.

And really, as we look forward to what we think the future looks like for biosensors of all kinds is that they have a connected feature in them. And we'll have to work through the appropriate regulatory and reimbursement processes to see this fully change, but I would strongly suspect that in five to 10 years the idea of a wearable device that doesn't communicate with some type of back-end infrastructure during, say, a wear time of a cardiac arrhythmia patient, will not be competitive.








...All of this gets put into the engineering consideration of effectively looking at the landscape around you and trying to figure out what kind of technology you need to put into a hardware platform, because you don't want to be changing your hardware platform continuously, it's extremely costly for a business to invest in a new hardware platform ... So, you want to take an approach of making sure that you can design and develop a circuit board and frankly, an entire platform, that is future proof from the perspective of being connectable not just to our own infrastructure of say a gateway, a cellular gateway, but also a patient's phone. That just opens up all kinds of possibilities and optionality of the platform in the future so, we really designed this to not just perform well from a patients perspective, but also to enable this platform to be a true platform in the sense that the Zio monitor device that we just introduced and we're rolling out right now is really the first of a number of different device services, effectively, that we deliver off this platform.

    

## About the Author(s)



**Amanda Pedersen**

Amanda Pedersen is a veteran journalist and award-winning columnist with a passion for helping medical device professionals connect the dots between the medtech news of the day and the bigger picture. She has been covering the medtech industry since 2006.

Sign up for the QMED & MD+DI Daily newsletter.

SUBSCRIBE TODAY





## Recent Headlines



**Your AI Initiative Is Likely To Fail**

NOV 29, 2023

---

**Stratasys, Siemens Healthineers Partner For Medical Imaging Phantom Research Project**

NOV 28, 2023

---

**This Disappearing Heart Device Disappeared Altogether**

NOV 28, 2023

---

**Surviving The Headwinds In Medical Device Manufacturing**

NOV 28, 2023

---

SPONSORED CONTENT



**Video: Medical Grade Adhesive for TPU Bonding**

Master Bond has formulated UV17Med, a UV curable, medical grade adhesive for challenging TPU to TPU bonding applications.

Brought to you by **Master Bond**

11/29/23, 7:09 PM
Case 1:24-cv-00224-MN    Document 38-1    Filed 02/14/25    Page 240 of 872 PageID #: 2847
Behind the Design: How iRhythm Built Its New Zio Monitor







FEBRUARY 6-8, 2024
Anaheim Convention Center

LEARN MORE



## Our Network

Battery Technology

Design News

Packaging Digest

Plastics Today

Powder & Bulk Solids

Qmed+

## Connect

About

Advertise

FAQ

Content Licensing & Reprints

## Events

MD&M West

MD&M East

MD&M Minneapolis

MD&M South

BIOMEDevice Boston

BIOMEDevice Silicon Valley

More Events

## Join Us



SUBSCRIBE TODAY

## Follow Us



Copyright © 2023 All rights reserved. Informa Markets, a trading division of Informa PLC.

Accessibility    |    Privacy Policy    |    Cookie Policy    |    Terms of use    |    Visitor Terms and Conditions



# Exhibit 16




2122
JACC March 7, 2023
Volume 81, Issue 8, suppl A

## ☆ Spotlight on Special Topics

## INITIAL REAL WORLD AND CLINICAL EXPERIENCE OF THE NEXT GENERATION AMBULATORY ECG ZIO MONITOR: IMPLICATIONS FOR STANDARD AND EXTENDED WEAR MONITORING

Moderated Poster Contributions
Pulmonary Vascular Disease, Valvular Heart Disease, Special Topics Moderated Poster Theater 4_Hall F
Saturday, March 4, 2023, 1:30 p.m.-1:40 p.m.

---

Session Title: Innovation, Digital Health, and Technology Moderated Poster Session 1
Abstract Category: 60. Spotlight on Special Topics: Innovation, Digital Health, and Technology
Presentation Number: 1021-07

---

*Authors:* Jay H. Alexander, Mike Hsu, Jeffrey Ellis, ADINA MURESAN, Charlotte Bame, Alan Wilk, Lori Crosson, Kevin Clarkson, Mark Day, Mintu Turakhia, Judith C. Lenane, Highland Park Hospital, Bannockburn, IL, USA, iRhythm Technologies, Inc, San Francisco, CA, USA

**Background:** Bulky ambulatory ECG devices may result in reduced patient compliance; subsequent missing and/or incomplete data complicate clinical decision making. A lighter and more compliant next generation ECG monitor (Zio monitor; iRhythm Technologies Inc; San Francisco, CA) cleared by FDA in May 2021 has been launched to improve patient and provider experience. This report details the first wear and clinical experience of the monitor.

**Methods:** Commercial data were analyzed from 673 monitors prescribed by 75 US physicians. Wear metrics, analyzable data and clinical findings were determined. Additionally, 30 subjects enrolled in an IRB-approved, extended-wear validation study of safety and feasibility of 30-day wear.

**Results:** Zio monitors demonstrated high compliance and high quality ECG. Wear metrics and analyzable ECG were compared to national Zio XT prescriptions (Fig 1). Arrhythmia yield (AF ≥30 sec, SVT ≥90 bpm & ≥4 bt, VT ≥100 bpm & ≥4 bt, inc PVT/TdP/VF, Pause ≥3 s, and/or AVB (any 2nd Deg or CHB)) was 77.1% for Zio XT and 80.9% (p=0.0168) for Zio monitor.

30-day clinical data demonstrated high compliance and high analyzable ECG (Fig 1) with no clinically significant skin irritation. Extended wear monitoring yielded additional clinical findings beyond 14 days.

**Conclusion:** Post-clearance evaluations of this next generation ECG monitor showed consistent and even improved performance, with potential to greatly improve monitoring and decision making in complex patients.




|  | Standard Zio XT Commercial (n=262,287) | Next Gen Zio Monitor Commercial (n=673) | Extended Wear Monitor Clinical Study (n=30) |
|---|---|---|---|
| Prescribed Wear | 14 days | 14 days | 30 days |
| Mean Wear | 11.7 ± 3.6 days | 12.6 ± 2.7 days | 24.9 ± 9.3 days |
| Median Wear | 13.7 days | 13.9 days | 29.0 days |
| Mean/Median Analyzable ECG | 95.4% / 98.7% | 97.1% / 98.9% | 99.3% / 100% |
| Dimensions / Weight | 132 x 51 x 14mm 24.5g | 139.7 x 55.8 x 10.6mm 10g | |

**Comparison of Zio Monitor and Zio XT.** Analyzable ECG and wear measures were from Zio Monitors prescribed 5/10/22 to 9/9/22 compared to Zio XT prescribed 5/10/22 to 9/9/22 nationally. Dimensions and weight of devices are compared. Mean wear durations: p<0.0001 For Next Gen vs Zio XT; p<0.0001 for Extended Wear vs Next Gen; p<0.0001 for Extended Wear vs Zio XT.

# Exhibit 17



ZIO BY iRHYTHM    For Patients    For Providers    |    Company    Support    Provider Login    🔍



**TELEHEALTH & HOME ENROLLMENT WITH ZIO**

# Remote cardiac monitoring is simple with Zio.

Zio fits into telehealth workflows easily, and ensures your patients can get access to care without an office visit.

## Reduce Covid-19 exposure with Home Enrollment.

Home Enrollment allows patients to receive and apply their single-patient-use Zio monitor at home, rather than the clinic. This provides three key benefits:

|  |  |
|---|---|
| 1 | 2 |
| Reduces patient and staff exposure by eliminating | Eliminates need for cleaning or re-using |



**3**

Ensures that patients continue to receive access to necessary cardiac monitoring.



## How does it work?

**STAFF**
Orders a monitor to be sent to patient's home

**IRHYTHM**
Ships monitor to patient's home

**PATIENT**
Applies Zio monitor at home

Up to 14-day wear period

**PATIENT**
Returns monitor via pre-paid box

**IRHYTHM**
Analyses data, posts report online

**CLINICIAN**
Interprets report, diagnoses, and follows up with patient



# Home Enrollment patient compliance and performance on par with in-clinic application

| | DEVICES APPLIED IN CLINIC | APPLIED BY PATIENTS AT HOME |
|---|---|---|
| Mean wear duration (days) | 12.5 | 12.1 |
| Median wear duration (days) | 13.8 | 13.7 |
| Mean analyzable time | 95.1% | 95.4% |
| Median analyzable time | 98.4% | 98.4% |
| Mean age | 75.2 | 74.3 |
| Median age | 74.0 | 73.0 |

Data on file. Zio XT monitors prescribed for 14-day wear for age 65+. (Zio Database, iRhythm Technologies. 2019)

It's easy for your patients to apply a Zio monitor at home.



# Patient care at your fingertips with ZioSuite.

ZioSuite is an intuitive and comprehensive web portal and mobile app for healthcare professionals that enables remote care, and streamlines clinical workflows. With ZioSuite, you can:

- Register patients remotely

- Order monitors to be sent to patients for Home Enrollment

- View and interpret patient reports from anywhere



## Watch The Overview.

**HOW HEALTH SYSTEMS ARE UTILIZING TELEHEALTH**

Read how Spectrum Health is utilizing telehealth to create a new path forward for cardiovascular care of AFib patients in *Cardiology.*

**READ NOW**

See how a New York City medical center is thinking outside the box amid the chaos of COVID-19. Full webinar is now available for viewing.

**WATCH NOW**

## Home Enrollment FAQs

**WHAT IS HOME ENROLLMENT AND HOW DOES IT WORK?**

What is Home Enrollment? ＋

Why consider Home Enrollment? ＋

How do I activate Home Enrollment for my clinic? ＋



Can my clinic bill for the hook-up of the monitor and what are the appropriate CPT codes?    +

Is there a delay to receiving the patient report?    +

**PATIENT SUPPORT: HOW ARE MY PATIENTS EQUIPPED WITH THE RIGHT INFORMATION?**



How are patients registered?    +

Who ships the monitor to the patients?    +

How soon will patients receive their monitor?    +

Will patients receive proper application instructions?    +

How will my patients receive customer support?    +

Will patients wear the monitor?    +



Contact Us

What best describes your role?    ⌄



We're here for you.

Contact Customer Care 24/7

888-693-2401





# Exhibit 18

US 20080139953A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2008/0139953 A1**
Baker et al. (43) **Pub. Date:** **Jun. 12, 2008**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(75) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Laguna Niguel, CA (US); **Norbert Ohlenbusch**, Andover, MA (US); **Thomas P. Blackadar**, Natick, MA (US)

Correspondence Address:
**MARJAMA MULDOON BLASIAK & SULLI-VAN LLP**
**250 SOUTH CLINTON STREET, SUITE 300**
**SYRACUSE, NY 13202**

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

(21) Appl. No.: **11/591,619**

(22) Filed: **Nov. 1, 2006**

**Publication Classification**

(51) **Int. Cl.**
*A61B 5/04* (2006.01)

(52) **U.S. Cl.** ........................................................ **600/509**

(57) **ABSTRACT**

A body worn patient monitoring device includes at least one disposable module including a plurality of electrical connections to the body. The body worn patient monitoring device also includes at least one communication-computation module, the communication-computation module having at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals. A radio circuit communicates a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.



100
102
107
101
111
106
107



**FIG.1A**



**FIG.1B**



**FIG.1C**



**FIG.1D**



FIG.2

Patent Application Publication    Jun. 12, 2008  Sheet 3 of 14    US 2008/0139953 A1



FIG.3



FIG.4A

Case 1:24-cv-00224-MN    Document 38-1    Filed 02/14/25    Page 258 of 872 PageID #: 2865



**FIG.4B**



**FIG.4C**



**FIG.4D**



FIG.5



**FIG.6**



**FIG.7A**



**FIG.7B**



**FIG.8**



**FIG.8A**



FIG.9

FIG.10



**FIG.11**

**FIG.12**

- - - - - PHASE
———— MAGNITUDE    **FIG.13**



FIG.15



FIG.14



FIG.17



FIG.16A

FIG.16B

US 2008/0139953 A1

1

# BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

### FIELD OF THE INVENTION

[0001]    This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

### BACKGROUND OF THE INVENTION

[0002]    Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

[0003]    Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

[0004]    Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

[0005]    A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

[0006]    Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

[0007]    Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and trans-

mit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

[0008]    Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

[0009]    Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

### SUMMARY OF THE INVENTION

[0010]    According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

[0011]    According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first

material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0012]    For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

[0013]    FIG. **1**A shows an exemplary body worn physiological monitor having a disposable electrode module;

[0014]    FIG. **1**B shows a partially unassembled side view of the body worn physiological monitor of FIG. **1**A;

[0015]    FIG. **1**C shows an assembled side view of the body worn physiological monitor of FIG. **1**A;

[0016]    FIG. **1**D shows a bottom view of the body worn physiological monitor of FIG. **1**A;

[0017]    FIG. **2** shows an exploded perspective view of an exemplary body worn physiological monitor;

[0018]    FIG. **3** shows an exploded perspective view of an exemplary computation and communication module;

[0019]    FIG. **4**A shows an exemplary disposable unit flexible circuit board;

[0020]    FIG. **4**B shows a partial enlarged view of a portion of the flexible circuit board of FIG. **4**A, further showing an exemplary resistive trace having a fillet;

[0021]    FIG. **4**C shows a partial side elevated view of a portion of the flexible circuit board of FIG. **4**A, further showing an exemplary conductive surface overlaying a resistive material;

[0022]    FIG. **4**D shows a partial side elevational view of the circuit board of FIG. **4**A, further showing an exemplary conductive surface having a snap receptacle;

[0023]    FIG. **5** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

[0024]    FIG. **6** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

[0025]    FIG. **7**A shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

[0026]    FIG. **7**B shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

[0027]    FIG. **8** shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

[0028]    FIG. **8**A shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

[0029]    FIG. **9** shows an exemplary ESIS filter circuit topology with circuit protection;

[0030]    FIG. **10** shows an alternative circuit protection to that depicted in FIG. **9**;

[0031]    FIG. **11** shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

[0032]    FIG. **12** shows a circuit topology of a high pass filter useful for baseline restoration;

[0033]    FIG. **13** shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. **12**;

[0034]    FIG. **14** shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

[0035]    FIG. **15** shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

[0036]    FIG. **16**A symbolically shows resistive dots silk screened on a tray;

[0037]    FIG. **16**B shows a histogram of an exemplary resistive distribution of baked resistive dots; and

[0038]    FIG. **17** shows an exemplary ECG waveform.

[0039]    Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module **102**, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

## DETAILED DESCRIPTION

[0040]    A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike prior art heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

[0041]    FIGS. **1**A-**1**D depict various views of an exemplary body worn physiological monitor **100** having a communication and computation module **102** and a disposable electrode module **110**. In this exemplary embodiment, physiological monitor **100** is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor **100**.

[0042]    FIG. **1**A shows an exemplary top view of body worn physiological monitor **100**. A crescent shape allows the body worn physiological monitor **100** to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively provide multiple leads. By placing electrodes around the

body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

[0043] FIG. 1B shows a side elevated view of physiological monitor 100 having an exemplary attachment mechanism, such as a retention clip 104, to mechanically attach communications and computation module 102 to the top surface of the disposable electrode module 110. Flexible printed circuit layer 101 can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. 1A-1D) on flexible printed circuit layer 101 can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer 101, as well as to provide an aesthetic outer layer to make the body worn monitor 100 visually appealing.

[0044] FIG. 1C shows a side view of physiological monitor 100 in which the communications and computation module 102 has been affixed to disposable electrode module 110. FIG. 1D depicts a view of the underside of exemplary physiological monitor 100 showing one embodiment of disposable electrode module 110 having electrodes 109. In this embodiment, each electrode 109 comprises electrode gel 103 and conductive surface 404 (FIG. 4). Together, electrode gel 103 and conductive surface 404 create a half-cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface 404 can directly accept the electrode gel 103.

[0045] FIG. 2 shows an exploded assembly view of the exemplary body worn physiological monitor 100. As noted with regard to FIGS. 1A-1D, the body worn physiological monitor 100 includes a removable and reusable communications and computation module 102 and a disposable electrode module 110, the later including electrode gels 103 for ECG monitoring and batteries 204 to power communications and computation module 102. A flat planar insulating/adhesive member 105 includes a plurality of openings that are each sized to receive electrode gels 103. The insulating member 105 provides a bottom side cover for the flexible printed circuit layer 101 and augments adhesion to the human body. Electrode gel 103, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface 404 (FIG. 4) and the patient's skin.

[0046] Electrode gels 103 can adhere to a patient's skin. While electrode gel 103 is typically an adhesive electrode gel, the adhesion offered by electrode gels 103 alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor 100 to a patient. To achieve a better adhesion of body worn monitor 100 to a patient's skin, insulating/adhesive member 105 can be used to non-permanently affix body worn physiological monitor 100 to a patient. Thus, body worn monitor 100 can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. 1B and 1C (although not to scale), each of the electrode gels 103 extend sufficiently below adhesive layer

105 in order to ensure good electrical connection with a patient's skin surface (not shown). Tab 106, FIG. 1A, allows for easy removal of a protective backing 111 from adhesive layer 105.

[0047] Flexible printed circuit layer 101 can include contacts, such as battery clips (not shown), to receive and connect to batteries 204. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. 2, batteries 204 can be mounted under respective battery flaps 205 arranged on opposite sides of the flexible printed circuit layer 101. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries 204. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover 107 provides protection for batteries 204 as well as a surface to press upon when applying electrodes 103 to conductive surface 404. Retention clips 104 can comprise, for example, a plurality of spring fingers with latching clips. Retention clip 104, affixed to disposable electrode module 110, can be used to secure reusable communications and computation module 102 to disposable package 110. Reusable communications and computation module 102 is herein illustrated in a simplified representation, including cover 201, communications and computation printed circuit board assembly 202, and base 203.

[0048] FIG. 3 shows a mechanical view of an exemplary reusable communications and computation module 102, as well as a preferred method for making an electrical connection between flexible printed circuit layer 101 in disposable electrical module 110 and communications and computation printed circuit board assembly 202 situated in reusable communications and computation module 102. In this exemplary embodiment, communications and computation printed circuit board assembly 202 can include a plurality of press fit and/or soldered conductive sockets 301 for receiving electrical plug 302, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug 302 can correspond to an electrical connection pad on flexible printed circuit layer 101. A row of mechanical sockets 303 can receive the multi-pin row of plug 302. Thus, an electrical connection can be made between each pad of flexible printed circuit layer 101 having a conductive post on plug 302 and each corresponding conductive socket 301 on communications and computation printed circuit board assembly 202. Posts 304 can align and secure each of the cover 201, communications and computation printed circuit board assembly 202, and base 203. Note that in FIG. 3, a simplified drawing of cover 201 omits slots to receive retention clip 104 to affix communications and computation module 102 to disposable package 110. A body worn monitor 100 would typically also include retention clip 104 FIG. 2, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module 102 and disposable electrode module 110.

[0049] FIG. 4A shows one embodiment of flexible circuit board 101 in an expanded (e.g. unassembled) view. Flexible circuit board 101 is formed on a substrate 406. Substrate 406 can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery 204 can be mounted adjacent to an conductive surface 404. Conductive gel 103

US 2008/0139953 A1

Jun. 12, 2008

4

(not shown in FIG. 4) can be mounted on the exposed conductive side of a conductive surface 404.

[0050]  Conductive surface 404 can also be viewed as the electrode portion of a half cell and electrode gel 103 can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface 404 and an electrolyte layer (e.g., electrode gel 103) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "109") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode 109 comprises conductive surface 404 and electrode gel 103.

[0051]  Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

[0052]  For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

[0053]  One exemplary electrode gel 103 suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface 404 creates the electrode portion of the half-cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

[0054]  As depicted herein on the exemplary circuit layout, two batteries 304 can be connected in series, with one polarity being made available at connection pad 407 from battery connection 402, battery connection 401 creating the series connection between the two batteries, and connection pad 410 providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module 102.

[0055]  Connection pads 408 and 409 electrically couple the signals from electrode gels 103 (not shown in FIGS. 4A-4D) via conductive surface 404 and resistive traces 412 to electrical plug 302 (not shown in FIGS. 4A-4D). Electrode contact pad 405 can be connected via resistive trace 413 to connection pad 411 to provide a direct-connected reference electrode (not shown in FIGS. 4A-4D). Traces 412 extending between conductive surface 404 and connection pads 408 and 409 and trace 413 extending between conductive surface 405 and connection pad 411 can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

[0056]  Resistive traces on flexible circuit board layer 101 replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor 100 remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor 100 from electrodes 109, FIG. 1D (electrodes 109 including conductive surface 404 and electrode gel 103).

[0057]  It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces 412 and 413 will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of $4*k*T*R*BW$, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than $30 \mu V$ peak-to-valley.

[0058]  Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

[0059]  In developing resistive traces for use on a flexible printed circuit layer 101, typically formed on a Mylar substrate 406, such as shown in FIG. 4A, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 kΩ"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces 412, the length needed for a trace run, as between conductive surface 404 and connection point 409, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

[0060]  Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface 404. Arcing was also observed to occur between the end section of the carbon trace and conductive surface 404. (Electrode gels 103 create the conductive path to the patient through conductive surface 404 and a layer of conductive gel.)

[0061]    According to one solution to the above noted arcing problem, as shown in FIG. **4**B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

[0062]    An alternative solution to the arcing problem is shown in FIG. **4**C, wherein carbon can be laid down beyond the trace (**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the carbon layer residing between conductive surface **404** and the Mylar substrate used as flexible circuit board **101**). Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

[0063]    Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

[0064]    In an alternate embodiment, as depicted in FIG. **4**D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

[0065]    Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90T screen mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

[0066]    Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

[0067]    FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a

fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

[0068]    The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater ΔR/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

[0069]    FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. **1**D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. **4**). Connector **502** serves to electrically couple communications and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. **1**) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

[0070]    Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

[0071]    A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "μP" or "μC". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

[0072]    Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

[0073]    Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heart beat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

[0074]    FIG. **17** shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the

intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

[0075] Generally, power source **515** can include one or more "button" cells typically disposed on disposable electrode module **110**; however, the block diagram of FIG. **6** shows an embodiment of a body worn physiological monitor **100** where power is supplied by a power source located on, or connected to communications and computation module **102** instead of residing within disposable electrode module **110**.

[0076] Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor **100** to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to acquiring every sample as it is taken.

[0077] Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

[0078] FIG. **7A** shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR. In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7A**) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**. Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

[0079] In another embodiment as shown in FIG. **7B**, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

[0080] In yet another version of a directly connected electrode **701**, as shown in FIG. **8A**, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7A**. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8A**. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode **1** and **2** (exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The inverting low pass filter built around OpAmp **812** inverts the averaged common mode pickup signal (at electrodes **1** and **2**) and applies that signal out of phase (180 degree phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common mode signals at electrodes **1** and **2** within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

[0081] It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor (μP) **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

[0082] FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from

8

appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

[0083] ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C**1**). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

[0084] Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99** or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

[0085] The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

[0086] FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

[0087] PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

[0088] A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

[0089] FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

9

[0090]    FIG. 12 shows a high pass filter (HPF) suitable for use in ECG circuits block 510. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocuatery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. 12 is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R2'. Alternatively, S1 can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of S1 should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. 13 further illustrate the performance of the exemplary filter of FIG. 12. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. 13, graph A represents a raw input signal. FIG. 13, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R2' is switching in or if C is duty cycled.

[0091]    Another method to achieve this frequency change is to use digital filters implemented on Microprocessor 512 to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor 512 to trigger the test circuit 906 to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. 13, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. 13, graph E), resulting in the frequency response displayed in FIG. 13, graph G. A high pass filter suitable for use in ECG circuits block 510 can be implemented in full or in part by software that can run on microprocessor 512.

[0092]    FIG. 14 shows how a body worn monitor 100 configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position 1401. An alternative position 1402 can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position 1401 to be less desirable. Also, body worn monitor 100 can be affixed to the side of patient 703 (similar to a measurement made by a conventional ECG "V" lead) or back of a patient 703 (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor 100 can be placed to pick a particular vector that can be traversed by the electrodes 109. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

[0093]    While illustrated with an internal battery, it is important to note that a body worn physiological monitor 100 can be powered by either an internal power source only, an external power source only, or by an internal or an external power

source. An internal power source can be a renewable power source, such as a rechargeable battery.

[0094]    Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module 102. The open circuit voltage of a Seebeck device is given by $V = S \Delta T$, in which S is the Seebeck coefficient in volts/° K and $\Delta T$ is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module 102 from a Seebeck device that is of the same size as the computation and communication module 102. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

[0095]    Returning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a 0 as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

[0096]    Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only

US 2008/0139953 A1                                                      Jun. 12, 2008

10

the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

[0097]    While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

[0098]    Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

[0099]    In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

[0100]    Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

[0101]    While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

We claim:

1. A body worn patient monitoring device comprising:

at least one disposable module including a plurality of electrical connections, the electrical connections couplable to a skin surface to measure physiological signals, the at least one disposable module including a disposable module connector;

at least one internal or external power source to power the body worn patient monitoring device; and

at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector, the communication-computation module including at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate an unprocessed physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module and the body worn patient monitoring device including the at least one disposable module and the at least one communication-computation module is directly non-permanently affixed to the skin surface of the patient.

2. The body worn device of claim 1, wherein the plurality of electrical connections to the body comprise at least one of direct electrical connections to the body and indirect electrical connections to the body.

3. The body worn device of claim 2, wherein the indirect electrical connections to the body comprise capacitive connections to the body.

4. The body worn device of claim 1, wherein the body worn patient monitoring device comprises an ECG monitor and at least two of the electrical connections are ECG electrodes.

5. The body worn device of claim 4, wherein the ECG electrodes comprise a material screened onto a flexible substrate.

6. The body worn device of claim 5, further comprising at least one series current-limiting resistor to protect the communication-computation module during a patient defibrillation event.

7. The body worn device of claim 6, wherein the least one series current-limiting resistor comprises a resistor screened on the flexible substrate.

8. The body worn device of claim 7, wherein the mechanical interface from the at least one series current-limiting resistor to the ECG electrode includes a filleted edge.

9. The body worn device of claim 7, wherein the mechanical interface from the at least one series current-limiting resistor to the ECG electrode comprises overlapped layers.

**10**. The body worn device of claim **9**, wherein the overlapped layers comprise a carbon resistive layer screened over a conductive surface, the carbon resistive layer having substantially the same shape as the conductive surface.

**11**. The body worn device of claim **6**, further comprising an insulating material overlaying the at least one series current-limiting resistor to prevent arcing.

**12**. The body worn device of claim **5**, wherein the ECG electrodes are formed substantially in the shape of an annulus.

**13**. The body worn device of claim **12**, wherein the annulus comprises a conductive ink.

**14**. The body worn device of claim **5**, wherein the substrate is shaped to allow placement on the patient to monitor at least one of a set of standard ECG vectors while simultaneously reducing motion and muscle artifact in the corresponding ECG vector signal.

**15**. The body worn device of claim **1**, wherein the at least one power source is a renewable power source internal to the body worn device.

**16**. The body worn device of claim **1**, wherein the at least one power source comprises a rechargeable battery or a one time use battery.

**17**. The body worn device of claim **1**, wherein the at least one power source is a battery contained within said disposable module.

**18**. The body worn device of claim **1**, wherein the at least one power source is a Seebeck device.

**19**. The body worn device of claim **1**, wherein one of the electrical connections is a reference electrode that can be used to improve common mode rejection (CMR).

**20**. The body worn device of claim **1**, further comprising a virtual electrode as a reference electrode to improve CMR.

**21**. The body worn device of claim **20**, wherein the virtual electrode is an electrode situated near the skin of the patient, but not directly connected to the skin.

**22**. The body worn device of claim **20**, wherein the virtual electrode comprises a capacitive coupling of a body of the communication-computation module to the skin surface of the patient to reduce power line frequency interference.

**23**. The body worn device of claim **20**, including a reference electrode switch for selectively choosing between using the virtual electrode as the reference electrode and a directly connected electrode as the reference electrode and wherein when the reference electrode switch selects the virtual electrode, the directly connected electrode can be used as an additional ECG electrode.

**24**. The body worn device of claim **20**, wherein the reference electrode is a passive electrical connection or the reference electrode is actively driven.

**25**. The body worn device of claim **1**, wherein the communication-computation module includes a pacer detection circuit.

**26**. The body worn device of claim **25**, wherein the pacer detection circuit generates a microprocessor interrupt to inform the microprocessor that a pacer event occurred.

**27**. The body worn device of claim **26**, wherein the microprocessor interrupt is used to mark a corresponding physiological signal in time as related to a pacer event.

**28**. The body worn device of claim **26**, wherein the device automatically determines if a patient has a pacemaker and only enables the pacer detect circuit when a pacemaker is present.

**29**. The body worn device of claim **26**, wherein the device is configured by an external input to enable or disable the pacer detect circuit.

**30**. The body worn device of claim **1**, wherein the body worn device includes circuit protection to allow the device to survive multiple defibrillation cycles of at least 360 joules.

**31**. The body worn device of claim **30**, wherein the circuit protection comprises a gas discharge tube or a plurality of diodes to clamp or limit the signals from the electrical connections.

**32**. The body worn device of claim **30**, wherein a plurality of components of the circuit protection are distributed between the disposable module and the communication-computation module.

**33**. The body worn device of claim **1**, further comprising a high pass filter with a selectable corner frequency to filter the physiological signals.

**34**. The body worn device of claim **33**, wherein the corner frequency is selected by a switch selectable resistance.

**35**. The body worn device of claim **33**, wherein the corner frequency is selected by one or more switching capacitors switched a rate higher than the corner frequency of a low pass anti-aliasing filter.

**36**. The body worn device of claim **33**, wherein the high pass filter is implemented in software running on the microprocessor.

**37**. The body worn device of claim **1**, wherein the body worn device self checks a pacer detection circuit by injecting a simulated pacer pulse into a front end amplifier to stimulate the pacer detection circuit by simulating the presence of a patient's pace maker.

**38**. The body worn device of claim **1**, wherein the communication-computation module includes circuit components to detect failure of contact of one or more of the electrical connections with the skin surface of the patient.

**39**. The body worn device of claim **1**, wherein the communication-computation module is protected from external high energy signals by electro-surgical isolation suppression circuits.

**40**. The body worn device of claim **1**, wherein the microprocessor automatically enters a sleep mode during a conversion cycle of an analog to digital converter (ADC) to minimize noise pickup from digital circuits on the body worn device.

**41**. The body worn device of claim **1**, wherein an algorithm running on a microprocessor in the body worn device causes the body worn device to enter a low power mode that disables at least one circuit of the body worn device, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heart beat, to save power.

**42**. The body worn device of claim **4**, including an ESIS filter having a low enough corner frequency such that the energy from a pacer pulse is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the sample rate and the pacer pulse occurs between samples.

**43**. The body worn device of claim **1**, wherein neon bulbs connected from the physiological sensors to an electronics common (ground) protect one or more internal circuits of the communication-computation module from a defibrillation pulse.

**44**. The body worn device of claim **1**, wherein a plurality of diodes disposed between the physiological sensors and an

12

electronics common (ground) protect one or more internal circuits of the communication-computation module from a defibrillation pulse.

**45**. A method of providing high voltage circuit protection for a body worn monitor comprising the steps of:
   providing a substrate that supports one or more electrical connections to a patient's body;
   determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate;
   determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate;
   printing the first material onto the substrate; and
   printing the second material onto the substrate wherein at least part of the second the material overlays the first material.

**46**. The method of claim **45**, wherein both of the steps of determining a print pattern and thickness of both the first and second materials comprise the additional steps of determining a print pattern and thickness of both the first and second materials, including a filleted section.

**47**. The method of claim **45**, wherein both of the steps of determining a print pattern and thickness of both the first and second materials comprise the further steps of determining a print pattern and thickness of both the first and second materials to achieve a total resistance value.

**48**. The method of claim **45**, wherein both of the steps of determining a print pattern and thickness of both the first and second materials comprise the further steps of determining a print pattern and thickness of both the first and second materials to achieve a spacing between two or more electrical traces of the print pattern, and applying an insulating layer after the step of printing of the second material.

**49**. An ECG monitor comprising:
   a plurality of electrical connections including at least one electrode, the electrical connections being couplable to a skin surface to measure patient heartbeat signals;
   at least one internal or external power source to power the ECG monitor;
   at least one current-limiting defibrillation protection resistor, said at least one current-limiting defibrillation protection resistor comprising a resistor screened onto a substrate; and
   an ECG electronics module, to receive and process patient heartbeat signals from said plurality of electrical connections, wherein said at least one current-limiting defibrillation protection resistor is electrically disposed between at least one of said plurality of electrical connections and said ECG electronics module.

**50**. The ECG monitor of claim **49**, wherein said at least one current-limiting defibrillation protection resistor comprises a resistor screened onto a flexible substrate.

**51**. The ECG monitor of claim **49**, wherein a mechanical interface is defined from said at least one series current-limiting resistor to said at least one ECG electrode, said mechanical interface including a filleted edge.

**52**. The ECG monitor of claim **49**, wherein a mechanical interface is defined from the at least one series current-limiting resistor to said at least one ECG electrode, said mechanical interface including a plurality of overlapped layers.

**53**. The ECG monitor of claim **52**, wherein said plurality of overlapped layers comprise a carbon resistive layer screened over a conductive surface, the carbon resistive layer having substantially the same shape as said conductive surface.

**54**. An ECG monitor comprising:
   a plurality of electrical connections, said plurality of electrical connections being couplable to a skin surface to measure patient heartbeat signals;
   at least one internal or external power source to power the ECG monitor; and
   an ECG electronics module to receive and process patient heartbeat signals from said plurality of electrical connections and including a pacer detect circuit to detect the presence or absence of a pacemaker, said ECG electronics module drawing power as an electrical load on said power source wherein said pacer detect circuit, upon detection of the absence of a pacemaker signal in a patient being monitored by the ECG monitor, causes said ECG electronics module to disable said pacer detect circuit in order to reduce said electrical load on said power source.

**55**. The ECG monitor of claim **54**, wherein said power source is a battery.

**56**. A method to improve ECG signal high pass filtering including the steps of:
   providing an ECG monitor having a programmed microprocessor and a plurality of electrical connections to measure patient heartbeat signals;
   filtering said measured heartbeat signals with an analog high pass filter having a analog high pass cutoff frequency;
   removing the effects of said analog high pass filter with a digital inverse filter algorithm resulting in substantially unfiltered heartbeat signals;
   filtering said substantially unfiltered heartbeat signals digitally using a digital filter having a digital high pass filter cutoff frequency lower than said analog cutoff frequency.

**57**. The method of claim **56**, wherein the step of filtering said measured heartbeat signals with an analog high pass filter comprises the step of filtering said measured physiological signals with an analog high pass filter having a 0.5 Hz analog high pass cutoff frequency, and the step of filtering said substantially unfiltered heartbeat signals digitally comprises the step of filtering said substantially unfiltered heartbeat signals digitally using a digital filter having a digital 0.05 Hz high pass filter cutoff frequency.

**58**. An ECG monitor comprising:
   a plurality of electrical connections, said electrical connections being couplable to a skin surface to measure patient heartbeat signals;
   at least one internal or external power source to power the ECG monitor; and
   an ECG electronics module to receive and process heartbeat signals from said plurality of electrical connections, said ECG electronics module drawing power as an electrical load on said power source, said ECG electronics module including a microprocessor to process heartbeat signals, wherein an algorithm running on said microprocessor causes the ECG monitor to enter a low power mode that disables at least one circuit of the ECG electronics module, from the end of a "T wave" at the end of one heartbeat to the beginning of a "P wave" at the beginning of the next heartbeat, in order to reduce said electrical load on said power source.

* * * * *

# Exhibit 19

US008538503B2

## (12) United States Patent
Kumar et al.

(10) Patent No.: **US 8,538,503 B2**
(45) Date of Patent: **Sep. 17, 2013**

(54) **DEVICE FEATURES AND DESIGN ELEMENTS FOR LONG-TERM ADHESION**

(75) Inventors: **Uday N. Kumar**, San Francisco, CA (US); **Peter H. Livingston**, San Francisco, CA (US); **Mark J. Day**, San Francisco, CA (US); **Shena H. Park**, San Francisco, CA (US); **William F. Willis**, San Francisco, CA (US); **William H. Righter**, San Francisco, CA (US); **Tim Bahney**, San Francisco, CA (US)

(73) Assignee: **iRhythm Technologies, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/563,546**

(22) Filed: **Jul. 31, 2012**

(65) **Prior Publication Data**

US 2012/0310070 A1    Dec. 6, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/106,750, filed on May 12, 2011.

(60) Provisional application No. 61/334,081, filed on May 12, 2010.

(51) **Int. Cl.**
*A61B 5/0408* (2006.01)

(52) **U.S. Cl.**
USPC ........................... 600/391; 600/382; 600/393

(58) **Field of Classification Search**
USPC ................. 600/372, 382, 391, 392, 393, 509
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,215,136 A | 11/1965 | Holter et al. |
| 3,547,107 A | 12/1970 | Chapman et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | WO 01/16607 A2 | 3/2001 |
| WO | WO 2007/049080 A1 | 3/2007 |

(Continued)

OTHER PUBLICATIONS

3M Corporation, "3M Surgical Tapes—Choose the Correct Tape" quicksheet (2004).*

(Continued)

*Primary Examiner* — Lee S Cohen
*Assistant Examiner* — Erin M Cardinal
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

An electronic device for long-term adhesion to a mammal includes a housing with an electronic component. The electronic device may include a first wing and a second wing, each being integrally formed with the housing. An electrode is positioned on a bottom surface of each of the wings, the electrodes electrically connected to the electronic component. An adhesive layer is provided for adhesion to a surface of the mammal. The adhesive layer may cover a portion of the bottom surfaces of the wings but generally does not cover the electrode or a bottom surface of the housing. A method of applying an electronic device to a mammal includes removing first and second adhesive covers from first and second wings of the electronic device to expose an electrode and an adhesive coated on a bottom surface of each wing.

**17 Claims, 11 Drawing Sheets**



**US 8,538,503 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,121,573 | A * | 10/1978 | Crovella et al. ............... 600/382 |
| 4,123,785 | A | 10/1978 | Cherry et al. |
| 4,274,420 | A | 6/1981 | Hymes |
| 4,333,475 | A | 6/1982 | Moreno et al. |
| 4,535,783 | A | 8/1985 | Marangoni |
| 4,736,752 | A | 4/1988 | Munck et al. |
| 4,981,141 | A | 1/1991 | Segalowitz |
| 5,027,824 | A | 7/1991 | Dougherty et al. |
| 5,086,778 | A | 2/1992 | Mueller et al. |
| 5,205,295 | A | 4/1993 | Del Mar et al. |
| 5,228,450 | A | 7/1993 | Sellers |
| 5,483,967 | A | 1/1996 | Ohtake |
| 5,489,624 | A | 2/1996 | Kantner et al. |
| 5,511,553 | A | 4/1996 | Segalowitz |
| 5,536,768 | A | 7/1996 | Kantner et al. |
| 5,626,140 | A | 5/1997 | Feldman et al. |
| 5,634,468 | A | 6/1997 | Platt et al. |
| 5,645,068 | A | 7/1997 | Mezack et al. |
| 5,730,143 | A | 3/1998 | Schwarzberg |
| 5,749,365 | A | 5/1998 | Magill |
| 5,957,854 | A * | 9/1999 | Besson et al. ............... 600/509 |
| 6,093,146 | A | 7/2000 | Filangeri |
| 6,102,856 | A | 8/2000 | Groff et al. |
| 6,117,077 | A * | 9/2000 | Del Mar et al. ............... 600/301 |
| 6,134,480 | A | 10/2000 | Minogue |
| 6,161,036 | A * | 12/2000 | Matsumura et al. .......... 600/509 |
| 6,169,915 | B1 | 1/2001 | Krumbiegel et al. |
| 6,178,357 | B1 * | 1/2001 | Gliner et al. ............... 607/142 |
| 6,200,265 | B1 | 3/2001 | Walsh et al. |
| 6,232,366 | B1 | 5/2001 | Wang et al. |
| 6,238,338 | B1 | 5/2001 | DeLuca et al. |
| 6,385,473 | B1 | 5/2002 | Haines et al. |
| 6,416,471 | B1 | 7/2002 | Kumar et al. |
| 6,454,708 | B1 | 9/2002 | Ferguson et al. |
| 6,456,872 | B1 | 9/2002 | Faisandier |
| 6,510,339 | B2 | 1/2003 | Kovtun et al. |
| 6,546,285 | B1 | 4/2003 | Owen et al. |
| 6,580,942 | B1 | 6/2003 | Willshire |
| 6,585,707 | B2 * | 7/2003 | Cabiri et al. ............... 604/307 |
| 6,589,187 | B1 | 7/2003 | Dirnberger et al. |
| 6,605,046 | B1 | 8/2003 | Del Mar |
| 6,690,959 | B2 | 2/2004 | Thompson |
| 6,701,184 | B2 | 3/2004 | Henkin |
| 6,775,566 | B2 | 8/2004 | Nissila |
| 6,801,802 | B2 | 10/2004 | Sitzman et al. |
| 6,881,191 | B2 * | 4/2005 | Oakley et al. ............... 600/483 |
| 6,893,396 | B2 | 5/2005 | Schulze et al. |
| 6,954,163 | B2 | 10/2005 | Toumazou et al. |
| 7,020,508 | B2 | 3/2006 | Stivoric et al. |
| 7,072,708 | B1 | 7/2006 | Andresen et al. |
| 7,072,709 | B2 | 7/2006 | Xue |
| 7,076,283 | B2 | 7/2006 | Cho et al. |
| 7,076,287 | B2 | 7/2006 | Rowlandson |
| 7,076,288 | B2 | 7/2006 | Skinner |
| 7,076,289 | B2 | 7/2006 | Sarkar et al. |
| 7,079,977 | B2 | 7/2006 | Osorio et al. |
| 7,082,327 | B2 | 7/2006 | Houben |
| 7,193,264 | B2 | 3/2007 | Lande |
| 7,266,361 | B2 | 9/2007 | Burdett |
| 7,502,643 | B2 | 3/2009 | Farringdon et al. |
| 7,630,756 | B2 | 12/2009 | Linker |
| 8,116,841 | B2 * | 2/2012 | Bly et al. ............... 600/391 |
| 8,249,686 | B2 | 8/2012 | Libbus et al. |
| 8,285,356 | B2 | 10/2012 | Bly et al. |
| 8,326,407 | B2 | 12/2012 | Linker |
| 8,374,688 | B2 | 2/2013 | Libbus et al. |
| 2002/0082491 | A1 * | 6/2002 | Nissila ............... 600/391 |
| 2003/0069510 | A1 | 4/2003 | Semler |
| 2003/0083559 | A1 | 5/2003 | Thompson |
| 2004/0032957 | A1 | 2/2004 | Mansy et al. |
| 2004/0215091 | A1 | 10/2004 | Lohman et al. |
| 2005/0101875 | A1 | 5/2005 | Semler et al. |
| 2005/0165323 | A1 | 7/2005 | Montgomery et al. |
| 2005/0277841 | A1 | 12/2005 | Shennib |

| | | | |
|---|---|---|---|
| 2006/0030781 | A1 | 2/2006 | Shennib |
| 2006/0030782 | A1 | 2/2006 | Shennib |
| 2006/0047215 | A1 | 3/2006 | Newman et al. |
| 2006/0084883 | A1 | 4/2006 | Linker |
| 2006/0142648 | A1 | 6/2006 | Banet et al. |
| 2006/0142654 | A1 | 6/2006 | Rytky |
| 2006/0149156 | A1 | 7/2006 | Cochran et al. |
| 2006/0155173 | A1 | 7/2006 | Anttila et al. |
| 2006/0155183 | A1 | 7/2006 | Kroecker et al. |
| 2006/0155199 | A1 | 7/2006 | Logier et al. |
| 2006/0155200 | A1 | 7/2006 | Ng et al. |
| 2006/0161064 | A1 | 7/2006 | Watrous et al. |
| 2006/0161065 | A1 | 7/2006 | Elion |
| 2006/0161066 | A1 | 7/2006 | Elion |
| 2006/0161067 | A1 | 7/2006 | Elion |
| 2006/0161068 | A1 | 7/2006 | Hastings et al. |
| 2006/0224072 | A1 | 10/2006 | Shennib |
| 2006/0264767 | A1 | 11/2006 | Shennib |
| 2007/0003695 | A1 | 1/2007 | Tregub et al. |
| 2007/0225611 | A1 | 9/2007 | Kumar et al. |
| 2007/0249946 | A1 | 10/2007 | Kumar et al. |
| 2007/0255153 | A1 | 11/2007 | Kumar et al. |
| 2007/0270678 | A1 * | 11/2007 | Fadem et al. ............... 600/372 |
| 2008/0091089 | A1 | 4/2008 | Guillory et al. |
| 2008/0139953 | A1 * | 6/2008 | Baker et al. ............... 600/509 |
| 2008/0275327 | A1 * | 11/2008 | Faarbaek et al. ...... 600/382 |
| 2008/0288026 | A1 * | 11/2008 | Cross et al. ............... 607/60 |
| 2009/0076340 | A1 | 3/2009 | Libbus et al. |
| 2010/0056881 | A1 * | 3/2010 | Libbus et al. ...... 600/301 |
| 2010/0081913 | A1 * | 4/2010 | Cross et al. ...... 600/386 |
| 2012/0071730 | A1 | 3/2012 | Romero |
| 2012/0108917 | A1 | 5/2012 | Libbus et al. |
| 2012/0108920 | A1 | 5/2012 | Bly et al. |
| 2012/0172676 | A1 | 7/2012 | Penders et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2007/036748 A2 | 4/2007 |
| WO | WO 2007/072069 A2 | 6/2007 |
| WO | WO 2011/077097 | 6/2011 |
| WO | WO 2012/009453 | 1/2012 |

OTHER PUBLICATIONS

Scapa Medical product listing and desriptions (2008) available at http://www.caapana.com/productlist.jsp and http://www.metplus.co.rs/pdf/prospekti/Samolepljivemedicinsketrake.pdf; retrieved via WayBack Machine Sep. 24, 2012.*
Del Mar et al.; The history of clinical holter monitoring; A.N.E.; vol. 10; No. 2; pp. 226-230; Apr. 2005.
Enseleit et al.; Long-term continuous external electrocardiographic recording: a review; Europspace; vol. 8; pp. 255-266; 2006.
Hoefman et al.; Optimal duration of event recording for diagnosis of arrhythmias in patients with palpitations and light-headedness in the general practice; Family Practice; Dec. 7, 2006.
Kennedy et al.; The history, science, and innovation of holter technology; A.N.E.; vol. 11; No. 1; pp. 85-84; 2006.
Reiffel et al., Comparison of autotriggered memory loop recorders versus standard loop recorders versus 24-hour holer monitors for arrhythmia detection; Am. J. Cardiology; vol. 95; pp. 1055-1059; May 1, 2005.
Ward et al., Assessment of the diagnostic value of 24-hou ambulatory electrocardiographic monitoring; Biotelemetry Patient monitoring; vol. 7; 1980.
Ziegler et al; Comparison of continuous versus intermittent monitoring of atrial arrhythmias; Heart Rhythm; vol. 3; No. 12; pp. 1445-1452; Dec. 2006.
Zimetbaum et al., The evolving role of ambulatory arrhythmia monitoring in general clinic practice; Ann. Intern. Med.; vol. 130; pp. 848-8556; 1999.
Zimetbaum et al; Utility of patient-activated cardiac event recorders in general clinical practice; The Amer. J. of Cardiology; vol. 79; Feb. 1, 1997.

* cited by examiner



FIG. 1



FIG. 1A







105

102

124

108

126

104

106

FIG. 1F

U.S. Patent          Sep. 17, 2013          Sheet 5 of 11          US 8,538,503 B2



FIG. 2A

FIG. 2B

FIG. 2C



FIG. 3

FIG. 4A

FIG. 4B



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6A



FIG. 6B



FIG. 7A

FIG. 7B

FIG. 8A

FIG. 8B



FIG. 9A

FIG. 9B



FIG. 10A

FIG. 10B



US 8,538,503 B2

**1**

## DEVICE FEATURES AND DESIGN ELEMENTS FOR LONG-TERM ADHESION

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/106,750, filed May 12, 2011, which claims priority to U.S. Provisional Patent Application No. 61/334,081, filed May 12, 2010, entitled "Device Features and Design Elements for Long-Term Adhesion," which is incorporated by reference as if fully set forth herein.

### INCORPORATION BY REFERENCE

All publications and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

### FIELD OF THE INVENTION

This application relates to devices worn on a body for monitoring, recording, reporting and/or treating the person wearing the device. Improvements in the device design elements and functionality are disclosed for maintaining the device in contact with and operational for extended periods of time, typically longer than 24 hours.

### BACKGROUND OF THE INVENTION

The ability to adhere a medical device to a human body for a long-period of time is dependent on a variety of factors. In addition to the type and nature of the adhesive chosen, another factor is the mechanical design of the device. By design, this refers to, but is not limited to, the device shape, size, weight, flexibility, and rigidity. These design elements are influenced by a number of additional factors, including, but not limited to, where on the body the device will attach and the duration of the attachment, moisture conditions in that area, movement conditions in that area, stretching and contraction in that area, interactions with external factors in that area such as clothing, and purposeful and/or inadvertent interaction between the person wearing the device and the device.

As many are typically used on the body for less than 24 hours, devices have not been designed that can withstand longer-term adhesion. Hence, there is a need to implement device features and design elements that have the ability to enhance the likelihood of adhesion of a device to a human body for 24 hours or more, while accommodating the functionality, shape, size, weight, flexibility, and rigidity of a given device.

### SUMMARY

In one aspect of the invention, there is an electronic device for long-term adhesion to a mammal. The device has a housing containing an electronic component with a first wing and a second wing integrally formed with the housing. There is an electrode positioned on a bottom surface of each of the wings with the electrodes electrically connected to the electronic component. An adhesive layer is provided for adhesion to a surface of the mammal. The adhesive layer is coated on a portion of the bottom surface of the wings. The adhesive layer is not coated on the electrode or on a bottom surface of the housing.

**2**

The electronic component in any of the devices described herein may include a processor having a memory with computer readable instructions to record signals from the first and second electrodes while the electronic device is attached to the mammal. The processor may be configured to only convert signals from the electrodes to digital signals, filter those signals and then store the signals in memory.

In another aspect, the device includes a flap connected to each of the wings. The flaps may extend below the housing. Additionally or alternatively, the adhesive layer is coated on a bottom surface of the flaps.

In another aspect, the device includes a connector segment In one aspect, the connector segment configured to connect the flaps together. In other aspects, the connector segment is located at least partially below the housing. Still further, the connector segment is not attached to the housing.

In one alternative, the adhesive layer is coated on a bottom surface of the flap.

In still another aspect, the adhesive for adhesion to a surface of the mammal is an adhesive that can absorb fluids. In another aspect, the adhesive that can absorb fluids is a hydrocolloid adhesive. In another aspect, the adhesive for adhesion to a surface of the mammal is a pressure-sensitive adhesive. The pressure sensitive adhesive is selected from the group consisting of: a polyacrylate, a polyisobutlene, and a polysiloxane. In one alternative, the device includes a diffusion barrier between the adhesive layer and each of the wings. The device may also include an additional adhesive layer and material layer between the wing and the adhesive layer for adhesion to the mammal. The material layer is configured to prevent diffusion of adhesive components from the adhesive layer to the wing. The diffusion barrier may be made from polyester or other suitable synthetic material.

In one aspect of the device, all or substantially all of the electronic components are within the housing. In another aspect, the wing is free from electronic components. In one aspect, the wing is more flexible than the housing. In one alternative, the wings and the housing are made from the same material. In another aspect, the wings and the housing are made from different materials. In another, the wings are made from a fabric. In still another aspect, the material used to make the wings includes a synthetic fiber. In another alternative, the wing and the flap are composed of the same material.

In another alternative, the device includes a hinge portion between the housing wmg, The hinge portion is configured to allow the device to bend between the housing and the wmg. In one aspect, the hinge portion exists between a rigid portion of the device and a flexible portion of the device. In one alternative, the rigid portion of the device corresponds to the portion of the housing including the electronics and the flexible portion of the device includes a wmg

In one aspect, the bottom surface of the wing and the bottom surface of the flap are contiguous, In another aspect, the bottom surfaces of the wings, the flap, and the connectors are contiguous. In still other aspects, the flaps and the connector are contiguous.

In another aspect, the connector has at least one hole extending it. The hole may have any of a number of shapes such as circular, oval, round, or triangular.

In one aspect, the housing is thicker at a center of the housing than at edges of the housing.

In another aspect of the device, the housing is unattached to the mammal when the electrodes are in contact with the mammal.

In another alternative aspect of a device for long-term adhesion to a mammal, the device includes a housing with a first wing extending laterally from the housing and a second

US 8,538,503 B2

**3**

wing extending laterally from the housing without overlapping the first wing, There is a first electrode positioned on a bottom surface of the first wing and a second electrode positioned on a bottom surface of the second wing. An electronic memory is positioned within the housing. The electronic memory is configured to receive and store electronic signals from the first and second electrodes while the electronic device is attached to the mammal. There is also an adhesive layer on a portion of a bottom surface of the first wing and the second wing. The adhesive is not on a bottom surface of the housing. When the device is worn on the mammal, only the adhesive layer(s) are attached to the mammal.

In one aspect, the portion of the bottom surface of the first wing and the second wing does not include the first and second electrodes, In one device aspect, the first wing, the second wing, and the housing are formed from the same material. In still another, the first wing, the second wing and the housing integrally form a monolithic structure. In other aspects, an angle formed by the first wing, the second wing, and the housing is between approximately 90° and 180°, In one variation, the angle is approximately 180°, In another variation, the angle is approximately 135°.

In still other embodiments, there is a first hinged portion between the first electrode and the processor and a second hinged portion between the second electrode and the housing.

In a further aspect, at least a portion of the body uncovered is not adhered to the mammal when signals from the electrodes are being recorded in memory.

In another aspect, the device includes a first flap connected to the first wing medial to the first electrode and a second flap connected to the second wing medial to the second electrode. Each nap may extend below the housing.

The device may also include a connector segment configured to connect the flaps together. In one aspect, the connector segment is located at least partially below the housing, but is not attached to the housing.

In another aspect, there is an electronic device that has a patch including a housing containing an electronic component. There is an electrode positioned on a bottom surface of the patch, the electrode electrically connected to the electronic component. There is a first adhesive strip extending around the perimeter of the patch and a second adhesive strip extending around the perimeter of the first adhesive strip, In one aspect, the first adhesive cover over the first adhesive strip and a second adhesive cover over the second adhesive strip, The first and second adhesive covers may be configured to be separably removed from the first and second adhesive strips, In one alternative, the first adhesive strip extends between the first and second adhesive covers. In another alternative, the adhesive in the first and the second adhesive strips is an adhesive that can absorb fluids. In still another aspect, the adhesive that can absorb fluids is a hydrocolloid adhesive. In one alternative, the adhesive in the first and the second adhesive is a pressure-sensitive adhesive. In some aspects, the pressure-sensitive adhesive is a polyacrylate, a polyisobutylene, or a polysiloxane.

In one alternative, the second adhesive strip partially overlaps the first adhesive strip. In another aspect, the second adhesive strip is attached to a shell, the shell overlapping the first adhesive strip.

In still another alternative device for long-term adhesion to a mammal, the device includes a patch having a housing with an electronic component contained therein, There is an electrode positioned on a bottom surface of the patch, The electrode electrically connected to the electronic component There is a porous foam pad configured to he positioned between the electronic component and the mammal. In one

**4**

aspect, the porous foam pad comprises a biocompatible foam material. In one variation, the porous foam pad can absorb fluids. In still another aspect, the porous foam pad is attached to the housing. In another, the porous foam pad is configured to be attached to the mammal. In another request, the porous foam pad can absorb fluids.

In one aspect of a method of applying an electronic device, there is a step of removing a first adhesive cover from the first wing of the electronic device to expose an electrode and an adhesive coated on a bottom surface of a first wing, There is a step of placing the exposed electrode into contact with the mammal by adhering the adhesive coated bottom of the first wing to the mammal. There is also a step of removing a second adhesive cover from the second wing of the electronic device to expose an adhesive coated on a bottom surface of the second wing and another exposed electrode, There is also a step of placing the another exposed electrode into contact with the mammal by adhering the adhesive coated bottom of the second wing to the mammal. After performing the removing and the placing steps, the housing is unattached to the mammal, but is held in position on the mammal using the adhesive coated bottoms of the first and the second wings.

In one alternative method of attaching a device, the electronic device includes a first nap connected to the first wing and a second flap connected to the second wing. The first and second flaps each extend below the housing. The step of removing a first adhesive cover from the first wing may also include exposing an adhesive coated on a bottom surface of the first flap. The step of removing a second adhesive cover from the second wing may also include exposing an adhesive coated on a bottom surface of the second flap.

In another alternative method of attaching a device, after performing the removing and the placing steps, the housing is held in position on the mammal using only the adhesive coated bottoms of the first wing, the second wing, the first flap and the second flap.

In an alternative aspect of a method of applying an electronic device to a mammal for long-term adhesion, the method includes removing a first adhesive cover from the first wing of the electronic device to expose an electrode and an adhesive coated on a bottom surface of the first wing. There is also a step of removing a second adhesive cover from the second wing of the electronic device to expose an adhesive coated on a bottom surface of the second wing and another exposed electrode. There is a step of placing the exposed electrodes into contact with the mammal by adhering the adhesive coated on the bottom of the first and the second wings to the mammal, After performing the removing and the placing steps, the housing is unattached to the mammal, but is held in position on the mammal using the adhesive coated bottoms of the first and the second wings.

There is also provided a method of applying an electronic device to a mammal for long-term adhesion wherein the electronic device includes a patch. The patch includes an electronic component along with an electrode positioned on a bottom surface of the patch and electrically connected to the electronic component. There is a first adhesive strip extending around the perimeter of the patch and a second adhesive extending around the perimeter of the first adhesive strip. One aspect of a method of applying the device includes a step of removing an adhesive cover from the second adhesive strip of the electronic device. There is a step of applying pressure to the second adhesive strip to adhere the second adhesive strip to the mammal such that the electrode is in contact with the mammal. Then, after a period of time, removing an adhesive cover from the first adhesive strip of the electronic device. Next, there is the step of applying pressure to the first adhe-

US 8,538,503 B2

5

sive strip to adhere the first adhesive strip to the mammal such that the electrode remains in contact with the mammal.

In another alternative method of applying an electronic device to a mammal for long-term adhesion, the electronic device includes a patch, an electronic component, and an electrode positioned on a bottom surface of the patch and electrically connected to the electronic component. There is a first adhesive strip extending around the perimeter of the patch. The method includes a step of applying pressure to a first adhesive strip to adhere the first adhesive strip to the mammal such that the electrode is in contact with the mammal. After a period of time, placing a second adhesive strip around the perimeter of the first adhesive strip. Then there is the step of applying pressure to the second adhesive strip to adhere the second adhesive strip to the mammal such that the electrode remains in contact with the mammal.

Any of the above described devices may include additional aspects. A device may also include a first wire connecting the first electrode and the processor or an electronic memory and a second wire connecting the second electrode and the processor or an electronic memory. The first and second wires extend within the body and the first and second wings. In one aspect, the first and second wires extend within and are completely encapsulated within the body and the first and second wings. In one aspect, a conduit is provided within the body and the wings and the wires pass through the conduit. In one alternative, the conduit extends from the processor or electronic memory to an electrode so that the wire is completely within the conduit. In still other aspects of the devices described above, the first and second wires connecting the electrodes to the processor or electronics each include slack between the electrode and the processor. In one aspect, the slack is located in a portion of each wing that is configured to bed or flex. In another aspect, the slack is a portion of the wire within the wing and at least partially coiled about the first or the second electrode. In still other aspects, the slack is provided by a portion of the wire formed into a coil, a wave pattern, or a sinusoidal pattern along its length the connection point on the electronics to the connection point on the electrode.

In still other alternatives, the devices described above may be applied to any of a wide variety of conventional physiological data monitoring, recording and/or transmitting devices. Any of the improved adhesion design features and aspects may also be applied to conventional devices useful in the electronically controlled and/or time released delivery of pharmacological agents or blood testing, such as glucose monitors or other blood testing devices. Additional alternatives to the devices described may include the specific components of a particular application such as electronics, antenna, power supplies or charging connections, data ports or connections for down loading or off loading information from the device, adding or offloading fluids from the device, monitoring or sensing elements such as electrodes, probes or sensors or any other component or components needed in the device specific function. In still other aspects, the electronic component in any of the above devices is an electronic system configured for performing, with the electronic signals of the mammal detected by the electrodes, one or more of any combination of or the following electronic functions: monitoring, recording, analyzing, or processing using one or more algorithms electronic signals from the mammal. Stili further, any of the devices described above may include appropriate components such that the device is used to detect, record, process or transmit signals or information related to signals generated

6

by a mammal to which the device is attached including but not limited to signals generated by one or more of EKG, EEG and/or EMG.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features of the invention are set forth with particularity in the claims that follow. A better understanding of the features and advantages of the present invention will be obtained by reference to the following detailed description that sets forth illustrative embodiments, in which the principles of the invention are utilized, and the accompanying drawings of which:

FIG. **1** is a top view of a patch having two wings;

FIG. **1A** is a representative cross-section of an embodiment of the patch in FIG. **1**;

FIG. **1B** is a representative cross-section of another embodiment of the patch in FIG. **1**;

FIG. **1C** is a representative cross-section of another embodiment of the patch in FIG. **1**;

FIG. **1D** is a representative cross-section of another embodiment of the patch in FIG. **1**;

FIG. **1E** is a representative cross-section of another embodiment of the patch in FIG. **1**;

FIG. 1F is a top view of a patch having three wings illustrating an alternative electrode-electronics-electrode orientation;

FIG. **2A** is a schematic drawing of the electronics contained within a patch;

FIG. **2B** is a schematic drawing of a patch with wiring having slack in the form of undulations between electronics and electrodes;

FIG. **2C** is a schematic drawing of a patch with wiring having slack in the form of a coil between electronics and electrodes;

FIG. **3** is the bottom view of a patch having adhesive thereon;

FIG. **4A** shows a patch as worn by a person rolled to the side;

FIG. **4B** shows a patch as worn by a person playing golf;

FIG. **5A** shows a patch in response to a concave bend of the skin;

FIGS. **5**B and **5**C show a patch in response to a convex bend of the skin;

FIG. **6A** is a bottom view of a patch having a connector between two flaps;

FIG. **6B** is a cross-section of the patch of FIG. **6A**;

FIG. **7A** is a bottom view of a patch having multiple covers forming strips of adhesive;

FIG. **7B** is a cross-section of the patch of FIG. **7A**;

FIG. **8A** is a bottom view of a patching having multiple covers forming strip of adhesive around each electrode;

FIG. **8B** is a cross-section of the patch of FIG. **8A**;

FIGS. **9**A and **9**B show a patch having multiple layers formed thereon;

FIGS. **10**A and **10**B show a patching having multiple layers formed thereon, each layer having multiple patches of adhesive;

FIG. **11** shows a patch having an open cell support;

FIG. **12** shows a patch having an annular open cell support;

FIG. **13**A shows a patch having a protective shell thereon; and

FIG. **13**B shows a cross-section of the patch of FIG. **13**A.

## DETAILED DESCRIPTION

The following device features and design elements can be implemented into any device being adhered to the human

US 8,538,503 B2

7

body for a long-period of time, typically greater than 24 hours. As an example, the following device features and design elements can be used for long—term adhesion of a cardiac rhythm monitoring patch ("patch") to the chest of a person.

Referring to FIGS. 1 and 1A, a patch 100 for long term adhesion includes a housing 102, The housing 102 can he formed from any flexible, durable material, such as a biocompatible polymer, for example silicone. The housing 102 can include electronic components 108 therein. As shown in FIG. 2, the electronics 108 can include a printed circuit board 220, a battery 225, and a communications port mounted on the printed circuit board 220. The printed circuit board 220 can include analog circuits 210, digital circuits 215, and an activation or event notation button or switch 130. The electronics 108 can be used, for example, to record continuous physiological signals from a mammal wearing the patch 100. A system for continuously recording data is described further in co-owned U.S. application Ser. No. 11/703,428, filed Feb. 6, 2007, the entire contents of which are incorporated by reference herein.

As shown in FIGS. 1 and 1A, wings 104, 106 can be connected to the housing 102. The wings 104, 106 can be integral with the housing 102 and, in some embodiments, can be formed of the same material as the housing 102. The wings 104, 106 can be more flexible than the electronic components 108, which can be substantially rigid. An electrode 124, 126 can extend through a bottom surface of each wing 104, 106. The electrodes can he positioned to detect an ECG of a mammal wearing the patch 100 for processing by the electronics 108. For example, the electrodes can be more than 2 cm apart, such as more than 3 cm apart, for example at least 6 cm apart. The electrodes 124, 126 can be integral with the wings 104, 106 so as to be inseparable from the wings 104, 106 when the patch is in use.

For a patch 100 that is entirely flexible and can conform, stretch, and adapt to the movement and conditions of the chest underneath the device, adhesive can be placed over the entire surface of the device that is in contact with the body, except for areas where sensors, electronics, or others elements such as electrodes are interacting with the body related to the functioning of the device may be incorporated. Thus, as shown in FIG. 3, an adhesive layer 166 can coat the bottom of the patch 100 for attachment to the skin, For a patch 100 in which there may be some areas that are not completely flexible and may not be able to stretch or contract (e.g., the electronics 1(8), adhesive may be excluded from the portion of the patch 100 underneath these areas. Thus, for example, the bottom surface 302 of the housing 102, which contains the electronics, can remain free from adhesive. As shown in FIG. 1A, by not coating adhesive on a bottom surface of the housing 102, the housing 102 can float above the adhered portions, allowing for increased flexibility of the patch, as will be discussed further below. Further, as shown in FIG. 3 the bottom surface of the electrodes 124, 126 can remain free of adhesive. For example, a ring 362 without adhesive can be formed around each electrode 124, 126 to separate the electrodes from the adhesive 164, The adhesive can be, for example, a pressure-sensitive adhesive, such as polyacrylate, polyisobutlene, or a polysiloxane. Alternatively, the adhesive can be a hydrocolloid which advantageously absorbs water.

The wings 104, 106 and the housing 102 can form a smooth, contiguous outer surface to the patch 100, As shown in FIG. 1A, when viewed from the top, the housing 102 and wings 104, 106 can together form an oblong substantially oval shape, Further, the housing 102 can have a thickness that is greater than the thickness of the wings 104, 106. The

8

housing 102 and each of the wings 104, 106 when viewed in profile, can each form a dome with a height that is greater at the center than at the ends of the respective component, i.e. some or all of the components can be tapered at the ends and/or sides.

The electronics 108 can extend along only a portion of the distance between the electrodes 104, 106. For example, the electronics can occupy less than 90% of the distance between the electrodes, for example less than 80%. By having the electronics 108 in a relatively limited space between the electrodes 124, 126, the flexibility of the patch 100 can be increased

The housing 102 can provide a watertight enclosure 110 for electronic components 108 of the patch 100, The electronics 108 can be unattached to the housing 102 such that the electronics 108 are free to move within the watertight enclosure 110. Allowing the relatively rigid electronics 108 to move freely within the flexible housing 102 advantageously enhances the overall flexibility of the patch 100, The wings 104, 106 can each have a watertight enclosure 114, 116 formed therein, which can be contiguous with the watertight enclosure 110 of the housing 102.

Wiring 120 or other suitable electrical connections can connect the electrodes 124, 126 with the electrical components 108 of the housing. In some embodiments, as shown in FIGS. 1B-1E, the contiguous nature of the enclosure 110 and the enclosures 114, 116 allows the wiring 120 to extend within the patch 100 from the electrodes 124, 126 to the electronic components 108. In other embodiments, one or more channels, tubes, or conduits are provided between the housing 102 and the wings 104, 106, to provide space for the wiring 120. The tube or channel may be straight or curved. In use, the wire 120 positioned in the enclosures 110, 114, 116 or in the tube or channel may move relative thereto in order to remain flexible within the housing. In one aspect, the flexible channels or tubes are formed within the device housing so that the housing, as it is being stretched, does not affect the ability of the components, such as wires, that may connect more rigid structures, to move or elongate.

As shown in FIG. 1, the wire 120 is straight with a direct line of connection between the electrodes 124, 126 and the electronics 108. FIG. 1 illustrates an embodiment where the length of the wires 120 connecting the electrodes 124, 126 to electronics 108 are about the same distance as the spacing between the electrode connection point on electronics 108 and the electrodes 124, 126. FIG. 1F also illustrates a straight line type connection where wire 120 length is nearly the same as the spacing between the electronics 108 and the electrodes 124, 126. However, as a patient moves, the patch 100 flexes along with patient movement. As shown in FIGS. 4B and 5C, patch flexion may be severe and is likely to occur during long term monitoring. In order to address the possible dislocation or breakage of the wire 120, the length or shape of the wire 120 may be selected to permit patch flexion to occur with little risk of wire 120 pulling from the electrode or electronics. Numerous alternatives are possible to compensate for patch flexion. Exemplary confirmations include undulations or zigzags 231 as shown in FIG. 2B, coils 233 as shown in FIG. 2e, or a configuration that partially or fully wraps around an electrode. In some embodiments, other components, such as the circuit hoard or electrodes, can alternatively or additionally contain additional length to help accommodate stretch or displacement. When the patch 100 is attached to a mammal, the slack in the wiring 120 allows the patch 100 to flex while not placing stress on the wiring 120.

While the illustrated embodiments of FIGS. 1A-1D show only show two wings and show the electrodes and electronics

US 8,538,503 B2

**9**

in a direct line in a approximate 180 degree alignment of electrode **124** to electronics **108** to electrode **126**), other configurations are possible. For example, as shown in FIG. **1**F, the wings **104**, **106** are arranged in an orientation less than 180 degrees. In the illustrated embodiment, the angle formed by the electrodes and the electronics is about 135 degrees. Other ranges are possible so long as electrode spacing is provided to permit ECG monitoring. The orientation of the wings **104**, **106** to the housing **102** also illustrates the use of an additional adhesive tab **105**. Tab **105** is shown as a semicircular extension of the body **102**. The bottom of tab **105** can include adhesives as described herein and is used to provide additional anchoring of the patch to the patient. The tab **105** may be formed in any of a number of different shapes such as rectangles, ovals, loops or strips. Further, in some embodiments, the tab **105** can function similar to a wing, e.g. include an electrode therethrough that connects to the electronics **108**.

Referring to FIGS. **1**A-**1**D and **2**B-**2**C, a hinge portion **194**,**196** in the patch **100** can extend between each electrode **124**, **126** and the electronics **108**. The hinge portions **194**, **196** can have a thickness less than the thickness of surrounding portions of the patch **100**, For example, if the hinge portions **194**, **196** are in the wings **104**, **106**, then the thickness can be less than adjacent portions of the wings. Likewise, the hinge portions **194**, **196** can have a width less than adjacent portions of the patch **100**, e.g., less than adjacent portions of the wings **104**, **106**. Alternatively, the hinged portion can be formed by the adjunct between a rigid portion, i.e. the electronics **108**, and a more flexible portion, The hinged portion allows the patch **100** to bend between the housing **102** and wings **104**, **106** to compensate for any movement caused by the patient. As shown in FIGS. **2**B and **2**C, the slack in the wiring **120** can be placed at or proximal to the hinge portions **194**, **196** to allow for bending at the hinge portions **194**, **196** without pulling or breaking the wiring **120**.

Referring to FIGS. **4**A and **4**B, having adhesive on the bottom of the patch **100** except in the areas substantially around the electrodes and directly underneath the housing **102** can create a floating section **455** over the skin of the mammal to which the patch **100** is attached. The floating section **455** can house the more rigid or less flexible electronic components while the flexible wings **104**, **106** can be adhered to the skin and provide the flexibility necessary to hold the patch **100** in place. As a result of this selective use of adhesive areas and non-adhesive areas, the limitation on device flexibility imposed by the less flexible floating section can be mitigated or reduced by hounding the floating section with one or more adhered flexible areas. The flexible sections can thus adhere to the body if the underlying portion of the body is stretched and/or contracted while the floating section is free to move above the skin, for example if the person wearing the device rolls over (as shown in FIG. **4**A) or is involved in activities that can otherwise cause movement of the skin (as shown in FIG. **4**B).

Referring back to FIGS. **1**B-**1**E, each wing **104**, **106** can include a material layer **214**,**216** between the adhesive **164**, **166** and the wings **104**, **106**, The material layer **214**,**216** can be, for example, a polyester layer. The material layer **214**,**216** can be attached to the bottom **100** with a layer of adhesive **204**,**206**, The adhesive **204**, **206** can be the same as the adhesive **164**, **166** or different. For example, the adhesive **204**, **206** could be a silicone adhesive. The material layer **214** can serve as a barrier to prevent diffusion or migration of adhesive components, such as a tackifier, from the adhesive **164**, **166** into the wings **104**, **106** or housing **102**. The material layer **214** can thus advantageously serve to maintain the strength of the adhesive **104**, **106** over time.

**10**

Referring still to FIGS. **1**B-**1**E, the patch **100** can further include a first flap **154** connected to the first wing **104** and a second flap **156** connected to the second wing **106**. The flaps **154**, **156** can both extend from a position on the wings **104**, **106** medial to the electrodes to a position below the housing **102**, such as below the electronics **108**. The flaps **154**, **156** can remain unattached to the housing **102**. As a result, gaps **144**, **146** can be formed between the flaps **154**, **156** and the housing **102**. The gaps can provide additional "floating" for the housing **102** and the relatively rigid components **108** contained therein.

In some embodiments, shown in FIG. **1**H, the flaps **154**, **156** can be attached to the wings **104**, **106** with adhesive **134**, **136**. The adhesive **134**, **136** can be the same as the adhesive **164**, **166** or different. For example, the adhesive **134**, **136** could be a silicone adhesive. In other embodiments, shown in FIGS. **1**C-**1**E, the flaps **154**, **156** can be integral with the wings **104**, **106**. For example, the flaps **154**, **156** can be solvent welded to and/or formed during the molding process of the wings **104**, **105** such that hinges **194**, **196** form below the wings **104**, **106**. Additionally or alternatively, one or more of the flaps **154**, **156** may be separably attached to the wings **104**, **106**. In some embodiments, shown in FIGS. **1**B and **1**C, the materials making up the naps **154**, **156** can extend all the way to the lateral edge of the patch **100**. In other embodiments, shown in FIG. **1**D, a flap can extend on each side of the electrodes, i.e. one flap can extend medially and the other laterally. In some embodiments, the lateral and medial—extending flaps are part of the same annular flap. In other embodiments, shown in FIG. **1**E, the flaps and materials making up the flaps extend only from a position medial to the electrodes underneath the housing.

The Flaps **154**, **156** may be positioned in virtually any relationship to the adhered flexible area such that, when attached in use, the attachment of the flap or flaps effectively counteracts the expected external forces acting on the device, specifically those forces that may dislodge the adhered flexible areas. Further, in embodiments such as that shown in FIG. **1**F where there are more than two wings, there can be a flap corresponding to each additional wing.

The adhesive layers **164**, **166** can coat all or a portion of the bottom of each of the flaps **154**, **156**. In some embodiments, the adhesive **164**, **166** extends continuously from the bottom surface of the wings **104**, **106** to the bottom surface of the flaps **154**, **156**, except for areas proximate to the electrodes **124**, **126**. Further, the top surface of the flaps **154**, **156**, i.e. the surface closest to the housing **102**, can remain free of adhesive to ensure that the housing **102** remains floating. In some embodiments, the only portion of the patch **100** including adhesive for adhesion to the skin can be the flaps **154**, **156**.

Referring to FIGS. **5**A-**5**C, the naps **154**, **156**, can provide hinge-like behavior for the patch **100**, Thus, as shown in FIG. **5**A, if the skin **501** is stretched or bent in a concave manner, the gaps **144**, **146** between the flaps **154**, **156** and the housing **102** can approach zero such that the patch **100** can sit substantially flat on the skin **501**. As shown, the hinge portions **194**, **196** between the housing **102** and wings **104**, **106** can provide additional flexibility for concave bends by flattening as the patch **100** is stretched. In contrast, as shown in FIGS. **5**B and **5**C, as the skin **501** is bent in an increasingly convex manner, the gaps **144**, **146** between the flaps **154**, **156** and the housing **102** can increase, thereby allowing the flexible wings **104**, **106** to remain adhered to the skin and the rigid housing **102** to float above skin. As shown, the hinge portions **194**, **196** between the housing and the wings **104**, **106** can provide additional flexibility for convex bends by folding inward as the patch **100** is bent.

US 8,538,503 B2

**11**

When placed substantially flat on the skin **501**, the patch **100** can have a height that extends no more than 2 cm off of the skin, such as no more than 1.5 cm off of the skin, when lying flat on the patient and no more than 4 cm, such as no more than cm off of the skin when floating above the skin. The relatively low height of the patch **100** can enhance long-term adhesion by reducing the potential for the patch **100** to snag or rip off of the skin.

Advantageously, the flaps **154**, **156** can function as anchors for adhesion that mitigates shear force. The flaps **154**, **156** can provide a different direction for the acute and chronic forces being experienced by the device due to stretching, contraction, or torsion to be spread out over both the flap as well as the flexible adhesive areas. Further, by pre-aligning the orientation of the floating section, adhered flexible area and the flaps, the device may be better able to tolerate (i.e., remain attached to the body and in use) and/or tailor the interaction with the forces acting on the device in order to better withstand the acute or chronic forces being experienced by the device. Tailoring the response of the device to the expected forces is one

Because the flaps can be used to counteract forces acting on a particular device, it is to be appreciated that the dimensions, flexibility, attachment technique, and/or orientation between a flap and another component may vary depending upon the purpose of a particular flap. Accordingly, a flap may have the same or different characteristics from another flap or component of the device. In one aspect, at least one flap is more flexible that the other flaps in a particular device. In another aspect, each of the flaps has similar flexibility. In still another aspect, at least one flap is more flexible than the device component to which it is attached or from which it originates. In still another aspect, at least one flap is less flexible than the device component to which it is attached or from which it originates.

Referring to FIGS. **6**A and **6**B, in one embodiment, the flaps **154**, **156** may be augmented by a connector segment **607** used to join the flaps together. The connector segment **607** can extend below the housing **102**, but remain unattached to the housing **102**. As shown in FIG. **6**A, the flaps **154**, **156** and the connector **607** can together form a butterfly shape. In one embodiment, the connector segment **607** and the flaps **154**, **156** are formed from a single piece of material. The connector segment **607** can be made of the same material as the flaps **154**, **156** or of different material. In one embodiment, the bottom surface of the connector is covered with adhesive. In another embodiment, the bottom surface of the connector does not include any adhesive. Further, as shown in FIG. **6**B, the connector segment **607** can be thicker in the middle, under the housing **102**, than near the edges, i.e., closer to the electrodes. The variable thickness can help prevent the connector segment **607** from capturing moisture thereunder. The connector segment **607** can advantageously prevent the device from flipping when attached to the patient.

The connector segment **607** can include one or more holes **614**, **616**. In some configurations, the connector segment may trap moisture and/or inadvertently stick to the body. The holes **614**, **616** can advantageously minimize the potential for undesired sticking or moisture collection. The size, shape and placement of the holes mitigate or reduce the collection of moisture and/or undesired adhesive while still providing a connector with sufficient structural integrity (i.e. the connector allows the flaps to be connected to one another in order to prevent them from folding). Additionally or alternatively, the connector holes could also be made to preferentially allow forces to be distributed along certain axes of the connector in order to further maximize the ability of the device to adhere

**12**

long-term in the face of significant acute and chronic forces due to stretching, contraction, and torsion.

Adhesive can be selectively applied to the connector and/or naps to provide the desired body attachment locations depending upon the specific use of the device. For example, one piece of material including flaps and the connector can be adhered along two or more edges and/or with adhesive only covering certain areas, In another aspect, at least a portion of the skin-contacting surface of the unitary nap connector structure does not include any adhesive. Additionally or alternatively, the connector segment incorporating the flaps may be integral parts of the larger device housing (e.g. could be molded as part of the device housing or enclosure).

In some embodiments, the patch **100** can include one or more release liners to cover parts of the adhesive prior to adhesion. As is particular to devices having multiple adhesive areas and/or multiple adhesive components (i.e., flaps and flexible sections), the manner of applying the device may be specifically detailed in order to ensure that the device and the adhesive portions are properly engaged. In one particular aspect, the release liners are removed in a particular order to minimize the likelihood that the device adhesive is misapplied. For example, a portion of the adhesive may be exposed first and used to affix the device to the body, Thereafter, a second set of adhesive liners may be removed to expose and affix one or more flaps to the body, A stepwise adhesive exposure method may be implemented during device application such that elements, such as the one or more flaps do not fold on themselves, for example.

Breaking up the areas in which the adhesive is used to adhere the device, whether it be splitting it up to rigid areas, to create flaps, to create connector segments with holes, of any of the other techniques described above may also have benefits in terms of preventing moisture bridges that could act as conducting pathways between electrical sensing elements, such as electrodes. Bridges of moisture could short-circuit electrical connections and/or prevent the proper functioning of the device, particularly if the device has an electrical function, such as sensing via electrodes.

In some applications, a long-duration patch may experience excessive forces due to acute (quick and/or rapid) or chronic (slow and/or prolonged) contraction, stretching, or torsion. In such applications, the hinge points between a floating rigid section and flexible adhered sections may be modified in order to align with and counteract or mitigate the predominant direction of the force acting on the patch. In some device situations or configurations, the strength and direction of the acute or chronic force may be so strong that the forces imparted on the device adhesive surfaces or components may be distributed differently in addition to or as an alternative to the hinge described above.

Further, the device construction can be made in such a way that the housing is fashioned so that the axes of the housing are structured and placed along or against the direction of various forces, possibly during certain states, such as sleeping, so that the device itself can help counteract these forces and improve long-term adhesion.

Advantageously, the patch described herein can provide long-term adhesion to the skin. Having the various flexible portions and/or hinged portions can compensate for stressed caused as the skin stretches or bends, while allowing the rigid portion to float about the skin. As a result, the devices described herein can adhere to the skin substantially continuously for more than 24 hours, such as greater than 3 days, for example, greater than 7 days, greater than 14 days, or greater than 21 days.

US 8,538,503 B2

13

Another mechanism for adhering a patch to the skin long-term is described with respect to FIGS. **7-10**. As shown in the embodiments of FIGS. **7-10**, one or more parts of the patch are used in a temporary fashion in order to improve adhesion. The adhesive used in the embodiments described below can include a hydrocolloid or a pressure-sensitive adhesive, such as polyacrylate, polyisobutylenes, or polysiloxane.

In one embodiment, shown in FIGS. **7**A and **7**B, the patch **700** can be surrounded with an adhesive **760** having multiple covers **701, 703, 705** thereon that can be peeled away in a sequence to expose strips of adhesive **760** underneath. The covers **701,703,705** can be concentric with one another and be configured to be pulled off separately and sequentially starting from the inside of the patch **700**. Each additional exposed area of adhesive **760** can increase the adhesion life of the patch **700**. Although only three covers are shown in FIG. **7** A, other numbers, such as 2, 4, 5, or more are possible. Further, each electrode **124, 126** of the patch **700** can include a barrier **714,716** to protect the electrodes **124, 126** from shortage.

In another embodiment, shown in FIGS. **8**A and **8**B, each electrode **124, 126** can be surrounded by a patch of adhesive **864, 866**. Accordingly, a set of covers **801, 803, 805, 807** can be positioned sequentially around each of the electrodes **124, 126** over the adhesive **864, 866**. The covers **801, 803, 805, 807** can be concentric with one another and be configured to be pulled off sequentially starting from the inside. Each additional exposed strip of adhesive **864, 866** can increase the adhesion life of the patch **100**. Although only four covers are shown in FIG. **8**A, other numbers, such as 2, 3, 5, or more are possible. Further, each electrode **124, 126** of the patch **800** can include a barrier **814, 816** to protect from shortage.

Referring to FIGS. **9**A-**9**B, in other embodiments, shells or layers **901,902,903** can extend over all or a portion of the patch **900**. Each layer **901,902,903** can include a strip of adhesive **962** on the bottom surface and an adhesion guard **982** protecting the adhesive. As shown in FIG. **913**, as the patch **900** is worn over a period of time, the layers **901, 902, 903** can be sequentially removed. As a new layer is exposed, the adhesive guard **982** of that layer can be peeled away such that the adhesive **962** of the new layer can be used to adhere the patch **900** to the skin, In a similar embodiment, referring to FIGS. **10**A-**10**B, each of the layers **1001, 1002, 1003** can include multiple portions of adhesive to help adhere the layer to both the skin and the patch itself. As with the embodiments of FIGS. **7-8**, the number of layers in the embodiments of FIGS. **9** and **10** can vary. For example, there can be 2, 3, 4, or 5 or more layers.

In some embodiments, the layers or covers of the embodiments described herein can be added to the device over time to improve adhesion. Further, the multiple layers or covers of the embodiments described herein can be partially overlapped. Further, in some embodiments, the strips of adhesive can be overlapped.

Advantageously, the use of multiple covers or layers can assist in the adhesive performance of a base or core device because the added surface area or adhesive force of the combined outer layer aids in preventing layer pull away and/or may act to spread forces being experienced away from the core device by spreading those forces over a larger area.

Referring to FIGS. **11** and **12**, an open cell structured support **1330** or porous foam can be used to support a more rigid or less flexible portion **1302** of the patch **1300**, As shown in FIG. **11**, the open cell structured support **1330** can fully fill an area below the rigid portion **1302**. Alternatively, as shown in FIG. **12**, the open cell structured support **1330** can be an annular shape or have some other configuration that includes

14

spaces between adjacent portions of the support. The open cell structured support **1302** may be attached to both the skin and to the rigid portion, to only the rigid portion, or to only the skin. Because of the open cell structure of the support, the flexible movement of the skin can be absorbed by the structure entirely or partially such that the rigid portion does not impact or has a reduced impact on the ability of the device to accommodate movement and remain affixed. In addition, the open cell support may have a thickness selected to enhance patient comfort so that the more rigid portion of a device does not push against the skin. In one aspect, the open cell structure is a biocompatible foam material. In another aspect, the open cell material is positioned between an electronics module on the device and the skin when worn by a patient. The open cell support can advantageously absorb fluids to keep the electrodes from shorting.

Referring to FIG. **13**, the patch can have a shell design. Adhesive can be placed on the perimeter edge of the bottom ring. The circuit board and electrode unit can be dropped into the bottom ring, and a shell can be dropped on top of the circuit board and electrode. The perimeter adhesive can create a watertight chamber therein.

The shape of a particular electronic device embodiment may vary. The shape, footprint, perimeter or boundary of the device may be a circle or circular (see FIG. **13**A), an oval (see FIG. **1**A, **2**A), a triangle or generally triangular (see FIG. **1**F) or a compound curve. Examples of a device embodiments having a compound curve shape are shown in FIGS. **2**B, **2**B, **3**, **6**A, **7**A, and **8**A. In some embodiments, the compound curve includes one or more concave curves and one or more convex curves. FIG. **3** illustrates a device having a convex surface along the top (where reference **102** indicates), a concave surface along the bottom and convex shaped edges around the electrodes **124, 126**. FIGS. **2**B and **2**C illustrate a device embodiment having a convex shape on either side of the electronics **108** and around the electrodes **124, 126**. The convex shapes are separated by a concave portion. The concave portion is between the convex portion on the electronics and the convex portion on the electrodes, In some embodiments, the concave portion corresponds at least partially with a hinge, hinge region or area of reduced.

While described in the context of a heart monitor, the device adhesion improvements described herein are not so limited. The improvement described in this application may be applied to any of a wide variety of conventional physiological data monitoring, recording and/or transmitting devices. The improved adhesion design features may also he applied to conventional devices useful in the electronically controlled and/or time released delivery of pharmacological agents or blood testing, such as glucose monitors or other blood testing devices. As such, the description, characteristics and functionality of the components described herein may be modified as needed to include the specific components of a particular application such as electronics, antenna, power supplies or charging connections, data ports or connections for down loading or off loading information from the device, adding or offloading fluids from the device, monitoring or sensing elements such as electrodes, probes or sensors or any other component or components needed in the device specific function. In addition or alternatively, devices described herein may be used to detect, record, or transmit signals or information related to signals generated by a body including but not limited to one or more of EKG, EEG, and/or EMG.

What is claimed is:

1. An electronic device for long-term adhesion to a mammal, the device comprising:

a housing;

US 8,538,503 B2

15

a physiologic data collection circuit contained in the housing;

multiple wings extending laterally from the housing without overlapping, wherein each wing includes a hinge portion adjacent the housing;

an electrode integral with a bottom surface of each of the wings so as to be inseparable from the wings during use of the device, the electrodes electrically connected to the physiologic data collection circuit;

a first adhesive layer on the bottom surfaces of the wings and not on a bottom surface of the housing, wherein the first adhesive layer provides adhesion to the skin of the mammal, and wherein the housing is attached to the mammal's skin only via the first adhesive layer and is not directly attached to the skin of the mammal when the electrodes are in contact with the mammal; and

a second adhesive layer functioning as an adhesion guard protecting the first adhesive layer.

**2**. The electronic device of claim **1**, wherein the wings are more flexible than the housing.

**3**. The electronic device of claim **1**, wherein the wings and the housing are made from the same material.

**4**. The electronic device of claim **1**, wherein the wings and the housing are made from different materials.

**5**. The electronic device of claim **1**, wherein each hinge portion is thinner than an adjacent portion of the wing of which it is a part.

**6**. The electronic device of claim **1**, further comprising a flap connected to each wing, the flaps extending below the housing but not directly attached to the bottom surface of the housing, wherein the first adhesive layer extends onto a bottom surface of each flap.

16

**7**. The electronic device of claim **6**, further comprising a connector segment configured to connect the flaps together without directly attaching to the bottom surface of the housing.

**8**. The electronic device of claim **1**, wherein the second adhesive layer adds adhesive surface area to the first adhesive layer to distribute forces over a larger area.

**9**. The electronic device of claim **1**, wherein the first adhesive layer comprises an adhesive that can absorb fluids.

**10**. The electronic device of claim **9**, wherein the first adhesive layer comprises a hydrocolloid adhesive.

**11**. The electronic device of claim **1**, wherein the first adhesive layer comprises a pressure-sensitive adhesive.

**12**. The electronic device of claim **11**, wherein the pressure sensitive adhesive is selected from the group consisting of a polyacrylate, a polyisobutylene and a polysiloxane.

**13**. The electronic device of claim **1**, further comprising;

a third adhesive layer between the wing and the first adhesive layer; and

a material layer between the wing and the first adhesive layer.

**14**. The electronic device of claim **1**, wherein the multiple wings comprise two wings extending from approximately opposite ends of the housing.

**15**. The electronic device of claim **14**, further comprising at least one additional wing extending from the housing without overlapping the two wings.

**16**. The electronic device of claim **1**, wherein the physiologic data collection circuit extends along only a portion of a distance between the electrodes.

**17**. The electronic device of claim **1**, wherein the physiologic data collection circuit is configured to collect cardiac rhythm data from the mammal.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.       : 8,538,503 B2                        Page 1 of 1
APPLICATION NO.  : 13/563546
DATED           : September 17, 2013
INVENTOR(S)     : Kumar et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page 1 (item 75, Inventors) at line 8, Change "Tim Bahney" to --Timothy J. Bahney--.

In column 2 (title page 2, item 56) at line 41, Under Other Publications, Change "desriptions" to --descriptions--.

In column 2 (title page 2, item 56) at line 58, Under Other Publications, Change "24-hou" to --24-hour--.

In the Specification:

In column 2 at line 51, Change "wmg" to --wmg.--.

In column 3 at line 66, Change "he" to --be--.

In column 5 at line 64, Change "Stili" to --Still--.

In column 8 at line 12, Change "increased" to --increased.--.

In column 11 at line 21, Change "one" to --one.--.

Signed and Sealed this
Twenty-seventh Day of May, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# Exhibit 20

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/106,750 | 05/12/2011 | Uday N. Kumar | IRHYM.002A | 5971 |

20995        7590        10/02/2012
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
|---|
| CARDINAL, ERIN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3739 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/02/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jayna.cartee@knobbe.com
efiling@knobbe.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 13/106,750 | KUMAR ET AL. |
| | Examiner | Art Unit | |
| | Erin M. Cardinal | 3739 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on *17 August 2012*.

2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

5)☒ Claim(s) *1-15 and 20-45* is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) *1-15 and 20-45* is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on *13 August 2012* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some *  c)☐ None of:

    1.☐ Certified copies of the priority documents have been received.

    2.☐ Certified copies of the priority documents have been received in Application No. _____.

    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date *02-DEC-2011*.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail. Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 13/106,750                                              Page 2
Art Unit: 3739

## DETAILED ACTION

1.     Applicant's preliminary amendments dated August 13, 2012 and August 17, 2012 are acknowledged.  Claims 1-15 and 20-45 are pending.

### *Claim Objections*

2.     Claims 8 and 24 are objected to because of the following informalities:

   a.     claim 8 at line 2 contains the typographical error "between the housing each wing," which should be "between the housing <u>and</u> each wing"

   b.     claim 8 at line 3 is missing "wing" (present in the original claim 8 submitted May 12, 2011); the claim is assumed to recite "bend between the housing and each <u>wing</u>."

   c.     claim 24 at line 3 contains the typographical error "the adhesive layer for, the material layer," which should be "the adhesive layer [[for]], the material layer"

3.     Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

4.     The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

5.     <u>Claims 5, 26, and 27-45 are rejected under 35 U.S.C. 112, first paragraph,</u> because the specification, while being enabling for a device where all the features are attached, does not reasonably provide enablement for a device wherein the connector segment and housing are not attached.  The specification does not enable any person

Application/Control Number: 13/106,750                                          Page 3
Art Unit: 3739

skilled in the art to which it pertains, or with which it is most nearly connected, to make

or use the invention commensurate in scope with these claims.  For example, it is

unclear how the electronic device (including the housing) is attached to the mammal (as

in claim 27 at line 11) while the housing is not attached to the mammal (as in claim 27 at

line 14).  According to the written description and drawings, the housing is attached to

the connector segment through the flaps and wings.  No wireless (or similar)

embodiments are described.  The disclosed configurations also provide a housing

attached to the skin/mammal/subject when the wings or electrodes are in contact with

the skin.  These limitations are therefore interpreted to mean that the housing is not

*directly connected* to the various recited components (i.e., (i.e., there is not direct

contact between the housing and the body, or the housing and the connector segment,

etc.).

6.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

7.      Claim 2 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite

for failing to particularly point out and distinctly claim the subject matter which applicant

regards as the invention.  Claim 2 recites the limitation "the first and second electrodes"

in line 3.  There is insufficient antecedent basis for this limitation in the claim.  The

phrase is assumed to refer to the electrodes under the wings.

### *Claim Rejections - 35 USC § 102*

8.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

Application/Control Number: 13/106,750                                            Page 4

Art Unit: 3739

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

9.   Claims 1, 2, 7, 8, 12, 15, 20, 22, 26-28, 30-32, and 34-38 are rejected under 35

U.S.C. 102(b) as being anticipated by US Patent 6,881,191 B2 to Oakley et al.

(hereinafter "Oakley").  Oakley discloses an electronic device with a housing (20) having

internal electronics, two attached wings (22/24 and 6, 8; Figs. 3 and 4), and electrodes

(within 6 and 8) under each wing (Fig. 4).  Adhesive is on the large pad part of each

wing (the described "electrodes" are an electrode contact surrounded by an adhesive

pad; see col. 3, line 54 to col. 4, line 1).  The housing has no adhesive (col. 4, lines 27-

31; the housing is suspended, not adhered).  The circuitry in the housing includes a

processor to record signals from the electrodes (Fig. 5; see col. 4, lines 45-55).  All the

circuitry is in the housing (Fig. 5).  The connection between the wings and the housing

is a hinge (i.e., capable of bending; see col. 4, lines 31-34).  The center of the housing

is thicker than the edges (Figs. 3-4).  The flexible/bendable wings contain wires with

slack (col. 4, lines 30-34).  When assembled, the device is monolithic (Fig. 4).

10.   Claims 1-3, 7, 8, 11, 12, 15, 20, 26-29, 31-33, and 37-39 are rejected under 35

U.S.C. 102(b) as being anticipated by US Patent 6,117,077 A to Del Mar et al.

(hereinafter "Del Mar").  Del Mar discloses an electronic device having a processor with

memory (52) in a housing (10).  Wings (the "corners" of the device; Fig. 1) each have an

electrode (30, 32, 34) connected to the bottom.  Adhesive is also on the bottom of the

wings (on pads 12, 14, and 16), but not the electrodes themselves or the housing (col.

5, lines 58-63).  The wings also have flaps (12, 14, 16) extending under the housing

Application/Control Number: 13/106,750                                    Page 5
Art Unit: 3739

(Figs. 1 and 3). The wings do not contain electronics (the electronic components are centered in the housing; see Fig. 2). The device bends at each wing (claim 16). The housing and wings (corners) are made of the same material. The lower wings (flaps 12, 14, 16) can be made of different, more flexible material. The angles between the electrodes are between 90 and 180 degrees (Figs. 1 and 5); including about 180 degrees (between the positive electrode, circuitry, and ground electrode in Fig. 7) or about 135 degrees (between the positive electrode, circuitry, and negative electrode in Fig. 3). When assembled, the device is monolithic (Fig. 1).

11.    Claims 1-6, 11, 20, 22, 26-29, 31-33, and 38-41 are rejected under 35 U.S.C. 102(b) as being anticipated by Published US Patent Application 2008/0139953 A1 to Baker et al. (hereinafter "Baker"). Baker discloses an electronic device with a housing (102) containing electronics (101) and two wings (Figs. 1A, 1D, and 2) with electrodes (404). An adhesive (para. [0045]-[0046]) covers the bottom of the wings (on the barrier 105), but not the electrodes (Fig. 2; para. [0046]). The wings have flaps surrounding them, and the flaps are connected together underneath the housing (Figs. 1D and 2), but they do not touch the housing (held in cradle 104). When assembled, the device is monolithic (Figs. 1A and 1C).

12.    Claims 1-10, 12, 15, 26-28, 31, 33, and 38-45 are rejected under 35 U.S.C. 102(b) as being anticipated by Published US Patent Application 2008/028026 A1 to Cross et al. (hereinafter "Cross"). Cross discloses an electronic device with a housing (10) containing electronics (para. [0040]) and wings (see ex, Fig. 12) with electrodes (28). There is a hinge area between the housing and each wing (para. [0088]). A

Application/Control Number: 13/106,750                                        Page 6
Art Unit: 3739

hydrocolloid adhesive (72) covers the bottom of the wings, but not the electrodes (Fig.

12).  The wings have flaps surrounding them, and the flaps are connected together

underneath the housing (ex, Figs. 5 and 12), but they do not touch the housing (held in

cradle 114 and separated with layer 126; see Figs. 11A-11C).  All electronics are in the

housing (see Figs. 1 and 5).  The wings are covered by two release liners (50 and 52)

that are removed before adhering the device to skin (para. [0025]-[0029]).  When

assembled, the device is monolithic (Figs. 10B and 11C).

### *Claim Rejections - 35 USC § 103*

13.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

14.    Claims 13, 14, 21 and 42-45 are rejected under 35 U.S.C. 102(b) as anticipated

by or, in the alternative, under 35 U.S.C. 103(a) as obvious over Del Mar or Oakley.  Del

Mar and Oakley each disclose the features of the claimed invention as described above.

Each reference also teaches securing the device to skin with adhesives and mentions

conventional ECG electrodes, but fails to disclose a particular electrode patch.

However, the descriptions and figures (see Del Mar Figs. 2 and 6 and Oakley Figs. 2

and 4) disclose or at least suggest use of an electrode patch including a conductive disc

surrounded by a synthetic fabric ring coated in skin-safe adhesive.  Such electrodes are

well known in the art and would have been understood as exemplary of "standard

adhesive electrocardiogram electrodes" as disclosed.  These "standard" electrodes are

Application/Control Number: 13/106,750                                      Page 7

Art Unit: 3739

known in the art to have a pressure-sensitive adhesive (including polyacrylate,

polyisobutlene, and polysiloxane adhesives) with a release liner.  Therefore, it would

have been obvious to one having ordinary skill in the art at the time of the invention to

provide such an electrode as the wings of the Del Mar or Oakley device, as predictable

results would ensue.  Further, use of these standard electrodes would also provide a

release liner on each wing, which would require removal prior to placing the device on a

subject.

15.    Claims 23-25 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Baker in view of the Scapa Medical product catalog (hereinafter "Scapa").  Baker

discloses the features of the claimed invention as described above, including use of a

barrier (105) between the wings and the adhesive (Fig. 2).  Baker suggests using foam

adhesive from Scapa Medical (para. [0046]), but fails to specify a particular

barrier/adhesive.  Scapa provides a wide selection of appropriate adhesives, including

configurations with a polyester barrier film (see Scapa Rx743S; catalog pg. 16) suitable

for securing medical devices to skin (catalog pg. 13).

### *Double Patenting*

16.    The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

Application/Control Number: 13/106,750                                    Page 8
Art Unit: 3739

from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

17.    A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

18.    Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

19.    Claims 1-15 and 20-41 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-7, 10-13, 15, 19, and 20 of copending Application No. 13/563,546.  Although the conflicting claims are not identical, they are not patentably distinct from each other because the claims relate to an obvious change in scope.  This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

***Conclusion***

Application/Control Number: 13/106,750                                          Page 9
Art Unit: 3739

20.     The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

21.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Erin M. Cardinal whose telephone number is (571)270-3148.  The examiner can normally be reached on Monday through Thursday 7:30 AM to 6:00 PM EST.

22.     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Linda Dvorak can be reached on (571) 272-4764.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

23.     Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/E. M. C./
Examiner, Art Unit 3739

/Lee S. Cohen/
Primary Examiner, Art Unit 3739

Application/Control Number: 13/106,750                                   Page 10
Art Unit: 3739

September 26, 2012

# Exhibit 21

**Application No.:**      **13/106,750**
**Filing Date:**         **May 12, 2011**

# REMARKS

Claims 1-15 and 20-45 are pending and stand rejected by the Office Action of October 2, 2012. This Amendment amends claims 1-5, 8-10, 20, 22, 24, 26, 27, 35, 41-43 and 45, cancels claim 7, and adds new claims 46-49. The amendments do not add any new matter. For example, support for the amendments to independent claims 1, 27, 42 and 45 may be found in the specification at paragraphs [0065] and [0069]. Support for newly added claims 46 and 47 may be found, for example, at paragraph [0069]. Support for newly added claims 48 and 49 may be found, for example, at paragraph [0091]. Applicants respectfully request reexamination and reconsideration of pending claims 1-6, 8-15 and 20-49.

<u>Claim Objections</u>

The Office Action objected to claims 8 and 24 due to typographical errors. Claims 8 and 24 have been amended to correct those errors. Thus, the objections are now moot.

<u>Claim Rejections Under 35 U.S.C. § 112</u>

Claims 5, 26 and 27-45 stand rejected under 35 U.S.C. § 112, first paragraph, for allegedly not being enabled by the specification. The claims have been amended herein to more clearly state that the housing of the electronic device is not *directly* attached to the mammal. Instead, the electronic device is attached to the mammal via the adhesive surface, which is located on the wings and not on the bottom surface of the housing. Support for these claim amendments is found throughout the specification, for example at paragraph [0074], where the "floating section" of the housing is described.

Claim 2 stands rejected under 35 U.S.C. § 112, second paragraph, due to insufficient antecedent basis. Claim 2 has been amended to correct this shortcoming.

Therefore, Applicants respectfully request withdrawal of the rejections of claims 2, 5, 26 and 27-45 under 35 U.S.C. § 112.

Application No.:     13/106,750
Filing Date:        May 12, 2011

Claim Rejections Under 35 U.S.C. § 102(b)

Claims 1, 2, 7, 8, 12, 15, 20, 22, 26-28, 30-32 and 34-38 stand rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by U.S. Patent No. 6,881,191 to Oakley et al. (hereinafter "Oakley"). Applicants respectfully traverse this rejection.

Independent claim 1 of the present application is directed to an electronic device for long-term adhesion to a mammal. The device includes a housing forming a watertight enclosure, an electronic component contained within the watertight enclosure of the housing, at least two flexible *wings integral with* and extending from *the housing*, and at least two *electrodes integral with the wings so as to be inseparable from the wings during use of the device*. Furthermore, the device includes an adhesive layer that covers at least a portion of the bottom surface of each of the wings for adhesion of the device to skin of the mammal. Notably, *the adhesive layer does not cover a bottom surface of the housing*. Independent claim 27 includes limitations similar to those of claim 1.

Independent claim 42 is directed to a method of applying an electronic device having a housing including a watertight enclosure, an electronic component housed within the watertight enclosure, a *first wing integral with the housing*, and a *second wing integral with the housing* to a mammal for long-term adhesion. The method involves removing a first adhesive cover from the first wing of the electronic device to expose a first electrode and an adhesive on a bottom surface of the first wing, placing the exposed first electrode into contact with skin of the mammal by adhering the adhesive on the bottom surface of the first wing to the skin, removing a second adhesive cover from the second wing of the electronic device to expose a second electrode and an adhesive on a bottom surface of the second wing, and placing the second exposed electrode into contact with the skin of the mammal by adhering the adhesive on the bottom surface of the second wing to the skin. Notably, the *electrodes are integral with the wings so as to be inseparable from the wings during use of the device*. Additionally, after performing the removing and the placing steps, the *housing is not directly attached to the skin but is held in position on the mammal only by the adhesive on the first and the second wings*. Independent claim 45 includes limitations similar to those of claim 42.

Oakley describes a monitor 2, 20 that attaches to two, separate, conventional electrocardiogram ("ECG") electrodes 6, 8. (See Oakley, column 3, lines 57-66, and column 1,

Application No.:    13/106,750
Filing Date:    May 12, 2011

lines 60-65.) The monitor 2, 20 clips onto and off of the electrodes 6, 8 via clips 24 and may be removed from and reattached to the electrodes 6, 8 at any time during use. In contrast, the electronic device of independent claims 1 and 27 includes two wings that are integral with the housing and two electrodes that are integral with the wings so as to be inseparable from the wings during use of the device. Nowhere does Oakley describe a device where two wings are integral with a housing and two electrodes are integral with the wings. Nowhere does Oakley describe electrodes that are inseparable from the wings during use. In fact, when read as a whole, Oakley seems to suggest that it is advantageous to provide a monitor 2, 20 that can be clipped onto and off of conventional, separate ECG electrodes 6, 8.

Therefore, Applicants respectfully submit that Oakley fails to describe, teach or suggest each and every element of independent claims 1 and 27. Applicants thus request withdrawal of the rejection of claims 1, 2, 7, 8, 12, 15, 20, 22, 26-28, 30-32 and 34-38 under 35 U.S.C. § 102(b).

Claims 1-3, 7, 8, 11, 12, 15, 20, 26-29, 31-33 and 37-39 also stand rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by U.S. Patent No. 6,117,077 to Del Mar et al. (hereinafter "Del Mar"). Applicants respectfully traverse this rejection.

Del Mar is similar to Oakley, in that it describes a housing 10 that clips onto to three separate electrode pads 12, 14, 16 via three conductive receptacles. (See Del Mar, column 4, lines 61-67, and column 5, lines 27-31.) Again, the electrode pads 12, 14, 16 of Del Mar are conventional ECG pads, and the housing 10 may be unclipped from the pads 12, 14, 16 at any time during use. Nowhere does Del Mar describe a device where two wings are integral with a housing and two electrodes are integral with the wings. Nowhere does Del Mar describe electrodes that are inseparable from the wings during use.

Therefore, Applicants respectfully submit that Del Mar fails to describe, teach or suggest each and every element of independent claims 1 and 27. Applicants thus request withdrawal of the rejection of claims 1-3, 7, 8, 11, 12, 15, 20, 26-29, 31-33 and 37-39 under 35 U.S.C. § 102(b).

Claims 1-6, 11, 20, 22, 26-29, 31-33 and 38-41 also stand rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by U.S. Patent Application Pub. No. 2008/0139953 to Baker et al. (hereinafter "Baker"). Applicants respectfully traverse this rejection.

-12-

**Application No.:** 13/106,750
**Filing Date:** May 12, 2011

Baker describes a monitor 100 with a removable and reusable communications and computation module 102 and a disposable electrode module 110. (Baker, paragraph [0045].) The communications and computation module 102 removably attaches to the disposable electrode module 110 via retention clips. (Baker, paragraph [0047] and Fig. 1B.) The electrode module 110 also includes an adhesive member 105, used to affix the electrode module 110 to a patient. (Baker, paragraph [0046] and Figs. 1B and 1C.) As evident from Figs. 1B and 1C, Baker's adhesive member 105 extends along the entire length of the bottom surface of the disposable electrode module 110.

Nowhere does Baker describe, disclose or suggest an adhesive layer that does not cover a bottom surface of a housing, as in currently pending independent claims 1 and 27. In fact, Baker shows its adhesive member 105 extending below the communications and computation module 102. (See Figs. 1B and 1C.) Furthermore, Baker also fails to describe, teach or suggest two wings that are integral with a housing. Even assuming that the reusable communications and computation module 102 is analogous to a housing and a portion of the disposable electrode module 110 is analogous to wings, which Applicants do not concede, the communications and computation module 102 is clearly removable from, and not integral with, the electrode module 110. To make the two parts integral with one another would defeat a stated objective of Baker— i.e., to make the communications and computation module 102 removable from the electrode module 110 and thus reusable.

Therefore, Applicants respectfully submit that Baker fails to describe, teach or suggest each and every element of independent claims 1 and 27. Applicants thus request withdrawal of the rejection of claims 1-6, 11, 20, 22, 26-29, 31-33 and 38-41 under 35 U.S.C. § 102(b).

Claims 1-10, 12, 15, 26-28, 31, 33 and 38-45 also stand rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by U.S. Patent Application Pub. No. 2008/028026 to Cross et al. (hereinafter "Cross"). Applicants respectfully traverse this rejection.

Cross describes a monitoring device 10 attached to a patient via a patch 22 that includes multiple layers. (See Cross, paragraph [0042] and Fig. 5.) Nowhere does Cross teach, disclose or suggest an electronic device in which an adhesive layer does not cover a bottom surface of a housing. In fact, the adhesive surface of Cross, such as the foam/support layer 72, is disposed

-13-

**Application No.:**    13/106,750
**Filing Date:**          May 12, 2011

directly beneath the monitoring device 10. (See Cross Figs. 5 and 6, for example.) If anything, Cross's foam/support layer 72 is the opposite of the adhesive layer of the independent claims of the present application, in that the foam/support layer 72 is disposed on a bottom surface of the monitoring device 10 but not on a portion of the seal layer 62 that extends beyond the foam/support layer 72. (See Figs. 5 and 6.)

Therefore, Applicants respectfully submit that Cross fails to describe, teach or suggest each and every element of independent claims 1 and 27. Applicants thus request withdrawal of the rejection of claims 1-10, 12, 15, 26-28, 31, 33 and 38-45 under 35 U.S.C. § 102(b).

Claim Rejections Under 35 U.S.C. § 103(a)

Claims 13, 14, 21 and 42-45 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Del Mar or Oakley. Claims 23-25 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Baker in view of the Scarpa Medical product catalog (hereinafter "Scarpa"). Applicants respectfully traverse these rejections.

For all the reasons set forth in detail above, Applicants respectfully submit that independent claims 1, 42 and 45 are patentable over Del Mar, Oakley and Baker, and no combination of those references, with or without Scarpa, arrives at or renders obvious the device and method described by those claims. Nothing in any of the references makes up for the deficiencies of the other cited references.

Applicants submit that it would not have been obvious to one of skill in the art to provide an electronic device having wings integral with a housing, electrodes integral with the wings so as to be inseparable from the wings during use of the device, and an adhesive layer on the wings but not on a bottom surface of the housing, as recited in the presently pending claims. This combination of features is not described in the cited references and would not have been obvious to one of skill in the art. Furthermore, this combination of features is an important innovation, in that it provides for a device that is more comfortable to wear for a relatively long time, thus allowing for long-term, continuous collection of physiological data from a patient.

For these reasons, Applicants respectfully request withdrawal of the rejections of claims 13, 14, 21, 23-25 and 42-45 under 35 U.S.C. § 103(a).

-14-

**Application No.:** 13/106,750
**Filing Date:** May 12, 2011

No Disclaimers or Disavowals

     Although the present communication may include alterations to the application or claims, or characterizations of claim scope or referenced art, Applicants are not conceding in this application that previously pending claims are not patentable over the cited references. Rather, any alterations or characterizations are being made to facilitate expeditious prosecution of this application.  Applicants reserve the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by any prior prosecution. Accordingly, reviewers of this or any parent, child or related prosecution history shall not reasonably infer that Applicants have made any disclaimers or disavowals of any subject matter supported by the present application.

     Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

                          Respectfully submitted,

                          KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 29, 2012          By: /Scott Smith/ _____
                          Scott Smith
                          Registration No. 48,268
                          Attorney of Record
                          Customer No. 20995
                          (650) 752-1100

14095335
100412

# Exhibit 22

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/106,750 | 05/12/2011 | Uday N. Kumar | IRHYM.002A | 5971 |

20995        7590        12/28/2012
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
|---|
| CARDINAL, ERIN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3739 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/28/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jayna.cartee@knobbe.com
efiling@knobbe.com

| **Office Action Summary** | Application No. | Applicant(s) |
| | 13/106,750 | KUMAR ET AL. |
| | Examiner | Art Unit | |
| | Erin M. Cardinal | 3739 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>29 October 2012</u>.

2a)☒ This action is **FINAL**.      2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5)☒ Claim(s) <u>1-6,8-15 and 20-49</u> is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-6,8-15 and 20-47</u> is/are rejected.

8)☒ Claim(s) <u>48 and 49</u> is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>13 August 2012</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

4)☐ Other: _____.

Application/Control Number: 13/106,750                                          Page 2
Art Unit: 3739

## DETAILED ACTION

This action is responsive to applicant's amendments and remarks dated October 29, 2012. Claims 1-6, 8-15, 20-49 are pending. The previous objections to the drawings are withdrawn in light of the amended drawings. The previous objections to claims 8 and 24, the rejections of claims 5, 26, and 27-45 made under the first paragraph of 35 U.S.C. 112, and the rejection of claim 2 made under the second paragraph of 35 U.S.C. 112 are all withdrawn in light of the amendments.

### *Claim Rejections - 35 U.S.C. § 102*

The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

Claims 1, 2, 8, 12-15, 20, 26-28, 30-32, and 37-41 are rejected under 35 U.S.C. 102(b) as being anticipated by Published US Patent Application 2002/008241 A1 to Nissila (hereinafter "Nissila"). Nissila discloses a watertight electronic device with a housing (203) having internal electronics (200; Fig. 12), two attached fabric (para. [0033]) wings (each side of 101) and electrodes (118, 122) under each wing (Figs. 4-6). Adhesive (127) covers the underside of each wing, but not the electrode (see Figs. 4 and 6 and para. [0035]). The housing has no adhesive (see gap at 125; Figs. 4 and 6). The housing and wings can be integrally connected with a hinge (para. [0038]). The device is monolithic (Figs. 10 and 11).

### *Claim Rejections - 35 USC § 103*

The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

Application/Control Number: 13/106,750                                    Page 3
Art Unit: 3739

Claims 1, 2, 8, 12-15, 20-22, 26-28, 30-32, 34-38, 42-45, 48, and 49 are rejected under 35

U.S.C. 103(a) as being unpatentable over US Patent 6,881,191 B2 to Oakley et al. (hereinafter

"Oakley").  Oakley discloses an electronic device with a watertight housing (20; col. 5, lines 50-

51) having internal electronics, two attached wings (22/24 and 6, 8; Figs. 3 and 4), and electrodes

(within 6 and 8) under each wing (Fig. 4).  Adhesive is on the large pad part of each wing (the

described "electrodes" are an electrode contact surrounded by an adhesive pad; see col. 3, line 54

to col. 4, line 1).  The housing has no adhesive (col. 4, lines 27-31; the housing is suspended, not

adhered).  The circuitry in the housing includes a processor to record signals from the electrodes

(Fig. 5; see col. 4, lines 45-55).  All the circuitry is in the housing (Fig. 5).  The connection

between the wings and the housing is a hinge (i.e., capable of bending; see col. 4, lines 31-34).

The center of the housing is thicker than the edges (Figs. 3-4).  The flexible/bendable wings

contain wires with slack (col. 4, lines 30-34).  When assembled, the device is monolithic (Fig. 4).

Oakley further discloses that the electrodes are integral with the wings (the "standard" electrode

pad is an integral electrode and adhesive wing), but fails to disclose that the wings are integral

with the housing.  It would have been obvious to one having ordinary skill in the art at the time

the invention was made to combine the wings and the housing into a single piece (essentially

replacing the snap connectors with a permanent connection), since it has been held that forming

in one piece an article which has formerly been formed in two pieces and put together involves

only routine skill in the art.  *Howard v. Detroit Stove Works*, 150 U.S. 164 (1893).  See also

MPEP 2144.04.V.B.

Regarding claims 13, 14, 21, 42-45, 48, and 49, Oakley further teaches securing the

device to skin with adhesives for long-term use and mentions conventional ECG electrodes, but

Application/Control Number: 13/106,750                                    Page 4
Art Unit: 3739

fails to disclose a particular electrode patch.  However, the descriptions and figures (see Figs. 2

and 4) disclose or at least suggest use of an electrode patch including a conductive disc

surrounded by a synthetic fabric ring coated in skin-safe adhesive.  Such electrodes are well

known in the art and would have been understood as exemplary of "standard adhesive

electrocardiogram electrodes" as disclosed.  These "standard" electrodes are known in the art to

have a pressure-sensitive adhesive (including polyacrylate, polyisobutlene, and polysiloxane

adhesives) with a release liner.  Therefore, it would have been obvious to one having ordinary

skill in the art at the time of the invention to provide such an electrode as the wings of the Oakley

device, as predictable results would ensue.  Further, use of these standard electrodes would also

provide a release liner on each wing, which would require removal prior to placing the device on

a subject.

        Claims 1-3, 8, 11-15, 20, 21, 26-29, 31-33, 37-39, 42-45, 48, and 49 are rejected under 35

U.S.C. 103(a) as being unpatentable over US Patent 6,117,077 A to Del Mar et al. (hereinafter

"Del Mar").  Del Mar discloses an electronic device having a processor with memory (52) in a

watertight housing (10; col. 5, line 4).  Wings (the "corners" of the device; Fig. 1) each have an

electrode (30, 32, 34) connected to the bottom.  Adhesive is also on the bottom of the wings (on

pads 12, 14, and 16), but not the electrodes themselves or the housing (col. 5, lines 58-63).  The

wings also have flaps (12, 14, 16) extending under the housing (Figs. 1 and 3).  The wings do not

contain electronics (the electronic components are centered in the housing; see Fig. 2).  The

device bends at each wing (claim 16).  The housing and wings (corners) are made of the same

material.  The lower wings (flaps 12, 14, 16) can be made of different, more flexible material.

The angles between the electrodes are between 90 and 180 degrees (Figs. 1 and 5); including

Application/Control Number: 13/106,750                                    Page 5
Art Unit: 3739

about 180 degrees (between the positive electrode, circuitry, and ground electrode in Fig. 7) or

about 135 degrees (between the positive electrode, circuitry, and negative electrode in Fig. 3).

When assembled, the device is monolithic (Fig. 1). Del Mar further discloses that the wings are

integral with the housing (Fig. 1), but fails to disclose that the electrodes are integral with the

wings. It would have been obvious to one having ordinary skill in the art at the time the

invention was made to combine the housing/wings and the adhesive/electrodes into a single

piece (essentially replacing the snap connectors with a permanent connection), since it has been

held that forming in one piece an article which has formerly been formed in two pieces and put

together involves only routine skill in the art. *Howard v. Detroit Stove Works*, 150 U.S. 164

(1893). See also MPEP 2144.04.V.B.

Regarding claims 13, 14, 21, 42-45, 48, and 49, Del Mar also teaches securing the device

to skin with adhesives for long term use and mentions conventional ECG electrodes, but fails to

disclose a particular electrode patch. However, the descriptions and figures (see Figs. 2 and 6)

disclose or at least suggest use of an electrode patch including a conductive disc surrounded by a

synthetic fabric ring coated in skin-safe adhesive. Such electrodes are well known in the art and

would have been understood as exemplary of "standard adhesive electrocardiogram electrodes"

as disclosed. These "standard" electrodes are known in the art to have a pressure-sensitive

adhesive (including polyacrylate, polyisobutlene, and polysiloxane adhesives) with a release

liner. Therefore, it would have been obvious to one having ordinary skill in the art at the time of

the invention to provide such an electrode as the wings of the Del Mar device, as predictable

results would ensue. Further, use of these standard electrodes would also provide a release liner

on each wing, which would require removal prior to placing the device on a subject.

Application/Control Number: 13/106,750                                          Page 6
Art Unit: 3739

  Claims 1-6, 8-10, 12, 15, 26-28, 31, 33, 38-45, 48, and 49 are rejected under 35 U.S.C.

103(a) as being anticipated by Published US Patent Application 2008/028026 A1 to Cross et al.

(hereinafter "Cross").  Cross discloses an electronic device with a watertight housing (10; see

para. [0048]-[0049]) containing electronics (para. [0040]) and wings (see ex, Fig. 12) with

electrodes (28).  There is a hinge area between the housing and each wing (para. [0088]).  A

hydrocolloid adhesive (72) covers the bottom of the wings, but not the electrodes (Fig. 12).  The

wings have flaps surrounding them, and the flaps are connected together underneath the housing

(ex, Figs. 5 and 12), but they do not touch the housing (held in cradle 114 and separated with

layer 126; see Figs. 11A-11C).  All electronics are in the housing (see Figs. 1 and 5).  The wings

are covered by two release liners (50 and 52) that are removed before adhering the device to skin

(para. [0025]-[0029]).  Cross further discloses that the assembled device is monolithic (Figs. 10B

and 11C), but fails to disclose the electronics being integral with the wings.  However, it would

have been obvious to one having ordinary skill in the art at the time the invention was made to

combine the wings and the housing into a single piece (essentially permanently mounting the

electronics housing in the cradle), since it has been held that forming in one piece an article

which has formerly been formed in two pieces and put together involves only routine skill in the

art.  *Howard v. Detroit Stove Works*, 150 U.S. 164 (1893).  See also MPEP 2144.04.V.B.

  Claims 1-6, 11, 20, 22, 26-29, 31-33, and 38-41 are rejected under 35 U.S.C. 103(a) as

being anticipated by Published US Patent Application 2008/0139953 A1 to Baker et al.

(hereinafter "Baker").  Baker discloses an electronic device with a housing (102) containing

electronics (101) and two wings (Figs. 1A, 1D, and 2) with electrodes (404).  An adhesive (para.

[0045]-[0046]) covers the bottom of the wings (on the barrier 105), but not the electrodes (Fig. 2;

Application/Control Number: 13/106,750                                    Page 7
Art Unit: 3739

para. [0046]).  The adhesive is also separated from the housing (by barrier 105 and cradle 104).

The wings have flaps surrounding them, and the flaps are connected together underneath the

housing (Figs. 1D and 2), but they do not touch the housing.  Baker further discloses that the

assembled device is monolithic (Figs. 1A and 1C), but fails to disclose the electronics being

integral with the wings.  However, it would have been obvious to one having ordinary skill in the

art at the time the invention was made to combine the wings and the housing into a single piece

(essentially permanently mounting the electronics housing in the cradle), since it has been held

that forming in one piece an article which has formerly been formed in two pieces and put

together involves only routine skill in the art.  *Howard v. Detroit Stove Works*, 150 U.S. 164

(1893).  See also MPEP 2144.04.V.B.

Claims 23-25 are rejected under 35 U.S.C. 103(a) as being unpatentable over Baker in

view of the Scapa Medical product catalog (hereinafter "Scapa").  Baker discloses the features of

the claimed invention as described above, including use of a barrier (105) between the wings and

the adhesive (Fig. 2).  Baker suggests using foam adhesive from Scapa Medical (para. [0046]),

but fails to specify a particular barrier/adhesive.  Scapa provides a wide selection of appropriate

adhesives, including configurations with a polyester barrier film (see Scapa Rx743S; catalog pg.

16) suitable for securing medical devices to skin (catalog pg. 13).

### *Double Patenting*

The basis for a nonstatutory double patenting rejection and information regarding

terminal disclaimers can be found in a prior Office action, and is not included in this action.

Claims 1-15 and 20-41 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 1-7, 10-13, 15, 19, and 20

Application/Control Number: 13/106,750                                    Page 8
Art Unit: 3739

of copending Application No. 13/563,546.  Although the conflicting claims are not identical,

they are not patentably distinct from each other because the claims relate to an obvious change in

scope.  This is a provisional obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

### *Allowable Subject Matter*

Claims 46 and 47 are objected to as being dependent upon a rejected base claim, but

would be allowable if rewritten in independent form including all of the limitations of the base

claim and any intervening claims.  The following is a statement of reasons for the indication of

allowable subject matter:

The closest prior art is described above.  However, none of the reference further teach or

suggest an electronic component that is housed within but is unattached to the watertight

enclosure such that it can move freely within the housing.  While such floating components

existed at the time of the invention, there is no teaching or suggestion to combine them with the

other recited features of claims 1 and 27.

### *Response to Arguments*

Applicant's arguments filed October 29, 2012 have been fully considered but they are

moot in light of the new grounds of rejection above.

### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

Application/Control Number: 13/106,750                                    Page 9
Art Unit: 3739

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Erin M. Cardinal whose telephone number is (571)270-3148.

The examiner can normally be reached on Monday through Thursday 7:30 AM to 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Linda Dvorak can be reached on (571) 272-4764.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

Application/Control Number: 13/106,750                                                    Page 10

Art Unit: 3739

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

                                                              /Linda C Dvorak/
                                                              Supervisory Patent Examiner, Art Unit
                                                              3739

/E. M. C./
Examiner, Art Unit 3739

# Exhibit 23

Application No.:    13/106,750
Filing Date:        May 12, 2011

## REMARKS

The foregoing amendments and the following remarks are responsive to the December 28, 2012 Office Action (the "Office Action"). Applicants again thank Examiner Cardinal for the helpful and courteous interview conducted on May 22, 2013. Claims 1-6, 8-15, and 20-49 were pending in this application. Claims 1, 27, 42, and 45 are currently amended. The amendments are substantially identical to those discussed and agreed upon during the interview. Applicants believe that the amendments are fully supported by the application as filed. In view of the foregoing amendments and the following remarks, Applicants respectfully submit that the present application is in condition for allowance.

### *Request for Consideration Under the After Final Consideration Pilot Program 2.0*

In view of the results of the interview of May 22, 2013, Applicants respectfully request that the present amendments be considered under the After Final Consideration Pilot Program 2.0. Applicants have submitted the Certificate and Request for Consideration Under the After Final Consideration Pilot Program 2.0.

### *Claim Rejections – 35 U.S.C. 102(b)*

Claims 1, 2, 8, 12-15, 20, 26-28, 30-32, and 37-41 were rejected under 35 U.S.C. 102(b) as being anticipated by 2002/0082491 A1 to Nissila (hereinafter "Nissila"). In view of the foregoing amendments to the independent claims, Applicants submit that the rejection is improper.

For example, in contrast to the teachings or suggestions of Nissila, Applicants claim, *inter alia*, a device <u>wherein the electrodes are configured to move toward and away from each other, causing the housing to move toward and away from the mammal's body in response to movement of the mammal; and, wherein the electrical connections are not relied upon for mechanical support</u>. Accordingly, in view of the arguments and amendments herein, Applicants respectfully request that the present rejections be withdrawn.

Application No.:     13/106,750
Filing Date:         May 12, 2011

*Claim Rejections – 35 U.S.C. 103(a)*

Claims 1, 2, 8, 12-15, 20-22, 26-28, 30-32, 34-38, 42-45, 48, and 49 were rejected under 35 U.S.C. 103(a) as being unpatentable over US 6,881,191 to Oakley et al. (hereinafter "Oakley"). Further, Claims 1-3, 8, 11-15, 20, 21, 26-29. 31-33, 37-39, 42-45, 48, and 49 were rejected under 35 U.S.C. 103(a) as being unpatentable over US 6,117,077 to Del Mar et al. (hereinafter "Del Mar"). Claims 1-6, 8-10, 12, 15, 26-28, 31, 38-45, 48, and 49 are rejected under 35 U.S.C. 103(a) as being unpatentable over US 2008/0288026 to Cross et al (hereinafter Cross). Claims 1-6, 11, 20, 22, 26-29, 31-33, and 38-41 were rejected under 35 U.S.C. 103(a) as being an unpatentable over 2008/0139953 to Baker et al (hereinafter "Baker"). Claims 23-25 were rejected under 35 U.S.C. 103(a) as unpatentable over Baker in view of the Scapa Medical product catalog (hereinafter "Scapa"). In view of the foregoing amendments to the independent claims, Applicants submit that the rejection is improper.

For example, in contrast to the teachings or suggestions of Nissila, Oakley, Del Mar, Cross, and Baker, Applicants claim, *inter alia*, a device <u>wherein the electrodes are configured to move toward and away from each other, causing the housing to move toward and away from the mammal's body in response to movement of the mammal; and, wherein the electrical connections are not relied upon for mechanical support</u>. Accordingly, in view of the arguments and amendments herein, Applicants respectfully request that the present rejections be withdrawn.

*Dependent Claims are Patentable*

As Applicants respectfully submit that the arguments presented herein in relation to the presently-amended independent claims overcome the present rejections, Applicants also submit that the remaining dependent claims are allowable not only because each depends from an allowable base claim, but also because at least some of the dependent claims recite limitations not taught or suggested by the prior art. Accordingly, withdrawal of the present rejections is respectfully requested.

*No Disclaimers or Disavowals*

Although the present communication may include alterations to the application or claims, or characterizations of claim scope or referenced art, Applicants are not conceding in this

Application No.:       13/106,750
Filing Date:          May 12, 2011

application that previously pending claims are not patentable over the cited references. Rather, any alterations or characterizations are being made to facilitate expeditious prosecution of this application. Applicants reserve the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by any prior prosecution. Accordingly, reviewers of this or any parent, child or related prosecution history shall not reasonably infer that Applicants have made any disclaimers or disavowals of any subject matter supported by the present application.

*Co-Pending Applications of Assignee*

Applicants wish to draw the Examiner's attention to the following co-pending applications of the present application's assignee.

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| IRHYM.002C1 | 13/563,543 6 | Device Features and Design Elements for Long-term Adhesion | 07-21-2012 |
| IRHYM.002C2 | 13/890144 | Device Features and Design Elements for Long-term Adhesion | 05-08-2013 |
| IRHYM.003PR | 61/756326 | Physiological Monitoring Device | 01-24-2013 |

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 28, 2013          By: /Ronald J. Schoenbaum/
                             Ronald J. Schoenbaum
                             Registration No. 38,297
                             Attorney of Record
                             Customer No. 20995
                             (949) 721-2950

15479185

# Exhibit 24

Baker Patents and Publications
- U.S. Patent No. 8,214,007
- U.S. Patent Pub. No. 2008/0139953

| iRhythm Patents (Virtual Marking Page) | Cited Baker Patent/Publication on its Face |
|---|---|
| 8,538,503 | 2008/0139953* |
| 8,560,046 | 2008/0139953* |
| 9,173,670 | 8,214,007; 2008/0139953 |
| 9,241,649 | 8,214,007; 2008/0139953 |
| 9,451,975 | 8,214,007; 2008/0139953 |
| 9,597,004 | 8,214,007; 2008/0139953 |
| 9,955,887 | 8,214,007; 2008/0139953 |
| 10,098,559 | 8,214,007; 2008/0139953 |
| 10,271,754 | 8,214,007; 2008/0139953* |
| 10,299,691 | 8,214,007; 2008/0139953 |
| D852965 | 2008/0139953 |
| D854167 | 2008/0139953 |
| 10,405,799 | 8,214,007; 2008/0139953 |
| 10,517,500 | 8,214,007; 2008/0139953 |
| 11,141,091 | 8,214,007; 2008/0139953 |
| 10,555,683 | 8,214,007; 2008/0139953* |
| 11,627,902 | 8,214,007; 2008/0139953* |
| 11,051,738 | 8,214,007; 2008/0139953* |
| 10,667,712 | 8,214,007; 2008/0139953 |
| 10,813,565 | 8,214,007; 2008/0139953 |
| 11,605,458 | 8,214,007; 2008/0139953 |
| 11,289,197 | 8,214,007; 2008/0139953 |
| 11,350,864 | 8,214,007; 2008/0139953 |
| 11,350,865 | 8,214,007; 2008/0139953 |
| 11,589,792 | 8,214,007; 2008/0139953 |
| 11,337,632 | 8,214,007; 2008/0139953 |
| 11,504,041 | 8,214,007; 2008/0139953* |
| 11,246,523 | 8,214,007; 2008/0139953 |
| 11,399,760 | 8,214,007; 2008/0139953 |
| 11,246,524 | 8,214,007; 2008/0139953 |
| 11,382,555 | 8,214,007; 2008/0139953 |
| 11,083,371 | 8,214,007; 2008/0139953 |
| 11,253,185 | 8,214,007; 2008/0139953 |
| 11,253,186 | 8,214,007; 2008/0139953 |
| 11,375,941 | 8,214,007; 2008/0139953 |
| 11,497,432 | 8,214,007; 2008/0139953 |

* cited by Examiner

# Exhibit 25

US009173670B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 9,173,670 B2**
Sepulveda et al.　　　　　　　　　　(45) **Date of Patent:**　　**Nov. 3, 2015**

(54) **SKIN ABRADER**

(71) Applicant: **iRhythm Technologies, Inc.**, San Francisco, CA (US)

(72) Inventors: **Genaro Sebastian Sepulveda**, San Francisco, CA (US); **Timothy Jon Bahney**, San Francisco, CA (US); **Shena Hae Park**, San Francisco, CA (US)

(73) Assignee: **iRhythm Technologies, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/247,014**

(22) Filed: **Apr. 7, 2014**

(65) **Prior Publication Data**

US 2014/0303647 A1　　Oct. 9, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/809,817, filed on Apr. 8, 2013.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A61B 17/50* | (2006.01) | |
| *A61B 17/32* | (2006.01) | |
| *A61B 5/0402* | (2006.01) | |
| *A61B 5/0408* | (2006.01) | |
| *A61B 17/54* | (2006.01) | |
| *A61B 19/02* | (2006.01) | |

(52) **U.S. Cl.**
CPC .............. **A61B 17/32** (2013.01); **A61B 5/04025** (2013.01); **A61B 5/04087** (2013.01); **A61B 17/54** (2013.01); **A61B 19/026** (2013.01); *A61B 2017/320004* (2013.01); *A61B 2019/0267* (2013.01)

(58) **Field of Classification Search**
CPC .......... A47K 7/02; A61E 13/00; A61B 17/32; A61B 19/026; A61B 5/04025; A61B 5/04087; A61B 17/54; A61B 2019/0267; A61B 2017/320004; A61B 2562/0209; A61B 2017/00761; A16B 17/320004
USPC ......... 606/131–133; 132/75.6, 76.4; 600/372, 600/382, 386, 391, 392; 607/149, 152–153
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,497,079 A | | 6/1924 | Gullborg | |
| 2,179,922 A | * | 11/1939 | Dana | ............................ 132/76.4 |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 2262419 A2 | 12/2010 |
| GB | 2348707 A | 10/2000 |

(Continued)

OTHER PUBLICATIONS

US 8,750,980, 6/2014, Katra et al. (withdrawn).

(Continued)

*Primary Examiner* — Amy R Weisberg
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57)　　　　　　**ABSTRACT**

The present invention relates to devices, methods, and systems for abrading the skin in preparation for attachment of an electrode. In some embodiments, the invention may provide for a simple, low-cost device **120** with a flat, abrading surface that removes the topmost layer of the skin without causing undue injury.

**13 Claims, 12 Drawing Sheets**



US 9,173,670 B2

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,201,645 A | | 5/1940 | Epner |
| 2,311,000 A | * | 2/1943 | Lurrain ........................ 451/524 |
| 2,500,840 A | | 3/1950 | Lyons |
| 3,215,136 A | | 11/1965 | Holter et al. |
| 3,547,107 A | | 12/1970 | Chapman et al. |
| 3,870,034 A | | 3/1975 | James |
| 3,882,853 A | | 5/1975 | Gofman |
| 3,911,906 A | | 10/1975 | Reinhold |
| 4,023,312 A | | 5/1977 | Stickney |
| 4,027,664 A | * | 6/1977 | Heavner et al. ............... 600/376 |
| 4,121,573 A | | 10/1978 | Crovella et al. |
| 4,123,785 A | | 10/1978 | Cherry et al. |
| 4,126,126 A | | 11/1978 | Bare |
| 4,202,139 A | | 5/1980 | Hong et al. |
| 4,274,419 A | | 6/1981 | Tam et al. |
| 4,274,420 A | | 6/1981 | Hymes |
| 4,286,610 A | | 9/1981 | Jones |
| 4,333,475 A | | 6/1982 | Moreno et al. |
| 4,361,990 A | | 12/1982 | Link |
| 4,381,792 A | | 5/1983 | Busch |
| 4,438,767 A | | 3/1984 | Nelson |
| 4,459,987 A | | 7/1984 | Pangburn |
| 4,535,783 A | | 8/1985 | Marangoni |
| 4,537,207 A | | 8/1985 | Gilhaus |
| 4,572,187 A | | 2/1986 | Schetrumpf |
| 4,621,465 A | | 11/1986 | Pangburn |
| 4,658,826 A | * | 4/1987 | Weaver ........................... 600/386 |
| 4,712,552 A | | 12/1987 | Pangburn |
| 4,736,752 A | | 4/1988 | Munck et al. |
| 4,925,453 A | * | 5/1990 | Kannankeril ................. 604/378 |
| 4,981,141 A | | 1/1991 | Segalowitz |
| 5,003,987 A | | 4/1991 | Grinwald |
| 5,027,824 A | | 7/1991 | Dougherty et al. |
| 5,086,778 A | | 2/1992 | Mueller et al. |
| 5,205,295 A | | 4/1993 | Del Mar et al. |
| 5,228,450 A | | 7/1993 | Sellers |
| 5,230,119 A | * | 7/1993 | Woods et al. ............... 15/209.1 |
| 5,289,824 A | | 3/1994 | Mills et al. |
| 5,305,746 A | * | 4/1994 | Fendrock ...................... 600/391 |
| 5,309,909 A | | 5/1994 | Gadsby |
| 5,365,935 A | | 11/1994 | Righter et al. |
| 5,458,141 A | | 10/1995 | Neil |
| 5,483,967 A | | 1/1996 | Ohtake |
| 5,489,624 A | | 2/1996 | Kantner et al. |
| 5,511,553 A | | 4/1996 | Segalowitz |
| 5,515,858 A | | 5/1996 | Myllymaki |
| 5,536,768 A | | 7/1996 | Kantner et al. |
| 5,626,140 A | | 5/1997 | Feldman et al. |
| 5,634,468 A | | 6/1997 | Platt et al. |
| 5,645,063 A | | 7/1997 | Straka |
| 5,645,068 A | | 7/1997 | Mezack et al. |
| 5,730,143 A | | 3/1998 | Schwarzberg |
| 5,749,365 A | | 5/1998 | Magill |
| 5,749,367 A | | 5/1998 | Gamlyn et al. |
| 5,771,524 A | * | 6/1998 | Woods et al. ............... 15/209.1 |
| 5,881,743 A | * | 3/1999 | Nadel ............................ 132/320 |
| 5,957,854 A | | 9/1999 | Besson et al. |
| 5,959,529 A | | 9/1999 | Kail |
| 6,013,007 A | | 1/2000 | Root et al. |
| 6,032,060 A | | 2/2000 | Carim |
| 6,044,515 A | * | 4/2000 | Zygmont ..................... 15/209.1 |
| 6,093,146 A | | 7/2000 | Filangeri |
| D429,358 S | | 8/2000 | Francis et al. |
| 6,102,856 A | | 8/2000 | Groff et al. |
| 6,117,077 A | | 9/2000 | Del Mar et al. |
| 6,134,480 A | | 10/2000 | Minogue |
| 6,136,008 A | * | 10/2000 | Becker et al. ................. 606/131 |
| 6,161,036 A | | 12/2000 | Matsumura et al. |
| 6,169,915 B1 | | 1/2001 | Krumbiegel et al. |
| 6,178,357 B1 | | 1/2001 | Gliner et al. |
| 6,200,265 B1 | | 3/2001 | Walsh et al. |
| 6,225,901 B1 | | 5/2001 | Kail |
| 6,232,366 B1 | | 5/2001 | Wang et al. |
| 6,238,338 B1 | | 5/2001 | DeLuca et al. |
| 6,248,115 B1 | | 6/2001 | Halk |

| | | | |
|---|---|---|---|
| 6,290,707 B1 | | 9/2001 | Street |
| 6,379,237 B1 | | 4/2002 | Gordon |
| 6,385,473 B1 | | 5/2002 | Haines et al. |
| 6,416,471 B1 | | 7/2002 | Kumar et al. |
| 6,454,708 B1 | | 9/2002 | Ferguson et al. |
| 6,456,872 B1 | | 9/2002 | Faisandier |
| 6,464,815 B1 | * | 10/2002 | Beaudry ........................ 156/202 |
| 6,493,898 B1 | * | 12/2002 | Woods et al. ................ 15/209.1 |
| 6,510,339 B2 | | 1/2003 | Kovtun et al. |
| 6,546,285 B1 | | 4/2003 | Owen et al. |
| 6,569,095 B2 | | 5/2003 | Eggers |
| 6,580,942 B1 | | 6/2003 | Willshire |
| 6,585,707 B2 | | 7/2003 | Cabiri et al. |
| 6,589,187 B1 | | 7/2003 | Dirnberger et al. |
| 6,605,046 B1 | | 8/2003 | Del Mar |
| 6,622,035 B1 | | 9/2003 | Merilainen |
| 6,626,865 B1 | | 9/2003 | Prisell |
| 6,664,893 B1 | | 12/2003 | Eveland et al. |
| 6,665,385 B2 | | 12/2003 | Rogers et al. |
| 6,690,959 B2 | * | 2/2004 | Thompson ..................... 600/372 |
| 6,694,177 B2 | | 2/2004 | Eggers et al. |
| 6,701,184 B2 | | 3/2004 | Henkin |
| 6,711,427 B1 | * | 3/2004 | Ketelhohn ..................... 600/372 |
| 6,730,028 B2 | | 5/2004 | Eppstein |
| 6,775,566 B2 | | 8/2004 | Nissila |
| 6,801,137 B2 | | 10/2004 | Eggers |
| 6,801,802 B2 | | 10/2004 | Sitzman et al. |
| 6,881,191 B2 | | 4/2005 | Oakley et al. |
| 6,893,396 B2 | | 5/2005 | Schulze et al. |
| 6,940,403 B2 | | 9/2005 | Kail |
| 6,954,163 B2 | | 10/2005 | Toumazou et al. |
| 6,957,107 B2 | | 10/2005 | Rogers et al. |
| 7,002,468 B2 | | 2/2006 | Eveland et al. |
| 7,020,508 B2 | | 3/2006 | Stivoric et al. |
| 7,024,248 B2 | | 4/2006 | Penner et al. |
| 7,072,708 B1 | | 7/2006 | Andresen et al. |
| 7,072,709 B2 | | 7/2006 | Xue |
| 7,076,283 B2 | | 7/2006 | Cho et al. |
| 7,076,287 B2 | | 7/2006 | Rowlandson |
| 7,076,288 B2 | | 7/2006 | Skinner |
| 7,076,289 B2 | | 7/2006 | Sarkar et al. |
| 7,079,977 B2 | | 7/2006 | Osorio et al. |
| 7,082,327 B2 | | 7/2006 | Houben |
| 7,099,715 B2 | | 8/2006 | Korzinov et al. |
| 7,130,396 B2 | | 10/2006 | Rogers et al. |
| 7,179,152 B1 | * | 2/2007 | Rhoades .......................... 451/41 |
| 7,193,264 B2 | | 3/2007 | Lande |
| 7,194,300 B2 | | 3/2007 | Korzinov |
| 7,206,630 B1 | | 4/2007 | Tarler |
| 7,212,850 B2 | | 5/2007 | Prystowsky et al. |
| 7,242,318 B2 | | 7/2007 | Harris |
| 7,266,361 B2 | | 9/2007 | Burdett |
| 7,316,671 B2 | * | 1/2008 | Lastovich et al. ............. 604/290 |
| 7,354,423 B2 | | 4/2008 | Zelickson et al. |
| 7,387,607 B2 | | 6/2008 | Holt et al. |
| 7,481,772 B2 | | 1/2009 | Banet |
| 7,482,314 B2 | * | 1/2009 | Grimes et al. ................ 510/130 |
| 7,502,643 B2 | | 3/2009 | Farringdon et al. |
| 7,587,237 B2 | | 9/2009 | Korzinov et al. |
| 7,630,756 B2 | | 12/2009 | Linker |
| 7,632,174 B2 | * | 12/2009 | Gringer et al. ............... 451/344 |
| 7,729,753 B2 | | 6/2010 | Kremliovsky et al. |
| D621,048 S | | 8/2010 | Severe et al. |
| 7,815,494 B2 | * | 10/2010 | Gringer et al. ............... 451/344 |
| 7,841,039 B1 | * | 11/2010 | Squire ............................. 15/118 |
| 7,889,070 B2 | | 2/2011 | Reeves et al. |
| D634,431 S | | 3/2011 | Severe et al. |
| 7,907,996 B2 | | 3/2011 | Prystowsky et al. |
| 7,941,207 B2 | | 5/2011 | Korzinov |
| 7,996,075 B2 | | 8/2011 | Korzinov et al. |
| 8,002,701 B2 | | 8/2011 | John et al. |
| 8,077,042 B2 | | 12/2011 | Peeters |
| 8,116,841 B2 | | 2/2012 | Bly et al. |
| 8,150,502 B2 | | 4/2012 | Kumar et al. |
| 8,156,945 B2 | | 4/2012 | Hart |
| 8,160,682 B2 | | 4/2012 | Kumar et al. |
| D659,836 S | | 5/2012 | Bensch et al. |
| 8,200,319 B2 | | 6/2012 | Pu et al. |
| 8,214,007 B2 | | 7/2012 | Baker et al. |

## US 9,173,670 B2

Page 3

(56)            References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,244,335 | B2 | 8/2012 | Kumar et al. |
| 8,249,686 | B2 | 8/2012 | Libbus et al. |
| 8,261,754 | B2 | 9/2012 | Pitstick |
| RE43,767 | E | 10/2012 | Eggers et al. |
| 8,285,356 | B2 | 10/2012 | Bly et al. |
| 8,290,129 | B2 | 10/2012 | Rogers et al. |
| 8,326,407 | B2 | 12/2012 | Linker |
| 8,343,116 | B2 | 1/2013 | Ignon |
| 8,374,688 | B2 | 2/2013 | Libbus et al. |
| 8,406,843 | B2 | 3/2013 | Tiegs et al. |
| 8,412,317 | B2 | 4/2013 | Mazar |
| 8,425,414 | B2 | 4/2013 | Eveland |
| 8,452,356 | B2 | 5/2013 | Vestel et al. |
| 8,460,189 | B2 | 6/2013 | Libbus et al. |
| 8,473,047 | B2 | 6/2013 | Chakravarthy et al. |
| 8,515,529 | B2 | 8/2013 | Pu et al. |
| 8,538,503 | B2 | 9/2013 | Kumar et al. |
| 8,540,731 | B2 | 9/2013 | Kay |
| 8,560,046 | B2 | 10/2013 | Kumar et al. |
| 8,591,430 | B2 | 11/2013 | Amurthur et al. |
| 8,594,763 | B1 | 11/2013 | Bibian |
| 8,684,925 | B2 | 4/2014 | Amurthur et al. |
| 8,688,190 | B2 | 4/2014 | Libbus et al. |
| 8,718,752 | B2 | 5/2014 | Libbus et al. |
| 8,790,257 | B2 | 7/2014 | Libbus et al. |
| 8,795,174 | B2 | 8/2014 | Manicka et al. |
| 8,818,481 | B2 | 8/2014 | Bly et al. |
| 8,823,490 | B2 | 9/2014 | Libbus et al. |
| 2001/0056262 | A1 | 12/2001 | Cabiri et al. |
| 2002/0067256 | A1 | 6/2002 | Kail |
| 2002/0082491 | A1 | 6/2002 | Nissila |
| 2002/0087167 | A1 | 7/2002 | Winitsky |
| 2003/0069510 | A1 | 4/2003 | Semler et al. |
| 2003/0083559 | A1 | 5/2003 | Thompson |
| 2003/0149349 | A1 | 8/2003 | Jensen |
| 2003/0176795 | A1 | 9/2003 | Harris et al. |
| 2003/0195408 | A1 | 10/2003 | Hastings |
| 2003/0199811 | A1 | 10/2003 | Sage |
| 2004/0032957 | A1 | 2/2004 | Mansy et al. |
| 2004/0077954 | A1 | 4/2004 | Oakley et al. |
| 2004/0215091 | A1 | 10/2004 | Lohman et al. |
| 2004/0254587 | A1 | 12/2004 | Park |
| 2004/0260189 | A1 | 12/2004 | Eggers et al. |
| 2005/0101875 | A1 | 5/2005 | Semler et al. |
| 2005/0118246 | A1 | 6/2005 | Wong et al. |
| 2005/0119580 | A1 | 6/2005 | Eveland |
| 2005/0165323 | A1 | 7/2005 | Montgomery et al. |
| 2005/0277841 | A1 | 12/2005 | Shennib |
| 2006/0030781 | A1 | 2/2006 | Shennib |
| 2006/0030782 | A1 | 2/2006 | Shennib |
| 2006/0047215 | A1 | 3/2006 | Newman et al. |
| 2006/0084883 | A1 | 4/2006 | Linker |
| 2006/0142648 | A1 | 6/2006 | Banet et al. |
| 2006/0142654 | A1 | 6/2006 | Rytky |
| 2006/0149156 | A1 | 7/2006 | Cochran et al. |
| 2006/0155173 | A1 | 7/2006 | Anttila et al. |
| 2006/0155183 | A1 | 7/2006 | Kroecker et al. |
| 2006/0155199 | A1 | 7/2006 | Logier et al. |
| 2006/0155200 | A1 | 7/2006 | Ng et al. |
| 2006/0161064 | A1 | 7/2006 | Watrous et al. |
| 2006/0161065 | A1 | 7/2006 | Elion |
| 2006/0161066 | A1 | 7/2006 | Elion |
| 2006/0161067 | A1 | 7/2006 | Elion |
| 2006/0161068 | A1 | 7/2006 | Hastings et al. |
| 2006/0224072 | A1 | 10/2006 | Shennib |
| 2006/0264767 | A1 | 11/2006 | Shennib |
| 2007/0003695 | A1 | 1/2007 | Tregub et al. |
| 2007/0010729 | A1* | 1/2007 | Virtanen et al. ............... 600/391 |
| 2007/0088419 | A1 | 4/2007 | Florina et al. |
| 2007/0156054 | A1 | 7/2007 | Korzinov et al. |
| 2007/0225611 | A1 | 9/2007 | Kumar et al. |
| 2007/0249946 | A1 | 10/2007 | Kumar et al. |
| 2007/0255153 | A1 | 11/2007 | Kumar et al. |
| 2007/0270678 | A1 | 11/2007 | Fadem et al. |
| 2007/0293776 | A1 | 12/2007 | Korzinov et al. |

| | | | |
|---|---|---|---|
| 2008/0039730 | A1 | 2/2008 | Pu et al. |
| 2008/0091089 | A1 | 4/2008 | Guillory et al. |
| 2008/0108890 | A1 | 5/2008 | Teng et al. |
| 2008/0139953 | A1 | 6/2008 | Baker et al. |
| 2008/0275327 | A1 | 11/2008 | Faarbaek et al. |
| 2008/0288026 | A1 | 11/2008 | Cross et al. |
| 2009/0073991 | A1 | 3/2009 | Landrum et al. |
| 2009/0076336 | A1 | 3/2009 | Mazar et al. |
| 2009/0076340 | A1 | 3/2009 | Libbus et al. |
| 2009/0076341 | A1 | 3/2009 | James et al. |
| 2009/0076342 | A1 | 3/2009 | Amurthur et al. |
| 2009/0076343 | A1 | 3/2009 | James et al. |
| 2009/0076344 | A1 | 3/2009 | Libbus et al. |
| 2009/0076345 | A1 | 3/2009 | Manicka et al. |
| 2009/0076346 | A1 | 3/2009 | James et al. |
| 2009/0076349 | A1 | 3/2009 | Libbus et al. |
| 2009/0076350 | A1 | 3/2009 | Bly et al. |
| 2009/0076397 | A1 | 3/2009 | Libbus et al. |
| 2009/0076401 | A1 | 3/2009 | Mazar et al. |
| 2009/0076559 | A1 | 3/2009 | Libbus et al. |
| 2009/0253975 | A1* | 10/2009 | Tiegs et al. ..................... 600/372 |
| 2009/0292194 | A1 | 11/2009 | Libbus et al. |
| 2010/0022864 | A1 | 1/2010 | Cordero |
| 2010/0042113 | A1 | 2/2010 | Mah |
| 2010/0051039 | A1 | 3/2010 | Ferrara |
| 2010/0056881 | A1 | 3/2010 | Libbus et al. |
| 2010/0057056 | A1 | 3/2010 | Gurtner |
| 2010/0081913 | A1 | 4/2010 | Cross et al. |
| 2010/0145359 | A1* | 6/2010 | Keller ............................. 606/131 |
| 2010/0191310 | A1 | 7/2010 | Bly |
| 2010/0234716 | A1 | 9/2010 | Engel |
| 2010/0249625 | A1 | 9/2010 | Lin |
| 2010/0268103 | A1 | 10/2010 | McNamara et al. |
| 2011/0087083 | A1 | 4/2011 | Poeze et al. |
| 2011/0144470 | A1 | 6/2011 | Mazar et al. |
| 2011/0166468 | A1 | 7/2011 | Prystowsky et al. |
| 2011/0306862 | A1 | 12/2011 | Hayes-Gill |
| 2012/0071730 | A1 | 3/2012 | Romero |
| 2012/0071731 | A1 | 3/2012 | Gottesman |
| 2012/0083670 | A1 | 4/2012 | Rotondo et al. |
| 2012/0108917 | A1 | 5/2012 | Libbus et al. |
| 2012/0108920 | A1 | 5/2012 | Bly et al. |
| 2012/0110226 | A1 | 5/2012 | Vlach et al. |
| 2012/0110228 | A1 | 5/2012 | Vlach et al. |
| 2012/0172676 | A1 | 7/2012 | Penders et al. |
| 2012/0271141 | A1 | 10/2012 | Davies |
| 2012/0310070 | A1 | 12/2012 | Kumar et al. |
| 2012/0323257 | A1 | 12/2012 | Sutton |
| 2013/0046151 | A1 | 2/2013 | Bsoul et al. |
| 2013/0085347 | A1 | 4/2013 | Manicka et al. |
| 2013/0096395 | A1 | 4/2013 | Katra et al. |
| 2013/0116585 | A1 | 5/2013 | Bouguerra |
| 2013/0225938 | A1 | 8/2013 | Vlach |
| 2013/0226018 | A1 | 8/2013 | Kumar et al. |
| 2013/0245415 | A1 | 9/2013 | Kumar et al. |
| 2013/0253285 | A1 | 9/2013 | Bly et al. |
| 2013/0274584 | A1 | 10/2013 | Brion et al. |
| 2013/0331665 | A1 | 12/2013 | Bly et al. |
| 2013/0338448 | A1 | 12/2013 | Libbus et al. |
| 2014/0012154 | A1 | 1/2014 | Mazar |
| 2015/0082623 | A1 | 3/2015 | Felix et al. |
| 2015/0087921 | A1 | 3/2015 | Felix et al. |
| 2015/0087922 | A1 | 3/2015 | Bardy et al. |
| 2015/0087923 | A1 | 3/2015 | Bardy et al. |
| 2015/0087948 | A1 | 3/2015 | Bishay et al. |
| 2015/0087949 | A1 | 3/2015 | Felix et al. |
| 2015/0087950 | A1 | 3/2015 | Felix et al. |
| 2015/0087951 | A1 | 3/2015 | Felix et al. |
| 2015/0088007 | A1 | 3/2015 | Bardy et al. |
| 2015/0088020 | A1 | 3/2015 | Dreisbach et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 08-317913 A | 3/1996 |
| JP | 2000-126145 A | 5/2000 |
| JP | 2007-296266 A | 11/2007 |
| JP | 2009-525816 A | 7/2009 |
| WO | WO 99/23943 A1 | 5/1999 |
| WO | WO 01/16607 A2 | 3/2001 |

US 9,173,670 B2

Page 4

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | WO 2005/037946 A1 | 4/2005 |
| WO | WO 2005/084533 A1 | 9/2005 |
| WO | WO 2006/094513 A2 | 9/2006 |
| WO | WO 2007/049080 A1 | 3/2007 |
| WO | WO 2007/036748 A2 | 4/2007 |
| WO | WO 2007/063436 A1 | 6/2007 |
| WO | WO 2007/072069 A2 | 6/2007 |
| WO | WO 2008/057884 A2 | 5/2008 |
| WO | WO 2011/077097 A1 | 6/2011 |
| WO | WO 2011/149755 A1 | 12/2011 |
| WO | WO 2012/009453 A2 | 1/2012 |

OTHER PUBLICATIONS

3M Corporation, "3M Surgical Tapes—Choose the Correct Tape" quicksheet (2004).
Del Mar et al.; The history of clinical holter monitoring; A.N.E.; vol. 10; No. 2; pp. 226-230; Apr. 2005.
Enseleit et al.; Long-term continuous external electrocardiographic recording: a review; Eurospace; vol. 8; pp. 255-266; 2006.
Hoefman et al.; Optimal duration of event recording for diagnosis of arrhythmias in patients with palpitations and light-headedness in the general practice; Family Practice; Dec. 7, 2006.
International Search Report issued on Sep. 23, 2014 for International Application No. PCT/US2013/033064.
Kennedy et al.; The history, science, and innovation of holter technology; A.N.E.; vol. 11; No. 1; pp. 85-84; 2006.

Reiffel et al., Comparison of autotriggered memory loop recorders versus standard loop recorders versus 24-hour holer monitors for arrhythmia detection; Am. J. Cardiology; vol. 95; pp. 1055-1059; May 1, 2005.
Scapa Medical product listing and descriptions (2008) available at http://www.caapana.com/productlist.jsp and http://www.metplus.co.rs/pdf/prospekti/Samoleplijivemedicinsketrake.pdf; retrieved via WayBack Machine Sep. 24, 2012.
Ward et al., Assessment of the diagnostic value of 24-hou ambulatory electrocardiographic monitoring; Biotelemetry Patient monitoring; vol. 7; 1980.
Ziegler et al; Comparison of continuous versus intermittent monitoring of atrial arrhythmias; Heart Rhythm; vol. 3; No. 12; pp. 1445-1452; Dec. 2006.
Zimetbaum et al., The evolving role of ambulatory arrhythmia monitoring in general clinic practice; Ann. Intern. Med.; vol. 130; pp. 848-8556; 1999.
Zimetbaum et al.; Utility of patient-activated cardiac event recorders in general clinical practice; The Amer. J. of Cardiology; vol. 79; Feb. 1, 1997.
Mundt et al. "A Multiparameter Wearable Physiologic Monitoring System for Space and Terrestrial Applications" IEEE Transactions on Information Technology in Biomedicine, vol. 9, No. 3, pp. 382-384, Sep. 2005.
Request for Reexamination of U.S. Pat. No. 7,020,508 under 35 U.S.C. §§ 311-318 and 37 C.F.R. § 1.913 as submitted Sep. 14, 2012 in 78 pages.

* cited by examiner



*FIG. 1A*



*FIG. 1B*



*FIG.2A*



FIG.2B                    FIG.2C



FIG.2D                    FIG.2E



*FIG.3*



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7A*



*FIG.7B*



*FIG. 8*





*FIG.9*



*FIG. 10*

US 9,173,670 B2

**1**

## SKIN ABRADER

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 61/809,817, filed Apr. 8, 2013, entitled SKIN ABRADER. The contents of the aforementioned application are hereby incorporated by reference in their entirety as if fully set forth herein. The benefit of priority to the foregoing application is claimed under the appropriate legal basis, including, without limitation, under 35 U.S.C. §119(e).

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This application describes embodiments of apparatuses, methods, and systems for the abrasion of skin in preparation for application of an electrode for detection of cardiac and other low level electrical signals generated within the human body, allowing for improved short term and long-term adhesion and improved conductance through skin, resulting in better signal quality of recorded data.

2. Description of the Related Art

Skin contact electrodes are used extensively for detecting and transforming potentials generated within the body into electrical signals which may be monitored for a variety of functions, such as the preparation of electrocardiograms and electroencephalograms. Many disposable electrode assemblies and similar devices utilize an electrode together with an adhesive for holding the electrode in position on the skin. For the best electrical contact with mammalian skin, it is desirable to remove hair and a portion of the epidermis, as well as surface oils. Typically, the process involves removal of hair by shaving or other depilatory method. Next, the skin is abraded for the removal of the dry layers of stratum corneum, followed by cleaning and defatting of the skin using an alcohol wipe. The skin abrasion process exposes more conductive layers of skin to improve electric connection, promoting better transmission of a cleaner signal.

As mentioned previously, electrodes may contain an adhesive to keep the electrode in contact with the skin. The outer layers of the stratum corneum are typically the driest and nearest to being sloughed off by the body. Removing these cells prior to electrode placement allows the adhesive to come into newer, more anchored layers of the skin, promoting longer adhesion performance. With sensing applications that require longer-term wear periods, sufficient removal of skin takes on greater importance. The development of a long-term recording ECG patch has further created a need for a tool that is effective in thoroughly removing the stratum corneum layers, to allow for patch adhesion for periods up to and beyond 14 days.

As critical as the skin abrasion process is for good signal conduction and long term adhesion, it is a process that is often incomplete in practice. This is largely due to the limitations of existing abrasion tools in combination with the limited time and attention typically given to the abrasion process. Certain abrasion tools, resembling woven polymer sponges, have a coarse texture. Though the sensation of abrasion is heightened for the patient, the contours of the tool's surface are more conducive to creating scratches in the skin than evenly removing the outer stratum corneum layer. Other products, such as pumice-impregnated alcohol wipes, do an adequate job of abrading the skin without causing unwanted injury to the skin, however significant pressure and attention is required for an effective outcome. In combining the skin

**2**

abrasion and cleaning step into a single tool, these instruments are easily confused for alcohol wipes intended for just cleaning, and the pressure required for abrasion is not achieved.

Because of the limitations of existing skin abrasion tools, there is need for a simple, one-piece, disposable and low-cost tool that can effectively abrade the skin while being easy to manipulate and that minimizes the amount of attention that must be given to this part of the prep process.

### SUMMARY OF THE INVENTION

Embodiments of the present invention relate to skin abrasion devices. In one embodiment, a skin abrasion device comprises: a flat abrasive surface with a rounded shape and a holding layer to facilitate handling the device while applying even pressure to the skin. The device can be used in advance of skin-surface application of electrodes or devices that contain electrodes for sensing biopotentials such as an ECG. In some embodiments, the skin abrasion tool enables even and thorough removal of the top layer of stratum corneum without causing injury to the skin in the form of scratches or gouges, regardless of the experience level of the user.

In one embodiment, a dermal preparation device for preparation of the stratum corneum of a patient for long term adhesion of an electrode to the patient, comprises:

a support layer having an upper surface, a lower surface, a major axis extending through a geometrical center of the support layer and along the longest dimension of the support layer;

an abrasive adhered to the lower surface;

a handle secured to the upper layer; and

wherein the handle is formed by bonding a first portion of a handle layer to the support layer, and folding a second portion of the handle layer to form the handle.

In some embodiments, the support layer of the dermal preparation device is approximately circular, and the major axis is a diameter of the circle. In certain embodiments, the major axis is no more than about 2.5 inches long. In further embodiments, the is no more than about 2.0 inches long. Certain embodiments may cal for the dermal preparation device to further comprise an atraumatic edge. In some embodiments, the atraumatic peripheral edge comprises a rounded surface formed by inclining a peripheral edge of the device away from a plane defined by the lower surface, in the direction of the upper surface. In further embodiments, the support layer is sufficiently flexible that when pressed against a dermal surface using the handle, the lower surface will deform into a convex surface against the dermal surface. In some embodiments, the handle is bonded to the support layer along a bond which extends at least about 50% of the maximum dimension of the support, along the axis of the bond. In certain embodiments, the handle is bonded to the support layer along a bond which extends at least about 85% of the maximum dimension of the support, along the axis of the bond. In further embodiments, the handle is bonded directly to the support layer. In certain embodiments, the handle is bonded to the support layer by a bond which covers at least about 15% of the total area of the upper surface of the support layer. In certain embodiments, the handle is bonded to the support layer by a bond which covers at least about 35% of the total area of the upper surface of the support layer. In some embodiments, the abrasive comprises a grit ranging from about 36-66 μm.

In further embodiments, in a dermal preparation device as described above where the handle is bonded to the support layer along a bond which extends at least about 50% of the

US 9,173,670 B2

3

maximum dimension of the support along the axis of the bond, the axis of the bond is substantially parallel to the major axis. In some embodiments, a transdermal electrode and surface preparation kit, comprises at least one transdermal electrode configured for adhesive attachment to a patient's skin, and at least one dermal preparation device as described above.

In some embodiments, a dermal preparation device for preparation of the stratum corneum of a patient for long term adhesion of an electrode to the patient, comprises:

an abrasive surface;

an inner layer; and,

a holding layer further comprising a gripping portion.

In certain embodiments, a method of abrading the skin of patient via a dermal preparation device in preparation for the long term adhesion of an electrode, comprises:

placing the dermal preparation device on the skin;

grasping a gripping portion of the dermal abrasion device;

applying pressure to the skin through the dermal abrasion device; and

moving the device in a manner to remove a desirable amount of skin.

In some embodiments, the method may comprise preparing the skin for application of the dermal preparation device. Certain embodiments may call for the method to further comprise adhering a physiological monitoring device that comprises an electrode. In embodiments of the method, a physiological parameter may be measured with the physiological monitoring device. In embodiments, the desirable amount of skin comprises an amount of skin configured to improve the signal quality of the physiological monitoring device.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A-B illustrate different views of embodiments of a skin abrasion device.

FIGS. 2A-E illustrate different views and photographs of embodiments of a skin abrasion device.

FIG. 3 illustrates an embodiment of a sheet for use in manufacturing a skin abrasion device.

FIG. 4 illustrates an additional embodiment of a skin abrasion device.

FIG. 5 illustrates a method for the manufacture of skin abrasion devices.

FIG. 6 illustrates an additional method for the manufacture of a skin abrasion device.

FIGS. 7A-B illustrate embodiments of packaging for a skin abrasion device.

FIG. 8 illustrates an additional embodiment of packaging for a skin abrasion device.

FIG. 9 illustrates an embodiment of a kit containing skin abrasion devices.

FIG. 10 illustrates an embodiment of a kit containing materials related to prepping the surface of the skin for electrode placement.

DETAILED DESCRIPTION

Embodiments disclosed herein relate to apparatuses and methods directed towards the use and manufacture of skin abrasion devices.

FIG. 1A illustrates an embodiment of a skin abrasion device 100 comprising an abrasive layer 102 with an abrasive surface 103, an adhesive layer 104, an inner sheet 106, a partial adhesive layer 108, and a holding layer 110 further comprising a gripping portion 112. The skin abrasion device 100 may be flexible and can be further configured to remove at least a portion of the stratum corneum. An advantage of

4

ensuring properties of flexibility and resilience in the abrasion device is the ability to conform against the curvature and contours of the body where electrodes would be placed, while maintaining a relatively even plane such that the pressure applied to the skin during abrasion can be substantially uniformly distributed across the surface as best as practicable.

It will be understood by one skilled in the art that the geometric shapes of the peripheral edge of the skin abrasion device described herein are non-limiting. The embodiments of the skin abrasion device described herein are applicable to a wide variety of geometric shapes.

In some embodiments, the abrasive layer 102 can comprise a material sheet such as medical grade or equivalent sandpaper, where a range of grit sizes can be used depending upon the level of abrasion or gentleness desired as well as the type of skin that is being abraded. In some embodiments, the average diameter of the grit may range in size from about 16-93 microns (μm). For example, the grit can have an average diameter ranging from: about 20-90 μm, about 25-85 μm, about 30-80 μm, about 35-75 μm, about 40-70 μm, about 45-65 μm, or about 50-60 μm. Preferably, Grit diameters in the range of 36-66 μm can provide a level of abrasion that is effective with minimal pressure and a perception of minimal roughness by the subject being abraded.

In some embodiments, the abrasive surface 103 may be a surface that is embedded with or bonded to abrasive material, such as polymeric or mineral particles, or one that is textured through material properties or a manufacturing process.

Preferably, the abrasive surface 103 is biocompatible. In one embodiment, the abrasive surface 103 may comprise a biocompatible mineral such as silicon carbide. Another embodiment may be a biologically inert polymer that is formed or molded to have an abrasive texture, such as hook and loop fasteners. Further embodiments include the use of aluminum oxide, alumina-zirconia, chromium oxide, ceramic aluminum oxide or any other appropriately abrasive material.

In some embodiments, the abrasive surface 103 may comprise commercially available abrasive surfaces such as 426U Abrasive, available from 3M Innovative Properties Company. Further abrasive surfaces may also include those described in U.S. Pat. No. 6,136,008, SKIN ABRASION DEVICE FOR BIOMEDICAL ELECTRODE, filed Mar. 19, 1998 and hereby incorporated by reference. For example, as described in U.S. Pat. No. 6,136,008, an abrasive surface can comprise: a polymeric geometrically structured surface abrasive which minimizes and preferably avoids any use of mineral particle content, making the assembly of a skin abrasion device in a high-speed, low-cost biomedical electrode manufacturing facility possible under GMP/QSR conditions; and a predetermined pattern of geometrically structured surface abrasive, which permits assured, engineered surfaces for consistent abrading properties on a specific type of mammalian skin or a specific mammal, in order to achieve reduced skin impedance without undue damage or pain to the patient. Using these parameters, it is possible to engineer a geometrically structured surface abrasive based upon the tooling used to produce such surface.

As further described in U.S. Pat. No. 6,136,008, a portion of an abrasive surface can be engineered from a variety of polymeric materials. Non-limiting examples of such polymers include (meth)acrylates such as triacrylates prepared from one or more monomers such as trimethyolpropane triacrylate and triacrylate of trishydroxyethyl isocyanate. Additives can be added to such an abrasive surface and can include pigments, dyes, plasticizers, anti-oxidants, and fillers as desired by those skilled in the art.

US 9,173,670 B2

**5**

The embodiments described herein may further include the use of open-coat abrasives or perforations, in order to minimize the collection of abraded skin that may reduce the effectiveness of the abrasive during the time of use.

In certain preferable embodiments, the material properties of the selected abrasive material sheet used in the abrasive layer **102** contribute to the flexibility and structural resilience of the abrasive device. In some embodiments, the abrasive surface **102** can be laminated to the inner sheet **106** via an adhesive layer **104**. Adhesive layer **104** can comprise any suitable adhesive material, for example a double-sided rubber adhesive such as 300LSE manufactured by 3M Innovative Properties Company. In some embodiments, adhesive layer **104** is a glue or other adhesive material sheet or substance.

In certain embodiments, the inner sheet **106** can be a flexible sheet or film, preferably constructed from a polymer such as polythethylene terephthalate. In other embodiments, the inner sheet **106** can comprise any suitable polymer, for example polyethylenes, polypropylenes, polyesters, vinyl esters, other flexible polymer films. The thickness of the inner sheet **106** can range from about 0.002 inches to 0.015 inches. For example, the thickness of the inner sheet **106** can range from: about 0.003-0.014 inches, about 0.004-0.013 inches, about 0.005-0.012 inches, about 0.006-0.011 inches, about 0.007-0.010 inches, or about 0.008-0.009 inches. The use of a flexible polymer film advantageously contributes to the flexibility and structural resilience of the skin abrasion device.

In certain embodiments, the thickness of the inner sheet **106** is desirably selected to complement the material properties of the abrasive layer. For example, if the abrasive layer is particularly thick, then a thinner inner sheet layer may be more desirable.

Another advantage of laminating the inner sheet **106** to the abrasive surface **102** is the minimization of creases that can form on the abrasive surface, as certain abrasive materials can be prone to crease-forming due to bending. Such creasing can produce sharp corners which may scratch or break the skin, increasing the likelihood of skin irritation or sensitization to electrode materials.

In some embodiments, the inner sheet **106** is attached to an adhesive layer **108** that covers less than 100% of an upper surface of the inner sheet **106**. The partial adhesive layer **108** can be comprised of any suitable adhesive material, for example a double-sided rubber adhesive such as 300LSE manufactured by 3M Innovative Properties Company. In other embodiments, the adhesive layer **108** is a type of glue or other adhesive substance. In some embodiments, the adhesive layer **108** can cover a portion of the inner sheet **106** ranging from approximately 5% to 100% of inner sheet **106**. For example, the portion of inner sheet **106** covered by adhesive layer **108** can be at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 90%, or about 100% of the total top area of the inner sheet **106**. In certain embodiments, the adhesive layer **108** covers no more than about 60% or no more than about 50% of the area of the inner sheets **106**. In alternative embodiments, the inner sheet **106** can comprise multiple thinner sheets laminated together.

In some embodiments, the holding layer **110** can be attached to the inner sheet **106** via an adhesive layer **108**. The adhesive layer **108** can be attached to only a portion of the holding layer **110**. As will be described in greater detail below, the portion of the holding layer **110** that is not attached

**6**

to the adhesive layer **108** functions as the gripping portion **112**, which can be a tab, handle, or other protrusion. The gripping portion **112** can be grasped between the fingers of a user to control the movement and applied pressure of the skin abrasion device.

In some embodiments, the portion of the holding layer **110** attached to the adhesive layer **108** can be at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 90%, or about 100% of the total area of the holding layer **110**. In certain embodiments, the portion of the holding layer **110** that is attached to the inner sheet **106** by adhesive layer **108** is no more than about 70%, about 60%, or about 50% of the area of the holding layer **110**.

In certain embodiments, the holding layer **110** can be a flexible sheet or film, preferably constructed from a polymer such as polythethylene terephthalate. In other embodiments, the holding layer **110** can comprise any suitable polymer, for example polyethylenes, polypropylenes, polyesters, vinyl esters, or other flexible polymer films. The thickness of the holding layer can range from about 0.001-0.010 inches. For example, the thickness of the holding layer **110** can range from: about 0.002-0.009 inches, about 0.003-0.008 inches, about 0.004-0.007 inches, or about 0.005-0.006 inches.

In some embodiments, the holding layer **110** can be printed to include text instructions, diagrams, images, or other labeling that facilitates use of the device for certain applications, or that aid in correct selection of the device as applicable to cases in which multiple abrasion devices are provided to the user. For example, a visual indicium such as a number symbol or color code may be provided on the holding layer, or visible through the holding layer, indicative of a particular coarseness of the abrasive layer **102**. In certain embodiments, a plurality of abrasion devices may be provided, each having two unique abrasive characteristics and unique corresponding indicium.

In some embodiments, the abrasive layer is not comprised of a separate layer, but rather, the bottom layer of the abrasive device is comprised of grit as described above, directly adhered to the inner sheet **106** via an adhesive.

FIG. 1B illustrates an embodiment of a skin abrasion device with a circular peripheral shape **120**. In some embodiments, the abrasive device **120** may be rounded, circular, oval, or otherwise curved. With a rounded shape, the abrasive device remains free of the types of angled or straight edges that can scratch, cut, or break the skin of the subject during the abrasion process when the device is moved back and forth with application of pressure. The abrasive device **120** may be made into further shapes without sharp or jagged edges unconfined to the aforementioned shapes. Similar to FIG. 1A, In some embodiments, the portion of the holding layer **110** attached to the adhesive layer **108** can be at least about 1%, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 35%, at least about 40%, at least about 45%, at least about 50%, at least about 55%, at least about 60%, at least about 65%, at least about 70%, at least about 75%, at least about 80%, at least about 90%, or about 100% of the total area of the holding layer **110**. In certain embodiments, the portion of the holding layer **110** that is attached to the inner sheet **106** by adhesive layer **108** is no more than about 70%, about 60%, or about 50% of the area of the holding layer **110**.

In some embodiments, the abrasive device comprises a major axis **114** comprising the longest dimension that extends

US 9,173,670 B2

7

across the geometric center of the device in a plane parallel to the plane of the abrasive device. The length of the major axis **114** can range from about 0.5-3.0 inches. For example, the length of the major axis can range from: about 0.75-2.75 inches, about 1.0-2.5 inches, about 1.25-2.25 inches, or about 1.5-2.0 inches. In a preferred embodiment, the length of the major axis is 1.625 inches.

FIGS. **2**A-F illustrate different views of an embodiment of an abrasive device, similar to the device described in FIG. **1**B, wherein a holding feature such as the gripping portion **112** of the holding layer **110** can be pinched between the fingers **122** and used to abrade the skin **124**. The gripping portion, which may be embodied as a tab, handle, or other protrusion, serves to facilitate secure holding of the abrasion device while minimizing contact between the abrasion device's user and the skin of the subject being abraded. The gripping portion also enables the clinician or wielder of the abrasion device to apply even pressure to the center of the abrasion device rather than uneven pressure to one edge, as may be the case if a flat piece of abrasive material were held without a holding feature. In a preferred embodiment, the gripping portion **112** of holding layer **110** extends across at least approximately half of the abrasive device as defined by the major axis **114**. In some embodiments, the gripping portion **112** has the approximate shape of a half-circle. Preferably, the flat edge of the half-circle gripping portion **112** can extend across the entirety of major axis **114**. However, in some embodiments, the flat edge of the gripping portion **112** extends along only a portion of the major axis **114**. For example, the flat edge can extend across: at least about 10%, at least about 20%, at least about 30%, at least about 40%, at least about 50%, at least about 60%, at least about 70%, at least about 80%, at least about 90%, or about 100%. Further, it will be understood that the gripping portion **112** is not limited to a flat edge aligning with the major axis **114**. In some embodiments, the flat edge of the gripping portion may be located parallel to the major axis between the major axis and the edge of the abrasive device. In other embodiments, the flat edge of the gripping portion may be perpendicular to the major axis **114**. As will be understood by those skilled in the art, in still other embodiments, the shape of the gripping portion may be rectangular, circular, or further shapes other than a half-circle.

FIG. **3** illustrates a sheet **130** for use in one method of manufacturing the abrasion device as described above, comprising disc cut-outs **136**, partial adhesion layer **134**, and unadhered sections of holding layer **132**. In some embodiments, a method of producing the skin abrasion device comprises: laminating the aforementioned abrasive surface with a backing material, or multiple materials, for structural support and flexibility; attaching material that is used as a holding feature; and, cutting the material to a desired shape. Within the aspect of manufacturing, the use of an abrasive film or sheet **130** facilitates the use of scalable and inexpensive converting methods for laminating to other necessary materials. In one embodiment of this process, as illustrated in FIG. **3**, two abrasive discs **136** can be made as mirror images within the same 2-up die strike. This approach could be repeated in a pattern in both x and y dimensions, utilizing either a flat steel-rule die or a rotary die for large-scale production.

In some embodiments, the abrasion device comprises a topmost support layer and a handle. In certain embodiments, the handle can be attached to the support layer via two or more attachment points. Preferably, the two or more attachment points can be spaced apart for further stability. In some embodiments, the attachment points for the handle can be located in any location across the top surface of the abrasion device.

8

FIG. **4** illustrates an embodiment of an abrasive device similar to the embodiments described in FIGS. **1-2** that is formed to have a slight upwardly concave shape, particularly at the edges, forming an atraumatic periphery **214**. The abrasion device can have a rounded profile in plan view. In further embodiments, the abrasion device may have a rectangular, oval, or other shape in plan view. As with FIGS. **1-2**, the abrasive device can comprise an abrasive layer **202**, an adhesive layer **204**, an inner sheet **206**, a partial adhesive layer **208**, and a holding layer **210** comprising a gripping portion **212**. The atraumatic periphery **214** concaves upwardly and presents a convex curve along the peripheral lower edge which would reduce the risk of contact between skin and the potentially sharp edges of the abrasive device, further eliminating potential for inadvertent scratching or gouges in the skin. In some embodiments, the annular atraumatic surface can be formed by molding or thermoforming operations or by cold stamping the device or support layer from a sheet stack. An atraumatic periphery can alternatively be formed by tapering the thickness of the abrasion device towards the edges or by using lower stiffness materials to construct an annular peripheral zone on the device.

As similarly described above in relation to FIG. **1**, the thickness of inner layer **206** can be varied, generally between about 0.001-0.015. A thicker inner layer **206** beyond about 0.01 may lead to decreased flexibility in the abrasive device; however, depending upon the construction material, a thicker inner layer can allow for greater ease in curving the edges of the device.

FIG. **5** illustrates an embodiment of a method **300** for creating the concave shape of the abrasive device of FIG. **4** through a cutting method using cutters **306** applied against a softer surface **304**, causing the abrasive device **302** to take a curved edge **308**. FIG. **6** illustrates an embodiment where preparation of the concave shape can be achieved through more deliberate forming methods **400** after the material is cut. In some embodiments, the material could be cut against an explicitly concave surface **404**, imparting that shape when the cut force is applied.

The shape and form of the abrasion device is conducive to flat and user-friendly packaging. FIG. **7**A illustrates an embodiment of a mechanism for packaging the abrasion device **500** via a half-moon slit **502**, where the tab or handle **504** of the abrasion device is presented on top of the slit **502**. FIG. **7**B illustrates an embodiment of a mechanism for packaging the abrasion device **500** where the tab or handle **504** may extend in a direction away from the half-moon slit **502**. In some embodiments, the tab or handle **504** may extend in an opposite direction, directly away from the half-moon slit **502**. In certain embodiments, the tab or handle can extend in a direction perpendicular to the half-moon slit **502**. It will be understood by one of skill in the art that the slit may be of any shape suitable for holding the abrasion device, for example an angular slit. The abrasion device may also be held by more than one slit, such as two slits, three slits, or more than three slits. The half-moon slit may be a slit extending through an arc of at least about 120° and preferably at least about 160°, or 180°, and may have a substantially constant radius or a curve conforming to a portion of an oval or ellipse.

FIG. **8** illustrates another packaging embodiment where the abrasion device is placed in a rectangular slot **506**, which can secure the abrasion device through friction against the packaging surface, and presents a handle above or below the slot. Both of these embodiments described in FIGS. **7** and **8** allow the user to grip the abrasion device from the included tab or handle **504** and remove the device from the packaging without changing grip.

US 9,173,670 B2

9

As described above, the abrasion device allows for versatility in its packaging. In one packaging embodiment, the abrasion device may be individually packaged and provided in multiple unit packaging **600**. Alternately, many abrasion devices may be provided loose, in a box of multiple quantities **602**. FIG. **9** illustrates a kit embodiment, in which a single, or multiple abrasion devices are provided for use with a single electrode or other physiological monitoring product.

In a kitted embodiment **700**, the abrasion device's flat form factor allows for packaging within instructions along with other skin preparation materials, such as razors and alcohol wipes. FIG. **10** illustrates one embodiment of such a kit, a Zio Patch kitted assembly **704**, which contains the monitor, shaving tool, abrading tool, and cleaning wipe(s) **702** packaged together within the application instructions booklet. Instructions **706** In another embodiment of the abrasion device included within a kit, multiple abrasion devices of varying coarseness could be provided for sequential steps of abrasion, such as a coarse abrasion device for the first pass, and a finer grit abrasion device for the final pass. In another embodiment of the abrasion device included within a kit in which multiple abrasion devices of varying coarseness could be provided for sequential steps of abrasion, the different abrasion devices could vary in size and shape so as to be distinguishable within the kit.

In certain embodiments, the handle contains cut-outs (semi-circular, triangular, rectangular, or any suitable shape) along its edge, giving the user a feature that helps peel the handle up from the main body of the device if it has not been folded up.

In some embodiments, the kit **700** may further include instructions for the use of the abrasion device in combination with a monitoring device. For example, the kit may include instructions **706** such as how to enroll in an online website related to the abrasion device. Further instructions may include advising a user as to properly planning for the placement of the physiological monitoring device, including shaving, abrading the skin, cleaning the skin, removal of the device, and proper application of the physiological monitoring device.

What is claimed is:

**1**. A dermal preparation system for preparation of a stratum corneum of a mammal for adhesion of an electrode to the mammal, comprising:

an electrode configured for adhesive attachment to a mammal's skin; and

a dermal preparation device separate from the electrode, the dermal preparation device comprising:

a support layer having an upper surface, a lower surface, and a major axis extending through a geometrical center of the support layer and along the longest dimension of the support layer;

an abrasive coating the lower surface, the abrasive coating comprising a polymeric grit with diameters ranging from about 36-66 μm, the abrasive coating configured to mechanically remove a portion of the stratum corneum of the mammal; and

10

a handle secured to the upper surface, the handle formed by bonding a first portion of a handle layer to the support layer, and folding a second portion of the handle layer to form the handle.

**2**. A dermal preparation system as in claim **1**, wherein the support layer is approximately circular, and the major axis is a diameter of a circle.

**3**. A dermal preparation system as in claim **1**, wherein the major axis is no more than about 2.5 inches long.

**4**. A dermal preparation system as in claim **1**, wherein the major axis is no more than about 2.0 inches long.

**5**. A dermal preparation system as in claim **1**, wherein the support layer is sufficiently flexible that when pressed against a dermal surface using the handle, the lower surface will deform into a convex surface against the dermal surface.

**6**. A dermal preparation system as in claim **1**, wherein the handle is bonded to the support layer along a bond which extends at least about 50% of a maximum dimension of the support layer, along an axis of the bond.

**7**. A dermal preparation system as in claim **6**, wherein the axis of the bond is substantially parallel to the major axis.

**8**. A dermal preparation system as in claim **1**, wherein the handle is bonded to the support layer along a bond which extends at least about 85% of a maximum dimension of the support layer, along an axis of the bond.

**9**. A dermal preparation system as in claim **1**, wherein the handle is bonded to the support layer by a bond which covers at least about 15% of a total area of the upper surface of the support layer.

**10**. A dermal preparation system as in claim **1**, wherein the handle is bonded to the support layer by a bond which covers at least about 35% of a total area of the upper surface of the support layer.

**11**. The system of claim **1**, wherein the abrasive coating uniformly coats the entirety of the lower surface.

**12**. The system of claim **1**, wherein the dermal preparation device further comprises an outer peripheral edge, the outer peripheral edge curving along the entirety of a circle and having no corners.

**13**. A dermal preparation kit for preparation of a stratum corneum of a mammal for adhesion of an electrode to the mammal, comprising:

an electrode configured for adhesive attachment to a mammal's skin; and

a dermal preparation device separate from the electrode, the dermal preparation device comprising:

a support layer having an upper surface, a lower surface, and a major axis extending through a geometrical center of the support layer and along the longest dimension of the support layer;

an abrasive coating the lower surface, the abrasive coating comprising a polymeric grit with diameters ranging from about 36-66 μm, the abrasive coating configured to mechanically remove a portion of the stratum corneum of the mammal; and

a handle secured to the upper surface, the handle formed by bonding a first portion of a handle layer to the support layer, and folding a second portion of the handle layer to form a handle.

*    *    *    *    *

# Exhibit 26

**Claim Chart for U.S. Patent No. 8,214,007 ("the '007 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm (the "Zio Monitor").  The Accused Instrumentalities infringe the identified claims of the '007 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[pre] A body worn patient monitoring device comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body worn patient monitoring device in accordance with this claim.***  The Zio Monitor satisfies 45[pre] because the Zio Monitor is a monitoring device that is worn on the patient's body.  In an example, the Zio Monitor monitors patient ECG signals.  (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(https://vimeo.com/855831164) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[a] a disposable module including a plurality of electrical connections, the electrical connections adapted for electrical coupling to a skin surface to receive physiological signals, the disposable module including a disposable module connector; | ***The Accused Instrumentalities include a disposable module including a plurality of electrical connections, the electrical connections adapted for electrical coupling to a skin surface to receive physiological signals, the disposable module including a disposable module connector.*** The Zio Monitor satisfies 45[a] because the Zio Monitor is a one-time use patient monitor. Thus, the "patch" portion of the device is disposable. And, to function properly, the patch includes electrical connections that interface with the skin to collect ECG data (*i.e.*, physiological signals).<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>Next-generation Zio® monitor<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | (https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor)<br><br>But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (MAX30003 Datasheet) |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| | **ANALOG DEVICES**

Evaluation Kit Available    Design Resources    Tools and Models    Support

Click here to ask an associate for production status of specific part numbers.

Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003**

## General Description

The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.

The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.

The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.

(MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[b] a power source to power the body worn patient monitoring device; | ***The Accused Instrumentalities include a power source to power the body worn patient monitoring device.*** The Zio Monitor satisfies 45[b] because the Zio Monitor includes a battery (*i.e.*, a power source). The battery powers the body worn device.<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
|  | The Zio Monitor, our newest model, is 72% smaller and 62% lighter relative to the previous generation. The Zio Monitor uses 1 coin-cell battery, as compared to the 2 used in Zio XT.  This is the second-most environmentally impactful component of our devices (after the circuit board). While we recycle these batteries, this is still a meaningful reduction in impact.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[c] a communication-computation module, having a communication-computation module connector to receive the physiological signals from the disposable module via the disposable module connector, the communication-computation module including: | ***The Accused Instrumentalities include a communication-computation module, having a communication-computation module connector to receive the physiological signals from the disposable module via the disposable module connector.*** The Zio Monitor satisfies 45[c] because the Zio Monitor includes a communication and computation module on the device. The module receives physiological signals from the disposable module via the connector of the disposable module.<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br><br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          |  (MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES**<br><br>Click *here* to ask an associate for production status of specific part numbers.<br><br>Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE   **MAX30003**<br><br>**General Description**<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet) |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| 45[d] a microprocessor to actively monitor a patient and to perform a real-time physiological analysis of the physiological signals, the analysis determining an occurrence of a predetermined ECG event, | ***The Accused Instrumentalities include a communication-computation module including: a microprocessor to actively monitor a patient and to perform a real-time physiological analysis of the physiological signals, the analysis determining an occurrence of a predetermined ECG event.*** The Zio Monitor satisfies 45[d] because it monitors the patient and can determine the occurrence of an ECG event.<br><br>ZIO MONITOR SYSTEM<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor   Zio XT   Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities.[5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
| --- | --- |
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
|  |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES** |

*Evaluation Kit Available   Design Resources   Tools and Models   Support*

*Click here to ask an associate for production status of specific part numbers.*

Ultra-Low Power, Single-Channel Integrated
Biopotential (ECG, R-to-R Detection) AFE                    **MAX30003**

## General Description

The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.

The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.

The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.

(MAX30003 Datasheet)

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **Benefits and Features**<br><br>• Clinical-Grade ECG AFE with High-Resolution Data Converter<br>  • 15.5 Bits Effective Resolution with $5\mu V_{P\text{-}P}$ Noise<br>• Better Dry Starts Due to Much Improved Real World CMRR and High Input Impedance<br>  • Fully Differential Input Structure with CMRR > 100dB<br>• Offers Better Common-Mode to Differential Mode Conversion Due to High Input Impedance<br>  • High Input Impedance > $500M\Omega$ for Extremely Low Common-to-Differential Mode Conversion<br>• Minimum Signal Attenuation at the Input During Dry Start Due to High Electrode Impedance<br>• High DC Offset Range of ±650mV (1.8V, typ) Allows to Be Used with Wide Variety of Electrodes<br>• High AC Dynamic Range of $65mV_{P\text{-}P}$ Will Help the AFE Not Saturate in the Presence of Motion/Direct Electrode Hits<br>• Longer Battery Life Compared to Competing Solutions<br>  • 85μW at 1.1V Supply Voltage<br>• Leads-On Interrupt Feature Allows to Keep μC in Deep Sleep Mode with RTC Off Until Valid Lead Condition is Detected<br>  • Lead-On Detect Current: 0.7μA (typ)<br><br>(MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | • Built-In Heart Rate Detection with Interrupt Feature Eliminates the Need to Run HR Algorithm on the μController<br>　• Robust R-R Detection in High Motion Environment at Extremely Low Power<br>• Configurable Interrupts Allows the μC Wake-Up Only on Every Heart Beat Reducing the Overall System Power<br>• High Accuracy Allows for More Physiological Data Extractions<br>• 32-Word FIFO Allows You to Wake Up μController Every 256ms with Full ECG Acquisition<br>• High-Speed SPI Interface<br>• Shutdown Current of 0.5μA (typ)<br><br>(MAX30003 Datasheet)<br><br>**R-to-R Detection**<br><br>The MAX30003 contains built-in hardware to detect R-R intervals using an adaptation of the Pan-Tompkins QRS detection algorithm[1]. The timing resolution of the R-R interval is approximately 8ms and depends on the setting of FMSTR [1:0] in CNFG_GEN (0x10) register. See Table 22 for the timing resolution of each setting.<br><br>(MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES**<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>MAX32665/MAX32666     Low-Power Arm Cortex-M4 with FPU-Based Microcontroller with Bluetooth 5 for Wearables<br><br>**General Description**<br><br>DARWIN is a new breed of low-power microcontrollers built to thrive in the rapidly evolving Internet of Things (IoT). They are smart, with the biggest memories in their class and a massively scalable memory architecture. They run forever, thanks to wearable-grade power technology. They are durable enough to withstand the most advanced cyberattacks. DARWIN microcontrollers are designed to run any application imaginable—in places where you would not dream of sending other microcontrollers.<br><br>Generation UB microcontrollers are designed to handle the increasingly complex applications demanded by to-day's advanced battery-powered devices and wirelessly connected devices, while providing robust hardware security and Bluetooth® 5 Low Energy (Bluetooth LE) radio connectivity.<br><br>The MAX32665/MAX32666 UB class microcontrollers are advanced systems-on-chips featuring an Arm® Cortex®-M4 with FPU CPU for efficient computation of complex functions and algorithms with integrated power management. It also includes the newest generation Bluetooth 5 LE radio with support for long range (4x) and high throughput (2Mbps) and ADI's best-in-class hardware security suite trust protection unit (TPU). The devices offer large on-board memory with 1MB flash and 560KB SRAM. Split flash banks of 512KB each support seamless over-the-air upgrades, adding an additional degree of reliability. Memory scalability of data (SRAM) and code (Flash) space is supported by two SPI execute-in-place (SPIX) interfaces.<br><br><div align="center">(MAX32666 Datasheet)</div> |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | Multiple high-speed interfaces are supported including HS-USB, secure digital interface (SD, SDIO, MMC, SD-HC, and microSD™), SPI, UART, and $I^2C$ serial interfaces, and an audio subsystem supporting PDM, PCM, $I^2S$, and TDM interfaces. An 8-input, 10-bit ADC is available to monitor analog inputs from external sensors and meters. The devices are available in 109-bump WLP (0.35mm pitch) and 121-bump CTBGA (0.65mm pitch).<br><br>**Applications**<br>● Connected Home<br>● Industrial Sensors<br>● Payment/Fitness/Medical Wearables<br>● Telemedicine<br>● Gaming Devices<br>● Hearables<br><br>(MAX32666 Datasheet)<br><br>**Benefits and Features**<br>● High-Efficiency Microcontroller and Audio DSP for Wearable and Hearable Devices<br>  • Arm Cortex-M4 with FPU Up to 96MHz<br>  • Optional Second Arm Cortex-M4 with FPU Optimized for Data Processing<br>  • Low-Power, 7.3728MHz System Clock Option<br>  • 1MB Flash, Organized into Dual Banks 2 x 512KB<br>  • 560KB SRAM; 3 x 16KB Cache<br>● Bluetooth 5 Low Energy Radio<br>  • 1Mbps and 2Mbps Data Throughput<br>  • Long Range (125kbps and 500kbps)<br>  • Advertising Extension<br>  • Rx Sensitivity: -95dbm; Tx Power Up to +4.5dbm<br>  • On-Chip Matching with Single-Ended Antenna Port<br><br>(MAX32666 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **MAX32665/MAX32666**<br><br>The MAX32665/MAX32666 are Arm Cortex-M4 with FPU-based microcontrollers with 1MB flash and 560KB SRAM. They are ideal for wearable medical fitness applications. A second Arm Cortex-M4 with FPU supporting ROM and cache supports extended data processing capabilities such as audio processing for wireless Bluetooth applications.<br><br>The architecture includes a Bluetooth 5 Low Energy radio. The devices feature five powerful and flexible power modes. The flash memory is split into two banks of 512KB to provide flexibility when programming over the air. A built-in single inductor multiple output (SIMO) switch mode power supply allows the device to be optionally self-powered by a primary lithium cell. Dedicated hardware runs the Bluetooth 5 Low Energy stack freeing the CPUs for data processing tasks. Built-in dynamic clock gating and firmware-controlled power gating allow the user to optimize power for the specific application. Multiple SPI, UART, and $I^2C$ serial interfaces, 1-Wire Master, and USB 2.0 High-Speed Device interface allow interconnection to a wide variety of external sensors. An audio subsystem supports PDM, PCM, $I^2S$, and TDM. An 8-input, 10-bit ADC is available to monitor analog input from external sensors and meters.<br><br>The MAX32666 incorporates a trust protection unit (TPU) with encryption and advanced security features. These features include a modular arithmetic accelerator (MAA) for fast ECDSA, a hardware AES engine, a hardware TRNG entropy generator, a SHA-2 accelerator, and a secure bootloader.<br><br>All devices are available in a 109-bump WLP with 0.35mm pitch and a 121-bump CTBGA with 0.65mm pitch packages.<br><br><div align="center">(MAX32666 Datasheet)</div><br><br>**Arm Cortex-M4 with FPU Processor**<br><br>The Arm Cortex-M4 with FPU processors CPU0 and CPU1 are ideal for the emerging category of wearable medical and wellness applications. The architecture combines high-efficiency signal processing functionality with low power, low cost, and ease of use.<br><br>The Arm Cortex-M4 with FPU DSP supports single instruction multiple data (SIMD) path DSP extensions, providing:<br><br>● Four parallel 8-bit add/sub<br>● Floating point single precision<br>● Two parallel 16-bit add/sub<br>● Two parallel MACs<br>● 32- or 64-bit accumulate<br>● Signed, unsigned, data with or without saturation<br><br><div align="center">(MAX32666 Datasheet)</div> |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| 45[e] a radio circuit to communicate an unprocessed physiological signal or a result of the physiological analysis, at a predetermined time or on an occurrence of a predetermined event, via a radio transmission to a remote radio receiver, and | ***The Accused Instrumentalities include a communication-computation module including: a radio circuit to communicate an unprocessed physiological signal or a result of the physiological analysis, at a predetermined time or on an occurrence of a predetermined event, via a radio transmission to a remote radio receiver.*** The Zio Monitor satisfies 45[e] because it can export data at an occurrence of a predetermined event via, for example, Bluetooth LE.<br><br>ZIO MONITOR SYSTEM<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES**<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>**MAX32665/MAX32666**     **Low-Power Arm Cortex-M4 with FPU-Based Microcontroller with Bluetooth 5 for Wearables**<br><br>**General Description**<br><br>DARWIN is a new breed of low-power microcontrollers built to thrive in the rapidly evolving Internet of Things (IoT). They are smart, with the biggest memories in their class and a massively scalable memory architecture. They run forever, thanks to wearable-grade power technology. They are durable enough to withstand the most advanced cyberattacks. DARWIN microcontrollers are designed to run any application imaginable—in places where you would not dream of sending other microcontrollers.<br><br>Generation UB microcontrollers are designed to handle the increasingly complex applications demanded by to-day's advanced battery-powered devices and wirelessly connected devices, while providing robust hardware security and Bluetooth® 5 Low Energy (Bluetooth LE) radio connectivity.<br><br>The MAX32665/MAX32666 UB class microcontrollers are advanced systems-on-chips featuring an Arm® Cortex®-M4 with FPU CPU for efficient computation of complex functions and algorithms with integrated power management. It also includes the newest generation Bluetooth 5 LE radio with support for long range (4x) and high throughput (2Mbps) and ADI's best-in-class hardware security suite trust protection unit (TPU). The devices offer large on-board memory with 1MB flash and 560KB SRAM. Split flash banks of 512KB each support seamless over-the-air upgrades, adding an additional degree of reliability. Memory scalability of data (SRAM) and code (Flash) space is supported by two SPI execute-in-place (SPIX) interfaces.<br><br><div align="center">(MAX32666 Datasheet)</div> |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | Multiple high-speed interfaces are supported including HS-USB, secure digital interface (SD, SDIO, MMC, SD-HC, and microSD™), SPI, UART, and $I^2C$ serial interfaces, and an audio subsystem supporting PDM, PCM, $I^2S$, and TDM interfaces. An 8-input, 10-bit ADC is available to monitor analog inputs from external sensors and meters. The devices are available in 109-bump WLP (0.35mm pitch) and 121-bump CTBGA (0.65mm pitch).<br><br>**Applications**<br>● Connected Home<br>● Industrial Sensors<br>● Payment/Fitness/Medical Wearables<br>● Telemedicine<br>● Gaming Devices<br>● Hearables<br><br>(MAX32666 Datasheet)<br><br>**Benefits and Features**<br>● High-Efficiency Microcontroller and Audio DSP for Wearable and Hearable Devices<br> • Arm Cortex-M4 with FPU Up to 96MHz<br> • Optional Second Arm Cortex-M4 with FPU Optimized for Data Processing<br> • Low-Power, 7.3728MHz System Clock Option<br> • 1MB Flash, Organized into Dual Banks 2 x 512KB<br> • 560KB SRAM; 3 x 16KB Cache<br>● Bluetooth 5 Low Energy Radio<br> • 1Mbps and 2Mbps Data Throughput<br> • Long Range (125kbps and 500kbps)<br> • Advertising Extension<br> • Rx Sensitivity: -95dbm; Tx Power Up to +4.5dbm<br> • On-Chip Matching with Single-Ended Antenna Port<br><br>(MAX32666 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **MAX32665/MAX32666**<br><br>The MAX32665/MAX32666 are Arm Cortex-M4 with FPU-based microcontrollers with 1MB flash and 560KB SRAM. They are ideal for wearable medical fitness applications. A second Arm Cortex-M4 with FPU supporting ROM and cache supports extended data processing capabilities such as audio processing for wireless Bluetooth applications.<br><br>The architecture includes a Bluetooth 5 Low Energy radio. The devices feature five powerful and flexible power modes. The flash memory is split into two banks of 512KB to provide flexibility when programming over the air. A built-in single inductor multiple output (SIMO) switch mode power supply allows the device to be optionally self-powered by a primary lithium cell. Dedicated hardware runs the Bluetooth 5 Low Energy stack freeing the CPUs for data processing tasks. Built-in dynamic clock gating and firmware-controlled power gating allow the user to optimize power for the specific application. Multiple SPI, UART, and I$^2$C serial interfaces, 1-Wire Master, and USB 2.0 High-Speed Device interface allow interconnection to a wide variety of external sensors. An audio subsystem supports PDM, PCM, I$^2$S, and TDM. An 8-input, 10-bit ADC is available to monitor analog input from external sensors and meters.<br><br>The MAX32666 incorporates a trust protection unit (TPU) with encryption and advanced security features. These features include a modular arithmetic accelerator (MAA) for fast ECDSA, a hardware AES engine, a hardware TRNG entropy generator, a SHA-2 accelerator, and a secure bootloader.<br><br>All devices are available in a 109-bump WLP with 0.35mm pitch and a 121-bump CTBGA with 0.65mm pitch packages.<br><br>(MAX32666 Datasheet)<br><br>**Arm Cortex-M4 with FPU Processor**<br><br>The Arm Cortex-M4 with FPU processors CPU0 and CPU1 are ideal for the emerging category of wearable medical and wellness applications. The architecture combines high-efficiency signal processing functionality with low power, low cost, and ease of use.<br><br>The Arm Cortex-M4 with FPU DSP supports single instruction multiple data (SIMD) path DSP extensions, providing:<br><br>• Four parallel 8-bit add/sub<br>• Floating point single precision<br>• Two parallel 16-bit add/sub<br>• Two parallel MACs<br>• 32- or 64-bit accumulate<br>• Signed, unsigned, data with or without saturation<br><br>(MAX32666 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **Bluetooth 5 Low Energy Radio**<br><br>Bluetooth 5 Low Energy is the latest version of the Bluetooth wireless communication standard. It is used for wireless headphones and other audio hardware, as well as for communication between various smart home and Internet of Things (IoT) devices. Devices operate in the unlicensed 2.4GHz ISM (Industrial, Scientific, Medical) band. A frequency-hopping transceiver is used to combat interference and fading. The system operates in the 2.4GHz ISM band at 2400MHz–2483.5MHz. It uses 40 RF channels. These RF channels have center frequencies 2402 + k x 2MHz, where k = 0, ..., 39. The Bluetooth stack runs on dedicated hardware so that CPU0 and CPU1 can be freed to run application code. The features of the radio include the following:<br><br>● Higher transmit power up to +4.5dbm<br>● 1Mbps, 2Mbps, and long range coded (125kbps and 500kbps)<br>● Increased broadcast capability<br>  • Advertising packet up to 255 bytes<br><br>● On-chip matching network to the antenna<br>● Provides hardware on-the-fly encryption and decryption for lower power consumption<br>● Low transmit current of 4.30mA at 0dbm at 3.3V<br>● Low receive current of 3.20mA at 3.3V<br>● Supports mesh networking<br>● Supports high-quality audio streaming (isochronous)<br><br><div align="center">(MAX32666 Datasheet)</div> |

| __Claim 45__ | __Accused Instrumentalities__ |
|---|---|
| | **Bluetooth 5 Software Stack**<br>A Bluetooth 5 software stack is available for application developers to quickly add support to devices. The Arm Cordio®-B50 software stack is provided in library form and provides application developers access to Bluetooth without validation and development of a software stack. The Cordio-B50 software stack interfaces to the Bluetooth link layer running on dedicated hardware. The dedicated hardware for the stack enables the ultimate in power management for IoT applications. Cordio-B50 features the following:<br>● C library for linking directly into an application development tool<br>● Change PHY Support<br>  • Host selects the PHY it needs to use at any given time enabling long range or higher bandwidth only when required<br>    • LE 1M<br>    • LE Coded S = 2<br>    • LE Coded S = 8<br>    • LE 2M<br>● Bluetooth 5 advertising extension support for enabling next generation Bluetooth beacons<br>  • Larger packets and advertising channel offloading<br>  • Packets up to 255 octets long<br>  • Advertising packet chaining<br>  • Advertising sets<br>  • Periodic advertising<br>  • High-duty cycle non-connectable advertising<br>  • Sample applications using standard profiles built on the Cordio-B50 software framework<br><br><div align="center">(MAX32666 Datasheet)</div><br>**Transmitted Spurious Emissions**<br>Various local regulatory agencies can impose limits on transmitted spurious emissions. At maximum output power of +4.5dbm, compliance with local regulations can require either an antenna with at least 6dB rejection at the 7.2GHz third harmonic or the use of a lowpass filter network between the device RF port and antenna. The MAX32665/MAX32666 are designed with an on-chip matching network providing a 50Ω impedance at the ANT device pin. Filter design must match this impedance for best efficiency.<br><br><div align="center">(MAX32666 Datasheet)</div> |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| | <br>(MAX32666 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[f] wherein the disposable module has a mechanical and electrical coupling to the communication-computation module, forming the body worn patient monitoring device as a single unit that is adapted to be directly and non-permanently affixed to the skin surface of the patient; and | ***The Accused Instrumentalities include a communication-computation module wherein the disposable module has a mechanical and electrical coupling to the communication-computation module, forming the body worn patient monitoring device as a single unit that is adapted to be directly and non-permanently affixed to the skin surface of the patient.*** The Zio Monitor satisfies 45[f] because the disposable module is mechanically and electrically connected to the hardware of the patient worn device. This device is directly, non-permanently attached to the patient via the surface of the skin.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | **Removing Zio monitor** ⌄<br><br>At the end of your prescribed wear time, open the adhesive remover and follow steps below to peel off your Zio monitor<br><br>1. Gently lift the center of your Zio monitor up.<br>2. Starting from the center, use the adhesive remover to wipe the area between your skin and your Zio monitor.<br>3. Continue to wipe as you peel off your Zio monitor, one side at a time.<br>4. Keep your Zio monitor aside for return and refer to step 2 in the "Returning Zio monitor" section for further instructions.<br>5. Finally, wash your skin with mild soap, rinse with water, and pat dry.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• The Zio monitor is MR unsafe.<br>Do not expose the Zio monitor to a magnetic resonance (MR) environment. The MR magnet core can attract the ferromagnetic materials in the Zio monitor, creating a risk of projectile injury to the patient and others in proximity of the Zio monitor and MR device. Metal components in the Zio monitor can heat during MR scanning, resulting in the potential for thermal injury and burns.<br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| 45[g] at least one series current-limiting resistor configured to protect the communication-computation module, the at least one series current-limiting resistor being screened on a flexible substrate, the at least one series current-limiting resistor being in the form of resistive traces. | ***The Accused Instrumentalities include at least one series current-limiting resistor configured to protect the communication-computation module, the at least one series current-limiting resistor being screened on a flexible substrate, the at least one series current-limiting resistor being in the form of resistive traces.*** The Zio Monitor includes a current limiting resistor located on the flexible substrate. Further, the current limiting resistor is in the form of resistive traces.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|          |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
|  |  (MAX30003 Datasheet) |

| **Claim 45** | **Accused Instrumentalities** |
|---|---|
| |  |

| Claim 45 | Accused Instrumentalities |
|---|---|
|  |  (MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **Input MUX**<br><br>The ECG input MUX shown in Figure 3 contains integrated ESD and EMI protection, DC leads off detect current sources, lead-on detect, series isolation switches, lead biasing, and a programmable calibration voltage source to enable channel built in self-test.<br><br>**EMI Filtering and ESD Protection**<br><br>EMI filtering of the ECGP and ECGN inputs consists of a single pole, low pass, differential, and common mode filter with the pole located at approximately 2MHz. The ECGP and ECGN inputs also have input clamps that protect the inputs from ESD events.<br><br>• ±8kV using the Contact Discharge method specified in IEC61000-4-2 ESD<br>• ±15kV using the Air Gap Discharge method specified in IEC61000-4-2 ESD<br>• ±8kV HBM<br>• For IEC61000-4-2 ESD protection, use 1kΩ series resistors on ECGP and ECGN that is rated to withstand 8kV surge voltages.<br><br>(MAX30003 Datasheet) |

| Claim 45 | Accused Instrumentalities |
|----------|---------------------------|
| |  Figure 3. ECG Input MUX <br><br> (MAX30003 Datasheet) <br><br> **Table 21. CNFG_GEN (0x10) Register Functionality (continued)** <br><br> <br><br> Table 22 shows the ECG data rates that can be realized with various setting of FMSTR, along with RATE configuration bits available in the CNFG_ECG register. Note FMSTR also determines the timing resolution of the CAL waveform generator. <br><br> (MAX30003 Datasheet) |

**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**

| INDEX | NAME | DEFAULT | FUNCTION |
|-------|------|---------|----------|
| D[3:2] | RBIASV[1:0] | 01 | Resistive Bias Mode Value Selection <br> 00 = $R_{BIAS}$ = 50MΩ <br> 01 = $R_{BIAS}$ = 100MΩ <br> 10 = $R_{BIAS}$ = 200MΩ <br> 11 = Reserved. Do not use. |
| D[1] | RBIASP | 0 | Enables Resistive Bias on Positive Input <br> 0 = ECGP is not resistively connected to $V_{MID}$ <br> 1 = ECGP is connected to $V_{MID}$ through a resistor (selected by RBIASV). |
| D[0] | RBIASN | 0 | Enables Resistive Bias on Negative Input <br> 0 = ECGN is not resistively connected to $V_{MID}$ <br> 1 = ECGN is connected to $V_{MID}$ through a resistor (selected by RBIASV). |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | **Timing Characteristics (continued)**<br><br>($V_{DVDD} = V_{AVDD} = +1.1V$ to $+2.0V$, $V_{OVDD} = +1.65V$ to $+3.6V$, $T_A = T_{MIN}$ to $T_{MAX}$, unless otherwise noted. Typical values are at $V_{DVDD} = +1.8V$, $V_{OVDD} = +2.5V$, $T_A = +25°C$.) (Notes 2, 3)<br><br>(table below)<br><br>(MAX30003 Datasheet)<br><br>But *Mark Day*, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| PARAMETER | SYMBOL | CONDITIONS | MIN | TYP | MAX | UNITS |
|---|---|---|---|---|---|---|
| CSB Fall to SDO Fall | $t_{DOE}$ | Enable time, $C_{LOAD} = 20pf$ | | | 30 | ns |
| CSB Rise to SDO Hi-Z | $t_{DOZ}$ | Disable time | | | 35 | ns |
| FCLK Frequency | $f_{FCLK}$ | External reference clock | | 32.768 | | kHz |
| FCLK Period | $t_{FP}$ | | | 30.52 | | µs |
| FCLK Pulse-Width High | $t_{FH}$ | 50% duty cycle assumed | | 15.26 | | µs |
| FCLK Pulse-Width Low | $t_{FL}$ | 50% duty cycle assumed | | 15.26 | | µs |

**Note 2:** Limits are 100% tested at $T_A = +25°C$. Limits over the operating temperature range and relevant supply voltage range are guaranteed by design and characterization.
**Note 3:** Guaranteed by design and characterization. Not tested in production.
**Note 4:** One electrode drive with <10Ω source impedance, the other driven with 51kΩ in parallel with a 47nF per IEC60601-2-47.
**Note 5:** Inputs connected to 51kΩ in parallel with a 47nF to $V_{CM}$.
**Note 6:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.65V$.
**Note 7:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.55V$.
**Note 8:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.45V$.
**Note 9:** This specification defines the accuracy of the calibration voltage source as applied to the ECG input, not as measured through the ADC channel.
**Note 10:** $f_{SCLK} = 4MHz$, burst mode, EFIT = 8, $C_{SDO} = C_{INTB} = 50pF$.
**Note 11:** ESD test performed with 1kΩ series resistor designed to withstand 8kV surge voltage.

| Claim 45 | Accused Instrumentalities |
|---|---|
| | Day: From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves to figure out how to effectively fit in the smallest possible form factor, which for us was motivated a lot by the size of our battery, which is just a standard, easily available, and fortunately easily recyclable coin cell battery. We challenged ourselves to figure out how to miniaturize the device down to the level of one of those coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves. (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| | As shown in FIG. **10B**, in some embodiments, one or more resistors **614** may be disposed within the electrical traces **611, 612**. The resistors **614** may comprise a conductive material of increased resistance over the conductive material(s) (e.g., silver and/or silver chloride) used to generally conduct electricity between the electrodes **350** and the PCBA **120**. For example, the resistors **614** may comprise carbon and/or increased amounts of carbon as compared to the electrical traces **611, 612**. In some embodiments, the resistors may have a resistance that is at least approximately about: 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, or 100 kiloohms (kΩ). The material of the resistor **614** may be selected to reduce or minimize "popcorn" noise or 1/f noise. As shown in FIGS. **10A-10C**, the resistors **614** may intersect the conductive path of the electrical traces **611, 612** between the electrode interface portion **310** and the electrocardiogram interface portion **313** such that they are disposed in-line with the conductive material of the electrical traces **611, 612**. The resistors **614** may be disposed on a housing portion of the trace layer **609** such that they are enclosed within the housing **115**. The resistors **614** may be disposed (e.g., printed) onto the substrate layer **613** in the same manner or a different manner from the conductive material of the electrical traces **611, 612**. The resistors **614** may replace resistors that would otherwise be disposed on the PCBA **120**, thereby potentially providing space-saving advantages. In some embodiments, the resistors **614** may be used to reduce the current that travels along the electrical circuit formed by the body and the interfacing electrodes **350**. The resistors **614** may act as a safety feature that allows the physiological monitoring device **100** to be suitable for use with a patient.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
| |  FIG. 10B (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 45 | Accused Instrumentalities |
|---|---|
|  | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system.<br><br>US Patent Numbers*:<br><br>8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States.<br><br>(https://www.irhythmtech.com/content/patents-trademarks) |

# Exhibit 27

## Claim Chart for U.S. Patent No. 8,965,492 ("the '492 Patent")

The Accused Instrumentalities include, but are not necessarily limited to, the Zio AT Patch Heart Monitor by iRhythm ("Zio AT").  The Accused Instrumentalities infringe the identified claims of the '492 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A body-worn patient monitoring device comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn patient monitoring device in accordance with this claim.***  The Zio AT satisfies 1[pre] because the Zio AT is a monitoring device that is worn on the patient's body.  In an example, the Zio AT monitors patient ECG.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Zio AT**<br>Mobile Cardiac Telemetry Monitor<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>**DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>Detailed Monitor Tracking<br><br>Track monitor location for both in-clinic and home enrollment patients, and have visibility into which patients require follow-up due to unreturned monitors.<br><br>(https://www.irhythmtech.com/providers/zio-service/ziosuite-patient-management) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | 

Gateway device transmits wear-time data

Zio AT

**MONITOR TYPE**
Mobile cardiac telemetry monitor (up to 14 days)

**ALERTS\***
Included

**DAILY REPORTS**
Yes

**FINAL REPORT**
Comprehensive final AT patient report at end of prescribed wear period

(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **INDICATIONS FOR USE**<br><br>The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |
| 1[a] a flexible printed circuit layer made from an insulating material and defining a substrate; | ***The Accused Instrumentalities include a flexible printed circuit layer made from an insulating material and defining a substrate.*** The Zio AT satisfies 1[a] because the Zio AT includes a printed circuit layer designed to flexibly adhere to a patient.<br><br>**DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Zio Patch**<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |
| 1[b] at least one electrode disposed onto a surface of the substrate; | ***The Accused Instrumentalities include at least one electrode disposed onto a surface of the substrate.*** The Zio AT satisfies 1[b] because the Zio AT includes two electrodes on the surface of the substrate to detect the electrical activity produced by the heart.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] at least one connection pad; | ***The Accused Instrumentalities include at least one connection pad.*** The Zio AT satisfies 1[c] because the Zio AT includes various connection pads.<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>The Zio AT system is a single-patient-use ECG monitor that provides a continuous, single-channel recording in addition to symptomatic and asymptomatic data transmission for up to 14 days. The Zio AT patch is applied and activated by the patient. Once activated, the patch records ECG without patient interaction, with the goal of improving patient compliance via simplicity of operation. The Zio AT patch, in conjunction with the wireless gateway and the Zio arrhythmia detection algorithm, has arrhythmia auto-detection capabilities. Additionally, patients have the option of pressing a convenient trigger button which marks the continuous record and initiates a wireless transfer of a 90 second ECG strip. The wireless transfer of data is enabled by the Zio AT gateway, which requires proximity and reception but no patient interaction to transmit to the monitoring center. The patient is encouraged to document symptomatic events, which will support symptom-rhythm correlation in the Zio AT reports.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ELECTRICAL CHARACTERISTICS**<br><br>Medical Equipment Type — BF Applied Part<br><br>ECG Frequency Response — 0.5Hz to 30Hz<br><br>ECG Input Impedance — ≥ 10 MΩ<br><br>ECG Differential Range — ±1.65 mV<br><br>ECG A/D Sampling Rate — 200 Hz<br><br>ECG Resolution — 10 bits<br><br>Patch Short-range RF Transmit/Receive — 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW<br><br>Frequency Band of Transmission — 2.4 GHz<br><br>Bandwidth of the Receiver — 2400–2480 MHz<br><br>Type and Frequency of Modulation — 1-Mbps GFSK<br><br>Gateway Short-range RF Transmit/Receive — 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW<br><br>Gateway Cellular RF Transmit/Receive — 750 MHz LTE Cat M1 Effective Radiated Power < 200 mW<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081)<br><br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |
| 1[d] at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material; and | ***The Accused Instrumentalities include at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material.*** The Zio AT satisfies 1[d] because the electrodes of the Zio AT detect electrical signals. To function, the electrical signals must be carried upstream. In other words, the detected signals must travel from the electrodes to the connection pads. This is accomplished through the use of an electrical trace made of a resistive material.<br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **PATCH PERFORMANCE CHARACTERISTICS** |

The content of the table cell for Accused Instrumentalities:

**PATCH PERFORMANCE CHARACTERISTICS**

| | |
|---|---|
| ECG Channels | 1 channel |
| Memory capacity | 14 days |
| Recording Format | Continuous |
| Service Life | Up to 14 days |
| Shelf Life | 2 months |

(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)

The Zio AT system is a single-patient-use ECG monitor that provides a continuous, single-channel recording in addition to symptomatic and asymptomatic data transmission for up to 14 days. The Zio AT patch is applied and activated by the patient. Once activated, the patch records ECG without patient interaction, with the goal of improving patient compliance via simplicity of operation. The Zio AT patch, in conjunction with the wireless gateway and the Zio arrhythmia detection algorithm, has arrhythmia auto-detection capabilities. Additionally, patients have the option of pressing a convenient trigger button which marks the continuous record and initiates a wireless transfer of a 90 second ECG strip. The wireless transfer of data is enabled by the Zio AT gateway, which requires proximity and reception but no patient interaction to transmit to the monitoring center. The patient is encouraged to document symptomatic events, which will support symptom-rhythm correlation in the Zio AT reports.

(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ELECTRICAL CHARACTERISTICS** |

**ELECTRICAL CHARACTERISTICS**

| | |
|---|---|
| Medical Equipment Type | BF Applied Part |
| ECG Frequency Response | 0.5Hz to 30Hz |
| ECG Input Impedance | ≥ 10 MΩ |
| ECG Differential Range | ±1.65 mV |
| ECG A/D Sampling Rate | 200 Hz |
| ECG Resolution | 10 bits |
| Patch Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW |
| Frequency Band of Transmission | 2.4 GHz |
| Bandwidth of the Receiver | 2400-2480 MHz |
| Type and Frequency of Modulation | 1-Mbps GFSK |
| Gateway Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW |
| Gateway Cellular RF Transmit/ Receive | 750 MHz LTE Cat M1 Effective Radiated Power < 200 mW |

(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |
| 1[e] an insulating layer covering the flexible printed circuit layer. | ***The Accused Instrumentalities include an insulating layer covering the flexible printed circuit layer.*** The Zio AT satisfies 1[e] because the Zio AT includes an insulating layer that covers the printed circuit layer.<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
|  | <br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

# Exhibit 28

**Claim Chart for U.S. Patent No. 8,965,492 ("the '492 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Zio XT Patch Heart Monitor by iRhythm ("Zio XT").  The Accused Instrumentalities infringe the identified claims of the '492 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A body-worn patient monitoring device comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn patient monitoring device in accordance with this claim.***  The Zio XT satisfies 1[pre] because the Zio XT is a monitoring device that is worn on the patient's body.  In an example, the Zio XT monitors patient ECG.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  **Zio XT** Long-Term Continuous Monitor (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) **ZIO XT SYSTEM** The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] a flexible printed circuit layer made from an insulating material and defining a substrate; | ***The Accused Instrumentalities include a flexible printed circuit layer made from an insulating material and defining a substrate.*** The Zio XT satisfies 1[a] because the Zio XT includes a printed circuit layer designed to flexibly adhere to a patient.<br><br><br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)[1]<br><br>(https://www.irhythmtech.com/patients/myzio/zio-xt) |

---

[1] While this references the Zio-AT Clinical Reference Manual, upon information and belief, material within the Zio-AT Clinical Reference Manual is also applicable to the Zio XT.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] at least one electrode disposed onto a surface of the substrate; | ***The Accused Instrumentalities include at least one electrode disposed onto a surface of the substrate.*** The Zio XT satisfies 1[b] because the Zio XT includes two electrodes on the surface of the substrate to detect the electrical activity produced by the heart.<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| 1[c] at least one connection pad; | ***The Accused Instrumentalities include at least one connection pad.*** The Zio XT satisfies 1[c] because the Zio XT includes various connection pads.<br><br><br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) (https://www.irhythmtech.com/patients/myzio/zio-xt) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **INDICATIONS FOR USE**<br><br>The Zio XT Patch is a prescription-only, single patient use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, presyncope, syncope, fatigue, or anxiety.<br><br>(https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf)<br><br>**STEP 1: WEAR THE MONITOR**<br>Your doctor will apply a water-resistant Zio by iRhythm heart monitor to your chest. There are no wires, and it can be hidden by your clothes.<br><br>**STEP 2: NOTE ANY HEART SYMPTOMS**<br>If you feel anything that you think might be an unusual heart rhythm, press the top of the Zio patch. Then briefly describe it in the provided symptom-log booklet, on the myZio™ mobile app, or at www.myzio.com.<br><br>DOWNLOAD THE IPHONE APP >   DOWNLOAD THE ANDROID APP >   LOGIN ><br><br>**STEP 3: RETURN THE MONITOR BY MAIL**<br>After your prescribed wear time, simply remove your monitor. Then place in the back of the provided Patient Instructions & Button Press Log and put the booklet into the pre-addressed return box and drop into any United States Postal Service mailbox.<br><br>**STEP 4: REVIEW THE RESULTS WITH YOUR DOCTOR**<br>Based on the clear and complete report we'll provide, your doctor will have the information he or she needs to make a diagnosis.<br><br>(https://web.archive.org/web/20200520152927/https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>(https://irhythmtech.co.uk/patient/) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[d] at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material; and | ***The Accused Instrumentalities include at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material.*** The Zio XT satisfies 1[d] because the electrodes of the Zio XT detect electrical signals. To function, the electrical signals must be carried upstream. In other words, the detected signals must travel from the electrodes to the connection pads. This is accomplished through the use of an electrical trace made of a resistive material.  (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)  (https://www.irhythmtech.com/patients/myzio/zio-xt) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | **INDICATIONS FOR USE**<br><br>The Zio XT Patch is a prescription-only, single patient use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, presyncope, syncope, fatigue, or anxiety.<br><br>(https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf)<br><br>**STEP 1: WEAR THE MONITOR**<br>Your doctor will apply a water-resistant Zio by iRhythm heart monitor to your chest. There are no wires, and it can be hidden by your clothes.<br><br>**STEP 2: NOTE ANY HEART SYMPTOMS**<br>If you feel anything that you think might be an unusual heart rhythm, press the top of the Zio patch. Then briefly describe it in the provided symptom-log booklet, on the myZio™ mobile app, or at www.myzio.com.<br><br>DOWNLOAD THE IPHONE APP ›   DOWNLOAD THE ANDROID APP ›   LOGIN ›<br><br>**STEP 3: RETURN THE MONITOR BY MAIL**<br>After your prescribed wear time, simply remove your monitor. Then place in the back of the provided Patient Instructions & Button Press Log and put the booklet into the pre-addressed return box and drop into any United States Postal Service mailbox.<br><br>**STEP 4: REVIEW THE RESULTS WITH YOUR DOCTOR**<br>Based on the clear and complete report we'll provide, your doctor will have the information he or she needs to make a diagnosis.<br><br>(https://web.archive.org/web/20200520152927/https://www.irhythmtech.com/patients/how-it-works) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://www.irhythmtech.com/providers/zio-service/reporting-3) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>(https://irhythmtech.co.uk/patient/)<br><br>(https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[e] an insulating layer covering the flexible printed circuit layer. | ***The Accused Instrumentalities include an insulating layer covering the flexible printed circuit layer.*** The Zio XT satisfies 1[e] because the Zio XT includes an insulating layer that covers the printed circuit layer.<br><br><br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | **Zio Patch**  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) <br><br> The Zio patches include the following features: <br><br> • patented flexible, lightweight, wire-free design; <br><br> • unobtrusive and inconspicuous profile; <br><br> • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; <br><br> • water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise; <br><br> • hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement; <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

# Exhibit 29

**Claim Chart for U.S. Patent No. 8,965,492 ("the '492 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm ("Zio Monitor"). The Accused Instrumentalities infringe the identified claims of the '492 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c). The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A body-worn patient monitoring device comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn patient monitoring device in accordance with this claim.*** The Zio Monitor satisfies 1[pre] because the Zio Monitor is a physiological sensor worn on the patient's body. In an example, the Zio Monitor monitors patient ECG signals (*i.e.*, a physiological signal).<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://vimeo.com/855831164) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[a] a flexible printed circuit layer made from an insulating material and defining a substrate; | ***The Accused Instrumentalities include a flexible printed circuit layer made from an insulating material and defining a substrate.*** The Zio Monitor satisfies 1[a] because the Zio Monitor includes a printed circuit layer designed to flexibly adhere to a patient.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | into our business model. Our products use an innovative design that enables the safe and effective reuse of printed circuit boards, by far the most environmentally impactful component of our devices. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) <br><br> iRhythm utilizes a QAD ERP system in manufacturing and Salesforce.com for customer service purposes to track medical devices. Through the use of these tools, serialization, and well-established best practices, we maintain the traceability of medical devices throughout our supply and distribution chains. Our printed circuit boards are also tracked through each reuse and receive a modified serial number after each use. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (Zio Monitor Teardown Report ("Exhibit A")) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] at least one electrode disposed onto a surface of the substrate; | ***The Accused Instrumentalities include at least one electrode disposed onto a surface of the substrate.*** The Zio Monitor satisfies 1[b] because the Zio Monitor includes two electrodes on the surface of the substrate to detect the electrical activity produced by the heart.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] at least one connection pad; | ***The Accused Instrumentalities include at least one connection pad.*** The Zio Monitor satisfies 1[c] because the Zio Monitor includes various connection pads.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[d] at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material; and | ***The Accused Instrumentalities include at least one electrical trace extending between the at least one connection pad and a conductive surface of the least one electrode, the at least one electrical trace being made at least in part from a resistive material.*** The Zio Monitor satisfies 1[d] because the electrodes of the Zio Monitor detect electrical signals. To function, the electrical signals must be carried upstream. In other words, the detected signals must travel from the electrodes to the connection pads. This is accomplished through the use of an electrical trace made of a resistive material.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[e] an insulating layer covering the flexible printed circuit layer. | ***The Accused Instrumentalities include an insulating layer covering the flexible printed circuit layer.*** The Zio Monitor satisfies 1[e] because the Zio Monitor includes an insulating layer that covers the printed circuit layer.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | After the first 24 hours, you can continue normal activities:<br><br>Take brief showers with your back to the water<br><br>Light exercise is acceptable but avoid excess sweating (intense exercise, sauna)<br><br>Do not submerge your Zio monitor in water (pool, hot tub, bath)<br><br>Do not apply soap or lotions near your Zio monitor<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

# Exhibit 30

**Claim Chart for U.S. Patent No. 9,155,484 ("the '484 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Zio AT Patch Heart Monitor by iRhythm ("Zio AT").  The Accused Instrumentalities infringe the identified claims of the '484 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[pre] A body-worn physiological sensor comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn physiological sensor in accordance with this claim.***  The Zio AT satisfies 1[pre] because the Zio AT is a monitoring device that is worn on the patient's body.  In an example, the Zio AT monitors patient ECG, which is a physiological signal.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Zio AT**<br>Mobile Cardiac Telemetry Monitor<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>**DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>Detailed Monitor Tracking<br><br>Track monitor location for both in-clinic and home enrollment patients, and have visibility into which patients require follow-up due to unreturned monitors.<br><br>(https://www.irhythmtech.com/providers/zio-service/ziosuite-patient-management) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  Gateway device transmits wear-time data<br><br>Zio AT<br><br>**MONITOR TYPE**<br>Mobile cardiac telemetry monitor (up to 14 days)<br><br>**ALERTS***<br>Included<br><br>**DAILY REPORTS**<br>Yes<br><br>**FINAL REPORT**<br>Comprehensive final AT patient report at end of prescribed wear period<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | **INDICATIONS FOR USE**<br><br>The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>As a **(b)(4)**, your firm implemented a transmission limit on how many times the Zio AT System transmits data. As a result, the device is only able to transmit 100 patient-triggered and 500 automatically detected arrhythmia events. Once the transmission limit is reached, the patient's data stops being transmitted for review/reporting. Thus, when the transmission limit is hit, the device can no longer be used for its intended purpose of transmitting patient ECG for reporting. Further, when the transmission limit is hit, the device can no longer provide near-real time monitoring for high-risk patients.<br><br>(https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/irhythm-technologies-inc-643474-05252023) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **DURING MONITORING**<br><br>During monitoring the Zio AT device will record continuous beat to beat ECG information and transmit patient triggered and asymptomatic ECG to provide accurate arrhythmia detection.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |
| 1[a] a computation-communication module including a housing retaining a processor; | ***The Accused Instrumentalities include a computation-communication module including a housing retaining a processor.*** The Zio AT satisfies 1[a] because the Zio AT includes a module that processes collected ECG data and communicates such data to the gateway device. The module includes a housing.<br><br>**Zio Patch**<br><br>Outer Border<br>Adhesive Wings<br>Light<br>Electrode → ← Electrode<br>'Zio' Button<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **INDICATIONS FOR USE** |
| | The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients. |
| | (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |
| |  |
| | (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | 

Gateway device transmits wear-time data

Zio AT

**MONITOR TYPE**
Mobile cardiac telemetry monitor (up to 14 days)

**ALERTS***
Included

**DAILY REPORTS**
Yes

**FINAL REPORT**
Comprehensive final AT patient report at end of prescribed wear period

(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ASYMPTOMATIC ARRHYTHMIA DETECTION**<br><br>Asymptomatic arrhythmia events, as detected and transmitted during the monitoring period, are defined by the following parameters:<br><br>| Rhythm | Heart Rate | Duration |<br>|--------|-----------|----------|<br>| Atrial Fibrillation | ≤40 bpm | ≥60 seconds |<br>| | ≥180 bpm | ≥60 seconds |<br>| Pause | - | ≥4 seconds |<br>| | - | ≥3 seconds back-to-back |<br>| Ventricular Tachycardia | ≥ 120 bpm | ≥ 30 seconds |<br>| | ≥150 bpm | ≥15 seconds |<br>| Complete Heart Block (day 05:00~23:00) | < 50 bpm | ≥6 beats |<br>| Complete Heart Block (night 23:00~05:00) | < 47 bpm | ≥6 beats |<br>| Bradycardia | ≤30 bpm | ≥60 seconds |<br>| Tachycardia | ≥ 200 bpm | ≥ 60 seconds |<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **DURING MONITORING**<br><br>During monitoring the Zio AT device will record continuous beat to beat ECG information and transmit patient triggered and asymptomatic ECG to provide accurate arrhythmia detection.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>**ELECTRICAL CHARACTERISTICS**<br><br>Medical Equipment Type — BF Applied Part<br>ECG Frequency Response — 0.5Hz to 30Hz<br>ECG Input Impedance — ≥ 10 MΩ<br>ECG Differential Range — ±1.65 mV<br>ECG A/D Sampling Rate — 200 Hz<br>ECG Resolution — 10 bits<br>Patch Short-range RF Transmit/Receive — 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW<br>Frequency Band of Transmission — 2.4 GHz<br>Bandwidth of the Receiver — 2400–2480 MHz<br>Type and Frequency of Modulation — 1-Mbps GFSK<br>Gateway Short-range RF Transmit/Receive — 2.4 GHz Bluetooth Low Energy Effective Radiated Power < 1mW<br>Gateway Cellular RF Transmit/Receive — 750 MHz LTE Cat M1 Effective Radiated Power < 200 mW<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer; | ***The Accused Instrumentalities include a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer.*** The Zio AT satisfies 1[b] because the Zio AT includes a flexible circuit layer "patch" that adheres to the patient. The "patch" includes electrodes for detecting ECG data (*i.e.*, physiological signals). The computation-communication module is attached to the circuit layer.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>**DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  **Zio Patch** <br><br> (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) <br><br> The Zio patches include the following features: <br><br> • patented flexible, lightweight, wire-free design; <br><br> • unobtrusive and inconspicuous profile; <br><br> • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081)<br><br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://fccid.io/2AFBP-AT17P/Internal-Photos/Internal-Photos-3392984) |
| 1[c] an adhesive covering at least a portion of the flexible circuit layer; and | ***The Accused Instrumentalities include an adhesive covering at least a portion of the flexible circuit layer.***  The Zio AT satisfies 1[c] because the Zio AT includes an adhesive covering on the flexible circuit layer.  This adhesive layer allows the Zio AT to adhere to the patient.<br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  **Zio Patch** (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) The Zio patches include the following features: • patented flexible, lightweight, wire-free design; • unobtrusive and inconspicuous profile; • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>(https://fccid.io/2AFBP-AT17P/Internal-Photos/Internal-Photos-3392984)<br><br>• Do not use the Zio AT patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |
| 1[d] a protective covering that protects the adhesive. | ***The Accused Instrumentalities include a protective covering that protects the adhesive.*** The Zio AT satisfies 1[d] because the Zio AT includes a protective covering over the adhesive.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (https://fccid.io/2AFBP-AT17P/Internal-Photos/Internal-Photos-3392984)  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **APPLY PATCH**<br><br>• Hold device in the center and remove clear backings. Keep top label on. Do not touch adhesive.<br>• Place Zio® XT Patch in the recommended position.<br>• Press firmly across the entire device for 2 minutes (see image 3).<br><br>(https://fliphtml5.com/mmax/fttb/basic)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

# Exhibit 31

**Claim Chart for U.S. Patent No. 9,155,484 ("the '484 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Zio XT Patch Heart Monitor by iRhythm ("Zio XT"). The Accused Instrumentalities infringe the identified claims of the '484 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c). The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A body-worn physiological sensor comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn physiological sensor in accordance with this claim.*** The Zio XT satisfies 1[pre] because the Zio XT is a monitoring device that is worn on the patient's body. In an example, the Zio XT monitors patient ECG, which is a physiological signal.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Zio XT**<br>Long-Term Continuous Monitor<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br>**ZIO XT SYSTEM**<br>The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] a computation-communication module including a housing retaining a processor; | ***The Accused Instrumentalities include a computation-communication module including a housing retaining a processor.*** The Zio XT satisfies 1[a] because the Zio XT includes a module that processes and stores the collected ECG data. The module includes a housing.  (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  |

(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)



(https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf)

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  **STEP 1: WEAR THE MONITOR** Your doctor will apply a water-resistant Zio by iRhythm heart monitor to your chest. There are no wires, and it can be hidden by your clothes. **STEP 2: NOTE ANY HEART SYMPTOMS** If you feel anything that you think might be an unusual heart rhythm, press the top of the Zio patch. Then briefly describe it in the provided symptom-log booklet, on the myZio™ mobile app, or at www.myzio.com. DOWNLOAD THE IPHONE APP ›  DOWNLOAD THE ANDROID APP ›  LOGIN › **STEP 3: RETURN THE MONITOR BY MAIL** After your prescribed wear time, simply remove your monitor. Then place in the back of the provided Patient Instructions & Button Press Log and put the booklet into the pre-addressed return box and drop into any United States Postal Service mailbox. **STEP 4: REVIEW THE RESULTS WITH YOUR DOCTOR** Based on the clear and complete report we'll provide, your doctor will have the information he or she needs to make a diagnosis. (https://web.archive.org/web/20200520152927/https://www.irhythmtech.com/patients/how-it-works) |

| __Claim 1__ | __Accused Instrumentalities__ |
|---|---|
| | <br><br>(https://irhythmtech.co.uk/patient/)<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)[1] |

---

[1] While this references the Zio-AT Clinical Reference Manual, upon information and belief, material within the Zio-AT Clinical Reference Manual is also applicable to the Zio XT.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer; | ***The Accused Instrumentalities include a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer.***  The Zio XT satisfies 1[b] because the Zio XT includes a flexible circuit layer "patch" that adheres to the patient.  The "patch" includes electrodes for detecting ECG data (*i.e.*, physiological signals).  The computation-communication module is attached to the circuit layer.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>(https://www.irhythmtech.com/patients/myzio/zio-xt) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The Zio patches include the following features: <br><br> • patented flexible, lightweight, wire-free design; <br><br> • unobtrusive and inconspicuous profile; <br><br> • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) <br><br> We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  |

(https://irhythmtech.co.uk/patient/)

(https://web.archive.org/web/20200520152927/https://www.irhythmtech.com/patients/how-it-works)

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] an adhesive covering at least a portion of the flexible circuit layer; and | ***The Accused Instrumentalities include an adhesive covering at least a portion of the flexible circuit layer.*** The Zio XT satisfies 1[c] because the Zio XT includes an adhesive covering on the flexible circuit layer. This adhesive layer allows the Zio XT to adhere to the patient's skin.<br><br><br><br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) (https://www.irhythmtech.com/patients/myzio/zio-xt) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  **How long am I supposed to wear the Zio XT Patch?** Wear the Zio XT Patch according to your physician prescribed wear time but no longer than 14 days. **NOTE:** Based on individual wear experiences your actual wear time may be shorter than prescribed. (https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf) What is the Zio monitor experience? Take the adhesive remover off the back page. (https://www.irhythmtech.com/patients/myzio/zio-xt) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>(https://www.irhythmtech.com/patients/myzio/zio-xt)<br><br>Do not use the Zio XT Patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.<br><br>(https://help.myzio.com/zio-xt-safety.html) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  **Zio Patch** (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) The Zio patches include the following features: • patented flexible, lightweight, wire-free design; • unobtrusive and inconspicuous profile; • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; • water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise; • hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement; (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[d] a protective covering that protects the adhesive. | ***The Accused Instrumentalities include a protective covering that protects the adhesive.*** The Zio XT satisfies 1[d] because the Zio XT includes a protective covering over the adhesive.<br><br><br><br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **Zio Patch** <br><br>  <br><br> (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) <br><br> The Zio patches include the following features: <br><br> • patented flexible, lightweight, wire-free design; <br><br> • unobtrusive and inconspicuous profile; <br><br> • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; <br><br> • water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise; <br><br> • hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement; <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

# **Exhibit 32**

**Claim Chart for U.S. Patent No. 9,155,484 ("the '484 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm (the "Zio Monitor"). The Accused Instrumentalities infringe the identified claims of the '484 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c). The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A body-worn physiological sensor comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a body-worn physiological sensor in accordance with this claim.*** The Zio Monitor satisfies 1[pre] because the Zio Monitor is a physiological sensor worn on the patient's body. In an example, the Zio Monitor monitors patient ECG signals (*i.e.*, a physiological signal).<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br><br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br>(https://vimeo.com/855831164) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] a computation-communication module including a housing retaining a processor; | ***The Accused Instrumentalities include a computation-communication module including a housing retaining a processor.***  The Zio Monitor satisfies 1[a] because the Zio Monitor has a computation-communication module that includes a housing retaining a processor.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown Report ("Exhibit A")) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (MAX30003 Datasheet ("Exhibit B")) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **ANALOG DEVICES**<br><br>Evaluation Kit Available   Design Resources   Tools and Models   Support<br><br>Click here to ask an associate for production status of specific part numbers.<br><br>Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE     **MAX30003**<br><br>**General Description**<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Benefits and Features**<br><br>• Clinical-Grade ECG AFE with High-Resolution Data Converter<br>  • 15.5 Bits Effective Resolution with 5μ$V_{P\_P}$ Noise<br><br>• Better Dry Starts Due to Much Improved Real World CMRR and High Input Impedance<br>  • Fully Differential Input Structure with CMRR > 100dB<br><br>• Offers Better Common-Mode to Differential Mode Conversion Due to High Input Impedance<br>  • High Input Impedance > 500MΩ for Extremely Low Common-to-Differential Mode Conversion<br><br>• Minimum Signal Attenuation at the Input During Dry Start Due to High Electrode Impedance<br><br>• High DC Offset Range of ±650mV (1.8V, typ) Allows to Be Used with Wide Variety of Electrodes<br><br>• High AC Dynamic Range of 65m$V_{P\_P}$ Will Help the AFE Not Saturate in the Presence of Motion/Direct Electrode Hits<br><br>• Longer Battery Life Compared to Competing Solutions<br>  • 85μW at 1.1V Supply Voltage<br><br>• Leads-On Interrupt Feature Allows to Keep μC in Deep Sleep Mode with RTC Off Until Valid Lead Condition is Detected<br>  • Lead-On Detect Current: 0.7μA (typ)<br><br>(MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <ul><li>Built-In Heart Rate Detection with Interrupt Feature Eliminates the Need to Run HR Algorithm on the µController<ul><li>Robust R-R Detection in High Motion Environment at Extremely Low Power</li></ul></li><li>Configurable Interrupts Allows the µC Wake-Up Only on Every Heart Beat Reducing the Overall System Power</li><li>High Accuracy Allows for More Physiological Data Extractions</li><li>32-Word FIFO Allows You to Wake Up µController Every 256ms with Full ECG Acquisition</li><li>High-Speed SPI Interface</li><li>Shutdown Current of 0.5µA (typ)</li></ul><div align="center">(MAX30003 Datasheet)</div><br>**R-to-R Detection**<br>The MAX30003 contains built-in hardware to detect R-R intervals using an adaptation of the Pan-Tompkins QRS detection algorithm[1]. The timing resolution of the R-R interval is approximately 8ms and depends on the setting of FMSTR [1:0] in CNFG_GEN (0x10) register. See Table 22 for the timing resolution of each setting.<div align="center">(MAX30003 Datasheet)</div> |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES**<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>**MAX32665/MAX32666**     **Low-Power Arm Cortex-M4 with FPU-Based Microcontroller with Bluetooth 5 for Wearables**<br><br>### General Description<br><br>DARWIN is a new breed of low-power microcontrollers built to thrive in the rapidly evolving Internet of Things (IoT). They are smart, with the biggest memories in their class and a massively scalable memory architecture. They run forever, thanks to wearable-grade power technology. They are durable enough to withstand the most advanced cyberattacks. DARWIN microcontrollers are designed to run any application imaginable—in places where you would not dream of sending other microcontrollers.<br><br>Generation UB microcontrollers are designed to handle the increasingly complex applications demanded by to-day's advanced battery-powered devices and wirelessly connected devices, while providing robust hardware security and Bluetooth® 5 Low Energy (Bluetooth LE) radio connectivity.<br><br>The MAX32665/MAX32666 UB class microcontrollers are advanced systems-on-chips featuring an Arm® Cortex®-M4 with FPU CPU for efficient computation of complex functions and algorithms with integrated power management. It also includes the newest generation Bluetooth 5 LE radio with support for long range (4x) and high throughput (2Mbps) and ADI's best-in-class hardware security suite trust protection unit (TPU). The devices offer large on-board memory with 1MB flash and 560KB SRAM. Split flash banks of 512KB each support seamless over-the-air upgrades, adding an additional degree of reliability. Memory scalability of data (SRAM) and code (Flash) space is supported by two SPI execute-in-place (SPIX) interfaces.<br><br>(MAX32666 Datasheet ("Exhibit C")) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Multiple high-speed interfaces are supported including HS-USB, secure digital interface (SD, SDIO, MMC, SD-HC, and microSD™), SPI, UART, and $I^2C$ serial interfaces, and an audio subsystem supporting PDM, PCM, $I^2S$, and TDM interfaces. An 8-input, 10-bit ADC is available to monitor analog inputs from external sensors and meters. The devices are available in 109-bump WLP (0.35mm pitch) and 121-bump CTBGA (0.65mm pitch). <br><br> **Applications** <br> • Connected Home <br> • Industrial Sensors <br> • Payment/Fitness/Medical Wearables <br> • Telemedicine <br> • Gaming Devices <br> • Hearables <br><br> (MAX32666 Datasheet) <br><br> **Benefits and Features** <br> • High-Efficiency Microcontroller and Audio DSP for Wearable and Hearable Devices <br> • Arm Cortex-M4 with FPU Up to 96MHz <br> • Optional Second Arm Cortex-M4 with FPU Optimized for Data Processing <br> • Low-Power, 7.3728MHz System Clock Option <br> • 1MB Flash, Organized into Dual Banks 2 x 512KB <br> • 560KB SRAM; 3 x 16KB Cache <br> • Bluetooth 5 Low Energy Radio <br> • 1Mbps and 2Mbps Data Throughput <br> • Long Range (125kbps and 500kbps) <br> • Advertising Extension <br> • Rx Sensitivity: -95dbm; Tx Power Up to +4.5dbm <br> • On-Chip Matching with Single-Ended Antenna Port <br><br> (MAX32666 Datasheet) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | **MAX32665/MAX32666**<br><br>The MAX32665/MAX32666 are Arm Cortex-M4 with FPU-based microcontrollers with 1MB flash and 560KB SRAM. They are ideal for wearable medical fitness applications. A second Arm Cortex-M4 with FPU supporting ROM and cache supports extended data processing capabilities such as audio processing for wireless Bluetooth applications.<br><br>The architecture includes a Bluetooth 5 Low Energy radio. The devices feature five powerful and flexible power modes. The flash memory is split into two banks of 512KB to provide flexibility when programming over the air. A built-in single inductor multiple output (SIMO) switch mode power supply allows the device to be optionally self-powered by a primary lithium cell. Dedicated hardware runs the Bluetooth 5 Low Energy stack freeing the CPUs for data processing tasks. Built-in dynamic clock gating and firmware-controlled power gating allow the user to optimize power for the specific application. Multiple SPI, UART, and $I^2C$ serial interfaces, 1-Wire Master, and USB 2.0 High-Speed Device interface allow interconnection to a wide variety of external sensors. An audio subsystem supports PDM, PCM, $I^2S$, and TDM. An 8-input, 10-bit ADC is available to monitor analog input from external sensors and meters.<br><br>The MAX32666 incorporates a trust protection unit (TPU) with encryption and advanced security features. These features include a modular arithmetic accelerator (MAA) for fast ECDSA, a hardware AES engine, a hardware TRNG entropy generator, a SHA-2 accelerator, and a secure bootloader.<br><br>All devices are available in a 109-bump WLP with 0.35mm pitch and a 121-bump CTBGA with 0.65mm pitch packages.<br><br><div align="center">(MAX32666 Datasheet)</div><br><br>**Arm Cortex-M4 with FPU Processor**<br><br>The Arm Cortex-M4 with FPU processors CPU0 and CPU1 are ideal for the emerging category of wearable medical and wellness applications. The architecture combines high-efficiency signal processing functionality with low power, low cost, and ease of use.<br><br>The Arm Cortex-M4 with FPU DSP supports single instruction multiple data (SIMD) path DSP extensions, providing:<br><br>● Four parallel 8-bit add/sub<br>● Floating point single precision<br>● Two parallel 16-bit add/sub<br>● Two parallel MACs<br>● 32- or 64-bit accumulate<br>● Signed, unsigned, data with or without saturation<br><br><div align="center">(MAX32666 Datasheet)</div> |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[b] a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer; | ***The Accused Instrumentalities include a flexible circuit layer configured to be coupled to a skin surface of a subject to measure physiological signals, said computation-communication module being attached to the flexible circuit layer.***  The Zio Monitor satisfies 1[b] because the Zio Monitor includes a flexible circuit layer "patch" that adheres to the patient.  The "patch" includes electrodes for detecting ECG data (*i.e.*, physiological signals).  The computation-communication module is attached to the flexible circuit layer.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | into our business model. Our products use an innovative design that enables the safe and effective reuse of printed circuit boards, by far the most environmentally impactful component of our devices. |
| | (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |
| | iRhythm utilizes a QAD ERP system in manufacturing and Salesforce.com for customer service purposes to track medical devices. Through the use of these tools, serialization, and well-established best practices, we maintain the traceability of medical devices throughout our supply and distribution chains. Our printed circuit boards are also tracked through each reuse and receive a modified serial number after each use. |
| | (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ANALOG DEVICES**

Evaluation Kit Available    Design Resources    Tools and Models    Support

Click here to ask an associate for production status of specific part numbers.

Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003**

## General Description

The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.

The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.

The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.

(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] an adhesive covering at least a portion of the flexible circuit layer; and | ***The Accused Instrumentalities include an adhesive covering at least a portion of the flexible circuit layer.*** The Zio Monitor satisfies 1[c] because the Zio Monitor includes an adhesive covering on the flexible circuit layer. This adhesive layer allows the Zio Monitor to adhere to the patient.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | • Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction. <br><br> (https://www.irhythmtech.com/patients/myzio/zio-monitor) <br><br> But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length. <br><br> (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[d] a protective covering that protects the adhesive. | ***The Accused Instrumentalities include a protective covering that protects the adhesive.*** The Zio Monitor satisfies 1[d] because the Zio Monitor includes a protective covering over the adhesive.<br><br><br><br>Zio Monitor<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | After the first 24 hours, you can continue normal activities:  Take brief showers with your back to the water <br><br> Light exercise is acceptable but avoid excess sweating (intense exercise, sauna) <br><br> Do not submerge your Zio monitor in water (pool, hot tub, bath) <br><br> Do not apply soap or lotions near your Zio monitor <br><br> (https://www.irhythmtech.com/patients/myzio/zio-monitor) |

# Exhibit 33

**Claim Chart for U.S. Patent No. 10,159,422 ("the '422 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Zio AT Patch Heart Monitor by iRhythm ("Zio AT").  The Accused Instrumentalities infringe the identified claims of the '422 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A method for manufacturing a body-worn physiological sensor, the method comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a method for manufacturing a body-worn physiological sensor in accordance with this claim.***  The Zio AT satisfies 1[pre] because the Zio AT is a sensor worn on the patient's body.  In an example, the Zio AT monitors patient ECG signals (*i.e.*, a physiological signal).<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | ## DESCRIPTION<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>## INDICATIONS FOR USE<br><br>The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] providing a disposable substrate made from an insulating material, said substrate comprising: | ***The Accused Instrumentalities provide a disposable substrate made from an insulating material, said substrate comprising.*** The Zio AT satisfies 1[a] because the Zio AT includes an adhesive patch that is a substrate from insulating materials. Further, the "patch" can only be used once. Thus, the "patch" portion of the device is disposable.  (https://www.irhythmtech.com/providers/zio-service/zio-monitors)  (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | • Do not reuse the Zio AT patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and patient may experience cross contamination.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>**10. I think I placed the Zio AT patch in the wrong position. Can I remove it and reposition it?**<br><br>No. If the Zio AT patch is over the heart in a slight diagonal as shown, the positioning should be acceptable.<br><br>DO NOT attempt to reapply the Zio AT patch.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)  The Zio patches include the following features:  • patented flexible, lightweight, wire-free design;  • unobtrusive and inconspicuous profile;  • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;  (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a flexible printed circuit board layer made from the insulating material; | ***The Accused Instrumentalities include a flexible printed circuit board layer made from the insulating material.***  The Zio AT satisfies 1[b] because the Zio AT includes a "patch" that is a flexible circuit board layer.  The "patch" is made from insulating material.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] at least two electrodes disposed on the disposable substrate; and | ***The Accused Instrumentalities include at least two electrodes disposed on the disposable substrate.*** The Zio AT satisfies 1[c] because the Zio AT includes two electrodes on the disposable substrate.<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[d] conductive traces defined between the at least two electrodes; | ***The Accused Instrumentalities include conductive traces defined between the at least two electrodes.*** The Zio AT satisfies 1[d] because the Zio AT includes traces between the two electrodes.<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[e] providing a computation-communication module, said module comprising: | ***The Accused Instrumentalities provide a computation-communication module.*** The Zio AT satisfies 1[e] because the Zio AT includes a computation-communication module.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>Zio AT<br>Mobile Cardiac Telemetry Monitor<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>**DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  **INDICATIONS FOR USE**<br><br>The Zio AT ECG monitoring system is intended to capture, analyze and report symptomatic and asymptomatic cardiac events and continuous electrocardiogram (ECG) information for long-term monitoring. While continuously recording patient ECG, both patient-triggered and automatically detected arrhythmia events are transmitted to a monitoring center for reporting. After wear, a final report is generated based on beat-to-beat information from the entire ECG recording. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. The reports are provided for review by the intended user to render a diagnosis based on clinical judgment and experience. It is not intended for use on critical care patients.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>Gateway device transmits wear-time data<br><br>Zio AT<br><br>MONITOR TYPE<br>Mobile cardiac telemetry monitor (up to 14 days)<br><br>ALERTS*<br>Included<br><br>DAILY REPORTS<br>Yes<br><br>FINAL REPORT<br>Comprehensive final AT patient report at end of prescribed wear period<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[f] a housing; | ***The Accused Instrumentalities include a module having a housing.*** The Zio AT satisfies 1[f] because the computation-communication module includes a housing.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081)<br><br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |
| 1[g] a processor disposed in the housing; and | ***The Accused Instrumentalities include a module having a processor disposed in the housing.*** The Zio AT satisfies 1[g] because the Zio AT includes a processor within the housing<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
| --- | --- |
| |  (https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081)<br><br>(https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **DESCRIPTION**<br><br>The Zio AT connected continuous ambulatory monitoring system ("Zio AT system") is an electrocardiogram (ECG) monitoring system. It consists of four components: (1) Zio AT patch ECG monitor that records continuously through the entire wear period, (2) Zio AT wireless gateway that provides connectivity between the patch and the iRhythm monitoring center, (3) Zio arrhythmia detection algorithm and (4) ZioReports.com clinician portal.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  Gateway device transmits wear-time data

Zio AT

**MONITOR TYPE**
Mobile cardiac telemetry monitor (up to 14 days)

**ALERTS\***
Included

**DAILY REPORTS**
Yes

**FINAL REPORT**
Comprehensive final AT patient report at end of prescribed wear period

(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[h] attaching the computation-communication module to the disposable substrate. | ***The Accused Instrumentalities attach the computation-communication module to the disposable substrate.*** The Zio AT satisfies 1[h] because the computation-communication module of the Zio AT is attached to the disposable substrate.<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br><br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) (https://fccid.io/2AFBP-SR15P/Internal-Photos/internal-photos-2777081) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br><br>(https://fccid.io/2AFBP-AT17P/Internal-Photos/Internal-Photos-3392984)<br><br>• Do not reuse the Zio AT patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and patient may experience cross contamination.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br><br><br>**10. I think I placed the Zio AT patch in the wrong position. Can I remove it and reposition it?**<br><br>No. If the Zio AT patch is over the heart in a slight diagonal as shown, the positioning should be acceptable.<br><br>DO NOT attempt to reapply the Zio AT patch.<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

# Exhibit 34

**Claim Chart for U.S. Patent No. 10,159,422 ("the '422 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Zio XT Patch Heart Monitor by iRhythm ("Zio XT"). The Accused Instrumentalities infringe the identified claims of the '422 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c). The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] A method for manufacturing a body-worn physiological sensor, the method comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a method for manufacturing a body-worn physiological sensor in accordance with this claim.*** The Zio XT satisfies 1[pre] because the Zio XT is a sensor worn on the patient's body. In an example, the Zio XT monitors patient ECG signals (i.e. a physiological signal).<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Zio XT** Long-Term Continuous Monitor <br><br> (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) <br><br> **ZIO XT SYSTEM** <br><br> The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] providing a disposable substrate made from an insulating material, said substrate comprising: | ***The Accused Instrumentalities provide a disposable substrate made from an insulating material.*** The Zio XT satisfies 1[a] because the Zio XT includes an adhesive patch that is a substrate from insulating materials.  Further, the "patch" can only be used once.  Thus, the "patch" portion of the device is disposable.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://www.irhythmtech.com/patients/how-it-works) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)[1]<br><br>INDICATIONS FOR USE<br><br>The Zio XT Patch is a prescription-only, single patient use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, presyncope, syncope, fatigue, or anxiety.<br><br>(https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf) |

[1] While this references the Zio-AT Clinical Reference Manual, upon information and belief, material within the Zio-AT Clinical Reference Manual is also applicable to the Zio XT.

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components. <br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) <br><br> The Zio patches include the following features: <br><br> • patented flexible, lightweight, wire-free design; <br><br> • unobtrusive and inconspicuous profile; <br><br> • proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>**Warnings**<br><br>• Do not use the Zio XT Patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.<br>• Do not reuse the Zio XT Patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and may experience skin irritation.<br><br>(https://help.myzio.com/zio-xt-safety.html) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a flexible printed circuit board layer made from the insulating material; | ***The Accused Instrumentalities include a flexible printed circuit board layer made from the insulating material.***  The Zio XT satisfies 1[b] because the Zio XT includes a "patch" that is a flexible circuit board layer.  The "patch" is made from insulating material.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| <u>**Claim 1**</u> | <u>**Accused Instrumentalities**</u> |
|---|---|
| | <br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |   (https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)  INDICATIONS FOR USE  The Zio XT Patch is a prescription-only, single patient use, continuously recording ECG monitor that can be worn up to 14 days. It is indicated for use on patients who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, presyncope, syncope, fatigue, or anxiety.  (https://www.innovationagencyexchange.org.uk/sites/default/files/Zio%20XT%20Start%20Guide%20-%20UK.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) **Warnings** • Do not use the Zio XT Patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation. • Do not reuse the Zio XT Patch on multiple patients. It is a single patient use device. Reuse will cause incorrect patient data and may experience skin irritation. (https://help.myzio.com/zio-xt-safety.html) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| 1[c] at least two electrodes disposed on the disposable substrate; and | ***The Accused Instrumentalities include at least two electrodes disposed on the disposable substrate.*** <br> The Zio XT satisfies 1[c] because the Zio XT includes two electrodes on the disposable substrate. <br><br>  <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Zio Patch**<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[d] conductive traces defined between the at least two electrodes; | ***The Accused Instrumentalities include conductive traces defined between the at least two electrodes.*** The Zio XT satisfies 1[d] because the Zio XT includes conductive traces between the two electrodes. <br><br>  <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **Zio Patch**<br><br>Outer Border<br>Adhesive Wings<br>Light<br>Electrode    Electrode<br>'Zio' Button<br><br>(https://fccid.io/2AFBP-AT18G/User-Manual/User-Manual-2-3875381.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[e] providing a computation-communication module, said module comprising: | ***The Accused Instrumentalities provide a computation-communication module.*** The Zio XT satisfies 1[e] because the Zio XT includes a computation-communication module.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Zio XT**<br>Long-Term Continuous Monitor<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)<br><br>**ZIO XT SYSTEM**<br>The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[f] a housing; | ***The Accused Instrumentalities include a module having a housing.*** The Zio XT satisfies 1[f] because the computation-communication module includes a housing.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br><br>(https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) <br><br> **ZIO XT SYSTEM** <br><br> The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[g] a processor disposed in the housing; and | ***The Accused Instrumentalities include a module having a processor disposed in the housing.*** The Zio XT satisfies 1[g] because the Zio XT includes a processor within the housing<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) **ZIO XT SYSTEM** The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[h] attaching the computation-communication module to the disposable substrate. | ***The Accused Instrumentalities attach the computation-communication module to the disposable substrate.*** The Zio XT satisfies 1[h] because the computation-communication module of the Zio XT is attached to the disposable substrate.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/patients/how-it-works) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) (https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | 

(https://web.archive.org/web/20230130043111/https://www.irhythmtech.com/providers/zio-service/zio-monitors?hsLang=en)

**ZIO XT SYSTEM**

The Zio XT System is a prescription-only, remote ECG monitoring system that consists of the Zio XT patch that records the electric signal from the heart continuously for up to 14 days and the Zio ECG Utilization System (referred to as the ZEUS System), which supports the capture and analysis of ECG data recorded by the Zio XT patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. The final step in the Zio Services is the delivery of an electronic Zio report to the prescribing physician with a summary of findings. The Company's Zio XT services are generally billable when the Zio report is issued to the physician.

(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **WASTE AND RECYCLING**<br><br>Minimizing the impact of our own operations on the environment, including impacts related to waste and hazardous materials, is an important part of our commitment to environmental sustainability. We generate a minimal amount of solid waste in our own operations. In 2022, we generated approximately 60 metric tons of product-related waste across our manufacturing, R&D and processing facilities. Approximately 48% of our waste was recycled through our own circularity measures and our recycling and waste management partners.  We use a snap-together assembly process in our manufacturing facilities, which only produces a minimal amount of solid waste.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

# Exhibit 35

**Claim Chart for U.S. Patent No. 10,159,422 ("the '422 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm ("Zio Monitor").  The Accused Instrumentalities infringe the identified claims of the '422 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[pre] A method for manufacturing a body-worn physiological sensor, the method comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a method for manufacturing a body-worn physiological sensor in accordance with this claim.***  The Zio Monitor satisfies 1[pre] because the Zio Monitor is a physiological sensor worn on the patient's body.  In an example, the Zio Monitor monitors patient ECG signals (*i.e.*, a physiological signal).<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ZIO MONITOR SYSTEM** <br><br> The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) <br><br>  <br><br> Next-generation Zio® monitor <br> Long-Term Continuous Monitoring Service <br> Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8] <br><br> (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  |
|         | (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://vimeo.com/855831164) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report ("Exhibit A")) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  (Zio Monitor Teardown Report) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown Report) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | ![ANALOG DEVICES logo with Evaluation Kit Available, Design Resources, Tools and Models, Support icons]<br><br>Click _here_ to ask an associate for production status of specific part numbers.<br><br>Ultra-Low Power, Single-Channel Integrated **MAX30003**<br>Biopotential (ECG, R-to-R Detection) AFE<br><br>## General Description<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet ("Exhibit B")) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] providing a disposable substrate made from an insulating material, said substrate comprising: | ***The Accused Instrumentalities provide a disposable substrate made from an insulating material, said substrate comprising.***  The Zio Monitor satisfies 1[a] because the Zio Monitor includes an adhesive patch that is a substrate.  The adhesive patch is made from insulating materials.  Further, the adhesive patch can only be used once.  Thus, the adhesive patch of the device is disposable.<br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities.[5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients. <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) <br><br> • Do not use the Zio monitor on patients with broken skin. Only apply to intact skin. <br> • Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal. <br><br> (https://www.irhythmtech.com/patients/myzio/zio-monitor) <br><br> • Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction. <br><br> (https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length. |
| | (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |
| | But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach. |
| | (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a flexible printed circuit board layer made from the insulating material; | ***The Accused Instrumentalities include a flexible printed circuit board layer made from the insulating material.***  The Zio Monitor satisfies 1[b] because the Zio Monitor includes a "patch" portion that is a flexible circuit board layer.  The "patch" is made from insulating material.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | into our business model. Our products use an innovative design that enables the safe and effective reuse of printed circuit boards, by far the most environmentally impactful component of our devices. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) iRhythm utilizes a QAD ERP system in manufacturing and Salesforce.com for customer service purposes to track medical devices. Through the use of these tools, serialization, and well-established best practices, we maintain the traceability of medical devices throughout our supply and distribution chains. Our printed circuit boards are also tracked through each reuse and receive a modified serial number after each use. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| 1[c] at least two electrodes disposed on the disposable substrate; and | ***The Accused Instrumentalities include at least two electrodes disposed on the disposable substrate.*** The Zio Monitor satisfies 1[c] because the Zio Monitor includes two electrodes on the disposable substrate.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[d] conductive traces defined between the at least two electrodes; | ***The Accused Instrumentalities include conductive traces defined between the at least two electrodes.*** The Zio Monitor satisfies 1[d] because the Zio Monitor includes traces between the two electrodes.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown Report) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[e] providing a computation-communication module, said module comprising: | ***The Accused Instrumentalities provide a computation-communication module.***  The Zio Monitor satisfies 1[e] because the Zio Monitor includes a computation-communication module.<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br>(Zio Monitor Teardown Report)<br><br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| 1[f] a housing; | ***The Accused Instrumentalities include a module having a housing.*** The Zio Monitor satisfies 1[f] because the computation-communication module includes a housing.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown Report) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[g] a processor disposed in the housing; and | ***The Accused Instrumentalities include a module having a processor disposed in the housing.*** The Zio Monitor satisfies 1[g] because the Zio Monitor includes a processor within the housing<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor   Zio XT   Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (Zio Monitor Teardown Report) (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown Report)  (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |       |

(Zio Monitor Teardown Report)

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **ANALOG DEVICES** Evaluation Kit Available / Design Resources / Tools and Models / Support<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003**<br><br>**General Description**<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Benefits and Features** |

**Benefits and Features**

- Clinical-Grade ECG AFE with High-Resolution Data Converter
  - 15.5 Bits Effective Resolution with $5\mu V_{P\_P}$ Noise
- Better Dry Starts Due to Much Improved Real World CMRR and High Input Impedance
  - Fully Differential Input Structure with CMRR > 100dB
- Offers Better Common-Mode to Differential Mode Conversion Due to High Input Impedance
  - High Input Impedance > 500MΩ for Extremely Low Common-to-Differential Mode Conversion
- Minimum Signal Attenuation at the Input During Dry Start Due to High Electrode Impedance
- High DC Offset Range of ±650mV (1.8V, typ) Allows to Be Used with Wide Variety of Electrodes
- High AC Dynamic Range of $65mV_{P\_P}$ Will Help the AFE Not Saturate in the Presence of Motion/Direct Electrode Hits
- Longer Battery Life Compared to Competing Solutions
  - 85μW at 1.1V Supply Voltage
- Leads-On Interrupt Feature Allows to Keep μC in Deep Sleep Mode with RTC Off Until Valid Lead Condition is Detected
  - Lead-On Detect Current: 0.7μA (typ)

(MAX30003 Datasheet)

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <ul><li>Built-In Heart Rate Detection with Interrupt Feature Eliminates the Need to Run HR Algorithm on the μController<ul><li>Robust R-R Detection in High Motion Environment at Extremely Low Power</li></ul></li><li>Configurable Interrupts Allows the μC Wake-Up Only on Every Heart Beat Reducing the Overall System Power</li><li>High Accuracy Allows for More Physiological Data Extractions</li><li>32-Word FIFO Allows You to Wake Up μController Every 256ms with Full ECG Acquisition</li><li>High-Speed SPI Interface</li><li>Shutdown Current of 0.5μA (typ)</li></ul>(MAX30003 Datasheet)<br><br>**R-to-R Detection**<br><br>The MAX30003 contains built-in hardware to detect R-R intervals using an adaptation of the Pan-Tompkins QRS detection algorithm[1]. The timing resolution of the R-R interval is approximately 8ms and depends on the setting of FMSTR [1:0] in CNFG_GEN (0x10) register. See Table 22 for the timing resolution of each setting.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | <br>(Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | ![ANALOG DEVICES]<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>**MAX32665/MAX32666**  **Low-Power Arm Cortex-M4 with FPU-Based Microcontroller with Bluetooth 5 for Wearables**<br><br>**General Description**<br><br>DARWIN is a new breed of low-power microcontrollers built to thrive in the rapidly evolving Internet of Things (IoT). They are smart, with the biggest memories in their class and a massively scalable memory architecture. They run forever, thanks to wearable-grade power technology. They are durable enough to withstand the most advanced cyberattacks. DARWIN microcontrollers are designed to run any application imaginable—in places where you would not dream of sending other microcontrollers.<br><br>Generation UB microcontrollers are designed to handle the increasingly complex applications demanded by today's advanced battery-powered devices and wirelessly connected devices, while providing robust hardware security and Bluetooth® 5 Low Energy (Bluetooth LE) radio connectivity.<br><br>The MAX32665/MAX32666 UB class microcontrollers are advanced systems-on-chips featuring an Arm® Cortex®-M4 with FPU CPU for efficient computation of complex functions and algorithms with integrated power management. It also includes the newest generation Bluetooth 5 LE radio with support for long range (4x) and high throughput (2Mbps) and ADI's best-in-class hardware security suite trust protection unit (TPU). The devices offer large on-board memory with 1MB flash and 560KB SRAM. Split flash banks of 512KB each support seamless over-the-air upgrades, adding an additional degree of reliability. Memory scalability of data (SRAM) and code (Flash) space is supported by two SPI execute-in-place (SPIX) interfaces.<br><br>(MAX32666 Datasheet ("Exhibit C")) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Multiple high-speed interfaces are supported including HS-USB, secure digital interface (SD, SDIO, MMC, SD-HC, and microSD™), SPI, UART, and I$^2$C serial interfaces, and an audio subsystem supporting PDM, PCM, I$^2$S, and TDM interfaces. An 8-input, 10-bit ADC is available to monitor analog inputs from external sensors and meters. The devices are available in 109-bump WLP (0.35mm pitch) and 121-bump CTBGA (0.65mm pitch).<br><br>**Applications**<br>● Connected Home<br>● Industrial Sensors<br>● Payment/Fitness/Medical Wearables<br>● Telemedicine<br>● Gaming Devices<br>● Hearables<br><br>(MAX32666 Datasheet)<br><br>**Benefits and Features**<br>● High-Efficiency Microcontroller and Audio DSP for Wearable and Hearable Devices<br>  • Arm Cortex-M4 with FPU Up to 96MHz<br>  • Optional Second Arm Cortex-M4 with FPU Optimized for Data Processing<br>  • Low-Power, 7.3728MHz System Clock Option<br>  • 1MB Flash, Organized into Dual Banks 2 x 512KB<br>  • 560KB SRAM; 3 x 16KB Cache<br>● Bluetooth 5 Low Energy Radio<br>  • 1Mbps and 2Mbps Data Throughput<br>  • Long Range (125kbps and 500kbps)<br>  • Advertising Extension<br>  • Rx Sensitivity: -95dbm; Tx Power Up to +4.5dbm<br>  • On-Chip Matching with Single-Ended Antenna Port<br><br>(MAX32666 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **MAX32665/MAX32666**<br><br>The MAX32665/MAX32666 are Arm Cortex-M4 with FPU-based microcontrollers with 1MB flash and 560KB SRAM. They are ideal for wearable medical fitness applications. A second Arm Cortex-M4 with FPU supporting ROM and cache supports extended data processing capabilities such as audio processing for wireless Bluetooth applications.<br><br>The architecture includes a Bluetooth 5 Low Energy radio. The devices feature five powerful and flexible power modes. The flash memory is split into two banks of 512KB to provide flexibility when programming over the air. A built-in single inductor multiple output (SIMO) switch mode power supply allows the device to be optionally self-powered by a primary lithium cell. Dedicated hardware runs the Bluetooth 5 Low Energy stack freeing the CPUs for data processing tasks. Built-in dynamic clock gating and firmware-controlled power gating allow the user to optimize power for the specific application. Multiple SPI, UART, and I$^2$C serial interfaces, 1-Wire Master, and USB 2.0 High-Speed Device interface allow interconnection to a wide variety of external sensors. An audio subsystem supports PDM, PCM, I$^2$S, and TDM. An 8-input, 10-bit ADC is available to monitor analog input from external sensors and meters.<br><br>The MAX32666 incorporates a trust protection unit (TPU) with encryption and advanced security features. These features include a modular arithmetic accelerator (MAA) for fast ECDSA, a hardware AES engine, a hardware TRNG entropy generator, a SHA-2 accelerator, and a secure bootloader.<br><br>All devices are available in a 109-bump WLP with 0.35mm pitch and a 121-bump CTBGA with 0.65mm pitch packages.<br><br><div align=center>(MAX32666 Datasheet)</div><br>**Arm Cortex-M4 with FPU Processor**<br><br>The Arm Cortex-M4 with FPU processors CPU0 and CPU1 are ideal for the emerging category of wearable medical and wellness applications. The architecture combines high-efficiency signal processing functionality with low power, low cost, and ease of use.<br><br>The Arm Cortex-M4 with FPU DSP supports single instruction multiple data (SIMD) path DSP extensions, providing:<br><br>● Four parallel 8-bit add/sub<br>● Floating point single precision<br>● Two parallel 16-bit add/sub<br>● Two parallel MACs<br>● 32- or 64-bit accumulate<br>● Signed, unsigned, data with or without saturation<br><br><div align=center>(MAX32666 Datasheet)</div> |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[h] attaching the computation-communication module to the disposable substrate. | ***The Accused Instrumentalities attach the computation-communication module to the disposable substrate.*** The Zio Monitor satisfies 1[h] because the computation-communication module of the Zio Monitor is attached to the disposable substrate.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (Zio Monitor Teardown Report) <br><br> (Zio Monitor Teardown Report) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  |

(Zio Monitor Teardown Report)

(Zio Monitor Teardown Report)

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor)<br><br>But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

# Exhibit 36

US008630699B2

(12) **United States Patent**

Baker et al.

(10) **Patent No.:**     **US 8,630,699 B2**

(45) **Date of Patent:**     **Jan. 14, 2014**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(75) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Mission Viejo, CA (US); **Norbert Ohlenbusch**, Andover, MA (US); **Thomas P. Blackadar**, Natick, MA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/488,520**

(22) Filed: **Jun. 5, 2012**

(65) **Prior Publication Data**

US 2012/0238890 A1     Sep. 20, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/591,619, filed on Nov. 1, 2006, now Pat. No. 8,214,007.

(51) **Int. Cl.**
*A61B 5/04*     (2006.01)
*A61B 5/02*     (2006.01)

(52) **U.S. Cl.**
USPC ............................ **600/509**; 600/372; 600/508

(58) **Field of Classification Search**
USPC ........................................ 600/508–509, 372
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,141,367 A | 2/1979 | Ferreira |
| 4,791,933 A | 12/1988 | Asai et al. |
| 4,800,894 A | 1/1989 | Milani |
| 4,957,109 A | 9/1990 | Groeger et al. |
| 4,958,645 A | 9/1990 | Cadell et al. |
| 4,974,607 A | 12/1990 | Miwa |
| 5,257,631 A | 11/1993 | Wik |
| 5,294,928 A | 3/1994 | Cooper et al. |
| 5,309,918 A | 5/1994 | Schraag |
| 5,319,363 A | 6/1994 | Welch et al. |
| 5,458,122 A | 10/1995 | Hethuin |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0209804 A2 | 1/1987 |
| EP | 0770349 A1 | 5/1997 |

(Continued)

OTHER PUBLICATIONS

Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).

(Continued)

*Primary Examiner* — Nicole F Lavert

(74) *Attorney, Agent, or Firm* — Hiscock & Barclay, LLP

(57)     **ABSTRACT**

A method for providing high voltage circuit protection for a patient monitor. The method includes providing a substrate that supports one or more electrical connections to a patient's body. The method further includes determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate, determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate, printing the first material onto the substrate, and printing the second material onto the substrate wherein at least part of the second the material overlays the first material.

**8 Claims, 14 Drawing Sheets**





US 8,630,699 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,515,735 | A | 5/1996 | Sarihan |
| 5,538,007 | A | 7/1996 | Gorman |
| 5,544,661 | A | 8/1996 | Davis et al. |
| 5,579,001 | A | 11/1996 | Dempsey et al. |
| 5,579,775 | A | 12/1996 | Dempsey et al. |
| 5,600,071 | A | 2/1997 | Sooriakumar et al. |
| 5,682,803 | A | 11/1997 | Gideon et al. |
| 5,687,734 | A | 11/1997 | Dempsey et al. |
| 5,694,940 | A | 12/1997 | Unger et al. |
| 5,743,269 | A | 4/1998 | Okigami et al. |
| 5,748,103 | A | 5/1998 | Flach et al. |
| 5,767,791 | A | 6/1998 | Stoop et al. |
| 5,808,331 | A | 9/1998 | Zhang et al. |
| 5,832,490 | A | 11/1998 | Riley |
| 5,871,451 | A | 2/1999 | Unger et al. |
| 5,882,300 | A | 3/1999 | Malinouskas et al. |
| 5,889,211 | A | 3/1999 | Maudie et al. |
| 5,899,866 | A | 5/1999 | Cyrus et al. |
| 5,916,159 | A | 6/1999 | Kelly et al. |
| 5,917,414 | A | 6/1999 | Oppelt et al. |
| 5,919,141 | A | 7/1999 | Money et al. |
| 5,938,597 | A | 8/1999 | Stratbucker |
| 5,966,692 | A | 10/1999 | Langer et al. |
| 5,987,519 | A | 11/1999 | Peifer et al. |
| 5,995,861 | A | 11/1999 | Price |
| 6,006,125 | A | 12/1999 | Kelly et al. |
| 6,013,933 | A | 1/2000 | Foerstner et al. |
| 6,018,705 | A | 1/2000 | Gaudet et al. |
| 6,026,321 | A | 2/2000 | Miyata et al. |
| 6,052,654 | A | 4/2000 | Gaudet et al. |
| 6,057,758 | A | 5/2000 | Dempsey et al. |
| 6,066,093 | A | 5/2000 | Kelly et al. |
| 6,073,046 | A | 6/2000 | Patel et al. |
| 6,076,003 | A | 6/2000 | Rogel |
| 6,089,692 | A | 7/2000 | Anagnostopoulos |
| 6,122,340 | A | 9/2000 | Darley et al. |
| 6,150,951 | A | 11/2000 | Olejniczak |
| 6,161,036 | A | 12/2000 | Matsumura et al. |
| 6,171,236 | B1 | 1/2001 | Bonutti |
| 6,198,394 | B1 | 3/2001 | Jacobsen et al. |
| 6,212,944 | B1 | 4/2001 | Kwun et al. |
| 6,298,314 | B1 | 10/2001 | Blackadar et al. |
| 6,331,444 | B1 | 12/2001 | Ferrari et al. |
| 6,336,365 | B1 | 1/2002 | Blackadar et al. |
| 6,357,147 | B1 | 3/2002 | Darley et al. |
| 6,440,067 | B1 | 8/2002 | DeLuca et al. |
| 6,448,621 | B1 | 9/2002 | Thakur |
| 6,493,652 | B1 | 12/2002 | Ohlenbusch et al. |
| 6,539,613 | B1 | 4/2003 | Ulmer |
| 6,544,171 | B2 | 4/2003 | Beetz et al. |
| 6,544,173 | B2 | 4/2003 | West et al. |
| 6,544,174 | B2 | 4/2003 | West et al. |
| 6,579,231 | B1 | 6/2003 | Phipps |
| 6,586,810 | B2 | 7/2003 | Thakur |
| 6,623,312 | B2 | 9/2003 | Merry et al. |
| 6,794,900 | B2 | 9/2004 | Tang et al. |
| 6,847,892 | B2 | 1/2005 | Zhou et al. |
| 6,870,484 | B1 | 3/2005 | Brinsfield et al. |

| | | | |
|---|---|---|---|
| 6,911,727 | B1 | 6/2005 | Martin et al. |
| 7,318,417 | B2 | 1/2008 | Lang et al. |
| 7,382,247 | B2 | 6/2008 | Welch et al. |
| 7,439,856 | B2 | 10/2008 | Weiner et al. |
| 7,508,064 | B2 | 3/2009 | Martin et al. |
| 7,515,043 | B2 | 4/2009 | Welch et al. |
| 7,515,044 | B2 | 4/2009 | Welch et al. |
| 7,563,632 | B2 | 7/2009 | Martin et al. |
| 2001/0023315 | A1 | 9/2001 | Flach et al. |
| 2002/0106709 | A1 | 8/2002 | Potts et al. |
| 2002/0122519 | A1 | 9/2002 | Douglas et al. |
| 2003/0001742 | A1 | 1/2003 | Eshelman et al. |
| 2003/0055460 | A1 | 3/2003 | Owen et al. |
| 2003/0149349 | A1 | 8/2003 | Jensen |
| 2004/0113806 | A1 | 6/2004 | Neykov |
| 2004/0242976 | A1 | 12/2004 | Abreu |
| 2004/0252031 | A1 | 12/2004 | Taylor |
| 2005/0116820 | A1 | 6/2005 | Goldreich |
| 2005/0137489 | A1 | 6/2005 | Jackson et al. |
| 2005/0206518 | A1 | 9/2005 | Welch et al. |
| 2005/0216334 | A1 | 9/2005 | Mehrabani-Farsi |
| 2005/0245839 | A1 | 11/2005 | Stivoric et al. |
| 2006/0044856 | A1 | 3/2006 | Bird et al. |
| 2006/0074284 | A1 | 4/2006 | Juola et al. |
| 2006/0136001 | A1 | 6/2006 | Ortega et al. |
| 2006/0183434 | A1 | 8/2006 | Westra et al. |
| 2006/0189976 | A1 | 8/2006 | Karni et al. |
| 2006/0205171 | A1 | 9/2006 | Tsukada |
| 2006/0238333 | A1 | 10/2006 | Welch et al. |
| 2007/0013511 | A1 | 1/2007 | Weiner et al. |
| 2007/0069887 | A1 | 3/2007 | Welch et al. |
| 2007/0270678 | A1 | 11/2007 | Fadem et al. |
| 2007/0293781 | A1 | 12/2007 | Sims et al. |
| 2008/0139953 | A1* | 6/2008 | Baker et al. .................. 600/509 |
| 2009/0043185 | A1 | 2/2009 | McAdams et al. |
| 2009/0131759 | A1 | 5/2009 | Sims et al. |
| 2010/0145202 | A1 | 6/2010 | McLaughlin et al. |
| 2010/0160762 | A1 | 6/2010 | McLaughlin et al. |
| 2010/0324390 | A1 | 12/2010 | McLaughlin et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0910985 | | 4/1999 |
| JP | 11042214 | | 2/1999 |
| JP | 11088546 | | 3/1999 |
| WO | 9620641 | A1 | 7/1996 |
| WO | 9629005 | A1 | 9/1996 |
| WO | 9746156 | A1 | 12/1997 |
| WO | 9959460 | A2 | 11/1999 |
| WO | 0189362 | A2 | 11/2001 |
| WO | 0189362 | A3 | 11/2001 |
| WO | 0197686 | A1 | 12/2001 |
| WO | 2008142365 | | 11/2008 |
| WO | 2009056859 | | 5/2009 |

OTHER PUBLICATIONS

International Search Report/Written Opinion for PCT/US07/83156 dated May 15, 2008 (16 pages).

* cited by examiner



FIG.1A



FIG.1B



FIG.1C



FIG.1D



FIG.2



**FIG.3**



FIG.4A



**FIG.4B**



**FIG.4C**



**FIG.4D**



**FIG.5**

U.S. Patent

Jan. 14, 2014

Sheet 7 of 14

US 8,630,699 B2



FIG.6



**FIG.7A**



**FIG.7B**



**FIG.8**



FIG.8A



FIG.9

FIG.10



FIG.11

FIG.12

FIG.13



**FIG.15**



**FIG.14**

U.S. Patent

Jan. 14, 2014

Sheet 14 of 14

US 8,630,699 B2



FIG.16A

FIG.16B



FIG.17

US 8,630,699 B2

**1**

# BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of, and claims priority and benefit to, U.S. Pat. No. 8,214,007 B2, entitled "Body Worn Device Having a Disposable Electrode Module", filed Nov. 1, 2006, the entirety of which is hereby incorporated by reference.

## FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

## BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or corded physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

**2**

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such transmission requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

## SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module in said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto

US 8,630,699 B2

3

the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

FIG. **1A** shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. **1B** shows a partially unassembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1C** shows an assembled side view of the body worn physiological monitor of FIG. **1A**;

FIG. **1D** shows a bottom view of the body worn physiological monitor of FIG. **1A**;

FIG. **2** shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. **3** shows an exploded perspective view of an exemplary computation and communication module;

FIG. **4A** shows an exemplary disposable unit flexible circuit board;

FIG. **4B** shows a partial enlarged view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary resistive trace having a fillet;

FIG. **4C** shows a partial side elevated view of a portion of the flexible circuit board of FIG. **4A**, further showing an exemplary conductive surface overlaying a resistive material;

FIG. **4D** shows a partial side elevational view of the circuit board of FIG. **4A**, further showing an exemplary conductive surface having a snap receptacle;

FIG. **5** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

FIG. **6** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. **7A** shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. **7B** shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. **8** shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. **8A** shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. **9** shows an exemplary ESIS filter circuit topology with circuit protection;

FIG. **10** shows an alternative circuit protection to that depicted in FIG. **9**;

FIG. **11** shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. **12** shows a circuit topology of a high pass filter useful for baseline restoration;

FIG. **13** shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. **12**;

FIG. **14** shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

4

FIG. **15** shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. **16A** symbolically shows resistive dots silk screened on a tray;

FIG. **16B** shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. **17** shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module **102**, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

## DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. **1A-1D** depict various views of an exemplary body worn physiological monitor **100** having a communication and computation module **102** and a disposable electrode module **110**. In this exemplary embodiment, physiological monitor **100** is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor **100**.

FIG. **1A** shows an exemplary top view of body worn physiological monitor **100**. A crescent shape allows the body worn physiological monitor **100** to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

US 8,630,699 B2

**5**

FIG. **1B** shows a side elevated view of physiological monitor **100** having an exemplary attachment mechanism, such as a retention clip **104**, to mechanically attach communications and computation module **102** to the top surface of the disposable electrode module **110**. Flexible printed circuit layer **101** can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. **1A**-**1D**) on flexible printed circuit layer **101** can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer **101**, as well as to provide an aesthetic outer layer to make the body worn monitor **100** visually appealing.

FIG. **1C** shows a side view of physiological monitor **100** in which the communications and computation module **102** has been affixed to disposable electrode module **110**. FIG. **1D** depicts a view of the underside of exemplary physiological monitor **100** showing one embodiment of disposable electrode module **110** having electrodes **109**. In this embodiment, each electrode **109** comprises electrode gel **103** and conductive surface **404** (FIG. **4**). Together, electrode gel **103** and conductive surface **404** create a half cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface **404** can directly accept the electrode gel **103**.

FIG. **2** shows an exploded assembly view of the exemplary body worn physiological monitor **100**. As noted with regard to FIGS. **1A**-**1D**, the body worn physiological monitor **100** includes a removable and reusable communications and computation module **102** and a disposable electrode module **110**, the later including electrode gels **103** for ECG monitoring and batteries **204** to power communications and computation module **102**. A flat planar insulating/adhesive member **105** includes a plurality of openings that are each sized to receive electrode gels **103**. The insulating member **105** provides a bottom side cover for the flexible printed circuit layer **101** and augments adhesion to the human body. Electrode gel **103**, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface **404** (FIG. **4**) and the patient's skin.

Electrode gels **103** can adhere to a patient's skin. While electrode gel **103** is typically an adhesive electrode gel, the adhesion offered by electrode gels **103** alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor **100** to a patient. To achieve a better adhesion of body worn monitor **100** to a patient's skin, insulating/adhesive member **105** can be used to non-permanently affix body worn physiological monitor **100** to a patient. Thus, body worn monitor **100** can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. **1B** and **1C** (although not to scale), each of the electrode gels **103** extend sufficiently below adhesive layer **105** in order to ensure good electrical connection with a patient's skin surface (not shown). Tab **106**, FIG. **1A**, allows for easy removal of a protective backing **111** from adhesive layer **105**.

Flexible printed circuit layer **101** can include contacts, such as battery clips (not shown), to receive and connect to batteries **204**. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. **2**, batteries **204** can be mounted under respective battery flaps

**6**

**205** arranged on opposite sides of the flexible printed circuit layer **101**. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries **204**. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover **107** provides protection for batteries **204** as well as a surface to press upon when applying electrodes **103** to conductive surface **404**. Retention clips **104** can comprise, for example, a plurality of spring fingers with latching clips. Retention clip **104**, affixed to disposable electrode module **110**, can be used to secure reusable communications and computation module **102** to disposable package **110**. Reusable communications and computation module **102** is herein illustrated in a simplified representation, including cover **201**, communications and computation printed circuit board assembly **202**, and base **203**.

FIG. **3** shows a mechanical view of an exemplary reusable communications and computation module **102**, as well as a preferred method for making an electrical connection between flexible printed circuit layer **101** in disposable electrical module **110** and communications and computation printed circuit board assembly **202** situated in reusable communications and computation module **102**. In this exemplary embodiment, communications and computation printed circuit board assembly **202** can include a plurality of press fit and/or soldered conductive sockets **301** for receiving electrical plug **302**, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug **302** can correspond to an electrical connection pad on flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable electrode module **110**.

FIG. **4A** shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to a conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "**109**") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

US 8,630,699 B2

7

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

One exemplary electrode gel 103 suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface 404 creates the electrode portion of the half cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries 304 can be connected in series, with one polarity being made available at connection pad 407 from battery connection 402, battery connection 401 creating the series connection between the two batteries, and connection pad 410 providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module 102.

Connection pads 408 and 409 electrically couple the signals from electrode gels 103 (not shown in FIGS. 4A-4D) to conductive surface 404 and resistive traces 412 to electrical plug 302 (not shown in FIGS. 4A-4D). Electrode contact pad 405 can be connected via resistive trace 413 to connection pad 411 to provide a direct-connected reference electrode (not shown in FIGS. 4A-4D). Traces 412 extending between conductive surface 404 and connection pads 408 and 409 and trace 413 extending between conductive surface 405 and connection pad 411 can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer 101 replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor 100 remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor 100 from electrodes 109, FIG. 1D (electrodes 109 including conductive surface 404 and electrode gel 103).

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces 412 and 413 will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs the signal to noise ratio, specifically due to thermal noise, which has a mean square value of 4*k*T*R*BW, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is band-

8

width, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than $30\,\mu V$ peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer 101, typically formed on a Mylar substrate 406, such as shown in FIG. 4A, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 k$\Omega$"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces 412, the length needed for a trace run, as between conductive surface 404 and connection point 409, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface 404. Arcing was also observed to occur between the end section of the carbon trace and conductive surface 404. (Electrode gels 103 create the conductive path to the patient through conductive surface 404 and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. 4B, a rounded (fillet) section 430 of carbon trace can be added at the interface to conductive surface 404. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface 404 and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. 4C, wherein carbon can be laid down beyond the trace (412) to include a pattern of conductive surface 404 formed from carbon. A carbon annulus pattern can be deposited before the conductive surface 404 is deposited. Conductive surface 404 can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel 103 can be attached to the conductive surface layer (the carbon layer residing between conductive surface 404 and the Mylar substrate used as flexible circuit board 101). Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface 404 can be

US 8,630,699 B2

**9**

formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. 4D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90T screen

**10**

mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeeqee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive paste, and that the pressure applied using the squeeqee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to

US 8,630,699 B2

**11**

have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater A R/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. 1D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. **4**). Connector **502** serves to electrically couple communications and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. **1**) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "μP" or "μC". Further, any microprocessor disclosed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

**12**

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between each heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heartbeat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. **17** shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source **515** can include one or more "button" cells typically disposed on disposable electrode module **110**; however, the block diagram of FIG. **6** shows an embodiment of a body worn physiological monitor **100** where power is supplied by a power source located on, or connected to communications and computation module **102** instead of residing within disposable electrode module **110**.

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor **100** to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simul-

US 8,630,699 B2

13

14

taneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

FIG. **7**A shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR. In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7**A) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**. Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

In another embodiment as shown in FIG. **7**B, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode **701**, as shown in FIG. **8**A, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7**A. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8**A. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode **1** and **2** (exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The inverting low pass filter built around OpAmp **812** inverts the averaged common mode pickup signal (at electrodes **1** and **2**) and applies that signal out of phase (180° phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common mode signals at electrodes **1** and **2** within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven

virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor µP) **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C**1**). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99**

US 8,630,699 B2

15

or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to zero that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the

16

presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. **12** shows a high pass filter (HPF) suitable for use in ECG circuits block **510**. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocuatery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. **12** is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R**2'**. Alternatively, S**1** can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of SI should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. **13** further illustrate the performance of the exemplary filter of FIG. **12**. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. **13**, graph A represents a raw input signal. FIG. **13**, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R**2'** is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor **512** to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor **512** to trigger the test circuit **906** to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. **13**, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H'(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H'(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. **13**, graph E), resulting in the frequency response displayed in FIG. **13**, graph G. A high pass filter suitable for use in ECG circuits block **510** can be implemented in full or in part by software that can run on microprocessor **512**.

FIG. **14** shows how a body worn monitor **100** configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position

US 8,630,699 B2

17

**1401.** An alternative position **1402** can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position **1401** to be less desirable. Also, body worn monitor **100** can be affixed to the side of patient **703** (similar to a measurement made by a conventional ECG "V" lead) or back of a patient **703** (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor **100** can be placed to pick a particular vector that can be traversed by the electrodes **109**. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor **100** can be powered by either an internal power source only, an external power source only, or by an internal or an external power source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module **102**. The open circuit voltage of a Seebeck device is given by V=SΔT, in which S is the Seebeck coefficient in volts/° K and ΔT is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module **102** from a Seebeck device that is of the same size as the computation and communication module **102**. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a 0 as the multiplicand and requires minimal computation. The result can then be integrated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA);

18

that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO₂, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a

US 8,630,699 B2

19

patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

What is claimed is:

1. An ECG monitor comprising:

a plurality of electrical connections including at least one electrode, the electrical connections being couplable to a skin surface to measure patient heartbeat signals;

a power source;

at least one current-limiting defibrillation protection resistor, said at least one current-limiting defibrillation protection resistor comprising a resistor screened onto a substrate; and

an ECG electronics module, the ECG electronics module receiving and processing patient heartbeat signals from the plurality of electrical connections,

wherein the at least one current-limiting defibrillation protection resistor is electrically disposed between at least one of the plurality of electrical connections and the ECG electronics module.

20

2. The ECG monitor of claim 1, wherein the at least one current-limiting defibrillation protection resistor comprises a resistor screened onto a flexible substrate.

3. The ECG monitor of claim 1, wherein a mechanical interface is defined from the at least one series current-limiting resistor to the at least one ECG electrode, the mechanical interface including a filleted edge.

4. The ECG monitor of claim 1, wherein a mechanical interface is defined from the at least one series current-limiting resistor to the at least one ECG electrode, the mechanical interface including a plurality of overlapped layers.

5. The ECG monitor of claim 4, wherein the plurality of overlapped layers comprise a carbon resistive layer screened over a conductive surface, the carbon resistive layer having substantially the same shape as the conductive surface.

6. The ECG monitor of claim 1, the ECG monitor further comprising a pacer detect circuit to detect the presence or absence of a pacemaker, the ECG electronics module drawing power as an electrical load on the power source wherein the pacer detect circuit, upon detection of the absence of a pacemaker signal in a patient being monitored by the ECG monitor, causes the ECG electronics module to disable the pacer detect circuit in order to reduce the electrical load on the power source.

7. The ECG monitor of claim 6, wherein the power source is a battery.

8. The ECG monitor of claim 1, wherein the ECG electronics module includes a microprocessor to process the heartbeat signals, wherein an algorithm running on the microprocessor causes the ECG monitor to enter a low power mode that disables at least one circuit of the ECG electronics module, from the end of a "T wave" at the end of one heartbeat to the beginning of a "P wave" at the beginning of the next heartbeat, in order to reduce said electrical load on the power source.

*    *    *    *    *

# Exhibit 37

US008750974B2

## (12) United States Patent
### Baker et al.

(10) Patent No.: **US 8,750,974 B2**
(45) Date of Patent: **Jun. 10, 2014**

(54) **BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE**

(71) Applicant: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

(72) Inventors: **Steven D. Baker**, Beaverton, OR (US); **Eric T. McAdams**, Whitehead (GB); **James P. Welch**, Mission Viejo, CA (US)

(73) Assignee: **Welch Allyn, Inc.**, Skaneateles Falls, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/103,219**

(22) Filed: **Dec. 11, 2013**

(65) **Prior Publication Data**

US 2014/0100467 A1      Apr. 10, 2014

### Related U.S. Application Data

(60) Division of application No. 13/488,520, filed on Jun. 5, 2012, now Pat. No. 8,630,699, which is a continuation of application No. 11/591,619, filed on Nov. 1, 2006, now Pat. No. 8,214,007.

(51) **Int. Cl.**
　　*A61B 5/04*　　　　(2006.01)
　　*A61B 5/02*　　　　(2006.01)

(52) **U.S. Cl.**
　　USPC ............................ **600/509**; 600/508; 600/372

(58) **Field of Classification Search**
　　USPC ......................................... 600/372, 508–509
　　See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,141,367 A | 2/1979 | Ferreira | |
| 4,791,933 A | 12/1988 | Asai et al. | |
| 4,800,894 A | 1/1989 | Milani | |
| 4,957,109 A | 9/1990 | Groeger et al. | |
| 4,958,645 A | 9/1990 | Cadell et al. | |
| 4,974,607 A | 12/1990 | Miwa | |
| 5,257,631 A | 11/1993 | Wik | |
| 5,294,928 A | 3/1994 | Cooper et al. | ................ 341/142 |
| 5,309,918 A | 5/1994 | Schraag | ........................ 600/508 |
| 5,319,363 A | 6/1994 | Welch et al. | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0209804 A2 | 1/1987 |
| EP | 0770349 A1 | 5/1997 |

(Continued)

#### OTHER PUBLICATIONS

Japanese Office Action dated Jan. 12, 2010 for Japanese Patent Application No. 2006-507455 (5 pages).

(Continued)

*Primary Examiner* — Nicole F Lavert
(74) *Attorney, Agent, or Firm* — Hiscock & Barclay, LLP

(57) **ABSTRACT**

A method for providing high voltage circuit protection for a patient monitor. The method includes providing a substrate that supports one or more electrical connections to a patient's body. The method further includes determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate, determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate, printing the first material onto the substrate, and printing the second material onto the substrate wherein at least part of the second the material overlays the first material.

**7 Claims, 14 Drawing Sheets**



**US 8,750,974 B2**

Page 2

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,458,122 A | 10/1995 | Hethuin |
| 5,515,735 A | 5/1996 | Sarihan |
| 5,538,007 A | 7/1996 | Gorman |
| 5,544,661 A | 8/1996 | Davis et al. |
| 5,579,001 A | 11/1996 | Dempsey et al. |
| 5,579,775 A | 12/1996 | Dempsey et al. |
| 5,600,071 A | 2/1997 | Sooriakumar et al. |
| 5,682,803 A | 11/1997 | Boianjiu |
| 5,687,734 A | 11/1997 | Dempsey et al. |
| 5,694,940 A | 12/1997 | Unger et al. |
| 5,743,269 A | 4/1998 | Okigami et al. |
| 5,748,103 A | 5/1998 | Flach et al. |
| 5,767,791 A | 6/1998 | Stoop et al. |
| 5,808,331 A | 9/1998 | Zhang et al. |
| 5,832,490 A | 11/1998 | Riley |
| 5,871,451 A | 2/1999 | Unger et al. |
| 5,882,300 A | 3/1999 | Malinouskas et al. |
| 5,889,211 A | 3/1999 | Maudie et al. |
| 5,899,866 A | 5/1999 | Cyrus et al. |
| 5,916,159 A | 6/1999 | Kelly et al. |
| 5,917,414 A | 6/1999 | Oppelt et al. |
| 5,919,141 A | 7/1999 | Money et al. |
| 5,938,597 A | 8/1999 | Stratbucker |
| 5,966,692 A | 10/1999 | Langer et al. |
| 5,987,519 A | 11/1999 | Peifer et al. |
| 5,995,861 A | 11/1999 | Price |
| 6,006,125 A | 12/1999 | Kelly et al. |
| 6,013,933 A | 1/2000 | Foerstner et al. |
| 6,018,705 A | 1/2000 | Gaudet et al. |
| 6,026,321 A | 2/2000 | Miyata et al. |
| 6,052,654 A | 4/2000 | Gaudet et al. |
| 6,057,758 A | 5/2000 | Dempsey et al. |
| 6,066,093 A | 5/2000 | Kelly et al. |
| 6,073,046 A | 6/2000 | Patel et al. |
| 6,076,003 A | 6/2000 | Rogel |
| 6,089,692 A | 7/2000 | Anagnostopoulos |
| 6,122,340 A | 9/2000 | Darley et al. |
| 6,150,951 A | 11/2000 | Olejniczak |
| 6,161,036 A | 12/2000 | Matsumura et al. |
| 6,171,237 B1 | 1/2001 | Avitall et al. |
| 6,198,394 B1 | 3/2001 | Jacobsen et al. |
| 6,212,944 B1 | 4/2001 | Kwun et al. |
| 6,298,314 B1 | 10/2001 | Blackadar et al. |
| 6,331,444 B1 | 12/2001 | Ferrari et al. |
| 6,336,365 B1 | 1/2002 | Blackadar et al. |
| 6,357,147 B1 | 3/2002 | Darley et al. |
| 6,440,067 B1 | 8/2002 | DeLuca et al. |
| 6,448,621 B1 | 9/2002 | Thakur |
| 6,493,652 B1 | 12/2002 | Ohlenbusch et al. |
| 6,539,613 B1 | 4/2003 | Ulmer |
| 6,544,171 B2 | 4/2003 | Beetz et al. |
| 6,544,173 B2 | 4/2003 | West et al. |
| 6,544,174 B2 | 4/2003 | West et al. |
| 6,579,231 B1 | 6/2003 | Phipps |
| 6,586,810 B2 | 7/2003 | Thakur |
| 6,623,312 B2 | 9/2003 | Merry et al. ............... 439/729 |
| 6,794,990 B2 | 9/2004 | Tseng |
| 6,847,892 B2 | 1/2005 | Zhou et al. |
| 6,870,484 B1 | 3/2005 | Brinsfield et al. |
| 6,911,727 B1 | 6/2005 | Martin et al. |
| 7,318,417 B2 | 1/2008 | Lang et al. |
| 7,382,247 B2 | 6/2008 | Welch et al. |
| 7,439,856 B2 | 10/2008 | Weiner et al. |
| 7,508,064 B2 | 3/2009 | Martin et al. |
| 7,515,043 B2 | 4/2009 | Welch et al. |
| 7,515,044 B2 | 4/2009 | Welch et al. |
| 7,563,632 B2 | 7/2009 | Martin et al. |
| 2001/0023315 A1 | 9/2001 | Flach et al. |
| 2002/0106709 A1 | 8/2002 | Potts et al. ..................... 435/14 |
| 2002/0122519 A1 | 9/2002 | Douglas et al. |
| 2003/0001742 A1 | 1/2003 | Eshelman et al. ......... 340/573.1 |
| 2003/0055460 A1 | 3/2003 | Owen et al. ..................... 607/5 |
| 2003/0149349 A1 | 8/2003 | Jensen |
| 2004/0113806 A1 | 6/2004 | Neykov |
| 2004/0242976 A1 | 12/2004 | Abreu |
| 2004/0252031 A1 | 12/2004 | Taylor |
| 2005/0116820 A1 | 6/2005 | Goldreich |
| 2005/0137489 A1 | 6/2005 | Jackson et al. ............... 600/515 |
| 2005/0206518 A1 | 9/2005 | Welch et al. |
| 2005/0216334 A1 | 9/2005 | Mehrabani-Farsi |
| 2005/0245839 A1 | 11/2005 | Stivoric et al. ............... 600/549 |
| 2006/0044856 A1 | 3/2006 | Bird et al. |
| 2006/0074284 A1 | 4/2006 | Juola et al. ..................... 600/372 |
| 2006/0136001 A1 | 6/2006 | Ortega et al. ..................... 607/9 |
| 2006/0183434 A1 | 8/2006 | Westra et al. ..................... 455/78 |
| 2006/0189976 A1 | 8/2006 | Karni et al. |
| 2006/0205171 A1 | 9/2006 | Tsukada |
| 2006/0238333 A1 | 10/2006 | Welch et al. |
| 2007/0013511 A1 | 1/2007 | Weiner et al. |
| 2007/0069887 A1 | 3/2007 | Welch et al. |
| 2007/0270678 A1 | 11/2007 | Fadem et al. ..................... 600/372 |
| 2007/0293781 A1 | 12/2007 | Sims et al. |
| 2008/0139953 A1 | 6/2008 | Baker et al. ..................... 600/509 |
| 2009/0043185 A1 | 2/2009 | McAdams et al. |
| 2009/0131759 A1 | 5/2009 | Sims et al. |
| 2010/0145202 A1 | 6/2010 | McLaughlin et al. |
| 2010/0160762 A1 | 6/2010 | McLaughlin et al. |
| 2010/0324390 A1 | 12/2010 | McLaughlin et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0910985 A1 | 4/1999 |
| JP | 11042214 | 2/1999 |
| JP | 11088546 | 3/1999 |
| WO | 9620641 A1 | 7/1996 |
| WO | 9629005 A1 | 9/1996 |
| WO | 9746156 A1 | 12/1997 |
| WO | 9959460 A2 | 11/1999 |
| WO | 0189362 A2 | 11/2001 |
| WO | 0189362 A3 | 11/2001 |
| WO | 0197686 A1 | 12/2001 |
| WO | 2008142365 | 11/2008 |
| WO | WO 2008/142365 | 11/2008 |
| WO | 2009056859 | 5/2009 |
| WO | WO 2009/056859 | 5/2009 |

OTHER PUBLICATIONS

International Search Report/Written Opinion for PCT/US07/83156 dated May 15, 2008 (16 pages).



**FIG.1A**



**FIG.1B**



**FIG.1C**



**FIG.1D**



FIG.2



**FIG.3**



FIG.4A



**FIG.4B**



**FIG.4C**



**FIG.4D**

U.S. Patent      Jun. 10, 2014      Sheet 6 of 14      US 8,750,974 B2



FIG.5



FIG.6



**FIG.7A**



**FIG.7B**



FIG.8



FIG.8A



FIG.9

FIG.10



FIG.11

FIG.12

FIG.13



FIG.15



FIG.14



FIG.17



FIG.16A

FIG.16B

US 8,750,974 B2

**1**

## BODY WORN PHYSIOLOGICAL SENSOR DEVICE HAVING A DISPOSABLE ELECTRODE MODULE

### CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a divisional application of, and claims priority and benefit to, co-pending U.S. patent application Ser. No. 13/488,520, filed Jun. 5, 2012 and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module", which is a continuation application of U.S. patent application Ser. No. 11/591,619, filed Nov. 1, 2006 and entitled "Body Worn Physiological Sensor Device Having a Disposable Electrode Module" and now issued U.S. Pat. No. 8,214,007. All of the aforementioned patent(s) and patent application(s) are herein incorporated by reference in their entirety.

### FIELD OF THE INVENTION

This invention relates generally to a physiological monitor and more particularly to a body worn physiological monitor.

### BACKGROUND OF THE INVENTION

Measurements of various physiological parameters are important to the study of the human condition. Physiological measurements can be particularly important in a health care setting, such as in a hospital. One of the more important physiological measurements performed on a patient is the electrocardiogram (ECG), showing the condition of the human heart.

Portable patient monitors have evolved that allow patients to enjoy at least some mobility. Typically a battery operated monitor can be hung on a belt, shoulder strap, or carried by a patient using some other similar hanging arrangement. Sensors, such as ECG electrodes, are affixed to the patient's body, such as with tape, and connected to the battery operated monitor by wires. After a fixed interval of time, or at a low battery indication, the batteries can be replaced or recharged. One example of a portable patient monitor is the Micropaq wireless patient monitor, manufactured by Welch Allyn, Inc., that permits multi-parameter monitoring and patient alarm capabilities built in a small, rugged, lightweight, patient-wearable device.

Another version of a portable physiological monitor is the heart rate monitor typically used by individuals engaged in an athletic activity. The monitor includes a sensor, which generally makes direct or indirect contact with an individual's chest to monitor heart beats and then by wires, or by wireless techniques, the sensor transmits the sensed heart beat to a nearby microcomputer based monitor and display. Such units generally measure only heart beat and are not capable of doing any of the traditional ECG analysis functions.

A recurrent problem with the portable monitors typically used in healthcare applications is the need for wires from sensors situated on the patient's body to the portable unit. These wires can become tangled and cause discomfort or become unplugged when inadvertently pulled or tugged on. In addition, wire motion can increase ECG noise due to the triboelectric effect. Muscle movement can also increase ECG noise, due to the typical placement of ECG electrodes over major muscles. Moreover, portable monitor battery maintenance (e.g. battery recharging or replacement) can be time consuming and costly.

**2**

Another problem is related to the requirement that a medical grade monitor survive multiple defibrillation cycles of at least 360 joules. Conventionally, this requirement has been met by one or more power resistors situated in series with the wire leads of a fixed or portable physiological monitor. The problem is that the physical volume of conventional power resistors is too large for use in a compact monitor application.

Another shortcoming of small sensor devices is that these devices lack the intelligence to vary the amount and type of data transmitted, depending on patient condition. Exercise heart monitors do not transmit a full patient waveform for clinical analysis while medical monitors measure and transmit the full patient waveform, even when the patient is healthy. While transmitting the full patient waveform is the preferred solution from a purely clinical standpoint, such application requires significant power to transmit large amounts of data and restricts the design from being small and inexpensive.

Yet another problem is that arrhythmia analysis is a computationally intensive operation not well-suited to existing small portable monitors that presently have no ability to perform arrhythmia analysis.

Therefore, there is a need for a body worn combined physiological sensor and monitor having a disposable sensor, but used and worn by a patient as a single unit directly and non-permanently affixed to a patient's body. Also, what is needed is a physically compact resistive element for protecting a body worn device from damage caused by multiple defibrillation cycles. Also, what is needed is a medical-grade monitor that can intelligently measure and transmit data only as required to alert clinicians that the patient needs additional attention. What is also needed is a body-worn device capable of running arrhythmia analysis through computationally efficient algorithms.

### SUMMARY OF THE INVENTION

According to one aspect, a body worn patient monitoring device comprises at least one disposable module including a plurality of electrical connections to the body. The electrical connections are coupled to a skin surface of the patient to measure physiological signals of the patient. The at least one disposable module includes a disposable module connector. The body worn patient monitoring device includes at least one internal or external power source to power the body worn patient monitoring device. The body worn patient monitoring device also includes at least one communication-computation module, having a communication-computation module connector to receive physiological signals from the at least one disposable module via said disposable module connector. The communication-computation module also includes at least one microprocessor to actively monitor the patient and to perform a real-time physiological analysis of the physiological signals and a radio circuit to communicate a raw physiological signal or a result of the physiological analysis at a predetermined time or on the occurrence of a predetermined event, via a radio transmission to a remote radio receiver, wherein the at least one disposable module is mechanically and electrically coupled directly to the at least one communication-computation module. The body worn patient monitoring device, including the at least one disposable module and the at least one communication-computation module, is directly non-permanently affixed to the skin surface of the patient.

According to another aspect, a method of providing high voltage circuit protection for a body worn monitor comprises the steps of: providing a substrate that supports one or more

**3**

electrical connections to a patient's body; determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; printing the first material onto the substrate; and printing the second material onto the substrate wherein at least part of the second material overlays the first material.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of these and objects of the invention, reference will be made to the following Detailed Description which is to be read in connection with the accompanying drawings, in which:

FIG. **1**A shows an exemplary body worn physiological monitor having a disposable electrode module;

FIG. **1**B shows a partially unassembled side view of the body worn physiological monitor of FIG. **1**A;

FIG. **1**C shows an assembled side view of the body worn physiological monitor of FIG. **1**A;

FIG. **1**D shows a bottom view of the body worn physiological monitor of FIG. **1**A;

FIG. **2** shows an exploded perspective view of an exemplary body worn physiological monitor;

FIG. **3** shows an exploded perspective view of an exemplary computation and communication module;

FIG. **4**A shows an exemplary disposable unit flexible circuit board;

FIG. **4**B shows a partial enlarged view of a portion of the flexible circuit board of FIG. **4**A, further showing an exemplary resistive trace having a fillet;

FIG. **4**C shows a partial side elevational view of a portion of the flexible circuit board of FIG. **4**A, further showing an exemplary conductive surface overlaying a resistive material;

FIG. **4**D shows a partial side elevational view of the circuit board of FIG. **4**A, further showing an exemplary conductive surface having a snap receptacle;

FIG. **5** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in a disposable unit;

FIG. **6** shows a block diagram of one embodiment of a body worn physiological monitor having a power source in or connected to the computation and communication module;

FIG. **7**A shows a schematic diagram of a direct connected reference electrode used in conjunction with a body worn physiological monitor;

FIG. **7**B shows a schematic diagram of a virtual reference electrode as used in conjunction with a body worn physiological monitor;

FIG. **8** shows a schematic diagram depicting one embodiment of an analog switching arrangement provided on a body worn physiological monitor to select a reference electrode configuration;

FIG. **8**A shows an exemplary driven lead circuit topology for use with electrodes of a body worn physiological monitor;

FIG. **9** shows an exemplary ESIS filter circuit topology with circuit protection;

FIG. **10** shows an alternative circuit protection to that depicted in FIG. **9**;

FIG. **11** shows a flow chart for an algorithm utilized by a body worn physiological monitor to detect whether a patient has a pace maker;

FIG. **12** shows a circuit topology of a high pass filter useful for baseline restoration;

**4**

FIG. **13** shows seven graphs of amplitudes plotted versus frequency to illustrate exemplary operation of the circuit of FIG. **12**;

FIG. **14** shows two exemplary positions for a body worn ECG monitor to be non-permanently affixed directly to a patient's body;

FIG. **15** shows a block diagram of a setup for simulating the effect of patient defibrillation on resistive traces;

FIG. **16**A symbolically shows resistive dots silk screened on a tray;

FIG. **16**B shows a histogram of an exemplary resistive distribution of baked resistive dots; and

FIG. **17** shows an exemplary ECG waveform.

Package styling varies slightly between the drawings. Such minor differences, e.g. the case styling of computation and communication module **102**, illustrate minor variations in mechanical packaging suitable for use as body worn monitors. Drawings are not necessarily shown to scale.

## DETAILED DESCRIPTION

A "body worn" device is described herein with regard to certain exemplary embodiments. A "body worn" device is defined herein as a device that is directly, but non-permanently, affixed to a patient's body. A "body worn monitor" is a device that can be directly "worn" on the patient's body as a single unit, including one or more physiological sensors and a communications and computation module to perform at least initial processing of one or more physiological measurements made using one or more physiological sensors. Unlike prior art patient-wearable devices, at least one sensor can be incorporated into the device that makes a direct or indirect (such as by capacitive coupling) electrical connection with the patient's body without the use of external wires from sensors to the device. In addition and unlike athletic heart monitors, a "body worn" monitor can be a full functioning medical grade monitor, e.g. meeting the requirements of European Unions' Medical Device Directive and other applicable industry standards, such as EC-13 for an electrocardiograph. The body worn medical-grade monitor can include a device, for example, such as a pulse oximeter, $CO_2$ monitor, respiration monitor, or can function as an ECG monitor, incorporating physiological sensors, front end analog electronic signal conditioning circuits, and a microcomputer based computation unit with wireless reporting of measured physiological data, all contained within in a "body worn" package that can be non-permanently affixed directly to a patient's body. A body-worn medical-grade monitor can also include additional measurement capabilities beyond those mentioned here.

FIGS. **1**A-**1**D depict various views of an exemplary body worn physiological monitor **100** having a communication and computation module **102** and a disposable electrode module **110**. In this exemplary embodiment, physiological monitor **100** is designed for use as an electrocardiogram (ECG) monitor for obtaining and recording and/or transmitting ECG information, including ECG waveforms and alarms for a person, such as a patient, wearing body worn physiological monitor **100**.

FIG. **1**A shows an exemplary top view of body worn physiological monitor **100**. A crescent shape allows the body worn physiological monitor **100** to be placed on the chest of a patient, and more specifically around the pectoralis major, to allow measurement of lead configuration I, II, or III, or to be placed on the patient's side allowing measurement using a V-lead configuration. Though not shown, multiple body worn physiological monitor **100** units can be used to effectively

US 8,750,974 B2

5                                                                                    6

provide multiple leads. By placing electrodes around the body so that they are not situated directly atop major muscles, both motion noise artifacts and muscle noise artifacts can be prevented. Moreover, by eliminating cables, noise due to cable motion or compression (i.e. triboelectric effect) can be eliminated.

FIG. 1B shows a side elevated view of physiological monitor **100** having an exemplary attachment mechanism, such as a retention clip **104**, to mechanically attach communications and computation module **102** to the top surface of the disposable electrode module **110**. Flexible printed circuit layer **101** can be made from a thin insulating material, such as according to this embodiment, a 75 micron thick layer of Mylar®. Typically electrical traces (not shown in FIGS. 1A-1D) on flexible printed circuit layer **101** can be further protected by an insulating covering, analogous to a conformal coating. A formed plastic layer or a cloth with adhesive on one side thereof can be used to cover and protect flexible printed circuit layer **101**, as well as to provide ah aesthetic outer layer to make the body worn monitor **100** visually appealing.

FIG. 1C shows a side view of physiological monitor **100** in which the communications and computation module **102** has been affixed to disposable electrode module **110**. FIG. 1D depicts a view of the underside of exemplary physiological monitor **100** showing one embodiment of disposable electrode module **110** having electrodes **109**. In this embodiment, each electrode **109** comprises electrode gel **103** and conductive surface **404** (FIG. **4**). Together, electrode **103** and conductive surface **404** create a half cell, such as, for example, a Silver/Silver Chloride half cell. Also and according to this embodiment, conductive surface **404** can directly accept the electrode gel **103**.

FIG. **2** shows an exploded assembly view of the exemplary body worn physiological monitor **100**. As noted with regard to FIGS. 1A-1D, the body worn physiological monitor **100** includes a removable and reusable communications and computation module **102** and a disposable electrode module **110**, the later including electrode gels **103** for ECG monitoring and batteries **204** to power communications and computation module **102**. A flat planar insulating/adhesive member **105** includes a plurality of openings that are each sized to receive electrode gels **103**. The insulating member **105** provides a bottom side cover for the flexible printed circuit layer **101** and augments adhesion to the human body. Electrode gel **103**, when attached to an appropriate substrate such as silver-silver-chloride or other substrate, can be used to establish a relatively low impedance electrical connection between conductive surface **404** (FIG. **4**) and the patient's skin.

Electrode gels **103** can adhere to a patient's skin. While electrode gel **103** is typically an adhesive electrode gel, the adhesion offered by electrode gels **103** alone might not give a sufficient holding force for non-permanently affixing body worn physiological monitor **100** to a patient. To achieve a better adhesion of body worn monitor **100** to a patient's skin, insulating/adhesive member **105** can be used to non-permanently affix body worn physiological monitor **100** to a patient. Thus, body worn monitor **100** can be applied to a patient in the same way an adhesive strip is applied, such as for example, those adhesive strips sold under the brand name "BAND-AID®". One exemplary type of foam adhesive suitable for affixing a flexible circuit board to a patient is 1.6 mm adhesive foam from Scapa Medical of Bedfordshire, UK. As shown in FIGS. 1B and 1C (although not to scale), each of the electrode gels **103** extend sufficiently below adhesive layer **105** in order to ensure good electrical connection with a patient's skin surface (not shown). Tab **106**, FIG. 1A, allows for easy removal of a protective backing **111** from adhesive layer **105**.

Flexible printed circuit layer **101** can include contacts, such as battery clips (not shown), to receive and connect to batteries **204**. (It is contemplated that in some future embodiments, a single battery can provide sufficient electrical power.) In the exemplary embodiment, as shown in FIG. **2**, batteries **204** can be mounted under respective battery flaps **205** arranged on opposite sides of the flexible printed circuit layer **101**. Alternatively, battery clips (not shown) or battery holders (not shown) can be used to provide both mechanical support and electrical connections for each of the batteries **204**. One type of battery holder suitable for such use, for example, is the model 2990 battery holder, manufactured by the Keystone Electronics Corp. of Astoria, N.Y. Battery cover **107** provides protection for batteries **204** as well as a surface to press upon when applying electrodes **103** to conductive surface **404**. Retention clips **104** can comprise, for example, a plurality of spring fingers with latching clips. Retention clip **104**, affixed to disposable electrode module **110**, can be used to secure reusable communications and computation module **102** to disposable package **110**. Reusable communications and computation module **102** is herein illustrated in a simplified representation, including cover **201**, communications and computation printed circuit board assembly **202**, and base **203**.

FIG. **3** shows a mechanical view of an exemplary reusable communications and computation module **102**, as well as a preferred method for making an electrical connection between flexible printed circuit layer **101** in disposable electrical module **110** and communications and computation printed circuit board assembly **202** situated in reusable communications and computation module **102**. In this exemplary embodiment, communications and computation printed circuit board assembly **202** can include a plurality of press fit and/or soldered conductive sockets **301** for receiving electrical plug **302**, the plug having a corresponding plurality of conductive pins. Each conductive pin shown in plug **302** can correspond to an electrical connection pad on flexible printed circuit layer **101**. A row of mechanical sockets **303** can receive the multi-pin row of plug **302**. Thus, an electrical connection can be made between each pad of flexible printed circuit layer **101** having a conductive post on plug **302** and each corresponding conductive socket **301** on communications and computation printed circuit board assembly **202**. Posts **304** can align and secure each of the cover **201**, communications and computation printed circuit board assembly **202**, and base **203**. Note that in FIG. **3**, a simplified drawing of cover **201** omits slots to receive retention clip **104** to affix communications and computation module **102** to disposable package **110**. A body worn monitor **100** would typically also include retention clip **104** FIG. **2**, or other suitable type of mechanical clip(s), in order to provide a secure mechanical connection between communications and computation module **102** and disposable electrode module **110**.

FIG. **4A** shows one embodiment of flexible circuit board **101** in an expanded (e.g. unassembled) view. Flexible circuit board **101** is formed on a substrate **406**. Substrate **406** can be cut, for example, from a Mylar sheet of suitable thickness. In this embodiment, one battery **204** can be mounted adjacent to a conductive surface **404**. Conductive gel **103** (not shown in FIG. **4**) can be mounted on the exposed conductive side of a conductive surface **404**.

Conductive surface **404** can also be viewed as the electrode portion of a half cell and electrode gel **103** can be considered to be the electrolyte portion of a half cell. In conventional terms of art, the combination of electrode and electrolyte and ECG electrode is typically referred to as a half cell. For example, the combination of a conductive surface **404** and an

US 8,750,974 B2

7

electrolyte layer (e.g., electrode gel **103**) forms a half cell. For convenient quick reference to a half cell structure, the term "electrode" (assigned reference designator "**109**") is used interchangeably with "half cell" herein. It is understood that in typical embodiments, electrode **109** comprises conductive surface **404** and electrode gel **103**.

Typically, electrodes make use of a circular or square conductive surface. Increasing the ratio of the perimeter of the surface to the area of the surface affects current density distribution and defibrillation recovery.

For convenience, we define the term "annulus" herein and throughout as the region between two simple curves. A simple curve is a closed curve that does not cross itself. Under this definition, an annulus can include substantially square shapes, substantially rectangular shapes, substantially circular shapes, substantially oval shapes, as well as substantially rectangular shapes with rounded corners. Further we include in the definition of annulus, the case of a substantially "U" shaped surface as described by a single closed curve.

One exemplary electrode gel **103** suitable for such use on a body worn monitor is type LT00063 hydrogel supplied by Tyco Healthcare of Prague, Czech Republic. Typically, a conductive surface **404** creates the electrode portion of the half cell. By increasing the ratio of perimeter to area of the circular electrode portion of the half cell, the signal to noise ratio of the input ECG signal can be increased.

As depicted herein on the exemplary circuit layout, two batteries **304** can be connected in series, with one polarity being made available at connection pad **407** from battery connection **402**, battery connection **401** creating the series connection between the two batteries, and connection pad **410** providing the second polarity of the series connected batteries. Note that in some embodiments, a single battery alternatively may be used in lieu of the exemplary arrangement or two batteries can be also wired in parallel, depending on the voltage requirements of a particular communications and computation module **102**.

Connection pads **408** and **409** electrically couple the signals from electrode gels **103** (not shown in FIGS. **4**A-**4**D) via conductive surface **404** and resistive traces **412** to electrical plug **302** (not shown in FIGS. **4**A-**4**D). Electrode contact pad **405** can be connected via resistive trace **413** to connection pad **411** to provide a direct-connected reference electrode (not shown in FIGS. **4**A-**4**D). Traces **412** extending between conductive surface **404** and connection pads **408** and **409** and trace **413** extending between conductive surface **405** and connection pad **411** can be made from resistive materials including resistive metals, carbon, silver ink, powders, paints, or other material of determinable electrical resistance.

Resistive traces on flexible circuit board layer **101** replace the bulky power resistors needed by prior art monitors, having electrodes or sensors connected by wires or leads. These resistive traces should survive multiple defibrillation cycles such that body worn monitor **100** remains functional even after one or more attempts to re-start a patient's heart. In order to survive defibrillation, the resistive traces should dissipate that portion of the potentially damaging defibrillation energy that is coupled into the monitor. This fractional portion of the defibrillation energy typically enters body worn monitor **100** from electrodes **109**, FIG. **1**D (electrodes **109** including conductive surface **404** and electrode gel **103**).

It is desirable that the resistances of the protective resistive traces be in a range between about 1 kilo ohm to about 10 kilo ohms. Below 1 kilo ohm, depending on the resistive material used, it can be more likely that the resistance of the resistive traces **412** and **413** will increase with each successive defibrillation pulse. Above 10 kilo ohms, a high resistance impairs

8

the signal to noise ratio, specifically due to thermal noise, which has a mean square value of $4*k*T*R*BW$, where "k" is Boltzmann's constant, "T" is temperature measured in degrees Kelvin, "R" is resistance in ohms, and "BW" is bandwidth, in Hz, which becomes significant relative to the EC-13 requirement that the noise referred to input be less than $30 \mu V$ peak-to-valley.

Power dissipation in the herein described traces can be calculated by $E^2/R$, in which E refers to the potential across the trace and R is the resistance of the trace. R can be calculated by $\rho*L/A$, where $\rho$ is the resistivity of the material used to form the trace, L is the length of the trace, and A is the cross-sectional area of the trace.

In developing resistive traces for use on a flexible printed circuit layer **101**, typically formed on a Mylar substrate **406**, such as shown in FIG. **4**A, various materials were tested. Silver, including silver inks, while useable, was found to be less desirable, because it was difficult to achieve sufficiently thin silver traces on Mylar to achieve high enough resistances. Carbon, including carbon pastes and carbon inks, was also tried and found to be suitable. In order to use carbon however, several additional problems had to be solved. At 1 kilo ohm, the power dissipated by the resistors caused them to degrade across multiple defibrillation cycles. The solution was to make carbon traces in the range of about 8 to 10 kilo ohms. 10 kilo ohm resistances proved to be a good compromise between noise levels, power dissipation by the resistors, and manufacturing tolerances for depositing carbon ink on a Mylar substrate to dissipate the power from multiple defibrillation cycles. To achieve the desired resistance of about 10 kilo ohms (interchangeably represented herein as "10 k" or "10 kΩ"), for a given resistivity of the carbon paste, and given trace width and thickness (height), the length of the trace is then defined. In some cases, such as for traces **412**, the length needed for a trace run, as between conductive surface **404** and connection point **409**, might be longer than the length defined for a particular trace resistance (typically 10 k). In this case, traces can be extended by lengths of silver conductive traces. There can be a short overlay distance, on the order of 5 to 10 mm, in which a silver trace overlaps the carbon trace to provide a more robust connection between the resistive and conductive portions of the traces. Where overlap is used, the overall length of the resistive portion can be adjusted slightly to maintain the desired overall resistance.

Another problem associated with carbon traces was arcing at the interface between the carbon and conductive traces. Arcing was particularly problematic at the abrupt connection between the carbon trace and conductive surface **404**. Arcing was also observed to occur between the end section of the carbon trace and conductive surface **404**. (Electrode gels **103** create the conductive path to the patient through conductive surface **404** and a layer of conductive gel.)

According to one solution to the above noted arcing problem, as shown in FIG. **4**B, a rounded (fillet) section **430** of carbon trace can be added at the interface to conductive surface **404**. A fillet or "tear drop" shape causes the carbon trace to become gradually wider as it connects to conductive surface **404** and relieves the electrical potential stress at the interface.

An alternative solution to the arcing problem is shown in FIG. **4**C, wherein carbon can be laid down beyond the trace (**412**) to include a pattern of conductive surface **404** formed from carbon. A carbon annulus pattern can be deposited before the conductive surface **404** is deposited. Conductive surface **404** can then be deposited as an overlay over the earlier formed carbon annulus shape. Finally, conductive gel **103** can be attached to the conductive surface layer (the car-

**9**

bon layer residing between conductive surface **404** and the Mylar substrate used as flexible circuit board **101**. Both of the aforementioned arcing solutions can be used together. It should also be noted that conductive surface **404** can be formed from suitable materials other than silver, including, for example, materials such as silver chloride.

Arcing can also occur between the resistive traces and other (typically silver) conductive traces on the flexible circuit board **101**. Trace to trace arcing can be suppressed by allowing sufficient spacing between the traces. Generally a minimum spacing of about 3 mm/kV, as required by ASNI/AAMI DF80:2003 57.10 BB, has been found to be sufficient to prevent trace to trace arcing from a defibrillation event. Closer trace spacing, as close as 0.01 mm/kV, can be employed successfully by first applying an insulating dielectric layer, similar to a conformal coating, over the surface of flexible circuit board **101** that covers most of the substrate and traces. The insulating dielectric layer can be prevented from forming or adhering to conductive surface **404**, such as by use of a mask during application of the insulating layer.

In an alternate embodiment, as depicted in FIG. **4**D, a snap device can be added to conductive surface **404** to accept a manufacture snap-on electrode (not shown), such as, for example, the ConMed Cleartrace line of ECG electrodes including the model 1700 Cleartrace electrode manufactured by the ConMed Corp. of Utica, N.Y. or similar type electrodes made by the 3M Corp. of St. Paul, Minn. When designed to accept a snap-on electrode, the conductive surface **404** is typically smaller than in the previous embodiment. A receptacle snap **432** for receiving the commercial snap-on electrode can be inserted by any suitable method, such as by press fitting or other fastening method, into conductive surface **404**, typically also penetrating through substrate **406**. In this embodiment, arcing can be similarly suppressed in this embodiment by adding a fillet to the carbon-conductive surface interface and/or deposing a conductive surface **404** over a carbon layer as previously described.

Example: Resistive traces and an annulus were tested on a substrate formed from CT3 heat stabilized treated polyester (75 microns thick), such as manufactured by the MacDermid Autotype Corp. of Schaumburg, Ill. Resistive traces were silk screened onto the substrate using 7102 carbon paste conductor from the DuPont Corporation of Wilmington, Del. The carbon paste conductor was deposited through a 43T silk screen mesh. The substrate containing the paste deposit was then cured inside a fan assisted air circulated oven at 120° C. for a period of 5 minutes. The traces formed were about 55 mm long and 2 mm wide, having an overall thickness of about 7.5 microns. The initial measured resistance of each trace was about 14 kilo ohms. After each trace was subjected to 3 defibrillation cycles, the measured resistance increased to about 15 kilo ohms. Over a 3 mm length, the trace widens to about 5 mm, terminating into a carbon annulus with an outer diameter of about 20 mm and an inner diameter of about 10 mm. A silver layer of PF-410 silver ink from the Norcote Corp. of Eastleigh Hampshire, UK was then deposited over the carbon annulus, also to an overall thickness of about 7.5 microns. The deposition of the silver layer was via the silk screen printing method, in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes. A third dielectric insulating layer comprising SD2460, components A & B (dielectric and hardener), manufactured by Lackwerke Peters GmbH+Co KG of Kempen, Germany, and having a thickness of approximately 13 microns was then deposited over the traces and substrate, but not over the annulus. (The electrodes were formed by

**10**

attaching a conductive gel to the annulus. The conductive gel used was LT00063 hydrogel from Tyco Healthcare of Prague, Czech Republic.) Again, the silk screen printing process was used to deposit the dielectric layer through a 90T screen mesh. The substrate was placed again into a fan assisted air circulated oven at 120° C. for a period of 30 minutes.

Example: Silver traces for use as conductive (not resistive) traces on a body worn monitor circuit substrate were formed from a silver paste that was silk screened onto a Mylar substrate. 45 mm long traces had a measured resistance in a range of 3.5 to 6 ohms, 75 mm traces had a measured resistance in a range of 6.5 to 13 ohms, and 105 mm traces had a measured resistance in a range of 10 to 16 ohms. The deposition of the silver layer was performed via the silk screen printing method in which a 90T silk screen mesh was used. The substrate containing the deposited silver ink was then cured inside a fan assisted air circulated oven at 120° C. for a period of 15 minutes.

FIG. **15** diagrammatically depicts an exemplary test setup used to simulate the effect of a patient defibrillation on resistive traces. Defibrillator **1501** was used to apply multiple defibrillation shocks of 360 Joules each to the 100 ohm resistor **1502**. The 100 ohm resistor according to this setup simulated a patient's body. Note that most of the defibrillation energy goes into the patient's body by design, to restart the patient's heart. Resistive traces **1503** and **1504** were wired across resistor **1502**, also as shown in FIG. **15**, in order to simulate the electrical circuit that would be formed between the resistive traces in a body worn monitor situated on a patient undergoing defibrillation. Neon bulbs **1506** were used as part of the protection circuitry that can be used with resistive traces in a body worn monitor. 400 ohm safety resistor **1505** was present as a precaution to limit short circuit current in the event of a test setup failure. Both the 100 ohm resistor (simulating human skin resistance) and the 400 ohm safety resistor were used in accordance with medical specification AAMI EC-13. Following 3 defibrillation shocks of 360 Joules each, the measured resistance of the 10 k carbon track changed from 10 k to 11 k following the first shock, to 13.1 k following the second shock, and to 13.2 k following the third shock. The measured resistance of the 9.7 k trace changed from 9.7 k to 11.6 k following the first shock, to 13.0 k following the second shock, and finally to 13.2 k, following the third shock. In a subsequent related test, the 100 ohm resistor was replaced by a closer simulation in the form of a fresh (dead) chicken. The setup otherwise remained the same as shown in FIG. **15**. In this case, the resistance as measured on each of the test resistive traces changed from 10.7 k to 10.25 k, and from 8.5 k to 9.4 k, following multiple defibrillations. During testing, it was also noted that the change in measured resistance of the resistive traces was generally consistent. It was also noted that as a given resistive trace was increased, the (delta R {caused by defibrillation}/R {net trace resistance}) can be minimized.

The screen printing technique for laying down resistive traces was further investigated by printing a plurality of small carbon resistive dots **1601** of about 20 mm in diameter using a 7102 carbon ink applied by a screen printer (not shown). The carbon dots **1601** were laid out on a tray **1602** as shown in FIG. **16**A, for baking in an oven. A manually operated squeegee (not shown) was used to apply the resistive dots **1601** to the tray **1602** through a mask (not shown). It was determined that control of thickness during application was one important factor for controlling the distribution of resistance. It was noted that during manual application, the variation of resistance depended upon the distance between the plurality of dots **1601** and the person applying the resistive

US 8,750,974 B2

11

paste, and that the pressure applied using the squeegee could also affect the final resistance by a factor of two. It was further noted that "even" heating across the tray **1602** was advantageous during oven drying, although this factor was found to have less effect on the final dot resistance distribution. A resistance distribution of the baked and measured dots **1601** is shown in the histogram of FIG. **16**B. This testing indicated that production traces laid down on a substrate, such as Mylar, for use in a body worn monitor should preferably be printed using a semi-automatic screen print process, such as by a screen printing mechanical roller process. A digital multimeter ("DMM") with probes placed at each edge of a dot **1601** was used to measure the resistance from one edge of the dot to the other. It was found that uniform application of ink was important to keeping a tight distribution of resistance, with even heating having a smaller influence on the distribution of the resistance of the test dots. Since a trace with too low a resistance has a greater $\Delta$ R/R, and higher probability of failing and very high resistance traces result in worse S/N ratio, it is important to have a reasonably tight tolerance on the trace resistance.

FIG. **5** shows a block diagram representative of one embodiment of the body worn physiological monitor **100**. Physiological sensors **501** (such as electrodes **109** in FIG. 1D) can be electrically coupled to electromechanical connector **502** (as by the resistive traces **412** shown in FIG. **4**). Connector **502** serves to electrically couple communications and computation module **102** to a disposable electrode module **110** (FIG. **2**). Secondary connector **503** can also electrically couple one or more additional sensors, which can be situated both on and off of disposable electrode module **110**, to electromechanical connector **502** for electrical coupling along with physiological sensor signals **501** to communications and computation module **102** (shown in FIG. 1) via electromechanical connector **505**. Signals received by the communications and computation module **102** can be electrically coupled into communications and computation module **102** via electronic protection circuits **506** and/or filters, such as ESIS filters **507**.

Signals can be limited or clipped in amplitude, as needed, by protection circuit **506**, and filtered by filter **507**. One or more analog amplifiers **508** can be used to amplify the amplitude limited and filtered signals. In the exemplary body worn ECG monitor, amplifiers **508** can advantageously be differential amplifiers to amplify the difference signal (e.g. the ECG "vector") between two ECG electrodes. The electrical output of amplifiers **508** can be electrically coupled to both PACER circuits **509** and ECG circuits **510**. PACER circuits **509** are described further below. ECG circuits **510** perform several functions, including "trace restore", low pass filtering (anti-aliasing), high pass filtering, and amplification (gain). Low pass filtering filters signals according to the Nyquist criterion to avoid aliasing later when the signals are digitized by analog to digital converter (ADC) **516**. The high pass filter causes the input to be AC coupled from a roll off frequency of about 0.05 Hz, as specified by industry ECG standards. Gain is required to cause the small pre-amplified potentials from physiological sensors (such as electrodes **109**) to more closely match the available dynamic range of the digitizing ADC **516**. Note that ADC **516** can be a dedicated ADC chip or can be included in a microcomputer integrated circuit, such as a microcomputer serving as microprocessor **512**.

A microprocessor, such as microprocessor **512**, is defined herein as synonymous and interchangeable with the terms "microcomputer", "microcontroller", and "microprocessor". Such microprocessors are also interchangeably represented herein as "µP" or "µC". Further, any microprocessor dis-

12

closed herein can be replaced by any integrated device that can perform the function of a microprocessor, such as, but not limited to, a field programmable gate array ("FPGA") programmed to perform the functions of a microprocessor.

Typically, one or more differential amplifiers can be dedicated to particular difference voltages associated with physiological sensors **501** or **504**, but it should be noted that one or more amplifiers **508** can also be multiplexed by techniques as known in the art, to serve multiple physiological sensors using a lesser number of amplifiers. Similarly, one or more ADCs **516** can serve two or more signals from physiological sensors **501** or **504** using techniques such as multiplexing in time that is digitizing one physiological sensor difference signal at a time sending a digital result to a next stage one after the other. ECG circuits **510** and PACER circuits **509** are referred to in the plural, since there can be individual circuits for each measured physiological signal, such as for each measured ECG vector.

Electrical power from power source **515** can be regulated by regulator **514** and distributed as regulated voltage **517** to most function blocks (as represented herein by the label "POWER"). Each of these function blocks also has a control ("CTRL") input **511** from microprocessor **512**, allowing these circuits to be disabled, when not needed, in order to save battery power. When viewed over time, most of the ECG waveform does not contain useful information since there is significant "dead time" between heart beats. Therefore, for example, from the end of a "T wave" at the end of one heart beat to the beginning of a "P wave" at the beginning of the next heartbeat, circuits can be powered down (in a device "sleep mode") to save on the order of 60% of the energy stored in the power source that would have otherwise been used during this dead time.

FIG. **17** shows an exemplary ECG waveform. In brief, the P wave can be related to the electrical current causing atrial contraction. The QRS complex can be related to ventricular contraction of the left and right ventricles. The Q wave can be related to electrical current traveling through the intraventricular septum, while the R and S waves can be related to the ventricles contracting. The T-wave is due to the re-polarization of the ventricles. Usually, atrial re-polarization occurs atop the QRS complex, and being much smaller than the QRS complex, is not seen. The ST segment connects the QRS complex to the T-wave. Irregular or missing waves may be indicators of cardiac issues including: ischemic tissue, e.g. due to myocardial infarction, bundle branch block, atrial problems (specifically P-wave abnormalities), pericarditis, and electrolyte disturbance.

Generally, power source **515** can include one or more "button" cells typically disposed on disposable electrode module **110**; however, the block diagram of FIG. **6** shows an embodiment of a body worn physiological monitor **100** where power is supplied by a power source located on, or connected to communications and computation module **102** instead of residing within disposable electrode module **110**.

Beyond power saving considerations, it can also be desirable in some embodiments of body worn physiological monitor **100** to put the microcontroller and/or other circuits, including particularly digital circuits, into a sleep mode during an ADC conversion cycle to minimize pickup of self generated electrical noise and to minimize power use. Preferably, the A/D circuit can acquire multiple samples and buffer the samples, before awakening the microprocessor, which then can batch-process the data. Buffering can be set to match the patient's heart rate, as there is no significant clinical benefit to analyzing every sample as it is taken.

US 8,750,974 B2

13

Turning back to the input circuits, typically amplifiers **508** are differential or instrumentation amplifiers useful to selectively amplify desired difference signals between connector terminals (such as an ECG vector), while rejecting common mode signals (such as interfering signals that appear simultaneously on both connector terminals). Beyond using a differential amplifier, other techniques can be advantageously used to further reduce common mode pickup (CMR) and thus to improve the common mode rejection ratio (CMRR) of the input amplifier stages of body worn physiological monitor **100**. CMR is of particular concern with regard to body worn physiological monitor **100** because of the proliferation of potentially interfering electromagnetic fields, such as from 50 Hz or 60 Hz AC power line distribution throughout a hospital. For example, many fluorescent ceiling lamp fixtures generate strong 60 Hz alternating current (AC) electromagnetic fields that can appear as common mode signals on physiological sensors **501**, such as ECG electrodes **109**.

FIG. **7A** shows one embodiment in which body worn physiological sensor **501** comprises a plurality of ECG electrodes **109** and **701**. Two electrodes **109** generate an ECG difference potential for patient **703**. A third electrode, reference electrode **701** can be electrically coupled to electronics common **704** (or other potential level) and can be used to improve CMR. In this embodiment, the electronics common **704** (shown as the negative terminal of the battery in FIG. **7A**) can be directly tied to the patient in the vicinity of electrodes **109**. Thus, the electronics common of the electronic circuits in communications and computation module **102** can be made to more closely follow any change in potential in the vicinity of electrodes **109**. Reference electrode **701** can be particularly helpful to ensure that inputs **109** remain within a reasonably narrow common mode range, such as by reducing a 60 Hz potential that would otherwise appear to move the electronics common **704** at 60 Hz with respect to electrodes **109**.

In another embodiment as shown in FIG. **7B**, virtual electrode **702** performs a similar function as previously described with regard to reference electrode **701**. In this embodiment, instead of creating a DC-coupled reference electrode, electrode **701** is replaced by the capacitive coupling between flexible printed circuit layer **101** and the patient **703**, resulting in a virtual electrode **702** with an AC coupled common. Such AC coupling increases with decreased distance between flexible printed circuit layer **101** and the patient and can advantageously reduce 60 Hz common mode signals (AC signals).

In yet another version of a directly connected electrode **701**, as shown in FIG. **8A**, electrode **701** can be actively driven by an electrical output from communications and computation module **102**. Typically, an operational amplifier (OpAmp) or other type of amplifier can be used to create a "driven lead". Driven lead circuits can be used to further improve CMR over passive electrodes **701** as shown in FIG. **7A**. An exemplary circuit suitable for use to drive an electrode **701** is shown in FIG. **8A**. Amplifiers (OpAmps) **810** and **811** buffer the high impedance signals from electrode **1** and **2** (exemplary electrodes **109**). Difference amplifier **508** conveys the difference signal (such as an ECG vector) as previously described. The two 10 kilo ohm resistors provide an average of the common mode signals appearing simultaneously at the inputs of buffer amplifiers **810** and **811**. The inverting low pass filter built around OpAmp **812** inverts the averaged common mode signal (at electrodes **1** and **2**) and applies that signal out of phase (180° phase shifted) to a directly connected driven electrode (such as electrode **701**). By applying the average common mode signal to the driven electrode, amplifier **812** effectively suppresses common

14

mode signals at electrodes **1** and **2** within the effective bandwidth of the negative feedback loop by active noise cancellation. In theory, a virtual electrode **702** could be similarly driven, but the voltage requirements to drive a capacitively coupled common electrode are high enough to make a "driven virtual electrode" a less practical option. Thus, it can be seen that a reference electrode can be a passive connection or an actively driven connection.

It can also be desirable to have more than one CMR technique available. For example, in a low noise environment, a lower power reference electrode might be used for CMR. Then if the noise increases to a level where the reference electrode provides insufficient CMR, the body worn monitor can switch to a driven lead more suitable for CMR in a high noise environment. In this embodiment, a particular CMR configuration can be selected by electronic switching. FIG. **8** shows one such exemplary switching block represented as reference electrode switch **801**. Microprocessor μP) **512** can control reference electrode switch **801** to select direct connected electrode **701**, virtual electrode **702**, or directly connected electrode **701** additionally driven by a driven lead circuit **802**. It should also be noted that in the embodiment of FIG. **8**, when virtual electrode **702** provides sufficient CMR, electrode **701** can be used as a third electrode, thus allowing body worn monitor **100** to simultaneously measure two different heart vectors.

FIG. **9** shows one embodiment of an exemplary defibrillation protection circuit (**506**) and ESIS filter **507**. As shown in FIG. **9**, electrodes **109** can be connected via input resistors R**91** and R**92**. Gas discharge tubes, such as neon bulbs L**1** and L**2**, can be used for over voltage protection by firing at a designed voltage to prevent large potentials from appearing at the input leads to amplifier **508**. The gas discharge tubes can be disposed on either disposable electrode module **110** or on the communication and computation module **102**. Defibrillation protection resistors R**91** and R**92** can further reside in disposable electrode module **110**, such as in the form of the resistance of traces **412**.

ESIS filters **507** can be used to satisfy AAMI standard EC13 on Electrosurgical Interference Suppression (ESIS). Standard EC13 addresses the ability of an ECG monitor to display and process ECG signals in a satisfactory manner while connected to a patient on whom an electrosurgical device is being used. Without such suppression, the high RF output of an electrosurgical device can render ECG monitoring impossible and or render the monitor unusable. Resistors R**93** to R**98** and capacitors C**91** to C**96** form cascaded low pass filter sections (e.g. R**93**-C**1**). Three cascaded single pole filters are shown on each input leg of amplifier **508** as an example; more or less stages can also be used. It is also not necessary for each section of the cascaded filter to have identical values or roll off points in the frequency domain to create a specific response, e.g., Bessel, Chebychev, or other filter response known to those skilled in the art. Also, ESIS filters are not limited to cascaded single pole filters and can take other forms as known in the art.

Test circuit **906** can provide a relatively sharp transient signal for testing the PACER circuit described below as part of a body worn monitor **100** "power on self test". Resistors R**99** and R**100** can pull the output of the differential amplifier **508** allowing the microcontroller (**512**) to detect which electrode, if any, has detached, much as a "lead failed" detection is accomplished by ECG monitors having leads. Body worn monitor **100** does not use leads, but it is still possible for one or both of the physiological sensors to move free of a patient's body. Such disconnects can occur in situations in which body worn monitor **100** partially moves away from the body to

US 8,750,974 B2

15                                                                                                                          16

which it is non-permanently affixed. The input impedance at one or both of the electrodes **109** changes in a sensor off (sensor disconnect) event. When a patient is attached, amplifier **508** typically has an output voltage of near zero volts. However, if one of the electrodes **109** comes off, resistors R**99** or R**100** cause the output of amplifier **508** to move to a most positive output ("positive rail") or to a most negative output ("negative rail"). Note that the negative rail can be a small voltage near zero, in the case of single supply circuit operation, and that both inputs could be pulled to the same rail. Lead-fail detection can also be analyzed to determine when the device is attached to the patient and then to automatically enter full operational mode. Such analysis can be done at a low frequency.

The ESIS filter **507** also can cause a stretching in the time domain of a pacer pulse so that the event is recorded by at least one sample, even though the pacer pulse itself is of small duration compared to the ADC sample rate and the pacer pulse is likely to occur between samples.

FIG. **10** shows an alternative circuit to accomplish over voltage protection, such as is required during defibrillation. In FIG. **10**, diodes **1001** prevent the electrode potentials from going much more than one diode voltage drop above Vcc or below ground and resistors R**91** and R**92** limit current. Using circuit protection, such as gas discharge tubes L**1** and L**2** (FIG. **9**) and/or diodes **1001** (FIG. **10**) combined with resistances R**91** and R**92**, typically in the form of resistive traces **412**, a body worn device can survive multiple defibrillation cycles of at least 360 joules.

PACER circuit **509** detects pacemaker pulses. One reason to detect a pacemaker is to prevent the ECG circuitry from inadvertently registering the regular pulses from a pacemaker as an actual heart rhythm. Separation of a pacemaker signal from signals generated by the heart is important both to generate accurate ECG analysis results as well as to correctly detect the absence of an actual heart rhythm. For example, a pacemaker continues to function even where a human heart has completely failed.

A pacer event (pacemaker signal) is typically a narrow pulse typically less than 100 microseconds wide. Because of the capacitance between the pacer in a patient and an ECG circuit, an otherwise relatively square pacer pulse as administered at the patient's heart by a pacemaker, can appear to an ECG monitor as a pulse with a negative undershoot and an exponential return to that could inadvertently mimic a QRS signal. A pacer signal, however, can be recognized by an analog differentiator and alert microprocessor **512** to the presence of a pacer and to disregard the refractory period of the corresponding R-C recovery due to the pacer signal. The pacer detection circuit or PACER circuit can generate a microprocessor interrupt to inform the microprocessor that a pacer event occurred and to mark a corresponding physiological signal in time as related to a pacer event. PACER circuit **509** can also cause one or more pacer related circuits to automatically power down for power saving, where it is determined that a patient is not using a pacemaker.

FIG. **11** shows an algorithm useful to determine if the pacer circuit should be enabled. A typical PACER detection circuit uses a significant percentage of the energy available from a power source such as batteries **204**. If a PACER signal is not detected, such as at power up of body worn monitor **100**, the pacer circuit can be automatically disabled allowing for a longer battery life. Since typical PACER circuits can use several amplifiers (OpAmps), they can consume up to one third of the analog power, therefore securing the PACER circuits when they are not needed (i.e. the patient does not have a pace maker) can cause a significant improvement in battery life. The algorithm also can also provide checks to determine if a demand type pace maker begins operation (which might be inactive at power up of body worn monitor **100**) by analyzing beat variability. While it can be advantageous to have the body worn device automatically sense the presence of a pacemaker and to enable the PACER detection circuit, the choice as to whether to enable or disable the PACER circuit can also be done by externally configuring the body worn device. Such external configuration can be done through a hardwired communication connection cable or via communications and computation module **102**, in which communications and computation module **102** is a two-way radio transceiver communication device capable of receiving a configuration command sent for a remote radio transceiver. The radio could be 802.11 compliant, but generally would use a lighter-weight (simpler) protocol that can be more energy efficient. A suitable lighter weight protocol could be proprietary, or standards-based, such as ZigBee or Bluetooth. A body worn physiological monitor **100** is particularly well suited for use in hospital environment as part of an integrated wireless monitoring network. The details of such monitoring networks are disclosed in U.S. patent application Ser. No. 11/031,736 entitled, "Personal Status Physiological Monitor System and Architecture and Related Monitoring Methods", which is incorporated by reference herein in its entirety.

FIG. **12** shows a high pass filter (HPF) suitable for use in ECG circuits block **510**. An advantage of a 0.5 Hz HPF is faster recovery from DC offsets due to patient movement, defibrillation, electrocautery, etc. However ST segment analysis is negatively impacted if HPF cutoff is greater than about 0.05 Hz. Thus, it is preferable to have the ability to change between a 0.5 and 0.05 Hz cutoff frequency. The high pass filter of FIG. **12** is implemented by a low pass filter configured as an inverting amplifier in a negative feedback circuit to give a net effective high pass transfer function from circuit input to output. The corner frequency of the composite filter can be adjusted by switching in resistor R**2'**. Alternatively, S**1** can be switched at a periodic rate to place a duty cycle on C. Note that the frequency of switching of S**1** should be fast with respect to the corner frequency of the anti-aliasing low pass filter. The graphs A-D of FIG. **13** further illustrate the performance of the exemplary filter of FIG. **12**. These graphs show normalized amplitude on the vertical axis plotted against frequency on the horizontal axis. FIG. **13**, graph A represents a raw input signal. FIG. **13**, graphs B and C are Bode Plots representing the high and low-pass filter sections. After applying filter responses B & C to input Data A, filtered data D is the result. The HPF cutoff can be 0.5 Hz or some lower value depending on whether R**2'** is switching in or if C is duty cycled.

Another method to achieve this frequency change is to use digital filters implemented on Microprocessor **512** to reverse the effects of the 0.5 Hz HPF, then implement a digital HPF at a lower cutoff frequency, 0.05 Hz, for example. The response of the 0.5 Hz filter should be known to implement the inverse filter. This response can be measured using microprocessor **512** to trigger the test circuit **906** to create an impulse, H(s). The inverse response is the [1-H(s)] (FIG. **13**, graph E) and this inverse filter can be digitally implemented by methods familiar to those skilled in the art. H(s) is the frequency response of the new HPF with lower cutoff frequency, nominally 0.05 Hz. The digital filter for H(s) is digitally generated (F) and applied along with [1-H(s)] (FIG. **13**, graph E), resulting in the frequency response displayed in FIG. **13**, graph G. A high pass filter suitable for use in ECG circuits block **510** can be implemented in full or in part by software that can run on microprocessor **512**.

US 8,750,974 B2

17

FIG. **14** shows how a body worn monitor **100** configured as an ECG monitor can be situated on a patient in at least two different orientations to measure different heart vectors. A primary heart vector is measured by orientation from the patient's right shoulder to the left hip, as shown by position **1401**. An alternative position **1402** can be more suitable where there is injury or where patient anatomy is such that it causes the preferred position **1401** to be less desirable. Also, body worn monitor **100** can be affixed to the side of patient **703** (similar to a measurement made by a conventional ECG "V" lead) or back of a patient **703** (such as where a patient needs to sleep on their stomach) to monitor still other ECG vectors (not shown). In effect, a body worn monitor **100** can be placed to pick a particular vector that can be traversed by the electrodes **109**. For example at least the first three primary heart vectors, i.e. I, II, and III, can be made conveniently available in this manner.

While illustrated with an internal battery, it is important to note that a body worn physiological monitor **100** can be powered by either an internal power source only, an external power source only, or by an internal or an external power source. An internal power source can be a renewable power source, such as a rechargeable battery.

Another type of internal power source is a Peltier device operated in reverse, also called a Seebeck device. Seebeck discovered that a conductor generates a voltage when subjected to a temperature gradient. Thermoelectric couples are solid-state devices capable of generating electrical power from a temperature gradient, known as the Seebeck effect. (By contrast, the Peltier effect refers to the situation where electrical energy is converted into a temperature gradient.) A Seebeck device "couple" consists of one N-type and one P-type semiconductor pellet. The temperature differential causes electron flow from hot to cold in the N-type couple and hole flow from hot to cold in the P-type couple. To create an electromotive force (EMF), the following connections are made: On the cold side (i.e. the side that is exposed to room temperature) the pellets are joined and on the hot side (i.e. the patient side), the pellets are connected to a load, such as the computation and communication module **102**. The open circuit voltage of a Seebeck device is given by V=SΔT, in which S is the Seebeck coefficient in volts/° K and ΔT is the temperature difference between the hot and cold sides. It is a challenge today to completely power the computation and communication module **102** from a Seebeck device that is of the same size as the computation and communication module **102**. Presently, a Seebeck device may only provide supplementary power, but as electronics migrate toward lower power and Seebeck coefficients and thermocouple densities improve, a Seebeck device can be a viable long-term power solution for a patient-worn monitor. Other methods of generating energy, such as mechanical (as is used in some wrist watches) and solar, can also be viable methods for providing a renewable self-contained power source for a body worn monitor.

Turning to analysis routines suitable for use on a body worn monitor, typically, ECG beat picking, such as by using wavelet or Fourier transforms and/or matched filter analysis in the time domain can be computationally expensive. Modeling the QRS pulse as three triangles with alternating polarities creates a rough matched filter for the QRS pulse. Taking the second derivative results in impulse functions at the peaks of the triangles (where the first derivative is discontinuous), and all other points are zero. The second derivative method also makes the convolution with incoming data extremely efficient as most of the multiplies have a 0 as the multiplicand and requires minimal computation. The result can then be inte-

18

grated twice to produce a matched-filter output, which can be fed into the beat-picking algorithm that provides fiducial marks. Using a second matched filter that is sinusoidal in shape and with appropriate discriminators, the system can provide indications of Life Threatening Arrhythmias (LTA); that is, Asystole, Vfib, and Vtach. While the accuracy of this system is less competitive with a high-end Arrhythmia solutions such as those provided, for example, by Mortara, the filters can be tuned to err toward false positives and upon a positive LTA response, activate transmission of full waveforms.

Research has also shown that analysis of the R-R portion of the ECG waveform interval statistics can provide a method to predict atrial flutter. Applying this and other low-computational cost methods can allow a body worn monitor device to begin transmitting full waveforms for either clinical or algorithmic analysis by a more powerful engine, when the probability of other arrhythmias is high. Transmitting only the R-R intervals of ECG waveforms is an example of a lossy data compression method. R-R intervals comprise a string of data and the string of data can also be compressed. Lossless or lossy data compression of the entire waveform can be implemented to save battery life, including not transmitting (or perhaps not even sampling) data between the T and the P wave. Because data compression results in less data to transmit, the power saved may offset the computation cost of the data compression.

While we have referred often to ECG applications herein, the application of low-intensity computational methods as a power saving measure apply equally well to other types of low power-sensors, including, but not limited to EEG, SPO$_2$, temperature, and invasive or non-invasive blood pressure measurements. Whether the body-worn medical-grade monitor performs complex analysis or simply compares a single numeric value to a single numeric limit, the device can function in a low-power radio state until a predetermined threshold is exceeded. A body worn monitor can also periodically send data or send data upon external request. Additionally, external devices can send commands to modify the operating parameters and thresholds.

Turning to other communication matters, it may be that adverse events occur in which no uplink is available. In a case of no uplink (failed communications), the body worn monitor can buffer time-stamped waveforms corresponding to any adverse events. The buffers can also store waveforms for later analysis in which this storage is triggered by the patient when the patient recognizes a condition, such as chest pain. In the case of an alarm that occurs when there is no uplink, alarms can be configured to be latched until confirmed by a clinician. Preferably, non-continuous data are marked (time stamp, sample number) to allow correlation of non-continuous data with continuous data and data are also marked to indicate when an alarm was initiated for later data analysis, including algorithm performance analysis.

In those instances in which many body worn monitor devices are used in close proximity to one another, there can be concern that the reports from one body worn monitor might be interchanged with reports from another body worn monitor. The body worn monitor presented herein, can be configured with a patient context (i.e. name, room number, patient ID, age, etc) and can maintain that context for as long as the monitor is connected to the patient to avoid such problems. The body worn monitor can determine the status of its connection to the patient via a continuous vital signs monitor, pressure, temperature, galvanic response, or similar input. Upon detection of a loss of connection with a patient, the device can, depending upon different variable settings, either

US 8,750,974 B2

**19**

erase the patient context or when re-connected to the patient, require the care giver to confirm the patient context. When the body worn monitor is initially powered up or connected to a patient, it can have a time holdoff for alarms to prevent false alarms (e.g. low heart rate, lead-fail detection) while the system stabilizes.

Regarding firmware updates, where there are large numbers of body worn monitors in a hospital, it can be problematic to keep them all updated with the latest version of firmware. One solution to this problem is to provide a wireless update ability for downloading and installing new firmware and/or configurations into all of the body worn monitors.

While the present invention has been particularly shown and described with reference to the preferred mode as illustrated in the drawings, it will be understood by one skilled in the art that various changes in detail may be effected therein without departing from the spirit and scope of the invention as defined by the following claims. It is further understood that several aspects of the invention, including, but not limited to, defibrillation protection resistors, pacer detect circuit disabling, methods for ECG signal high pass filtering, and various other low power modes are not limited to body worn monitors, and can be used in ECG monitors of any type.

What is claimed is:

**1**. A method for providing high voltage circuit protection for a patient monitor, the method comprising:
   providing a substrate that supports one or more electrical connections to a patient's body;
   determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate;
   determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate;
   printing the first material onto the substrate; and
   printing the second material onto the substrate wherein at least part of the second the material overlays the first material.

**20**

**2**. The method of claim **1**, wherein both determining a print pattern and thickness of both the first and second materials comprise including a filleted section.

**3**. The method of claim **1**, wherein both determining a print pattern and thickness of both the first and second materials comprise determining a print pattern and thickness of both the first and second materials to achieve a total resistance value.

**4**. The method of claim **1**, wherein both determining a print pattern and thickness of both the first and second materials comprise the further steps of determining a print pattern and thickness of both the first and second materials to achieve a spacing between two or more electrical traces of the print pattern, and applying an insulating layer after the step of printing of the second material.

**5**. The method of claim **1**, the method further comprising:
   providing an ECG monitor having a programmed microprocessor and a plurality of electrical connections to measure patient heartbeat signals;
   filtering the measured heartbeat signals with an analog high pass filter having an analog high pass cutoff frequency;
   removing the effects of the analog high pass filter with a digital inverse filter algorithm resulting in substantially unfiltered heartbeat signals;
   filtering the substantially unfiltered heartbeat signals digitally using a digital filter having a digital high pass cutoff frequency lower than said analog cutoff frequency.

**6**. The method of claim **5**, wherein filtering the measured heartbeat signals with an analog high pass filter comprises filtering the measured physiological signals with an analog high pass filter having a 0.5 Hz analog high pass cutoff frequency.

**7**. The method of claim **5**, wherein filtering the substantially unfiltered heartbeat signals digitally comprises filtering the substantially unfiltered heartbeat signals digitally using a digital filter having a digital 0.05 Hz high pass cutoff frequency.

* * * * *

# Exhibit 38

**Claim Chart for U.S. Patent No. 8,630,699 ("the '699 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm (the "Zio Monitor").  The Accused Instrumentalities infringe the identified claims of the '699 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[pre] An ECG monitor comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include an ECG monitor in accordance with this claim.***  The Zio Monitor satisfies 1[pre] because the Zio Monitor is an ECG monitoring device that is worn on the patient's body.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br><br>(https://vimeo.com/855831164) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] a plurality of electrical connections including at least one electrode, the electrical connections being couplable to a skin surface to measure patient heartbeat signals; | ***The Accused Instrumentalities include a plurality of electrical connections including at least one electrode, the electrical connections being couplable to a skin surface to measure patient heartbeat signals.*** The Zio Monitor satisfies 1[a] because the Zio Monitor includes a plurality of electrical connections including at least one electrode. Further, the plurality of electrical connections couple to the skin of the patient for measuring heartbeat signals.  (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br><br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **Zio Monitor**    Zio XT    Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities. [5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor)<br><br>But the other thing is to really talk more about the adhesive structure, which we call the dermal adhesive assembly. It's really the part of the patch that secures itself to the patient, which is obviously critical. For that it wasn't so much that we went back and reimagined a different adhesive, we do value the place that we've gone, which is the custom adhesive formulation. And we still have a lot of trust and belief that is effectively an appropriately balanced approach where you kind of have to have an aggressive enough adhesive to be able to work well, but not so aggressive that it's uncomfortable or irritating to a meaningful portion of population. So, it wasn't so much on the adhesive itself but rather on our observation that over time certainly one of the things that we've seen is that when patients sweat ... that sweat gets absorbed in the hydrocolloid adhesive, and one component of that adhesive in particular. And normally, like on the Zio XT patch, which is basically a fixed surface, it doesn't really have anywhere to go. So, it goes into the adhesive, and it changes the structure of the adhesive a little bit, and it has to basically get reabsorbed in the skin, which it will do if the patient stops sweating over time, but that's not necessarily an ideal approach.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (Zio Monitor Teardown) (Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **ANALOG DEVICES**<br><br>Evaluation Kit Available  Design Resources  Tools and Models  Support<br><br>*Click here to ask an associate for production status of specific part numbers.*<br><br>Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003**<br><br>**General Description**<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] a power source; | ***The Accused Instrumentalities include a power source.*** The Zio Monitor satisfies 1[b] because the Zio Monitor includes a battery (*i.e.*, a power source). The battery powers the body worn device.<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period;<br><br>• water-resistant functionality, allowing patients to shower, sleep, and perform normal daily activities, including moderate exercise;<br><br>• hydrogel electrodes and a compliant mechanical design to deliver a clear ECG with minimal artifact from movement;<br><br>• large symptom button, or patient trigger, that is easy to find and press;<br><br>• indicated single application wear period of up to 14 days (for longer prescribed wear periods for MCT services, additional Zio AT patches and gateways will be provided); and<br><br>• sufficient battery power for the entire wear period, without the need to recharge or replace batteries.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The Zio Monitor, our newest model, is 72% smaller and 62% lighter relative to the previous generation. The Zio Monitor uses 1 coin-cell battery, as compared to the 2 used in Zio XT.  This is the second-most environmentally impactful component of our devices (after the circuit board). While we recycle these batteries, this is still a meaningful reduction in impact.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | <br>(Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (Zio Monitor Teardown) (Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| 1[c] at least one current-limiting defibrillation protection resistor, said at least one current-limiting defibrillation protection resistor comprising a resistor screened onto a substrate; and | ***The Accused Instrumentalities include at least one current-limiting defibrillation protection resistor, said at least one current-limiting defibrillation protection resistor comprising a resistor screened onto a substrate.***  The Zio Monitor satisfies 1[c] because the Zio Monitor includes a current-limiting defibrillation protection resistor located on the substrate.  Further, the current limiting resistor is screened onto the substrate.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>**Next-generation Zio® monitor**<br><br>Long-Term Continuous Monitoring Service<br><br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

(Zio Monitor Teardown)

(Zio Monitor Teardown)

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | 

(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Input MUX**<br><br>The ECG input MUX shown in Figure 3 contains integrated ESD and EMI protection, DC leads off detect current sources, lead-on detect, series isolation switches, lead biasing, and a programmable calibration voltage source to enable channel built in self-test.<br><br>**EMI Filtering and ESD Protection**<br>EMI filtering of the ECGP and ECGN inputs consists of a single pole, low pass, differential, and common mode filter with the pole located at approximately 2MHz. The ECGP and ECGN inputs also have input clamps that protect the inputs from ESD events.<br><br>• ±8kV using the Contact Discharge method specified in IEC61000-4-2 ESD<br>• ±15kV using the Air Gap Discharge method specified in IEC61000-4-2 ESD<br>• ±8kV HBM<br>• For IEC61000-4-2 ESD protection, use 1kΩ series resistors on ECGP and ECGN that is rated to withstand 8kV surge voltages.<br><br>(MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  Figure 3. ECG Input MUX<br><br>(MAX30003 Datasheet)<br><br>**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**<br><br>Table 22 shows the ECG data rates that can be realized with various setting of FMSTR, along with RATE configuration bits available in the CNFG_ECG register. Note FMSTR also determines the timing resolution of the CAL waveform generator.<br><br>(MAX30003 Datasheet) |

**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**

| INDEX | NAME | DEFAULT | FUNCTION |
|---|---|---|---|
| D[3:2] | RBIASV[1:0] | 01 | Resistive Bias Mode Value Selection<br>00 = $R_{BIAS}$ = 50MΩ<br>01 = $R_{BIAS}$ = 100MΩ<br>10 = $R_{BIAS}$ = 200MΩ<br>11 = Reserved. Do not use. |
| D[1] | RBIASP | 0 | Enables Resistive Bias on Positive Input<br>0 = ECGP is not resistively connected to $V_{MID}$<br>1 = ECGP is connected to $V_{MID}$ through a resistor (selected by RBIASV). |
| D[0] | RBIASN | 0 | Enables Resistive Bias on Negative Input<br>0 = ECGN is not resistively connected to $V_{MID}$<br>1 = ECGN is connected to $V_{MID}$ through a resistor (selected by RBIASV). |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Timing Characteristics (continued)**<br>($V_{DVDD} = V_{AVDD} = +1.1V$ to +2.0V, $V_{OVDD} = +1.65V$ to +3.6V, $T_A = T_{MIN}$ to $T_{MAX}$, unless otherwise noted. Typical values are at $V_{DVDD} = +1.8V$, $V_{OVDD} = +2.5V$, $T_A = +25°C$.) (Notes 2, 3)<br><br><table><tr><td>PARAMETER</td><td>SYMBOL</td><td>CONDITIONS</td><td>MIN</td><td>TYP</td><td>MAX</td><td>UNITS</td></tr><tr><td>CSB Fall to SDO Fall</td><td>$t_{DOE}$</td><td>Enable time, $C_{LOAD} = 20pf$</td><td></td><td></td><td>30</td><td>ns</td></tr><tr><td>CSB Rise to SDO Hi-Z</td><td>$t_{DOZ}$</td><td>Disable time</td><td></td><td></td><td>35</td><td>ns</td></tr><tr><td>FCLK Frequency</td><td>$f_{FCLK}$</td><td>External reference clock</td><td></td><td>32.768</td><td></td><td>kHz</td></tr><tr><td>FCLK Period</td><td>$t_{FP}$</td><td></td><td></td><td>30.52</td><td></td><td>µs</td></tr><tr><td>FCLK Pulse-Width High</td><td>$t_{FH}$</td><td>50% duty cycle assumed</td><td></td><td>15.26</td><td></td><td>µs</td></tr><tr><td>FCLK Pulse-Width Low</td><td>$t_{FL}$</td><td>50% duty cycle assumed</td><td></td><td>15.26</td><td></td><td>µs</td></tr></table><br>**Note 2:** Limits are 100% tested at $T_A = +25°C$. Limits over the operating temperature range and relevant supply voltage range are guaranteed by design and characterization.<br>**Note 3:** Guaranteed by design and characterization. Not tested in production.<br>**Note 4:** One electrode drive with <10Ω source impedance, the other driven with 51kΩ in parallel with a 47nF per IEC60601-2-47.<br>**Note 5:** Inputs connected to 51kΩ in parallel with a 47nF to $V_{CM}$.<br>**Note 6:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.65V$.<br>**Note 7:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.55V$.<br>**Note 8:** Use this setting only for $V_{AVDD} = V_{DVDD} ≥ 1.45V$.<br>**Note 9:** This specification defines the accuracy of the calibration voltage source as applied to the ECG input, not as measured through the ADC channel.<br>**Note 10:** $f_{SCLK} = 4MHz$, burst mode, EFIT = 8, $C_{SDO} = C_{INTB} = 50pF$.<br>**Note 11:** ESD test performed with 1kΩ series resistor designed to withstand 8kV surge voltage.<br><br>(MAX30003 Datasheet)<br><br>But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | Day: From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves to figure out how to effectively fit in the smallest possible form factor, which for us was motivated a lot by the size of our battery, which is just a standard, easily available, and fortunately easily recyclable coin cell battery. We challenged ourselves to figure out how to miniaturize the device down to the level of one of those coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | As shown in FIG. 10B, in some embodiments, one or more resistors 614 may be disposed within the electrical traces 611, 612. The resistors 614 may comprise a conductive material of increased resistance over the conductive material(s) (e.g., silver and/or silver chloride) used to generally conduct electricity between the electrodes 350 and the PCBA 120. For example, the resistors 614 may comprise carbon and/or increased amounts of carbon as compared to the electrical traces 611, 612. In some embodiments, the resistors may have a resistance that is at least approximately about: 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, or 100 kiloohms (kΩ). The material of the resistor 614 may be selected to reduce or minimize "popcorn" noise or 1/f noise. As shown in FIGS. 10A-10C, the resistors 614 may intersect the conductive path of the electrical traces 611, 612 between the electrode interface portion 310 and the electrocardiogram interface portion 313 such that they are disposed in-line with the conductive material of the electrical traces 611, 612. The resistors 614 may be disposed on a housing portion of the trace layer 609 such that they are enclosed within the housing 115. The resistors 614 may be disposed (e.g., printed) onto the substrate layer 613 in the same manner or a different manner from the conductive material of the electrical traces 611, 612. The resistors 614 may replace resistors that would otherwise be disposed on the PCBA 120, thereby potentially providing space-saving advantages. In some embodiments, the resistors 614 may be used to reduce the current that travels along the electrical circuit formed by the body and the interfacing electrodes 350. The resistors 614 may act as a safety feature that allows the physiological monitoring device 100 to be suitable for use with a patient.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  FIG. 10B (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| <u>**Claim 1**</u> | <u>**Accused Instrumentalities**</u> |
|---|---|
| | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system. <br><br> US Patent Numbers*: <br><br> 8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States. <br><br> (https://www.irhythmtech.com/content/patents-trademarks) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[d] an ECG electronics module, the ECG electronics module receiving and processing patient heartbeat signals from the plurality of electrical connections, | ***The Accused Instrumentalities include an ECG electronics module, the ECG electronics module receiving and processing patient heartbeat signals from the plurality of electrical connections.*** The Zio Monitor satisfies 1[d] because it monitors includes an ECG electronics module that receives and processes heartbeat signals.<br><br>**ZIO MONITOR SYSTEM**<br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>Zio Monitor   Zio XT   Zio AT<br><br>Long-term continuous monitoring service<br><br>The new Zio monitor is designed with patients in mind by providing a more breathable, inconspicuous, and comfortable wear experience so patients can go about their daily activities.[5,15,16]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Our patients return their used monitor to one of iRhythm's intake centers after the prescribed duration of wear. At the intake center, the monitor's ECG data is uploaded, and we generate a diagnostic report for the patient and provider. After the monitor's prescribed wear duration is completed and returned to iRhythm, we separate the components of our device into reusable components, recyclable material, and landfill waste. For example, after screening and testing to maintain product quality and safety, we reuse printed circuit boards an average of 4 to 5 times. We also partner with third parties including Keter Environmental Services to recycle batteries as well as printed circuit boards that did not pass the quality and safety review we conduct before reusing components.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | We receive a very high rate of product return, as most patients return their monitor in order to receive a diagnostic report, which is an essential value-add component of our service offering. Our practice of reusing printed circuit boards enhances product quality as our reused monitor circuit boards tend to have better yield than circuit boards in their first use. Excluding components recovered and reused as part of our circular business practices, we recycle 48% of the components in our returned monitors by weight. (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>The Zio patches include the following features:<br><br>• patented flexible, lightweight, wire-free design;<br><br>• unobtrusive and inconspicuous profile;<br><br>• proprietary adhesive backing designed to keep the Zio patch securely in place for the duration of the prescribed wear period; (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | We cannot reuse or recycle every component of the monitor. In 2022, excluding recovered and reused components, 29% of our product components by weight (17.5 metric tons) were sent to landfill, which included materials lacking reuse or recycling capabilities, and 23% of our product components by weight (13.6 metric tons) were incinerated, which included biohazardous medical waste and materials which could not safely be reused on patients.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br>• Do not use the Zio monitor on patients with broken skin. Only apply to intact skin.<br>• Do not reuse the Zio monitor on the same patient or on multiple patients. It is a single-use device. Reuse of the device may result in mixed patient results, poor adhesion, and poor ECG signal.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor)<br><br>• Do not use the Zio monitor on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. If allergic symptoms, severe skin irritation, or signs of skin infection develop, remove the device from the patient's chest and discontinue wear. Reaction to adhesives may include severe redness and itching, hives, and blisters. Contact your healthcare provider and Customer Care to report the reaction.<br><br>(https://www.irhythmtech.com/patients/myzio/zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | <br>(Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  |

**ANALOG DEVICES**

Evaluation Kit Available   Design Resources   Tools and Models   Support

*Click here to ask an associate for production status of specific part numbers.*

Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE

**MAX30003**

## General Description

The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.

The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.

The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.

(MAX30003 Datasheet)

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Benefits and Features**<br><br>• Clinical-Grade ECG AFE with High-Resolution Data Converter<br>  • 15.5 Bits Effective Resolution with $5\mu V_{P\text{-}P}$ Noise<br>• Better Dry Starts Due to Much Improved Real World CMRR and High Input Impedance<br>  • Fully Differential Input Structure with CMRR > 100dB<br>• Offers Better Common-Mode to Differential Mode Conversion Due to High Input Impedance<br>  • High Input Impedance > 500MΩ for Extremely Low Common-to-Differential Mode Conversion<br>• Minimum Signal Attenuation at the Input During Dry Start Due to High Electrode Impedance<br>• High DC Offset Range of ±650mV (1.8V, typ) Allows to Be Used with Wide Variety of Electrodes<br>• High AC Dynamic Range of $65mV_{P\text{-}P}$ Will Help the AFE Not Saturate in the Presence of Motion/Direct Electrode Hits<br>• Longer Battery Life Compared to Competing Solutions<br>  • 85μW at 1.1V Supply Voltage<br>• Leads-On Interrupt Feature Allows to Keep μC in Deep Sleep Mode with RTC Off Until Valid Lead Condition is Detected<br>  • Lead-On Detect Current: 0.7μA (typ)<br><br>(MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <div style="text-align:left">• Built-In Heart Rate Detection with Interrupt Feature Eliminates the Need to Run HR Algorithm on the µController<br>  • Robust R-R Detection in High Motion Environment at Extremely Low Power<br>• Configurable Interrupts Allows the µC Wake-Up Only on Every Heart Beat Reducing the Overall System Power<br>• High Accuracy Allows for More Physiological Data Extractions<br>• 32-Word FIFO Allows You to Wake Up µController Every 256ms with Full ECG Acquisition<br>• High-Speed SPI Interface<br>• Shutdown Current of 0.5µA (typ)</div><br>(MAX30003 Datasheet)<br><br>### R-to-R Detection<br>The MAX30003 contains built-in hardware to detect R-R intervals using an adaptation of the Pan-Tompkins QRS detection algorithm[1]. The timing resolution of the R-R interval is approximately 8ms and depends on the setting of FMSTR [1:0] in CNFG_GEN (0x10) register. See Table 22 for the timing resolution of each setting.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | **ANALOG DEVICES** <br><br> *Click here to ask an associate for production status of specific part numbers.* <br> MAX32665/MAX32666    Low-Power Arm Cortex-M4 with FPU-Based Microcontroller with Bluetooth 5 for Wearables <br><br> **General Description** <br><br> DARWIN is a new breed of low-power microcontrollers built to thrive in the rapidly evolving Internet of Things (IoT). They are smart, with the biggest memories in their class and a massively scalable memory architecture. They run forever, thanks to wearable-grade power technology. They are durable enough to withstand the most advanced cyberattacks. DARWIN microcontrollers are designed to run any application imaginable—in places where you would not dream of sending other microcontrollers. <br><br> Generation UB microcontrollers are designed to handle the increasingly complex applications demanded by today's advanced battery-powered devices and wirelessly connected devices, while providing robust hardware security and Bluetooth® 5 Low Energy (Bluetooth LE) radio connectivity. <br><br> The MAX32665/MAX32666 UB class microcontrollers are advanced systems-on-chips featuring an Arm® Cortex®-M4 with FPU CPU for efficient computation of complex functions and algorithms with integrated power management. It also includes the newest generation Bluetooth 5 LE radio with support for long range (4x) and high throughput (2Mbps) and ADI's best-in-class hardware security suite trust protection unit (TPU). The devices offer large on-board memory with 1MB flash and 560KB SRAM. Split flash banks of 512KB each support seamless over-the-air upgrades, adding an additional degree of reliability. Memory scalability of data (SRAM) and code (Flash) space is supported by two SPI execute-in-place (SPIX) interfaces. <br><br> (MAX32666 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Multiple high-speed interfaces are supported including HS-USB, secure digital interface (SD, SDIO, MMC, SD-HC, and microSD™), SPI, UART, and $I^2C$ serial interfaces, and an audio subsystem supporting PDM, PCM, $I^2S$, and TDM interfaces. An 8-input, 10-bit ADC is available to monitor analog inputs from external sensors and meters. The devices are available in 109-bump WLP (0.35mm pitch) and 121-bump CTBGA (0.65mm pitch).<br><br>**Applications**<br>• Connected Home<br>• Industrial Sensors<br>• Payment/Fitness/Medical Wearables<br>• Telemedicine<br>• Gaming Devices<br>• Hearables<br><br>(MAX32666 Datasheet)<br><br>**Benefits and Features**<br>• High-Efficiency Microcontroller and Audio DSP for Wearable and Hearable Devices<br>  • Arm Cortex-M4 with FPU Up to 96MHz<br>  • Optional Second Arm Cortex-M4 with FPU Optimized for Data Processing<br>  • Low-Power, 7.3728MHz System Clock Option<br>  • 1MB Flash, Organized into Dual Banks 2 x 512KB<br>  • 560KB SRAM; 3 x 16KB Cache<br>• Bluetooth 5 Low Energy Radio<br>  • 1Mbps and 2Mbps Data Throughput<br>  • Long Range (125kbps and 500kbps)<br>  • Advertising Extension<br>  • Rx Sensitivity: -95dbm; Tx Power Up to +4.5dbm<br>  • On-Chip Matching with Single-Ended Antenna Port<br><br>(MAX32666 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | **MAX32665/MAX32666**<br><br>The MAX32665/MAX32666 are Arm Cortex-M4 with FPU-based microcontrollers with 1MB flash and 560KB SRAM. They are ideal for wearable medical fitness applications. A second Arm Cortex-M4 with FPU supporting ROM and cache supports extended data processing capabilities such as audio processing for wireless Bluetooth applications.<br><br>The architecture includes a Bluetooth 5 Low Energy radio. The devices feature five powerful and flexible power modes. The flash memory is split into two banks of 512KB to provide flexibility when programming over the air. A built-in single inductor multiple output (SIMO) switch mode power supply allows the device to be optionally self-powered by a primary lithium cell. Dedicated hardware runs the Bluetooth 5 Low Energy stack freeing the CPUs for data processing tasks. Built-in dynamic clock gating and firmware-controlled power gating allow the user to optimize power for the specific application. Multiple SPI, UART, and I$^2$C serial interfaces, 1-Wire Master, and USB 2.0 High-Speed Device interface allow interconnection to a wide variety of external sensors. An audio subsystem supports PDM, PCM, I$^2$S, and TDM. An 8-input, 10-bit ADC is available to monitor analog input from external sensors and meters.<br><br>The MAX32666 incorporates a trust protection unit (TPU) with encryption and advanced security features. These features include a modular arithmetic accelerator (MAA) for fast ECDSA, a hardware AES engine, a hardware TRNG entropy generator, a SHA-2 accelerator, and a secure bootloader.<br><br>All devices are available in a 109-bump WLP with 0.35mm pitch and a 121-bump CTBGA with 0.65mm pitch packages.<br><br>(MAX32666 Datasheet)<br><br><br>**Arm Cortex-M4 with FPU Processor**<br><br>The Arm Cortex-M4 with FPU processors CPU0 and CPU1 are ideal for the emerging category of wearable medical and wellness applications. The architecture combines high-efficiency signal processing functionality with low power, low cost, and ease of use.<br><br>The Arm Cortex-M4 with FPU DSP supports single instruction multiple data (SIMD) path DSP extensions, providing:<br><br>● Four parallel 8-bit add/sub<br>● Floating point single precision<br>● Two parallel 16-bit add/sub<br>● Two parallel MACs<br>● 32- or 64-bit accumulate<br>● Signed, unsigned, data with or without saturation<br><br>(MAX32666 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[e] wherein the at least one current-limiting defibrillation protection resistor is electrically disposed between at least one of the plurality of electrical connections and the ECG electronics module. | ***The Accused Instrumentalities include at least one current-limiting defibrillation protection resistor electrically disposed between at least one of the plurality of electrical connections and the ECG electronics module.***  The Zio Monitor satisfies 1[e] because the resistor is electrically disposed between at least one of the plurality of electrical connections and the ECG electronics module.<br><br><br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown) (Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  (MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
|  | ![ANALOG DEVICES] <br><br> Click *here* to ask an associate for production status of specific part numbers. <br><br> Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003** <br><br> **General Description** <br><br> The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection. <br><br> The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery. <br><br> The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range. <br><br> (MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | <br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Input MUX**<br><br>The ECG input MUX shown in Figure 3 contains integrated ESD and EMI protection, DC leads off detect current sources, lead-on detect, series isolation switches, lead biasing, and a programmable calibration voltage source to enable channel built in self-test.<br><br>**EMI Filtering and ESD Protection**<br>EMI filtering of the ECGP and ECGN inputs consists of a single pole, low pass, differential, and common mode filter with the pole located at approximately 2MHz. The ECGP and ECGN inputs also have input clamps that protect the inputs from ESD events.<br><br>• ±8kV using the Contact Discharge method specified in IEC61000-4-2 ESD<br>• ±15kV using the Air Gap Discharge method specified in IEC61000-4-2 ESD<br>• ±8kV HBM<br>• For IEC61000-4-2 ESD protection, use 1kΩ series resistors on ECGP and ECGN that is rated to with-stand 8kV surge voltages.<br><br>(MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  |

(MAX30003 Datasheet)

**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**

| INDEX | NAME | DEFAULT | FUNCTION |
|---|---|---|---|
| D[3:2] | RBIASV[1:0] | 01 | Resistive Bias Mode Value Selection<br>00 = $R_{BIAS}$ = 50MΩ<br>01 = $R_{BIAS}$ = 100MΩ<br>10 = $R_{BIAS}$ = 200MΩ<br>11 = Reserved. Do not use. |
| D[1] | RBIASP | 0 | Enables Resistive Bias on Positive Input<br>0 = ECGP is not resistively connected to $V_{MID}$<br>1 = ECGP is connected to $V_{MID}$ through a resistor (selected by RBIASV). |
| D[0] | RBIASN | 0 | Enables Resistive Bias on Negative Input<br>0 = ECGN is not resistively connected to $V_{MID}$<br>1 = ECGN is connected to $V_{MID}$ through a resistor (selected by RBIASV). |

Table 22 shows the ECG data rates that can be realized with various setting of FMSTR, along with RATE configuration bits available in the CNFG_ECG register. Note FMSTR also determines the timing resolution of the CAL waveform generator.

(MAX30003 Datasheet)

Page 64 of 70

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | **Timing Characteristics (continued)**<br>($V_{DVDD} = V_{AVDD} = +1.1V$ to $+2.0V$, $V_{OVDD} = +1.65V$ to $+3.6V$, $T_A = T_{MIN}$ to $T_{MAX}$, unless otherwise noted. Typical values are at $V_{DVDD} = +1.8V$, $V_{OVDD} = +2.5V$, $T_A = +25°C$.) (Notes 2, 3)<br><br>{{TABLE}}<br>**Note 2:** Limits are 100% tested at $T_A = +25°C$. Limits over the operating temperature range and relevant supply voltage range are guaranteed by design and characterization.<br>**Note 3:** Guaranteed by design and characterization. Not tested in production.<br>**Note 4:** One electrode drive with $<10\Omega$ source impedance, the other driven with $51k\Omega$ in parallel with a 47nF per IEC60601-2-47.<br>**Note 5:** Inputs connected to $51k\Omega$ in parallel with a 47nF to $V_{CM}$.<br>**Note 6:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.65V$.<br>**Note 7:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.55V$.<br>**Note 8:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.45V$.<br>**Note 9:** This specification defines the accuracy of the calibration voltage source as applied to the ECG input, not as measured through the ADC channel.<br>**Note 10:** $f_{SCLK} = 4MHz$, burst mode, EFIT = 8, $C_{SDO} = C_{INTB} = 50pF$.<br>**Note 11:** ESD test performed with $1k\Omega$ series resistor designed to withstand 8kV surge voltage.<br><br>(MAX30003 Datasheet)<br><br>But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

Table referenced above:

| PARAMETER | SYMBOL | CONDITIONS | MIN | TYP | MAX | UNITS |
|-----------|--------|------------|-----|-----|-----|-------|
| CSB Fall to SDO Fall | $t_{DOE}$ | Enable time, $C_{LOAD} = 20pf$ |  |  | 30 | ns |
| CSB Rise to SDO Hi-Z | $t_{DOZ}$ | Disable time |  |  | 35 | ns |
| FCLK Frequency | $f_{FCLK}$ | External reference clock |  | 32.768 |  | kHz |
| FCLK Period | $t_{FP}$ |  |  | 30.52 |  | µs |
| FCLK Pulse-Width High | $t_{FH}$ | 50% duty cycle assumed |  | 15.26 |  | µs |
| FCLK Pulse-Width Low | $t_{FL}$ | 50% duty cycle assumed |  | 15.26 |  | µs |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Day: From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves to figure out how to effectively fit in the smallest possible form factor, which for us was motivated a lot by the size of our battery, which is just a standard, easily available, and fortunately easily recyclable coin cell battery. We challenged ourselves to figure out how to miniaturize the device down to the level of one of those coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | As shown in FIG. **10B**, in some embodiments, one or more resistors **614** may be disposed within the electrical traces **611**, **612**. The resistors **614** may comprise a conductive material of increased resistance over the conductive material(s) (e.g., silver and/or silver chloride) used to generally conduct electricity between the electrodes **350** and the PCBA **120**. For example, the resistors **614** may comprise carbon and/or increased amounts of carbon as compared to the electrical traces **611**, **612**. In some embodiments, the resistors may have a resistance that is at least approximately about: 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, or 100 kiloohms (kΩ). The material of the resistor **614** may be selected to reduce or minimize "popcorn" noise or 1/f noise. As shown in FIGS. **10A-10C**, the resistors **614** may intersect the conductive path of the electrical traces **611**, **612** between the electrode interface portion **310** and the electrocardiogram interface portion **313** such that they are disposed in-line with the conductive material of the electrical traces **611**, **612**. The resistors **614** may be disposed on a housing portion of the trace layer **609** such that they are enclosed within the housing **115**. The resistors **614** may be disposed (e.g., printed) onto the substrate layer **613** in the same manner or a different manner from the conductive material of the electrical traces **611**, **612**. The resistors **614** may replace resistors that would otherwise be disposed on the PCBA **120**, thereby potentially providing space-saving advantages. In some embodiments, the resistors **614** may be used to reduce the current that travels along the electrical circuit formed by the body and the interfacing electrodes **350**. The resistors **614** may act as a safety feature that allows the physiological monitoring device **100** to be suitable for use with a patient.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  FIG. 10B  (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system. <br><br> US Patent Numbers*: <br><br> 8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States. <br><br> (https://www.irhythmtech.com/content/patents-trademarks) |

# Exhibit 39

**Claim Chart for U.S. Patent No. 8,750,974 ("the '974 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, the Next-generation Zio Monitor by iRhythm (the "Zio Monitor").  The Accused Instrumentalities infringe the identified claims of the '974 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).  The Accused Instrumentalities infringe such claims literally and, to the extent not literally, under the doctrine of equivalents.

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[pre] A method for providing high voltage circuit protection for a patient monitor, the method comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a method for providing high voltage circuit protection for a patient monitor.***  The Zio Monitor satisfies 1[pre] because the Zio Monitor is an ECG monitoring device that is worn on the patient's body.  Further, the Zio Monitor includes a circuit with a resistor for protecting the Zio Monitor. <br><br>  <br> Zio Monitor <br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>Next-generation Zio® monitor<br>Long-Term Continuous Monitoring Service<br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  (Zio Monitor Teardown) <br><br> (Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(Zio Monitor Teardown) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(Zio Monitor Teardown) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
|  |  (Zio Monitor Teardown) But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length. (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | Day: From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves to figure out how to effectively fit in the smallest possible form factor, which for us was motivated a lot by the size of our battery, which is just a standard, easily available, and fortunately easily recyclable coin cell battery. We challenged ourselves to figure out how to miniaturize the device down to the level of one of those coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves. (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | As shown in FIG. **10B**, in some embodiments, one or more resistors **614** may be disposed within the electrical traces **611**, **612**. The resistors **614** may comprise a conductive material of increased resistance over the conductive material(s) (e.g., silver and/or silver chloride) used to generally conduct electricity between the electrodes **350** and the PCBA **120**. For example, the resistors **614** may comprise carbon and/or increased amounts of carbon as compared to the electrical traces **611**, **612**. In some embodiments, the resistors may have a resistance that is at least approximately about: 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, or 100 kiloohms (k$\Omega$). The material of the resistor **614** may be selected to reduce or minimize "popcorn" noise or 1/f noise. As shown in FIGS. **10A-10C**, the resistors **614** may intersect the conductive path of the electrical traces **611**, **612** between the electrode interface portion **310** and the electrocardiogram interface portion **313** such that they are disposed in-line with the conductive material of the electrical traces **611**, **612**. The resistors **614** may be disposed on a housing portion of the trace layer **609** such that they are enclosed within the housing **115**. The resistors **614** may be disposed (e.g., printed) onto the substrate layer **613** in the same manner or a different manner from the conductive material of the electrical traces **611**, **612**. The resistors **614** may replace resistors that would otherwise be disposed on the PCBA **120**, thereby potentially providing space-saving advantages. In some embodiments, the resistors **614** may be used to reduce the current that travels along the electrical circuit formed by the body and the interfacing electrodes **350**. The resistors **614** may act as a safety feature that allows the physiological monitoring device **100** to be suitable for use with a patient.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  FIG. 10B (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system.<br><br>US Patent Numbers*:<br><br>8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States.<br><br>(https://www.irhythmtech.com/content/patents-trademarks) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[a] providing a substrate that supports one or more electrical connections to a patient's body; | ***The Accused Instrumentalities include providing a substrate that supports one or more electrical connections to a patient's body.*** The Zio Monitor satisfies 1[a] because the Zio Monitor includes a substrate that supports one or more electrical connections to a patient's body.  Zio Monitor <br><br> (https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>**Next-generation Zio® monitor**<br>Long-Term Continuous Monitoring Service<br><br>Introducing the Zio monitor—designed to be lighter, smaller, and thinner, while building on the high performance of Zio XT.[5-8]<br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://go.irhythmtech.com/hubfs/LB10117.01%20-%20ZIO%20MONITOR%20INSTRUCTIONS%20FOR%20USE%2c%20PRINTED%20(2).pdf)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (Zio Monitor Teardown)<br><br>(Zio Monitor Teardown) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | <br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **ANALOG DEVICES**<br><br>Evaluation Kit Available · Design Resources · Tools and Models · Support<br>*Click here to ask an associate for production status of specific part numbers.*<br><br>Ultra-Low Power, Single-Channel Integrated Biopotential (ECG, R-to-R Detection) AFE    **MAX30003**<br><br>**General Description**<br><br>The MAX30003 is a complete, biopotential, analog front-end solution for wearable applications. It offers high performance for clinical and fitness applications, with ultra-low power for long battery life. The MAX30003 is a single biopotential channel providing ECG waveforms and heart rate detection.<br><br>The biopotential channel has ESD protection, EMI filtering, internal lead biasing, DC leads-off detection, ultra-low power leads-on detection during standby mode, and extensive calibration voltages for built-in self-test. Soft power-up sequencing ensures no large transients are injected into the electrodes. The biopotential channel also has high input impedance, low noise, high CMRR, programmable gain, various low-pass and high-pass filter options, and a high resolution analog-to-digital converter. The biopotential channel is DC coupled, can handle large electrode voltage offsets, and has a fast recovery mode to quickly recover from overdrive conditions, such as defibrillation and electrosurgery.<br><br>The MAX30003 is available in a 28-pin TQFN and 30-bump wafer-level package (WLP), operating over the 0°C to +70°C commercial temperature range.<br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br><br>(MAX30003 Datasheet) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | **Input MUX**<br><br>The ECG input MUX shown in Figure 3 contains integrated ESD and EMI protection, DC leads off detect current sources, lead-on detect, series isolation switches, lead biasing, and a programmable calibration voltage source to enable channel built in self-test.<br><br>**EMI Filtering and ESD Protection**<br>EMI filtering of the ECGP and ECGN inputs consists of a single pole, low pass, differential, and common mode filter with the pole located at approximately 2MHz. The ECGP and ECGN inputs also have input clamps that protect the inputs from ESD events.<br><br>• ±8kV using the Contact Discharge method specified in IEC61000-4-2 ESD<br>• ±15kV using the Air Gap Discharge method specified in IEC61000-4-2 ESD<br>• ±8kV HBM<br>• For IEC61000-4-2 ESD protection, use 1kΩ series resistors on ECGP and ECGN that is rated to withstand 8kV surge voltages.<br><br>(MAX30003 Datasheet) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| |  Figure 3. ECG Input MUX<br><br>(MAX30003 Datasheet)<br><br>**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**<br><br>(MAX30003 Datasheet) |

**Table 21. CNFG_GEN (0x10) Register Functionality (continued)**

| INDEX | NAME | DEFAULT | FUNCTION |
|---|---|---|---|
| D[3:2] | RBIASV[1:0] | 01 | Resistive Bias Mode Value Selection<br>00 = $R_{BIAS}$ = 50MΩ<br>01 = $R_{BIAS}$ = 100MΩ<br>10 = $R_{BIAS}$ = 200MΩ<br>11 = Reserved. Do not use. |
| D[1] | RBIASP | 0 | Enables Resistive Bias on Positive Input<br>0 = ECGP is not resistively connected to $V_{MID}$<br>1 = ECGP is connected to $V_{MID}$ through a resistor (selected by RBIASV). |
| D[0] | RBIASN | 0 | Enables Resistive Bias on Negative Input<br>0 = ECGN is not resistively connected to $V_{MID}$<br>1 = ECGN is connected to $V_{MID}$ through a resistor (selected by RBIASV). |

Table 22 shows the ECG data rates that can be realized with various setting of FMSTR, along with RATE configuration bits available in the CNFG_ECG register. Note FMSTR also determines the timing resolution of the CAL waveform generator.

(MAX30003 Datasheet)

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Timing Characteristics (continued)**<br>($V_{DVDD} = V_{AVDD} = +1.1V$ to $+2.0V$, $V_{OVDD} = +1.65V$ to $+3.6V$, $T_A = T_{MIN}$ to $T_{MAX}$, unless otherwise noted. Typical values are at $V_{DVDD} = +1.8V$, $V_{OVDD} = +2.5V$, $T_A = +25°C$.) (Notes 2, 3)<br><br>Table and notes below |

Table:

| PARAMETER | SYMBOL | CONDITIONS | MIN | TYP | MAX | UNITS |
|---|---|---|---|---|---|---|
| CSB Fall to SDO Fall | $t_{DOE}$ | Enable time, $C_{LOAD} = 20pf$ | | | 30 | ns |
| CSB Rise to SDO Hi-Z | $t_{DOZ}$ | Disable time | | | 35 | ns |
| FCLK Frequency | $f_{FCLK}$ | External reference clock | | 32.768 | | kHz |
| FCLK Period | $t_{FP}$ | | | 30.52 | | µs |
| FCLK Pulse-Width High | $t_{FH}$ | 50% duty cycle assumed | | 15.26 | | µs |
| FCLK Pulse-Width Low | $t_{FL}$ | 50% duty cycle assumed | | 15.26 | | µs |

**Note 2:** Limits are 100% tested at $T_A = +25°C$. Limits over the operating temperature range and relevant supply voltage range are guaranteed by design and characterization.
**Note 3:** Guaranteed by design and characterization. Not tested in production.
**Note 4:** One electrode drive with <10Ω source impedance, the other driven with 51kΩ in parallel with a 47nF per IEC60601-2-47.
**Note 5:** Inputs connected to 51kΩ in parallel with a 47nF to $V_{CM}$.
**Note 6:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.65V$.
**Note 7:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.55V$.
**Note 8:** Use this setting only for $V_{AVDD} = V_{DVDD} \geq 1.45V$.
**Note 9:** This specification defines the accuracy of the calibration voltage source as applied to the ECG input, not as measured through the ADC channel.
**Note 10:** $f_{SCLK} = 4MHz$, burst mode, EFIT = 8, $C_{SDO} = C_{INTB} = 50pF$.
**Note 11:** ESD test performed with 1kΩ series resistor designed to withstand 8kV surge voltage.

(MAX30003 Datasheet)

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[b] determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate; | ***The Accused Instrumentalities include determining a print pattern and thickness of a first material having a first resistivity to be printed on the substrate.*** The Zio Monitor satisfies 1[b] because the Zio Monitor includes a conductive trace with a resistivity (i.e., first material having a first resistivity) that is printed on the substrate.<br><br><br><br>(https://go.irhythmtech.com/hubfs/LB10117.01%20-%20ZIO%20MONITOR%20INSTRUCTIONS%20FOR%20USE%2c%20PRINTED%20(2).pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  (https://www.irhythmtech.com/providers/zio-service/zio-monitors)<br><br>(Zio Monitor Teardown) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | FIGS. **10A-10C** schematically illustrate alternative examples of trace layer **609**. The trace layer **609** may comprise an electrical trace **611, 612** for each electrode **350** (such as shown in FIG. **3B**) of the physiological monitoring device **100**. The electrical traces **611, 612** may be disposed on (e.g., printed onto) a non-conductive insulating layer **613**. In some embodiments, the insulating layer **613** may comprise a polyester, such as polyethylene terephthalate (PET) and/or another non-conductive polymer. One or more of the<br><br>electrical traces **611, 612** may be disposed on the same insulating layer **613**. The insulating layer **613** may be configured to maintain a separation between the electrical traces **611, 612** that are coupled to distinct electrodes **350**. The electrical traces **611, 612** may extend from the electrodes **350** into the housing **115** to make electrical contact with the PCBA **120**. In some embodiments, such as embodiments in which the physiological monitoring device **100** comprises two opposite wings **130, 131** arranged generally collinear with one another, the electrical traces **611, 612** may extend generally collinearly along a direction defining a longitudinal axis of the device. A transverse axis may be defined substantially perpendicular to the longitudinal axis. The longitudinal axis and/or the transverse axis may substantially bisect the housing **115** of the physiological monitoring device **100**.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  **FIG. 10C** (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) The material and thickness of electrode traces **311**, **312** are important for providing a desired combination of flexibility, durability and signal transmission. For example, in (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The thickness of the electrode traces **311**, **312** may be selected to optimize any of a number of desirable properties. For example, in some embodiments, at least one of the layers of electrode traces **311**, **312** can be of a sufficient thickness to minimize or slow depletion of the material from an anode/cathode effect over time. Additionally, the thickness may be selected for a desired flexibility, durability and/or signal transmission quality. (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system.<br><br>US Patent Numbers*:<br><br>8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States.<br>(https://www.irhythmtech.com/content/patents-trademarks) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| 1[c] determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate; | ***The Accused Instrumentalities include determining a print pattern and thickness of a second material having a second resistivity to be printed on the substrate.*** The Zio Monitor satisfies 1[c] because the Zio Monitor includes a resistor with a resistivity (i.e., a second material having a second resistivity) that is printed on the substrate.<br><br><br><br>Zio Monitor<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **ZIO MONITOR SYSTEM**<br><br>The Zio Monitor System is the next generation of the Zio XT System, and is a prescription-only, remote ECG monitoring system that consists of the Zio Monitor patch that records the electric signal from the heart continuously for up to 14 days and the ZEUS System, which supports the capture and analysis of ECG data recorded by the Zio Monitor patch at the end of the wear period, including specific arrhythmia events detected by the ZEUS algorithm.<br><br>(https://s201.q4cdn.com/653785554/files/doc_downloads/V4_-_iRhythm_ESG_Report_2023.pdf)<br><br><br><br>(https://www.irhythmtech.com/providers/zio-service/zio-monitors) |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  |
|  | (Zio Monitor Teardown) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| |  (Zio Monitor Teardown) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | But Mark Day, the chief technology officer at iRhythm, told *MD+DI* that the goal in designing the Zio monitor wasn't just to make it smaller, but to deliver a better patient wear experience. Below is a Q&A based on our conversation with Day, in which he explains why the company made these design changes, and how it accomplished it from an engineering perspective. The responses have been edited for length.<br><br>(https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| | Day: From a technical viewpoint what we did was really to leverage a lot of advances not just in microprocessor efficiency, which is certainly part of it in terms of miniaturization as well as energy efficiency, but also we really challenged ourselves to figure out how to effectively fit in the smallest possible form factor, which for us was motivated a lot by the size of our battery, which is just a standard, easily available, and fortunately easily recyclable coin cell battery. We challenged ourselves to figure out how to miniaturize the device down to the level of one of those coin cells instead of the two that the Zio XT device uses. And that became feasible by the advances in microelectronic microprocessor efficiency and size as well through its miniaturization. But it also required a lot of really complicated dynamics from an electrical engineering perspective to figure out how to get all the components of a wearable medical device and a biosensor onto that small form factor. So, miniaturization was focused on very clever ways of handling some of the larger components, which for example involved moving some of the big resistors that are required on the device to the more flexible part of the patch instead of on the actual printed circuit board in the housing. And this is a patented feature that we've already received a patent on it and we're pursuing more around it, but it was the idea that these three big resistors are not too big in terms of the homage that they have but also in terms of the size that they are. So, if you put them on the circuit board, they are these pretty big components, so we realized pretty early on that we couldn't really do that and still fit the design constraints. So, we innovated a different way, which was to integrate it into the ECG tracings themselves. <br><br> (https://www.mddionline.com/cardiovascular/behind-the-design-how-irhythm-built-its-new-zio-monitor) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | As shown in FIG. **10B**, in some embodiments, one or more resistors **614** may be disposed within the electrical traces **611, 612**. The resistors **614** may comprise a conductive material of increased resistance over the conductive material(s) (e.g., silver and/or silver chloride) used to generally conduct electricity between the electrodes **350** and the PCBA **120**. For example, the resistors **614** may comprise carbon and/or increased amounts of carbon as compared to the electrical traces **611, 612**. In some embodiments, the resistors may have a resistance that is at least approximately about: 50, 55, 60, 65, 70, 75, 80, 85, 90, 95, or 100 kiloohms (k$\Omega$). The material of the resistor **614** may be selected to reduce or minimize "popcorn" noise or 1/f noise. As shown in FIGS. **10A-10C**, the resistors **614** may intersect the conductive path of the electrical traces **611, 612** between the electrode interface portion **310** and the electrocardiogram interface portion **313** such that they are disposed in-line with the conductive material of the electrical traces **611, 612**. The resistors **614** may be disposed on a housing portion of the trace layer **609** such that they are enclosed within the housing **115**. The resistors **614** may be disposed (e.g., printed) onto the substrate layer **613** in the same manner or a different manner from the conductive material of the electrical traces **611, 612**. The resistors **614** may replace resistors that would otherwise be disposed on the PCBA **120**, thereby potentially providing space-saving advantages. In some embodiments, the resistors **614** may be used to reduce the current that travels along the electrical circuit formed by the body and the interfacing electrodes **350**. The resistors **614** may act as a safety feature that allows the physiological monitoring device **100** to be suitable for use with a patient.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  FIG. 10B (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) The material and thickness of electrode traces **311, 312** are important for providing a desired combination of flexibility, durability and signal transmission. For example, in (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The thickness of the electrode traces **311**, **312** may be selected to optimize any of a number of desirable properties. For example, in some embodiments, at least one of the layers of electrode traces **311**, **312** can be of a sufficient thickness to minimize or slow depletion of the material from an anode/cathode effect over time. Additionally, the thickness may be selected for a desired flexibility, durability and/or signal transmission quality.<br><br>(https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | Referring now to the embodiments in FIGS. **2**A and **2**B, printed circuit board assembly **120** (or PCBA) may include a top surface **220**, a bottom surface **230**, a patient trigger input **210** and spring contacts **235**, **236**, and **237**. Printed circuit board assembly **120** may be used to mechanically support and electrically connect electronic components using conductive pathways, tracks or electrode traces **311**, **312**. Furthermore, because of the sensitive nature of PCBA **120** and the requirement to mechanically interface with rigid body **115**, it is beneficial to have PCBA **120** be substantially rigid enough to prevent unwanted deflections which may introduce noise or artifact into the ECG signal. This is especially possible during patient trigger activations when a force is transmitted through rigid body **115** and into PCBA **120**. One way to ensure rigidity of the PCBA is in some embodiments, to ensure that the thickness of the PCBA is relatively above a certain value. For example, a thickness of at least about 0.08 cm is desirable and, more preferably, a thickness of at least about 0.17 cm is desirable. In this application, PCBA **120** may also be referred to as, or substituted with, a printed circuit board (PCB), printed wiring board (PWB), etched wiring board, or printed circuit assembly (PCA). In some embodiments, a wire wrap or point-to-point construction may be used in addition to, or in place of, PCBA **120**. PCBA **120** may include analog circuits and digital circuits. (https://patentimages.storage.googleapis.com/12/7b/34/ee9a6b3db2a824/US11399760.pdf) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
|  | This web page is provided to satisfy the virtual patent marking provisions of various jurisdictions including the virtual patent marking provisions of the America Invents Act and provide notice under 35 U.S.C. §287(a), that the iRhythm Technologies' Zio patch products and related services, including but not limited to the Zio patch, Zio XT, Zio AT, and Zio MCT trademarked products, are covered by or for use under one or more of the patents listed below. Zio patch products and related services are covered by or for use under one or more international patents or international patent applications. Zio patch products and related services not listed here may be protected by one or more patents in the United States and other international jurisdictions and may be covered by patents in the United States and other international jurisdictions that are not listed. iRhythm Technologies' Zio patch products and related services may be sold individually or as part of a combination product or system.<br><br>US Patent Numbers*:<br><br>8,538,503; 8,560,046; 9,173,670; 9,241,649; 9,451,975; 9,597,004; 9,955,887; 10,098,559; 10,271,754; 10,299,691; D852965; D854167; 10,405,799; 10,517,500; 11,141,091; 10,555,683; 11,627,902; 11,051,738; 10,667,712; 10,813,565; 11,605,458; 11,289,197; 11,350,864; 11,350,865; 11,589,792; 11,337,632; 11,504,041; 11,246,523; 11,399,760; 11,246,524; 11,382,555; 11,083,371; 11,253,185; 11,253,186; 11,375,941 and 11,497,432. Additional patents are pending in the United States.<br><br>(https://www.irhythmtech.com/content/patents-trademarks) |

| **Claim 1** | **Accused Instrumentalities** |
|---|---|
| 1[d] printing the first material onto the substrate; and | ***The Accused Instrumentalities include printing the first material onto the substrate.***  The Zio Monitor satisfies 1[d] because the Zio Monitor includes printing the conductive trace (i.e., a first material) onto the substrate.  *See* 1[b]. |
| 1[e] printing the second material onto the substrate wherein at least part of the second the material overlays the first material. | ***The Accused Instrumentalities include printing the second material onto the substrate wherein at least part of the second the material overlays the first material.***  The Zio Monitor satisfies 1[e] because the Zio Monitor includes a resistor (i.e., a second material) that is printed on the substrate.  *See* 1[c].  Further, at least part of the resistor overlays the conductive trace (i.e., a first material).  *See* 1[b]-1[c]. |