**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WELCH ALLYN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRHYTHM TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 24-224-MN <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that prior to 5:00 p.m. on March 14, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES (NOS. 1–9)

PLAINTIFF WELCH ALLYN, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1–45)

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Melanie L. Mayer |
| Brian P. Egan | FENWICK & W EST LLP |
| MORRIS, NICHOLS, ARSHT | 401 Union Street, 5th Floor |
| & TUNNELL LLP | Seattle, WA 98101 |
| 1201 North Market Street | (206) 389- 4510 |
| P.O. Box 1347 | mmayer@fenwick.com |
| Wilmington, DE 19899 | |
| 302-351-9454 | |
| jblumenfeld@mnat.com | |
| began@mnat.com | |
| | |
| J. David Hadden | Robert Counihan |
| Allen Wang | FENWICK & WEST LLP |
| FENWICK & W EST LLP | 902 Broadway, 18th Floor |
| 801 California Street | New York, NY 10010 |
| Mountain View, CA 94041 | (212) 430- 2600 |
| (650) 988-8500 | rcounihan@fenwick.com |
| dhadden@fenwick.com | |
| allen.wang@fenwick.com | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Jeffrey R. Gargano | By:  /s/ Philip A. Rovner |
| Devon C. Beane | Philip A. Rovner (#3215) |
| Melissa M. Haulcomb | P.O. Box 951 |
| Rebekah Hill | Wilmington, DE 19899 |
| K&L GATES LLP | (302) 984-6000 |
| 70 W. Madison St., Suite 3300 | provner@potteranderson.com |
| Chicago, IL 60602 | |
| (312) 372-1121 | *Attorneys for Plaintiff Welch Allyn, Inc.* |

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated:  March 14, 2025
12114500

2