# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-224-MN ) ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 pm on June 17, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF MARK DAY

## BY EMAIL

Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
began@mnat.com
ccucuzzella@morrisnichols.com

Melanie L. Mayer
FENWICK & W EST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & W EST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

Robert Counihan
Retley G. Locke, Jr.
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com
RLocke@fenwick.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Jeffrey R. Gargano | By: /s/ *Philip A. Rovner* |
| Devon C. Beane | Philip A. Rovner (#3215) |
| Melissa M. Haulcomb | Andrew M. Moshos (#6685) |
| Rebekah Hill | Hercules Plaza |
| Jared R. Lund | P.O. Box 951 |
| K&L GATES LLP | Wilmington, DE  19899 |
| 70 W. Madison St., Suite 3300 | (302) 984-6000 |
| Chicago, IL 60602 | provner@potteranderson.com |
| (312) 372-1121 | amoshos@potteranderson.com |
| | |
| Erik J. Halverson | *Attorneys for Plaintiff Welch Allyn, Inc.* |
| K&L GATES LLP | |
| 4 Embarcadero Center, Suite 1200 | |
| San Francisco, CA 94111 | |
| (415) 882-8200 | |

Dated:  June 17, 2025
12307028