# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-224-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 pm on June 26, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT IRHYTHM TECHNOLOGIES, INC. (NOS. 8-9)

## BY EMAIL

Brian P. Egan
Lucinda C. Cucuzzella
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
began@mnat.com
ccucuzzella@morrisnichols.com

Melanie L. Mayer
FENWICK & W EST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & W EST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

Robert Counihan
Retley G. Locke, Jr.
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com
RLocke@fenwick.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
Jared R. Lund
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

Dated: June 26, 2025
12307028

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Plaintiff Welch Allyn, Inc.*