# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 24-224-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 pm on July 7, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 10–12)

PLAINTIFF WELCH ALLYN, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 46–80)
[HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY]

**BY EMAIL**

| | |
|---|---|
| Brian P. Egan<br>Lucinda C. Cucuzzella<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-351-9454<br>began@mnat.com<br>ccucuzzella@morrisnichols.com | Melanie L. Mayer<br>FENWICK & W EST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>(206) 389- 4510<br>mmayer@fenwick.com |
| J. David Hadden<br>Allen Wang<br>FENWICK & W EST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>dhadden@fenwick.com<br>allen.wang@fenwick.com<br>iRhythm-WelchAllyn@fenwick.com | Robert Counihan<br>Retley G. Locke, Jr.<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>(212) 430- 2600<br>rcounihan@fenwick.com<br>RLocke@fenwick.com |

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
Rebekah Hill
Jared R. Lund
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200

*Attorneys for Plaintiff Welch Allyn, Inc.*

Dated:  July 7, 2025
12344631