# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-224 (MN) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on November 18, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S FINAL INFRINGEMENT CONTENTIONS

### VIA ELECTRONIC MAIL

Brian P. Egan
Megan E. Dellinger
Paul Steingraber
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@mnat.com
mdellinger@morrisnichols.com
esteingraber@morrisnichols.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

J. David Hadden
Allen Wang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
allen.wang@fenwick.com
iRhythm-WelchAllyn@fenwick.com

Robert Counihan
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
(212) 430- 2600
rcounihan@fenwick.com
iRhythm-WelchAllyn@fenwick.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jeffrey R. Gargano<br>Melissa M. Haulcomb<br>Rebekah Hill<br>Jared R. Lund<br>K&L GATES LLP<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121 | By: /s/ Philip A. Rovner<br>   Philip A. Rovner (#3215)<br>   Andrew M. Moshos (#6685)<br>   P. Andrew Smith (#7117)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE  19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   amoshos@potteranderson.com<br>   asmith@potteranderson.com |
| Erik J. Halverson<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>(415) 882-8200 | *Attorneys for Plaintiff*<br>*Welch Allyn, Inc.* |

Dated:  November 18, 2025
12566791