# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRHYTHM TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 24-224 (MN) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 18, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF WELCH ALLYN, INC.'S NOTICE OF SUBPOENA
TO THIRD PARTY MARK KROLL

PLAINTIFF WELCH ALLYN, INC.'S NOTICE OF SUBPOENA
TO THIRD PARTY THOMAS JENSEN

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Brian P. Egan <br> MORRIS, NICHOLS, ARSHT <br>  & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@mnat.com | Melanie L. Mayer <br> FENWICK & WEST LLP <br> 401 Union Street, 5th Floor <br> Seattle, WA 98101 <br> (206) 389-4510 <br> mmayer@fenwick.com |
| J. David Hadden <br> Allen Wang <br> FENWICK & WEST LLP <br> 801 California Street <br> Mountain View, CA 94041 <br> (650) 988-8500 <br> dhadden@fenwick.com <br> allen.wang@fenwick.com <br> iRhythm-WelchAllyn@fenwick.com | Robert Counihan <br> FENWICK & WEST LLP <br> 902 Broadway, 18th Floor <br> New York, NY 10010 <br> (212) 430-2600 <br> rcounihan@fenwick.com <br> iRhythm-WelchAllyn@fenwick.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Jeffrey R. Gargano | By: */s/ Philip A. Rovner* |
| Melissa M. Haulcomb | Philip A. Rovner (#3215) |
| Rebekah Hill | Andrew M. Moshos (#6685) |
| Jared R. Lund | P. Andrew Smith (#7117) |
| K&L GATES LLP | Hercules Plaza |
| 70 W. Madison St., Suite 3300 | P.O. Box 951 |
| Chicago, IL 60602 | Wilmington, DE  19899 |
| (312) 372-1121 | (302) 984-6000 |
| | provner@potteranderson.com |
| Erik J. Halverson | amoshos@potteranderson.com |
| K&L GATES LLP | asmith@potteranderson.com |
| 4 Embarcadero Center, Suite 1200 | |
| San Francisco, CA 94111 | *Attorneys for Plaintiff* |
| (415) 882-8200 | *Welch Allyn, Inc.* |

Dated:  November 19, 2025
12568257

2