IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-224 (MN) |
| | ) |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant iRhythm Technologies, Inc.'s Responses and Objections to Defendant Welch Allyn's Third Set of Interrogatories (No. 10)* and (2) *Defendant iRhythm Technologies, Inc.'s Objections and Responses to Plaintiff's Third Set of Requests for Production of Documents and Things (Nos. 46-48)*, were caused to be served on November 20, 2025, upon the following in the manner indicated.

Philip A. Rovner, Esquire                                      *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
P. Andrew Smith, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                  *VIA ELECTRONIC MAIL*
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

| | |
|---|---|
| Erik J. Halverson, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____ |
| OF COUNSEL:<br><br>J. David Hadden<br>Allen Wang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>(650) 988-8500<br><br>Melanie L. Mayer<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA  98101<br>(206) 389-4510<br><br>Robert Edward Counihan<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY  10010<br>(212) 430-2600<br><br>Min Wu<br>FENWICK & WEST LLP<br>555 California Street, Suite 12<br>San Francisco, CA  94104<br>(415) 875-2300<br><br>November 20, 2025 | Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com<br>esteingraber@morrisnichols.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on November 20, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Andrew M. Moshos, Esquire<br>P. Andrew Smith, Esquire<br>POTTER ANDERSON & CORROON LLP<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Melissa M. Haulcomb, Esquire<br>Rebekah Hill, Esquire<br>Jared R. Lund, Esquire<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL 60602<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Halverson, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)