| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Philip A. Rovner<br>Potter Anderson & Corroon LLP,<br>1313 North Market St 6th Fl., 6th Fl., Wilmington,, DE 19801<br>TELEPHONE NO.: (302) 984-6000 | FAX NO. | E-MAIL ADDRESS *(Optional)*: provner@potteranderson.com<br>ATTORNEY FOR *(Name)*: Plaintiff: WELCH ALLYN, INC. | **FOR COURT USE ONLY** |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , DE
BRANCH NAME:

Hearing Date: 12/29/2025  Room:
Hearing Time: 5:00 PM  Dept:

PLAINTIFF: WELCH ALLYN, INC.
DEFENDANT: IRHYTHM TECHNOLOGIES, INC.

CASE NUMBER: 1:24-CV-00224-MN

## PROOF OF SERVICE

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE 45; JURY TRIAL DEMANDED; EXHIBITS; ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND;**

PARTY SERVED: **THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY**
PERSON SERVED: **DEBRA L. ZUMWALT - REGISTERED AGENT FOR SERVICE**
BY LEAVING WITH: **DEVIN ELIZALDE - LEGAL ADMINISTRATION**
DATE & TIME OF DELIVERY: 11/25/2025 4:00 PM
DDRESS, CITY, AND STATE: 450 Jane Stanford Way Bldg 170 Fl 3
Stanford, CA 94305

| PHYSICAL DESCRIPTION: | Age: 25 | Weight: 180 | Hair: BROWN |
|---|---|---|---|
| | Sex: Male | Height: 5'10 | Race: CAUCASIAN |

ANNER OF SERVICE:
**Substituted Service** - By leaving the copies with or in the presence of DEVIN ELIZALDE a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.
A declaration of mailing is attached.

Fee for Service:
County: SAN MATEO
Registration No.: 194
County: SAN MATEO PARCELS, INC.
P.O BOX 646
NEW CASTLE, DE 19720
(302) 658-9926

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 1, 2025.

Signature: _____
DONALD KAUL

**PROOF OF SERVICE**

Order#: 259464B/General

| | | | | |
|---|---|---|---|---|
| **Attorney or Party without Attorney:**<br>Philip A. Rovner<br>Potter Anderson & Corroon LLP,<br>1313 North Market St 6th Fl., 6th Fl.,<br>Wilmington,, DE 19801<br>TELEPHONE No.: (302) 984-6000 | **E-MAIL ADDRESS (Optional):** provner@potteranderson.com<br>FAX No. (Optional): | | | FOR COURT USE ONLY |
| **Attorney for:** Plaintiff WELCH ALLYN, INC. | **Ref No. or File No.:** | | | |

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE -

**Plaintiff:** WELCH ALLYN, INC.
**Defendant:** IRHYTHM TECHNOLOGIES, INC.

| | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | 12/29/2025 | 5:00 PM | | 1:24-CV-00224-MN |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE 45; JURY TRIAL DEMANDED; EXHIBITS; ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER , CA, California, addressed as follows:

   a. Date of Mailing:       11/25/2025
   b. Place of Mailing:      WESTMINSTER , CA,
   c. Addressed as follows:  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY
                             450 Jane Stanford Way Bldg 170 Fl 3
                             Stanford, CA 94305-2008

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER , CA, California in the ordinary course of business.

Fee for Service:
PARCELS, INC.
P.O BOX 646
NEW CASTLE, DE 19720
(302) 658-9926



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 12/1/2025.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 259464B/mailproof