# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-224 (MN) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on December 5, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF RYAN WENSLEY

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF EDWIN VALDEZ

PLAINTIFF'S NOTICE OF DEPOSITION OF DANIEL WILSON

PLAINTIFF'S AMENDED NOTICE OF SUBPOENA TO TIMOTHY BAHNEY

### VIA ELECTRONIC MAIL

Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@mnat.com

Melanie L. Mayer
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
(206) 389- 4510
mmayer@fenwick.com

| | |
|---|---|
| J. David Hadden<br>Allen Wang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>dhadden@fenwick.com<br>allen.wang@fenwick.com<br>iRhythm-WelchAllyn@fenwick.com | Robert Counihan<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>(212) 430- 2600<br>rcounihan@fenwick.com<br>iRhythm-WelchAllyn@fenwick.com |
| OF COUNSEL:<br><br>Jeffrey R. Gargano<br>Melissa M. Haulcomb<br>Rebekah Hill<br>Jared R. Lund<br>K&L GATES LLP<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>(312) 372-1121<br><br>Erik J. Halverson<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>(415) 882-8200<br><br>Dated:  December 5, 2025<br>12576785 | POTTER ANDERSON & CORROON LLP<br><br>By:  /s/ Philip A. Rovner<br>        Philip A. Rovner (#3215)<br>        Andrew M. Moshos (#6685)<br>        P. Andrew Smith (#7117)<br>        Hercules Plaza<br>        P.O. Box 951<br>        Wilmington, DE  19899<br>        (302) 984-6000<br>        provner@potteranderson.com<br>        amoshos@potteranderson.com<br>        asmith@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Welch Allyn, Inc.* |