IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WELCH ALLYN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-224 (MN) |
| | ) | |
| IRHYTHM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jonathan T. McMichael of FENWICK & WEST LLP to represent defendant iRhythm Technologies, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ E. Paul Steingraber*

Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com
esteingraber@morrisnichols.com

January 6, 2026                     *Attorneys for Defendant*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Jonathan T. McMichael is granted.

Date: _____          _____
                                                     United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Washington State and the State of California, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  January 6, 2026                         */s/ Jonathan T. McMichael*
                                                Jonathan T. McMichael
                                                FENWICK & WEST LLP
                                                401 Union Street, 5th Floor
                                                Seattle, WA  98101
                                                206.389.4510

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on January 6, 2026, upon the following in the manner indicated:

Philip A. Rovner, Esquire                                                    *VIA ELECTRONIC MAIL*
Andrew M. Moshos, Esquire
P. Andrew Smith, Esquire
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff*

Jeffrey R. Gargano, Esquire                                              *VIA ELECTRONIC MAIL*
Melissa M. Haulcomb, Esquire
Rebekah Hill, Esquire
Jared R. Lund, Esquire
K& L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
*Attorneys for Plaintiff*

Erik J. Halverson, Esquire                                               *VIA ELECTRONIC MAIL*
K& L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
*Attorneys for Plaintiff*

Anna Shabalov, Esquire                                                   *VIA ELECTRONIC MAIL*
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA  15222
*Attorneys for Plaintiff*

*/s/ E. Paul Steingraber*

_____
E. Paul Steingraber (#7459)

3