# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELCH ALLYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-224-MN |
| | ) |
| IRHYTHM TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 11 of the Scheduling Order (D.I. 25) and the Stipulation and Order Amending Scheduling Order (D.I. 37), Plaintiff Welch Allyn, Inc. ("Welch Allyn") and Defendant iRhythm Technologies, Inc. ("iRhythm") hereby submit the following Joint Claim Construction Chart providing the parties' proposed constructions for certain terms, phrases, or clauses contained in the asserted claims of U.S. Patent Nos. 8,214,007 (the "'007 Patent"), 8,630,699 (the "'699 Patent"), 8,750,974 (the "'974 Patent"), 8,965,492 (the "'492 Patent"), 9,155,484 (the "'484 Patent"), 10,159,422 (the "'422 Patent") (the "Asserted Patents").

## DISPUTED CONSTRUCTIONS

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 1 | "communication-computation module"<br><br>"communication and computation module"<br><br>"computation-communication module"<br><br>'007 patent, cl. 45<br>'422 patent, cl. 1<br>'484 patent, cls. 1, 15<br>'492 patent, cl. 7 | Plain and ordinary meaning | '007 Patent, cl. 45, Figs. 1A–1D, 2–3, 4A–4D, 5, 7A, 8A.<br><br>'422 Patent, cl. 1, Figs. 1A–1D, 2–3, 4A–4D, 7A.<br><br>'484 Patent, cl. 3, 15, Figs. 1A–1D, 2–3, 4A–4D, 5.<br><br>'492 Patent, cl. 1, Figs. 1D, 4A–4D.<br><br>'007 Patent, 4:9–14, 4:35–43, 4:58–5:7, 5:17–32, 6:1–8, 6:9–45, 11:7–12:19, 12:35-41, 13:4–21, 13:32–51, 13:61–14:42, 15:57–16:4, 16:12–53, | "component to analyze physiological signals and to wirelessly transmit the physiological signals or a result of the analysis" | '007 patent at Abstract, 1:42-52, 1:60-2:19, 2:23-49, 4:6-34, 4:35-43, 6:1-37, 12:20-34, 15:57-16:11, 17:42-18:13, 18:60-65, Figs. 5, 6, 17, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, October 20, 2009 Response to Office Action.<br><br>'007 Patent Prosecution History, December 7, 2009 |

---

[1] Welch Allyn reserves the right to cite any intrinsic evidence identified by iRhythm, and any claim language that refers to the proposed claim terms or similar terms.

[2] iRhythm reserves the right to cite any intrinsic evidence identified by Welch Allyn, and any claim language that refers to the proposed claim terms or similar terms.

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | 17:42–18:59; '422 Patent, 4:48–5:9, 5:10–18, 5:33–5:59, 5:60–6:9, 6:30–6:54, 6:55–7:17, 11:62–12:60, 13:24–60, 14:23–15:15, 15:34–58, 16:7–17:46, 18:35–19:34; '484 Patent, 4:30–5:40, 5:41–6:33, 6:34–62, 7:46–58, 10:30–65, 11:33–50, 11:51–12:6, 12:7–16, 12:17–60, 13:30-67, 14:20–67, 15:1–40, 16:1–17:11;'492 Patent, 4:27-64, 5:12–6:5, 6:6-6:59, 6:60–7:16, 7:26–43, 7:44–67, 8:20–50, 9:27–10:12, 10:25–60, 11:29–46, 13:25–14:32, 14:33–44, 14:63–15:20, 15:63-16:31. | | Response to Office Action.<br><br>'484 Patent Prosecution History, May 15, 2015 Response to Office Action. |
| 2 | "wireless communication unit"<br><br>'484 patent, cl. 7 | Plain and ordinary meaning | '484 Patent, Figs. 1A–1D, 2–3, 4A–4D, 5. | "component to transmit wirelessly" | '007 patent at Abstract, 1:42-52, 1:60-2:19, 2:23-49, |

3

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | '492 patent, cl. 7 | | '492 Patent, Figs. 1A–1D, 2–3, 4A–4D, 5.<br><br>'484 Patent, 4:30-67, 5:15-6:62, 11:33-50, 13:30-47, 13:58-14:49, 16:1-36, 18:54-67; '492 Patent, 4:27–64, 5:12–37, 5:38–6:5, 6:6–6:30, 6:31–59, 11:29–46, 11:47–12:2, 12:3–11, 12:12–62, 13:7–24, 14:15–44, 14:63–5:20, 15:36–16:31, 16:32–17:6, 17:62–18:60. | | 4:6-34, 4:35-43, 6:1-37, 12:20-34, 15:57-16:11, 17:42-18:13, 18:60-65, Figs. 5, 6, 17, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, October 20, 2009 Response to Office Action.<br><br>'007 Patent Prosecution History, December 7, 2009 Response to Office Action.<br><br>'484 Patent Prosecution History, May 15, 2015 Response to Office Action. |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 3 | "flexible printed circuit board layer"<br><br>'422 Patent, cl. 1 | Plain and ordinary meaning | '422 Patent, cl. 1, Figs. 1A–1D, 2, 4A–4D.<br><br>'422 Patent, 4:48–5:9, 5:33–47, 5:60–6:54, 6:55-7:17, 7:18–25, 7:60-8:48, 8:49–59, 9:29-56, 12:13-36, 14:12-52. | Plain and ordinary meaning, *i.e.*, "flexible layer that contains a printed circuit board" | '007 patent at 4:58-5:4, 5:17-32, 5:52-59, 6:9-37, 6:38-45, 7:22-33, 10:40-11:6, Figs. 1A-1D, 2, 4A-4D, 16A, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, December 13, 2010 Response to Office Action. |
| 4 | "flexible printed circuit layer"<br><br>and<br><br>"flexible circuit layer"<br><br>'484 patent, cls. 1, 7, 15<br>'492 patent, cls. 1, 7 | Plain and ordinary meaning | '484 Patent, cls. 2, 3, 8, 15, Figs. 1D, 4A–4D.<br><br>'492 Patent, cls. 1, 7, Figs. 1B, 2, 4A–4D.<br><br>'484 Patent, 5:15–28, 5:41–56, 6:9-62, 6:63–7:15, 7:35–46, 7:47–8:17, 8:24–55, 9:4–31, 9:49–10:17, 10:30–65, 11:33–50, 13:48-57, 14:38–67,15:1–25, | Plain and ordinary meaning, *i.e.*, "flexible layer that contains a printed circuit" | '007 patent at 4:58-5:4, 5:17-32, 5:52-59, 6:9-37, 6:38-45, 7:22-33, 10:40-11:6, Figs. 1A-1D, 2, 4A-4D, 16A, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, |

5

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | 15:31–40, 16:37–61; '492 Patent, 4:27–5:11, 5:12–36, 5:37–53, 6:6–30, 6:60–67, 7:56–67, 8:20–50, 8:66–9:12, 9:13–26, 9:44–10:12, 10:61–11:28, 13:43–52. | | December 13, 2010 Response to Office Action. |
| 5 | "a processor disposed in the housing" and "housing retaining a processor" and "housing containing a processor" '422 patent, cl. 1 '484 patent, cls. 1, 7, 15 '492 patent, cl. 7 | Plain and ordinary meaning | '422 Patent, cls. 1, Figs. 1D, 2–3, 4A–4D, 5. '484 Patent, cls. 1, 7, 15. Figs. 1A–1D, 2–3, 4A–4D, 5. '492 Patent, cls. 7, Figs. 1A–1D, 2–3, 4A–4D, 5. '422 Patent, 4:48–5:18, 5:33–6:9, 6:30–54, 6:55–7:17, 7:60-8:3, 11:62–12:12, 12:13–12:36, 12:37–46, 12:47–13:23, 13:31–60, 14:23–15:15, 15:34–58, 16:7–17:46, 18:35– | Plain and ordinary meaning, *i.e.*, "a processor is enclosed in the housing" | '007 patent at 4:35-5:16, 5:17-6:37, Figs. 1A-1D, 2, 3, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents. '484 Patent Prosecution History, May 15, 2015 Response to Office Action |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | 19:34; '484 Patent, 4:30–5:40, 5:41–6:33, 6:34–62, 7:35–58, 10:30–65, 11:33–50, 11:51–12:6, 12:7–16, 12:17–67, 13:1–29, 13:30-14:19, 14:20–67, 15:1–67, 16:1–17:11, 17:36-67, 18:1–67;'492 Patent, 4:27–64, 5:12–37, 5:38–6:5, 6:6–6:30, 6:31–59, 11:29–46, 11:47–12:2, 12:3–11, 12:12–62, 13:1–14:14, 14:15–44, 14:63–15:20, 15:36–16:31, 16:32–17:6, 17:30–18:60. | | |
| 6 | "an ECG electronics module, the ECG electronics module receiving and processing patient heartbeat signals from the plurality of electrical connections"<br><br>'699 patent, cl. 1 | Plain and ordinary meaning | '699 Patent, Figs. 1A–1D, 2, 4A–4D, 5, 14.<br><br>'699 Patent, 4:16–44, 5:1–61, 5:62–6:18, 6:48–7:4, 7:14–21, 7:33–57, 9:17–33, 11:18–35, 11:36–58, 13:14–4:33, 14:52–67. | Subject to Section 112, ¶ 6<br><br>Function: receiving and processing patient heartbeat signals from the plurality of electrical connections | '007 patent at Abstract, 1:60-2:19, 2:23-49, 4:6-34, 4:35-43, 12:20-34, 17:42-18:13, Figs. 5, 6, 17, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents. |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
|  |  |  |  | Structure: Indefinite for lacking an algorithm. | '699 Patent Prosecution History, August 16, 2013 Response to Office Action. |
| 7 | "processing patient heartbeat signals"<br><br>'699 patent, cl. 1 | Plain and ordinary meaning | '699 Patent, Figs. 1A–1D, 2, 4A–4D, 5, 14.<br><br>'699 Patent, 4:16–44, 5:1–61, 5:62–6:18, 6:48–7:4, 7:14–21, 7:33–57, 9:17–33, 11:18–35, 11:36–58, 13:14–4:33, 14:52–67. | "performing physiological analysis of the heartbeat signals" | '007 patent at Abstract, 1:60-2:19, 2:23-49, 4:6-34, 4:35-43, 12:20-34, 17:42-18:13, Figs. 5, 6, 17, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'699 Patent Prosecution History, August 16, 2013 Response to Office Action.<br><br>'007 Patent Prosecution History, October 20, 2009 Response to Office Action. |

8

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | '007 Patent Prosecution History, December 7, 2009 Response to Office Action.<br><br>'484 Patent Prosecution History, May 15, 2015 Response to Office Action. |
| 8 | "A method for providing high voltage circuit protection for a patient monitor"<br><br>'974 patent, cl. 1 | Plain and ordinary meaning | '974 Patent, Figs. 1B, 9–10, 15.<br><br>'974 Patent, 5:7–32, 7:37–61, 8:14–44, 10:19–54, 14:27–15:14, 15:20–29, 16:26–50. | Preamble is limiting and indefinite | '007 patent at Abstract, 1:53-59, 2:8-19, 2:50-60, 7:34-8:28, 9:23-10:39, 14:12-24, 15:6-15, Figs. 7A, 7B, 8, 15, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'974 Patent Prosecution History, January 28, 2014 Examiner's Reason's for Allowance. |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | '007 Patent Prosecution History, November 6, 2008 Office Action.<br><br>'007 Patent Prosecution History, November 26, 2008 Response to Restriction Requirement. |
| 9 | "the at least one series current-limiting resistor being in the form of resistive traces"<br><br>and<br><br>"two or more electrical traces of the print pattern"<br><br>and<br><br>"trace(s)"<br><br>'007 patent, cls. 45<br>'422 patent, cls. 1, 2, 3, 7, 10, 14, 15, 16, 19<br>'484 patent, cls. 2, 3, 4, 7, 11, 12, 13 | "conductive material laid down on a substrate" | '007 Patent, Figs. 1D, 4A–4D, 9–10, 15.<br><br>'422 Patent, cl. 1, 2, 3, 7, 10, Figs. 1D, 4A–4D.<br><br>'484 Patent, cl. 7, Fig. 1A-1D, 2, 4A-4D.<br><br>'492 Patent, cls. 1,7, Figs. 1D, 4A–4D.<br><br>'974 Patent, cl. 1, Figs. 1A–1D, 2, 4A, 16A–16B. | Plain and ordinary meaning | '007 patent at 4:58-5:4, 7:22-9:4, 9:23-11:6, Fig. 4A-4D, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, December 13, 2010 Response to Office Action. |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | '492 patent, cls. 1, 2, 7, 11, 12, 13<br>'974 patent, cl. 4 | | '007 Patent, 7:22–58, 7:59–8:36, 9:23–58, 10:4–39, 10:40–11:6 14:13–24, 14:43–67, 15:6–15; '422 Patent, 4:48–5:32, 5:47–6:29, 7:18–42, 7:53–59, 8:4–29, 9:43–10:7, 10:46–57, 11:27–61, 13:61–14:52, 15:64–16:6; '484 Patent, 4:30-67, 5:1-6:34, 7:4-8:55, 8:56-9:31, 9:32-11:32, 11:33-12:6, 12:61-67, 13:30-14:49, 15:1-40, 17:12-29; '492 Patent, *id.* at 5:12–6:5, 6:60–7:16, 7:26–43, 7:44–67, 8:20–50, 9:27–10:12, 10:25–60, 11:29–46, 13:25–14, 14:33–44, 14:63–15:20; '974 Patent, 5:7–32, 5:33–48, 6:54–61, 7:7–10, 7:38–61, 8:14–44, 8:60–9:6, 9:7–20, 9:38–10:18, 10:55–11:21. | | |

11

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 10 | "the at least one electrical trace being made at least in part from a resistive material"<br><br>'492 patent, cl. 1 | "conductive material laid down on a substrate that has a portion with a resistivity greater than the remaining conductive material" | '492 Patent, cl.1, Figs. 1D, 4A–4D.<br><br>'492 Patent, 5:12–6:5, 6:60–7:16, 7:26–43, 7:44–67, 8:20–50, 9:27–10:12, 10:25–60, 11:29–46, 13:25–14, 14:33–44, 14:63–15:20. | Plain and ordinary meaning | '007 patent at 4:58-5:4, 7:22-9:4, 9:23-11:6, Fig. 4A-4D, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents.<br><br>'007 Patent Prosecution History, December 13, 2010 Response to Office Action. |
| 11 | "extending between"<br><br>'492 patent, cl. 1 | "originating at one point and continuing uninterrupted to a second point" | '492 Patent, cl.1, Figs. 1D, 4A–4D.<br><br>'492 Patent, 5:12–6:5, 6:60–7:16, 7:26–43, 7:44–67, 8:20–50, 9:27–10:12, 10:25–60, 11:29–46, 13:25–14, 14:33–44, 14:63–15:20. | Plain and ordinary meaning | '007 patent at 5:33-51, 7:11-33, 8:21-28, Figs. 4A-4D, and corresponding disclosures in the '442, '484, '492, '699, and '974 patents. |
| 12 | "determinable electrical resistance"<br><br>'484 patent, cl. 2 | "a predetermined and measurable electrical resistance" | '484 Patent, cl.2, Figs. 1A–1D, 2, 4A–4D, 5.<br><br>'484 Patent, 5:15–28, 5:41–56, 6:63–7:15, 7:35–46, 7:47–8:17, | Plain and ordinary meaning, *i.e.*, "measurable electrical resistance" | '007 patent at 5:33-51, 7:11-33, 8:21-28, Figs. 4A-4D, and corresponding disclosures in the |

| No. | Claim Term and Asserted Claim(s) | Welch Allyn's Proposed Construction | Welch Allyn's Intrinsic Evidence[1] | iRhythm's Proposed Construction | iRhythm's Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | 8:24–55, 9:4–31, 9:49–10:17, 10:30–65, 11:33–50, 14:38–67,15:1–25, 15:31–40, 16:37–61. | | '442, '484, '492, '699, and '974 patents. |

<table>
<tr><td>

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*

Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
P. Andrew Smith (#7117)
P.O. Box 951
Wilmington, DE  19899
(302) 984-9600
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Plaintiff*
*Welch Allyn, Inc.*

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ E. Paul Steingraber*

Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant*
*iRhythm Technologies, Inc.*

</td></tr>
</table>

January 23, 2026
12665860